UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION AT SANTA ANA

---

HONORABLE DAVID O. CARTER, JUDGE PRESIDING


UNITED STATES OF AMERICA,

        PLAINTIFF,

    vs.

BARRY BYRON MILLS; TYLER DAVIS
BINGHAM; CHRISTOPHER OVERTON GIBSON;
EDGAR WESLEY HEVLE,

        DEFENDANTS.

**ORIGINAL**

) CR NO. 02-938(C)-DOC
) DAY 1, VOL. II


REPORTER'S TRANSCRIPT OF PROCEEDINGS

SANTA ANA, CALIFORNIA

WEDNESDAY, FEBRUARY 22, 2006

1:10 P.M.


**DEBORAH D. PARKER, CSR 10342**
**OFFICIAL COURT REPORTER**
**UNITED STATES DISTRICT COURT**
**411 WEST FOURTH STREET**
**SUITE 1-053**
**SANTA ANA, CALIFORNIA 92701**
**(714) 542-8409**
**D.PARKER@IX.NETCOM.COM**

APPEARANCES OF COUNSEL:

    FOR THE PLAINTIFF, UNITED STATES OF AMERICA:

        DEBRA W. YANG
        UNITED STATES ATTORNEY

        MICHAEL EMMICK
        STEPHEN G. WOLFE
        TERRI FLYNN
        ASSISTANT UNITED STATES ATTORNEYS
        1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        (213) 894-0511

    FOR THE DEFENDANT, BARRY BYRON MILLS:

        H. DEAN STEWARD
        LAW OFFICES OF H. DEAN STEWARD
        107 Avenida Miramir
        Suite C
        San Clemente, California 92672
        (949) 481-4900

        -AND-

        MARK F. FLEMING
        LAW OFFICES OF MARK F. FLEMING
        433 "G" Street
        Suite 202
        San Diego, California 92101
        (619) 652-9970

APPEARANCES OF COUNSEL (CONTINUED):

    FOR THE DEFENDANT, TYLER DAVIS BINGHAM:

                MICHAEL V. WHITE
                LAW OFFICES OF MICHAEL V. WHITE
                1717 Fourth Street
                Third Floor
                Santa Monica, California 90401
                (310) 576-6242

                -AND-

                WILLIAM S. HARRIS
                STEWART & HARRIS
                1499 HUNTINGTON DRIVE
                SUITE 403
                SOUTH PASADENA, CALIFORNIA 91030
                (626) 441-9300

    FOR THE DEFENDANT, CHRISTOPHER OVERTON GIBSON:

                KENNETH A. REED
                KENNETH A. REED LAW OFFICES
                404 WEST 4TH STREET, SUITE C
                SANTA ANA, CALIFORNIA 92701
                (714) 953-7400

    FOR THE DEFENDANT, EDGAR WESLEY HEVLE:

                BERNARD J. ROSEN (Not present)
                BERNARD J. ROSEN LAW OFFICES
                1717 4TH STREET, 3RD FLOOR
                SANTA MONICA, CALIFORNIA 90401
                (310) 451-4577

                -AND-

                DONALD J. CALABRIA
                DONALD J. CALABRIA LAW OFFICES
                16133 VENTURA BOULEVARD, SUITE 1270
                ENCINO, CALIFORNIA 91436
                (818) 990-0110

4

# C O N T E N T S

**PROCEEDINGS**                                          **PAGE**

Continuation of Jury Selection                             4

Jury Sworn                                               136

Alternate Jurors Sworn                                   206

## JURORS CALLED

| Juror/Page | | Juror/Page | |
|---|---|---|---|
| 1 | 107 | 138 | 138 |
| 3 | 109 | 149 | 42 |
| 4 | 73 | 157 | 179 |
| 8 | 155 | 162 | 146 |
| 13 | 58 | 165 | 190 |
| 16 | 157 | 168 | 83 |
| 31 | 103 | 170 | 18 |
| 51 | 76 | 172 | 95 |
| 52 | 82 | 175 | 74 |
| 58 | 20 | 188 | 143 |
| 88 | 171 | 190 | 22 |
| 94 | 94 | 216 | 111 |
| 98 | 65 | 218 | 191 |
| 101 | 45 | 219 | 60 |
| 102 | 71 | 226 | 175 |
| 103 | 49 | 230 | 47 |
| 111 | 90 | 233 | 14 |
| 112 | 180 | 236 | 69 |
| 117 | 39 | 238 | 67 |
| 119 | 10 | 243 | 33 |
| 122 | 85 | | |

*DEBORAH D. PARKER, U.S. COURT REPORTER*

1   **C O N T E N T S (Continued)**

2

3

4

5              **Jurors Excused**

6        Juror/Page          Juror/Page          Juror/Page

7          1    109          101    47          167    20
           2     14          102    73          168    85
8          4     74          103    60          172    98
           8    157          104    88          175    76
9         12    105          109    92          181   142
          13     65          111    93          185    58
10        15     30          112   183          188   144
          16    168          115   162          190    38
11        26    107          117    44          194   180
          28    175          119    42          198   190
12        39    173          121   179          209   102
          51     79          122    87          217   188
13        56    195          134   146          219    62
          57     26          136    83          221     8
14        62    153          138   166          223   100
          66    155          147   187          229    63
15        84    174          148    81          230    49
          86     90          149    55          233    17
16        90     32          150   194          238    69
          94     95          152   177          239   185
17        96    111          158   103          242   198
          98     67          162   182          243    34
18       100     71          165   191          244   171

19

20

21

22

23

24

25

```
1            SANTA ANA, CA.; WEDNESDAY, FEBRUARY 22, 2006; 1:10 P.M.

2                                    -oOo-

3            THE COURT:  We're back on the record.

4       (Outside the presence of the Prospective Jurors.)

5            All counsel are present.  The parties are present.

6            Juror No. 221 has been seated by the clerk of the

7   court.

8            They wanted to ask you some questions outside the

9   presence of the jury.  That way it's just more comfortable

10  for you, more comfortable for them.

11           Let me begin with the government.

12           MR. WOLFE:  Sir, I did not entirely understand

13  what it was about the allegations concerning John Gotti that

14  concerned you.  That is, I did not hear clearly enough what

15  you said you were thinking about.

16           PROSPECTIVE JUROR:  My impression from the

17  allegation was that John Gotti had contacted these men in

18  prison to carry out a mission for him, and that is what

19  frightens me, is that, they -- they're in prison, and their

20  notoriety, I guess, would have John Gotti contact them.

21           THE COURT:  Is part of your concern your ability

22  to be fair in this matter?  Or is part of the concern -- I

23  think you stated in your questionnaire a concern for safety?

24  It was a combination of both.  Talk to me a little bit about

25  that.
```

1          PROSPECTIVE JUROR:  I think it's a combination of
2   both.
3          THE COURT:  Okay.
4          PROSPECTIVE JUROR:  I -- having thought about it
5   all weekend long, the safety aspect did come into it.  But I
6   really don't think I can be fair to these gentlemen.
7          THE COURT:  You think you might be bias against
8   them by virtue of the allegations and especially after
9   hearing that John Gotti -- there may be some evidence
10  concerning, you know, organized crime or John Gotti.
11         I'll let the government continue until they're
12  satisfied.
13         MR. WOLFE:  Sir, were there other allegations that
14  concerned you, or does this just stem only from the issues
15  about John Gotti, the allegations about John Gotti?
16         MR. REED:  Objection.  Relevance.
17         THE COURT:  Overruled.
18         You can continue on, counsel.
19         PROSPECTIVE JUROR:  That was the only one that
20  really stuck in my mind.  I kept replaying that one item.
21         MR. WOLFE:  Then, finally, you thought about this
22  a great deal, and I gather that you continue to believe that
23  because of that one allegation, since it is part of the
24  case, you do not feel that you could be fair?
25         PROSPECTIVE JUROR:  That's correct.

8

```
 1              MR. WOLFE:  Nothing more, your Honor.
 2              THE COURT:  I want to make sure you're satisfied,
 3     though.
 4              Mr. Flynn, do you have questions?
 5              MS. FLYNN:  No, your Honor.
 6              THE COURT:  Mr. Emmick, do you?
 7              MR. EMMICK:  No, sir.
 8              THE COURT:  Mr. Wolfe, if you have anything
 9     additional, because I'm prepared to grant the motion.
10              MR. WOLFE:  Your Honor, the government doesn't
11     object to --
12              THE COURT:  All right.
13              Is there a motion?
14              MR. STEWARD:  Yes, your Honor.
15              MR. WHITE:  Yes, your Honor.
16              THE COURT:  We're going to thank and excuse you,
17     sir.
18              I want to thank you for being so candid and
19     allowing us to talk to you privately.  It could have a
20     deleterious effect in part on the other jurors.
21              And thank you for your courtesy.  You have a good
22     day now.  You can probably follow the case in the press.
23         (Prospective Juror No. 221 excused.)
24              THE COURT:  Counsel, why don't we take a
25     14-and-a-half minute recess.  And we'll resume at 1:30.
```

1    Okay?

2         And Adrian, don't turn the camera on until 1:30.

3    I'll come back up and give you directions.

4         But meanwhile, Lisa, if you'd start putting the

5    other jurors in the other room.

6         You'll always have some stragglers, counsel, but

7    we're going to start right at 1:30.  We're going to train

8    the jury from now on, you know.

9         *(Recess.)*

10        THE COURT:  We're back in session.

11        All counsel present.  The defendants are present.

12   The government is present.

13        Lisa, would you be kind enough to open the doors?

14        And Adrian, would you be kind enough now to turn

15   on the camera.  And would you turn on the sound next door.

16   Adrian, you can pan around the courtroom if you'd like to.

17   You can show the government again if you'd like to.  You can

18   show each of the defendants again so the jury next door has

19   some visual.

20        And whatever is visual, Deborah has some visual

21   depiction of the court proceedings.

22        *(Prospective jurors enter courtroom.)*

23        THE COURT:  And once again, we are still in

24   session.

25        Juror No. 221 was excused outside your presence.

1    So Lisa is going to call another juror to take seat No. 10.

2              THE CLERK:  Juror 119.

3              THE COURT:  Juror, 119, please.

4              Sir, if you'd be kind enough to come forward.

5    Would you have a seat in seat No. 10.  And after you're

6    seated, if there's a microphone still there -- could you

7    hand that down to the --

8              THE CLERK:  That's actually seat No. 11.

9              THE COURT:  Seat No. 11.  My apologies.  Have a

10   seat, sir.  Thank you.  Seat No. 11.

11             Sir, have you heard all the prior questions?

12             PROSPECTIVE JUROR:  Yes, I have.

13             THE COURT:  Are there any of the questions that

14   I've asked, the defense counsel have asked, or the

15   government have asked that you'd care to comment upon?

16             PROSPECTIVE JUROR:  Nothing at the moment.

17             THE COURT:  Okay.  You filled out a very extensive

18   jury questionnaire.  Are there any additional changes that

19   you'd like to make on that jury questionnaire or anything

20   that you'd like to add?

21             PROSPECTIVE JUROR:  No, your Honor.

22             THE COURT:  All right.  Would you be fair and

23   impartial to both sides?

24             PROSPECTIVE JUROR:  Yes.  Yes.

25             THE COURT:  Would you follow the law?

1          PROSPECTIVE JUROR:  I will.

2          THE COURT:  Then, counsel, let me turn over to the

3    government both Juror No. 167, the gentleman who's in the

4    last seat in the first row, and Juror No. 119.

5          Do you have any questions of either of those

6    jurors?

7          Now let me tell you what they're doing while we're

8    waiting.  They know who you are, Juror No. 167.  They got

9    your questionnaire before lunch.  But they're going through

10   about 150 questionnaires right now trying to find your

11   questionnaire to look at it one more time.  Both sides are

12   doing that.

13         MR. WOLFE:  Your Honor, the government has no

14   questions for Juror 167.

15         THE COURT:  Okay.

16         MR. WOLFE:  But I'd like to -- Juror No. 119 also

17   indicated on his questionnaire that he or family members had

18   had one or two unpleasant experiences with law enforcement.

19         THE COURT:  Would you like to ask that question?

20         MR. WOLFE:  May I, your Honor?

21         THE COURT:  You may.

22         MR. WOLFE:  Sir, your questionnaire said that

23   members of your family had occasionally in the past had

24   unpleasant experiences with law enforcement.  Do you

25   believe -- could you tell us whether there's anything about

1  those experiences that still stays with you in a way that

2  has a bearing on your serving as a juror?

3          PROSPECTIVE JUROR:  Well, it happened to my

4  younger brother.  He was coming back from work and he got

5  harassed just by being in the wrong part of town, I guess.

6  There was a crime committed and he fit the category, so to

7  speak, the description.

8          And it also happened to me one time when I was

9  looking for an address.  And I got stopped just for no

10  reason.  And, I mean, I don't discriminate, but I do have

11  kind of an uneasy feeling about, you know, police.

12          MR. WOLFE:  Does that uneasy feeling have a

13  bearing on whether you would fairly evaluate the evidence?

14          THE COURT:  Move that microphone just a little

15  closer, would you, Mr. Wolfe.  I want to make sure that the

16  jurors in the next room can hear you.

17          MR. WOLFE:  Does that uneasy feeling make you

18  hesitate to serve fairly on this case?

19          PROSPECTIVE JUROR:  Some ways it does.  I try not

20  to judge -- you know, judge a book by its cover.  You know,

21  I want to get my -- all the facts straight, you know, before

22  I, you know, make judgment.  So, you know, I am a little

23  uneasy about this, to be honest with you.

24          MR. WOLFE:  You've said that you're a little

25  uneasy.  But how do you strike the balance?  Do you believe

13

1    that you're able to be fair in the case, or do you have a

2    doubt about that?

3              THE COURT:  And is the uneasiness about the trial

4    generally, or the uneasiness about the prior police

5    experience?  I want to be certain of what he's answering.

6              Is the uneasiness about the prior police

7    experience that might cause you to have some carryover from

8    that experience into this trial, or is the uneasiness about

9    this trial?

10             PROSPECTIVE JUROR:  I think it could impair my

11   judgment a little bit.  But I do want to be fair in this

12   trial because, you know, it's a completely totally new

13   issue.  So this has nothing do with me, though.

14             THE COURT:  Okay.

15             MR. WOLFE:  Sir, how do you think it might impair

16   your judgment?  In what way?

17             PROSPECTIVE JUROR:  I think once I hear a little

18   more about the -- about the case, you know, I might have

19   some questions about that.  So -- but at this time, I

20   don't -- don't have any concerns, you know, with this case.

21   Just on my part maybe a little bit.

22             MR. WOLFE:  Thank you, sir.

23             THE COURT:  Mr. Fleming?

24             MR. FLEMING:  No questions.

25             THE COURT:  Mr. White?

14

1          MR. WHITE:  No questions.

2          THE COURT:  Mr. Calabria?

3          MR. CALABRIA:  No questions.

4          THE COURT:  Mr. Reed?

5          MR. REED:  No questions.

6          THE COURT:  Counsel, the peremptory would pass

7    back to the government.

8          MR. WOLFE:  Your Honor, the government asks that

9    the court thank and excuse Juror No. 2.

10          THE COURT:  Juror No. 2.  Thank you very much.  If

11    you'd please go back to the jury room with our thanks and

12    appreciation.  I think the Commissioner will release you.

13          *(Prospective Juror No. 2 excused.)*

14          THE COURT:  And Lisa, if you'll call another

15    juror, please.

16          THE CLERK:  233.

17          THE COURT:  233.

18          Thank you, sir.  If you'll go up and take seat

19    No. 10, please.

20          PROSPECTIVE JUROR:  Yes, your Honor.

21          THE COURT:  I wish I had more than four questions

22    for you, but they're the same questions because we know so

23    much about you from the questionnaire.

24          Are there any additions or corrections or comments

25    that you'd like to make about your jury questionnaire, or

```
1    are you satisfied with the questionnaire?

2              PROSPECTIVE JUROR:  I'm satisfied with it.

3              THE COURT:  Is there anything that I've asked or

4    any answer that you've heard to a question I may have asked

5    or the government's questions or the defense questions that

6    would cause a comment on your part?

7              PROSPECTIVE JUROR:  Not at this time.

8              THE COURT:  Would you be fair and impartial to the

9    government and fair and impartial to each one of the

10   defendants?

11             PROSPECTIVE JUROR:  I think I could be.

12             THE COURT:  Will you follow the law, sir?

13             PROSPECTIVE JUROR:  I'll follow the law, yes.

14             THE COURT:  I'll turn you over to the counsel on

15   behalf of the government.

16             Ms. Flynn?  Mr. Wolfe?

17             MR. WOLFE:  No questions.

18             MS. FLYNN:  No, your Honor.

19             THE COURT:  Mr. Steward?

20             MR. STEWARD:  Briefly.

21             Juror 233, I think your response was, "Can you be

22   fair to both sides?" and you said, "I think I can be."

23             I'm a little nervous about that response.  I was

24   looking for something a little more robust, maybe, "Yes, I

25   can be fair."  And I'm just a little troubled by "I think I
```

16

1   can be."  Now maybe that's kind of your -- that's you.  But

2   then again, maybe you'd get back in the jury room and it

3   turns to "I think I can't be," and someone ends up very

4   unhappy.

5           Can you give me a little bit more of about your

6   feelings on that?  Have you got a problem with the charges,

7   the defendants, the color of the courtroom, anything?

8           PROSPECTIVE JUROR:  No.  It's just that I read a

9   little bit about the ABs.  And perhaps at this time -- all I

10  know is the side that I read about them.  I don't know what

11  the defense has to explain about what happened, and then at

12  that time I'll have decide as to what their -- what is the

13  proper steps to take.

14          MR. STEWARD:  Okay.  For example, what you've read

15  about the Aryan Brotherhood, can you put that completely out

16  of your mind and start with a clean slate as you come in

17  here?

18          PROSPECTIVE JUROR:  Sure I could.  It's like any

19  other book you read.  You know, the first time you open up a

20  book, you think what's it's going to be and you end up it's

21  being something else entirely.

22          MR. STEWARD:  Sure.  But the problem is once

23  you've read the book you remember all about the characters

24  and everything else, right?

25          PROSPECTIVE JUROR:  Yes, that's correct.

1          MR. STEWARD:  That's my fear here is that somehow

2     you're going to get back in that jury room and something

3     that you've read about before you even came into the

4     courtroom is going to hit you and you're going to say, "Boy,

5     what about" whatever it may be.

6          And what I'm asking is, in your own mind, can you

7     put that aside and start with a clean slate here?

8          PROSPECTIVE JUROR:  I'm sure I could.

9          MR. STEWARD:  Thank you.

10         THE COURT:  Thank you.

11         Mr. White?

12         MR. WHITE:  No questions, your Honor.

13         THE COURT:  Mr. Calabria?

14         MR. CALABRIA:  No questions.

15         THE COURT:  And Mr. Reed?

16         MR. REED:  No questions.

17         THE COURT:  The peremptory now would pass to the

18    defense.

19         MR. FLEMING:  Your Honor, we'd ask the court to

20    thank and excuse Juror No. 233.

21         THE COURT:  Juror No. 233.  Thank you very much,

22    sir.  If you'd go back to the jury room with our thanks and

23    appreciation.  Juror No. 233 has been excused.

24         *(Prospective Juror No. 233 excused.)*

25         THE COURT:  Lisa, if you would call another juror,

1    please.

2              THE CLERK:  Juror 170.  170.

3              THE COURT:  170.  If you'd come up, sir, and

4    please have a seat in seat No. 10.

5              Sir, after filling out that questionnaire and

6    speaking to us last week, do you have any additions or any

7    changes or comments you'd like to make on the questionnaire,

8    or are you satisfied with your questionnaire?

9              PROSPECTIVE JUROR:  I'm satisfied.

10             THE COURT:  Okay.  Is there anything that I've

11   asked today that counsel might have asked for the government

12   or counsel for the defense that would cause any comment on

13   your part?

14             PROSPECTIVE JUROR:  No.

15             THE COURT:  Then would you be fair and impartial

16   to both sides?

17             PROSPECTIVE JUROR:  Yes.

18             THE COURT:  Will you follow the law?

19             PROSPECTIVE JUROR:  Yes.

20             THE COURT:  I have no other questions.

21             Counsel on behalf of the government?

22             MR. EMMICK:  Nothing from the government, your

23   Honor.

24             THE COURT:  All right, thank you.

25             Let me turn to the defense.

1          MR. STEWARD:  May I, your Honor?

2          THE COURT:  And Mr. Steward, you may.

3          MR. STEWARD:  Thank you.

4          The gentleman just seated, 170, did you hear the

5     exchange I just had with the last juror, the gentleman?

6          PROSPECTIVE JUROR:  Yes.

7          MR. STEWARD:  Okay.  I remember that when we

8     talked to you originally, you made some changes in your

9     questionnaires.  You added that you had a friend in prison

10    who said that the Aryan Brotherhood, in his view, was

11    ruthless.  Okay.

12         You can see how that gives me the same concern as

13    the last gentleman that was in that seat.  I need you to

14    assure me that you can put that out of your mind, not bring

15    that in or anything that you heard from your friend or you

16    read or anywhere else, and you can give us a clean slate

17    here.  Can you assure me of that?

18         PROSPECTIVE JUROR:  Yes, I can.

19         MR. STEWARD:  Okay.  Thank you.  Can't ask for

20    more than that.

21         THE COURT:  Thank you.

22         Let me turn to Mr. White.

23         MR. WHITE:  No questions.

24         THE COURT:  And if any of you want to switch.

25    Mr. Harris, if you want to start, just tell me so I know who

1    to turn to.

2            Mr. Rosen, the same courtesy, if you want to

3    switch at any time with Mr. Calabria, just let me know.

4            Mr. Calabria?

5            MR. CALABRIA:  No questions.

6            THE COURT:  And Mr. Reed?

7            MR. REED:  No questions.

8            THE COURT:  All right.  The peremptory would fall

9    or pass back to the government.

10           MR. WOLFE:  Your Honor, the government asks that

11   the court thank and excuse Juror No. 167.

12           THE COURT:  167.  Sir, thank you very much.  If

13   you'd please go back to the jury room with our thanks and

14   appreciation.

15        *(Prospective Juror No. 167 excused.)*

16           THE COURT:  Lisa, would you call another juror,

17   please.

18           THE CLERK:  No. 58.

19           THE COURT:  No. 58.  And No. 58, would you be kind

20   enough to take seat No. 7 in the first row, sir.

21           How are you today?

22           PROSPECTIVE JUROR:  Good.

23           THE COURT:  Good.

24           Once again, sir, concerning your questionnaire,

25   after further thought, any changes, additions or comments,

1    or are you satisfied with your questionnaire?

2              PROSPECTIVE JUROR:  I'm satisfied.

3              THE COURT:  That way counsel has that many pages.

4    They know a lot of information.  Much more than we'd ever

5    have in a small trial, in length.

6              Are there any questions that I've asked today or

7    counsel for the government or counsel for the defense that

8    would cause any comment on your part?

9              PROSPECTIVE JUROR:  No, sir.

10             THE COURT:  Will you be fair and impartial to both

11   sides?

12             PROSPECTIVE JUROR:  Yes.

13             THE COURT:  And would you follow the law?

14             PROSPECTIVE JUROR:  Yes.

15             THE COURT:  I have no further questions then.

16             Let me turn to the government.

17             MS. FLYNN:  No questions, your Honor.

18             THE COURT:  Thank you.

19             Let me turn back to the defense, to Mr. Steward.

20             MR. STEWARD:  No questions, your Honor.

21             THE COURT:  And Mr. White?

22             MR. WHITE:  No questions, your Honor.

23             THE COURT:  To Mr. Calabria?

24             MR. CALABRIA:  No questions, your Honor.

25             THE COURT:  To Mr. Reed?

22

1          MR. REED:  No questions, your Honor.

2          THE COURT:  Peremptory now passes back to the

3     defense.

4          MR. FLEMING:  We would ask the court to thank and

5     excuse Juror No. 170.

6          THE COURT:  170.  Thank you very much.  If you'd

7     please go back, sir, to the jury room.  I think the Jury

8     Commissioner is going to excuse you.

9          Thank you for your patience.

10         *(Prospective Juror No. 170 excused.)*

11         THE COURT:  Lisa, would you call another juror

12    number.

13         THE CLERK:  190.  190.

14         THE COURT:  190.

15         How are you today?

16         If you'd go up and take seat No. 10, please.

17         Once again, referring back to your jury

18    questionnaire:  After thinking about it over the weekend,

19    are there any changes that you'd like to make, anything that

20    you'd like to bring to our attention, or are you satisfied

21    with the questionnaire?  Because if you are, we have a lot

22    of information about you already.

23         PROSPECTIVE JUROR:  I am satisfied with my answers

24    on the questionnaire.  My only concern is the comments that

25    I made on the final page when I spoke to you last time.

```
 1              THE COURT:  Let me get that in just a minute.  Is
 2     it -- are these -- would these be the concluding questions?
 3              PROSPECTIVE JUROR:  Right.  About -- regarding the
 4     civil litigation my husband and I are involved with.
 5              THE COURT:  Yes.
 6              PROSPECTIVE JUROR:  I'm concerned -- well,
 7     primarily my husband is very concerned.  Because when I
 8     expressed to him your answer that you would contact the
 9     judge and make some sort of --
10              THE COURT:  Accommodation.
11              PROSPECTIVE JUROR:  -- accommodations for me to
12     serve on this jury, that's not going to work with my family.
13     I mean, it's been very difficult --
14              THE COURT:  Are you the plaintiff in that matter?
15              PROSPECTIVE JUROR:  Correct.
16              THE COURT:  I see.  So therefore you want to drive
17     the prosecution forward on the civil side?
18              PROSPECTIVE JUROR:  It's been stalled for so long.
19              THE COURT:  I see.
20              PROSPECTIVE JUROR:  And that's my greatest
21     concern.
22              THE COURT:  When is that proceeding set for?
23              PROSPECTIVE JUROR:  Well, the trial is set for
24     November.  However, the litigation -- or the discovery has
25     been going on for about three years, maybe longer.
```

```
 1              THE COURT:  Are you in the middle of depositions
 2    at the present time?
 3              PROSPECTIVE JUROR:  We have not been deposed, but
 4    the defendants I believe are close to that.  The
 5    interrogatories have gone out, we've had our
 6    interrogatories --
 7              THE COURT:  I don't think that there's going to be
 8    a concern.  Because we're going to be taking a day off.  So
 9    even if she's going through depositions or interrogatories,
10    if you both choose her, then we'll proceed forward.
11              You may be excused by the parties, I'm not sure
12    yet.
13              Anything else?
14              PROSPECTIVE JUROR:  That's my greatest concern
15    because it's in Las Vegas.  And we don't want it stalled any
16    longer.  My husband says he's getting too old, and he's
17    almost had it with the whole system.
18              THE COURT:  Okay.
19              PROSPECTIVE JUROR:  That's my greatest concern.
20              THE COURT:  Thank you very much.
21              Now anything else?
22              PROSPECTIVE JUROR:  I would say one comment
23    that -- some comments that were made earlier about the
24    Mother Teresa and someone -- one of the other lawyers said
25    if she's on the witness stand.  Well, of course I'd give her
```

1    greater credibility.  She has a reputation of being an

2    upright -- she's a saint, for crying out loud.  If you're

3    looking at criminals on the witness stand, I would say I

4    would -- I would be less inclined to believe everything they

5    said.

6              THE COURT:  Okay.

7              PROSPECTIVE JUROR:  That's all I have to say.

8              THE COURT:  Well, that's a lot.  Thank you very

9    much.  They're both on fair notice, all right, both sides.

10             Would you be fair and impartial to both sides?

11             PROSPECTIVE JUROR:  Yes.

12             THE COURT:  Would you follow the law?

13             PROSPECTIVE JUROR:  Yes.

14             THE COURT:  Okay.  Thank you very much.

15             Let me turn you over to the government.

16             Do you have questions, counsel?

17             MR. WOLFE:  No questions, your Honor.

18             THE COURT:  All right.  Counsel, let me turn you

19   over to -- I'm sorry.  Mr. Steward?

20             MR. STEWARD:  No questions, your Honor.

21             THE COURT:  Mr. White?

22             MR. WHITE:  No questions, your Honor.

23             THE COURT:  Mr. Calabria?

24             MR. CALABRIA:  No questions, your Honor.

25             THE COURT:  Mr. Reed?

1           MR. REED:  No questions.

2           THE COURT:  I believe that the peremptory would

3     fall -- or pass back to the government.

4         (Pause.)

5           MR. WOLFE:  Your Honor, the government asks that

6     the court thank and excuse Juror No. 57.

7           THE COURT:  Juror No. 57.  Thank you.

8           That would be seat No. 1.  If you'd please go back

9     to the jury room with our thanks and appreciation.

10        (Prospective Juror No. 57 excused.)

11          THE CLERK:  Juror No. 15.  15.

12          THE COURT:  Thank you.

13          Juror No. 15.  And concerning your jury

14    questionnaire, after rethinking that questionnaire and

15    talking to us last week, do you have any additional changes,

16    modifications or comments you care to make concerning that

17    questionnaire?

18          PROSPECTIVE JUROR:  No, your Honor.

19          THE COURT:  You're satisfied with it, then?

20          PROSPECTIVE JUROR:  Yes.

21          THE COURT:  And concerning the questions that have

22    been asked today by me, by the government, by defense

23    counsel, any comments concerning those questions?

24          PROSPECTIVE JUROR:  No.

25          THE COURT:  And then the basic question, would you

1    be fair and impartial to both sides?

2            PROSPECTIVE JUROR:  Yes.

3            THE COURT:  And would you follow the law?

4            PROSPECTIVE JUROR:  Yes, sir.

5            THE COURT:  Then I'll turn you over to the

6    government.

7            Counsel, do you have questions of Juror No. 15?

8            MR. WOLFE:  No questions, your Honor.

9            THE COURT:  Let me turn you over to the defense.

10           Mr. Steward?

11           MR. STEWARD:  Yes, your Honor, if I may, just a

12   couple.

13           Can I ask -- it seems on your questionnaire --

14   where did you go?  There you are.  I'm sorry.

15           On your questionnaire it seems like you had some

16   hesitance in serving on this particular case.  And it says,

17   "I'm not a fan of the government or the law system," and

18   right before that it says, "I don't want to be on this

19   case."

20           Do you still feel -- can you tell us about either

21   of those statements?

22           PROSPECTIVE JUROR:  I don't want to be on this

23   case, one, because it's long, will impact my family life and

24   my family and my work, maybe my whole life.  I don't know.

25   And I'm not a fan of the government because they are

1    wasteful.

2            THE COURT:  Let me ask you about that first part.

3    Is it going to be with your -- okay with your employer that

4    you be here for eight or nine months?

5            PROSPECTIVE JUROR:  Well, my employer will pay me

6    for that time, if that's the question.  Will it be okay?

7    Well, it will be a hardship on my employer for me to be

8    gone.

9            MR. STEWARD:  Okay.  So bottom line is financial

10   hardship probably no, but professional hardship maybe yes?

11           PROSPECTIVE JUROR:  Correct.

12           THE COURT:  Is it such that that professional

13   hardship is going to cause you to want to get this thing

14   over with as quick as you can or otherwise cut corners and

15   not give it your full attention?

16           PROSPECTIVE JUROR:  No.

17           MR. STEWARD:  Change of the subjects just a

18   moment.

19           I notice that you said that your oldest son is a

20   police officer.

21           PROSPECTIVE JUROR:  Correct.

22           MR. STEWARD:  Okay.  Did you hear my interchange

23   with the two gentlemen who had both been former police

24   officers?

25           PROSPECTIVE JUROR:  Yes, sir.

1    MR. STEWARD:  Okay.  Now you've got -- you've got

2  your son there.  Let me put you into the scenario that I

3  mentioned earlier, which is, you've heard the entire trial,

4  you've gone back in the jury room, you're with 11 other

5  people and you all decide that the verdict is not guilty as

6  to all counts.

7    That next weekend you're on the phone with your

8  son, and it's, "Hey, by the way, that trial I was in, it was

9  about X, Y and Z.  And by the way, we acquitted all the

10  defendants."

11    Is that going to be difficult for you?  Are you

12  going to get a ration from your son, anything like that at

13  all?  Is it going to affect you in any way?

14    PROSPECTIVE JUROR:  No.

15    MR. STEWARD:  Do you talk to your son often?

16    PROSPECTIVE JUROR:  Two, three times a week.

17    MR. STEWARD:  Okay.  Thank you.

18    I have nothing further, your Honor.

19    THE COURT:  And Mr. White?

20    MR. WHITE:  No questions, your Honor.

21    THE COURT:  Mr. Calabria?

22    MR. CALABRIA:  No questions, your Honor.

23    THE COURT:  And Mr. Reed?

24    MR. REED:  No questions.

25    THE COURT:  And Lisa, the last peremptory was

1    No. 57; is that correct?

2         *(Pause.)*

3              THE COURT:  Thank you.

4              The peremptory would pass back to the government.

5              MR. WOLFE:  Your Honor, my -- if I may, my record

6    is to the contrary.

7              THE COURT:  Would you help me with that?  I have

8    the defense exercising the peremptory as to 170.

9              MR. WOLFE:  Yes, your Honor.

10             THE COURT:  And then --

11             MR. WOLFE:  The government followed with --

12             THE COURT:  57.

13             MR. WOLFE:  57.

14             THE COURT:  My apologies.  Thank you.

15             And the peremptory passes back to the defense.

16             Mr. Wolfe, thank you very much.

17             MR. FLEMING:  Your Honor, we would ask the court

18   to thank and excuse Juror No. 15.

19             THE COURT:  I'm sorry?

20             MR. FLEMING:  15.

21             THE COURT:  Thank you.  Juror No. 15, thank you

22   very much.  If you'd go back to the jury room with our

23   thanks and appreciation.

24        *(Prospective Juror No. 15 excused.)*

25             THE CLERK:  Juror No. 227.

```
 1              THE COURT:  227.

 2              Thank you, sir.  Once again, concerning your

 3    questionnaire:  If there have been any changes,

 4    modifications, or if there is anything else you'd like to

 5    comment about, would you tell us.

 6              PROSPECTIVE JUROR:  I'm satisfied, your Honor.

 7              THE COURT:  You're satisfied?  Okay.  That has so

 8    much information, just in case there's a change, I want to

 9    ask each of you courteously.

10              Is there anything that I have asked today,

11    anything that the government has asked or the defense

12    counsel have asked that would cause a comment on your part?

13              PROSPECTIVE JUROR:  No, your Honor.

14              THE COURT:  Would you be fair and impartial to

15    both sides?

16              PROSPECTIVE JUROR:  Yes.

17              THE COURT:  And would you follow the law?

18              PROSPECTIVE JUROR:  Yes.

19              THE COURT:  And I'll turn you over to the

20    government for questions, please.

21              MR. WOLFE:  No questions, your Honor.

22              THE COURT:  I'll turn you over to Mr. Steward.

23              MR. STEWARD:  No questions, your Honor.

24              THE COURT:  Mr. White?

25              MR. WHITE:  No questions, your Honor.
```

```
 1              THE COURT:  Mr. Calabria?

 2              MR. CALABRIA:  No questions, your Honor.

 3              THE COURT:  Mr. Reed?

 4              MR. REED:  No questions, Judge.

 5              THE COURT:  The peremptory now would pass back to

 6   the government.

 7         (Pause.)

 8              THE COURT:  And while the government is deciding

 9   for the -- let me speak to the jurors next door.  If we

10   exhaust the -- strike that.

11         (Pause.)

12              MR. WOLFE:  Your Honor, the government has no

13   challenge.

14              THE COURT:  You pass the challenge at this time?

15              MR. WOLFE:  Yes, your Honor.

16              THE COURT:  On No. 8.  All right.  Thank you.

17              The peremptory would now pass to the defense.

18              MR. FLEMING:  Your Honor, the defense would like

19   to thank and excuse Juror No. 90.  90.

20              THE COURT:  Juror No. 90 in seat No. 2.  Thank you

21   very much, sir.  If you'd go back to the jury room with our

22   thanks and appreciation.

23         (Prospective Juror No. 90 excused.)

24              THE COURT:  Lisa, if you'd call an additional

25   juror, please.
```

1              THE CLERK:  Juror 243.

2              THE COURT:  243.

3              How are you today?  If you'd have a seat in seat

4    No. 2, sir.

5              Once again, concerning your questionnaire, you

6    talked to us last week, you've had time to think about that

7    questionnaire.  Are there any modifications, any changes or

8    any comments you'd make to the questionnaire, or are you

9    satisfied with your answers?

10             PROSPECTIVE JUROR:  I'm satisfied.

11             THE COURT:  Okay.  Is there anything that I've

12   said today, counsel have asked by way of questioning or the

13   defendants' counsel have asked that would cause any comment?

14             PROSPECTIVE JUROR:  No.

15             THE COURT:  Would you be fair and impartial to

16   both sides?

17             PROSPECTIVE JUROR:  Yes.

18             THE COURT:  And would you follow the law?

19             PROSPECTIVE JUROR:  Yes.

20             THE COURT:  I have no further questions.

21             Counsel on behalf of the government?

22             MR. WOLFE:  No questions, your Honor.

23             THE COURT:  Thank you.

24             Turn to Mr. Steward.

25             MR. STEWARD:  No questions, your Honor.

34

1          THE COURT:  Turn to Mr. White.

2          MR. WHITE:  No questions, your Honor.

3          THE COURT:  Turn to Mr. Calabria.

4          MR. CALABRIA:  No questions, your Honor.

5          THE COURT:  And to Mr. Reed.

6          MR. REED:  No questions, Judge.

7          THE COURT:  The peremptory now passes back to the

8    government.

9          MR. WOLFE:  Your Honor, the government would ask

10   that the court thank and excuse Juror No. 243.

11         THE COURT:  243.  Thank you.  243.

12         And sir, if you'd go back to the jury room with

13   our thanks and appreciation.  The Jury Commissioner is

14   excusing each of you as you go back.

15      (Prospective Juror No. 243 excused.)

16         THE CLERK:  Juror No. 197.

17         THE COURT:  197.

18         How are you today, sir?  If you'd go up and take

19   seat No. 2, clear up in the back row.

20      (Pause.)

21         THE COURT:  I'm going to refer back to your jury

22   questionnaire.  Are there any answers to the questionnaire

23   you'd like to change or modify after thinking further about

24   the questionnaire, or are you satisfied with your answers?

25         PROSPECTIVE JUROR:  I'm satisfied.

```
1              THE COURT:  Okay.  Let me turn to any questions
2    that I may have asked, any questions the government may have
3    asked or any of the counsel representing any of the four
4    defendants, any comments concerning those questions?
5              PROSPECTIVE JUROR:  There was one issue that was
6    brought up that I'd like to get clarified.  First there
7    was -- if I recall right -- some -- an example of guilt by
8    association that was talked about.  And then as I understand
9    this case, there's some defendants that can be charged to a
10   certain degree but others that can't, and I'm not sure if
11   I'm clear.
12             THE COURT:  I think the import of the question was
13   that, in examining the evidence, that you would be very
14   careful to make certain that each defendant had a separate
15   verdict of not guilty or guilty rendered against them and
16   that the evidence would support that.
17             Also, the question was really designed, I think,
18   to convey that if you convicted one or more of the
19   defendants, you'd need to convict them based upon the
20   evidence supporting that charge.  If the government had,
21   let's say, misfiled in the sense of not putting in a
22   criminal charge, that you wouldn't reach a lesser offense
23   unless it was called for or a different offense even if you
24   believed that the defendant was guilty of --
25             Well, let's say, I guess the easy way to say it.
```

1    Let's say I committed a car theft, but I was charged with,

2    oh, I don't know, drunk driving.  If the evidence wasn't

3    sufficient to support my drunk driving charge, you couldn't

4    take the car theft unless the government had charged it and

5    convict me of the drunk driving charge.  In other words, you

6    couldn't convict me of a crime that's not in the indictment

7    even if I might be guilty in your mind of something else.

8    It has to be a charged crime.  Does that make sense?

9            PROSPECTIVE JUROR:  I think I'm maybe a little

10   confused on how the evidence will be applied to the total

11   defendants.

12           THE COURT:  Right.  I'm going to instruct you at

13   the end of the case.  I may even preinstruct you on the law,

14   depending upon what counsel agree to.  Usually I'll wait

15   until the very end of the case and let the jurors sit.  And

16   I think that all counsel will want me to do that.

17           But at the end of the case, I'm going to not only

18   read to you a set of instructions, I'm going to give you the

19   instructions on the law and how you apply that to the facts

20   surrounding the case.

21           PROSPECTIVE JUROR:  With that explanation, I'm

22   fine.

23           THE COURT:  Would that be satisfactory?

24           PROSPECTIVE JUROR:  Yes.

25           THE COURT:  All right.  Would you be fair and

1    impartial to both sides?

2              PROSPECTIVE JUROR:  Yes.

3              THE COURT:  And will you follow the law that I

4    instruct you on at the end of the case?

5              PROSPECTIVE JUROR:  Yes.

6              THE COURT:  Let me say to all of you, also, and

7    all of the prospective jurors:  I'm a lowly trial court.

8    The Supreme Court can change the law.  Congress can enact

9    new laws.  In my position, as a federal district court

10   judge, I follow the law.  And that's -- you're part and

11   parcel of me in that sense, and therefore you're instructed

12   to follow the laws.

13             Sir, thank you very much.  Let me turn you over to

14   the government.

15             Counsel, do you have questions?

16             MS. FLYNN:  We have no questions, your Honor.

17             THE COURT:  Let me turn you over to Mr. Steward.

18             MR. STEWARD:  No questions, your Honor.

19             THE COURT:  Mr. White?

20             MR. WHITE:  No questions.

21             THE COURT:  Mr. Calabria?

22             MR. CALABRIA:  No questions.

23             THE COURT:  Mr. Reed?

24             MR. REED:  No questions, Judge.

25             THE COURT:  I believe that the peremptory would

1   pass to the defense.

2          MR. FLEMING:  The defense would like to thank and

3   excuse Juror No. 190.

4          THE COURT:  190.  Thank you very much.  And if

5   you'd please go back to the jury room.

6          And good luck to you on that.  Well, I don't take

7   sides, but I wish you the best.

8          PROSPECTIVE JUROR:  I believe justice will

9   prevail.  Thank you.

10      (Prospective Juror No. 190 excused.)

11          THE CLERK:  No. 49.

12          THE COURT:  49.  And No. 49 is probably in the

13  next room.  So, Kristee, you can probably see and hear me

14  obviously.  If Juror No. 49 is over there, would you bring

15  Juror No. 49 over.

16          MS. FLYNN:  Your Honor, we don't have 49.

17          THE COURT:  Kristee, you don't have to bring

18  No. 49 over.

19      (Laughter.)

20          THE CLERK:  She's on the phone.

21          THE COURT:  Well, the computer sort of came up

22  with 49 this morning.  Counsel --

23          PROSPECTIVE JUROR:  Originally I was given 49, and

24  they changed me to 149.

25          THE COURT:  When did they do that to you?

1          PROSPECTIVE JUROR:  When I came in last week.  She

2    said, "I forgot to write the '1.'"

3          THE COURT:  I see.  So this may be the solution.

4    We had 49 changed to 149.  And the Jury Commissioner said

5    she forgot to mark the "1."  We had excused the actual 49

6    last week, counsel, according to my records.

7          Counsel, do you want to pass on to the next juror?

8          MR. FLEMING:  Yes.

9          THE COURT:  Because I'm assuming 149 is in this

10   sort later on.

11         MR. FLEMING:  Yes.

12         THE COURT:  Do you want to check that, Lisa?

13         THE CLERK:  Yeah, I'm going to check.

14         THE COURT:  Give us just a moment just to check to

15   see if 149's in the sort.

16         Call the next one.

17         THE CLERK:  117.

18         THE COURT:  117.

19         How are you today?

20         PROSPECTIVE JUROR:  I'm well, your Honor.

21         THE COURT:  The same questions, and let me go

22   right back to that questionnaire because in those 14 pages

23   we have a lot of information.

24         Are there any changes, any modifications, any

25   comments that you'd like to make, or are you satisfied with

1    your questionnaire?

2              PROSPECTIVE JUROR:  I'm satisfied with my

3    questionnaire.

4              THE COURT:  Are there any questions that I've

5    asked today, that the government's asked or the defendants

6    have asked or their -- I'm sorry -- their counsel have asked

7    today that would cause comment?

8              PROSPECTIVE JUROR:  One comment.  In my interview,

9    defense counsel was concerned or interested in my

10   long-standing relationship with an Orange County Deputy

11   District Attorney.

12             THE COURT:  Right.

13             PROSPECTIVE JUROR:  In light of the information

14   that was brought forward that these crimes occurred in

15   prison or the indictments relate to the time in prison that

16   no longer affects, because my DA buddy was only referring to

17   people on the outside creating this -- the crimes in those

18   types of cases.  So I feel that it's sufficiently different

19   from the scenario here that I can let that go.

20             THE COURT:  Thank you for the additional

21   information.

22             Anything else?

23             PROSPECTIVE JUROR:  That's it, your Honor.

24             THE COURT:  Okay.  Would you be fair and

25   impartial, then, to both sides?

1          PROSPECTIVE JUROR:  Yes, sir.

2          THE COURT:  Would you follow the law?

3          PROSPECTIVE JUROR:  Yes, sir.

4          THE COURT:  Let me turn you over for questioning

5    to the government.

6          MR. WOLFE:  No questions, your Honor.

7          THE COURT:  Let me turn you over for questioning

8    to Mr. Steward.

9          MR. STEWARD:  No questions, your Honor.

10          THE COURT:  Mr. White?

11          MR. WHITE:  No questions, your Honor.

12          THE COURT:  Mr. Calabria?

13          MR. CALABRIA:  No questions, your Honor.

14          THE COURT:  Mr. Reed?

15          MR. REED:  No questions.

16          THE COURT:  Let me stop you on both sides.  Just

17    so you catch up, I'm at the beginning of the tenth

18    peremptory.  Number two, if there's two passes, I won't trap

19    either side.  I'll actually, you know, take a recess.  If

20    you get close to accepting the jury, give you some time to

21    go over your notes so that as we get closer to the end of

22    the peremptory process, my habit and custom has simply been

23    to slow that down a little bit, let you take a break and let

24    each side make certain.  So you may have a couple of breaks

25    today.

```
 1              We will, by the way, get a jury today.  Now you
 2   may be playing musical chairs for a while, but we'll get a
 3   jury today.
 4              Let me pass, then, to the government.
 5              MR. WOLFE:  Your Honor, the government asks that
 6   the court thank and excuse Juror 119.
 7              THE COURT:  Juror No. 119, which would be in seat
 8   No. 11.
 9              Sir, thank you very much.  If you'd go back down
10   to the jury room.  It's been a pleasure meeting you.
11       (Prospective Juror No. 119 excused.)
12              THE COURT:  If you will call an additional juror.
13              THE CLERK:  That juror was 149.
14              THE COURT:  So can we put 149, then, back in the
15   mix, counsel?  149 was actually the juror who should have
16   been called before the last juror.  So we're only taking her
17   one out of order.
18              Would that be acceptable, Mr. Steward?
19              MR. STEWARD:  Certainly, your Honor.
20              THE COURT:  Mr. White?
21              MR. WHITE:  Yes, your Honor.
22              THE COURT:  Mr. Calabria?
23              MR. CALABRIA:  Yes, your Honor.
24              THE COURT:  Mr. Reed?
25              MR. REED:  Yes.
```

43

```
 1              THE COURT:  And Mr. Wolfe?
 2              MR. WOLFE:  Yes, your Honor.
 3              THE COURT:  Ms. Flynn?
 4              MS. FLYNN:  Yes, your Honor.
 5              THE COURT:  Mr. Emmick?
 6              MR. EMMICK:  Yes, your Honor.
 7              THE COURT:  All right.  Thank you.
 8         And then we'll call 149.  And if you'd have a seat
 9    in seat No. 11, please.
10         Lisa, thank you.
11         Does everybody understand what happened so there's
12    no confusion?  Okay.  Stipulation by everybody.
13         How are you?
14         PROSPECTIVE JUROR:  Very good, thank you.
15         THE COURT:  Right back to that questionnaire
16    because it tells us, you know, page after page.  And we
17    could reask all those questions, that would really be silly.
18         Are there any additional changes, modifications or
19    comments you'd make to that questionnaire, or are you
20    satisfied with your questionnaire?
21         PROSPECTIVE JUROR:  I'm satisfied.
22         THE COURT:  Anything that I've said today that
23    would cause a comment, or government counsel or any or all
24    counsel for the defense?
25         PROSPECTIVE JUROR:  No.
```

44

```
1              THE COURT:  Could you be fair and impartial to
2   both sides?
3              PROSPECTIVE JUROR:  Yes.
4              THE COURT:  And would you follow the law?
5              PROSPECTIVE JUROR:  Yes.
6              THE COURT:  Then I don't have any questions.  I'll
7   turn you over to the government counsel for any questions.
8              MR. WOLFE:  No questions, your Honor.
9              THE COURT:  Let me turn you over to Mr. Steward.
10             MR. STEWARD:  No questions, your Honor.
11             THE COURT:  Mr. White?
12             MR. WHITE:  No questions, your Honor.
13             THE COURT:  Mr. Calabria?
14             MR. CALABRIA:  No questions, your Honor.
15             THE COURT:  Mr. Reed?
16             MR. REED:  No questions, your Honor.
17             THE COURT:  The peremptory, then, would pass to
18   the defense.
19             MR. FLEMING:  The defense would like to thank and
20   excuse Juror No. 117.  117.
21             THE COURT:  117.  Thank you very much, sir.  If
22   you'd go back to the jury room.  Thank you for your
23   attendance.  117.
24        (Prospective Juror No. 117 excused.)
25             THE COURT:  And if you'd call an additional juror,
```

1    please.

2              THE CLERK:  Juror 101.

3              THE COURT:  101.  The only reason we called you is

4    because you were clear back in the corner, the farthest

5    possible place in the courtroom.  I'm just joking with you a

6    little bit.  If you'd have a seat down in seat No. 10, sir.

7    You'd be Juror 101.

8              First I'm going to turn right back to that

9    questionnaire on every occasion:  Is there anything on your

10   questionnaire that you rethought, you'd like to make a

11   comment upon or any change, any modifications?

12             PROSPECTIVE JUROR:  No change.

13             THE COURT:  You're satisfied then?

14             PROSPECTIVE JUROR:  I'm satisfied.

15             THE COURT:  Okay.  Once again, just concerning our

16   questions today, we could take literally days and days in

17   the process.  We're not going to.

18             Is there anything that I've said today that would

19   cause a comment on your part, any of the government

20   attorneys or any of the attorneys representing any of the

21   defendants?

22             PROSPECTIVE JUROR:  No, your Honor.

23             THE COURT:  Then the basic and fundamental

24   question to our system:  Would you be fair and impartial to

25   both sides?

1          PROSPECTIVE JUROR:  Yes, your Honor.

2          THE COURT:  And will you follow the law?

3          PROSPECTIVE JUROR:  Yes.

4          THE COURT:  Thank you very much, sir.

5          I'll turn you over to counsel for the government

6    for questions.

7          MR. WOLFE:  No questions, your Honor.

8          THE COURT:  I'll turn you over to Mr. Fleming.

9          MR. FLEMING:  No questions, your Honor.

10          THE COURT:  Mr. White?

11          MR. WHITE:  No questions, your Honor.

12          THE COURT:  Mr. Calabria?

13          MR. CALABRIA:  No questions, your Honor.

14          THE COURT:  Mr. Reed?

15          MR. REED:  No questions.

16          THE COURT:  Then the peremptory would pass to the

17    government.

18      (*Pause.*)

19          THE COURT:  By the way, let me remind each of you,

20    if you pass and if there's a pass on the defense, I'll

21    literally take a break and have you go back over it.  It's

22    not a final pass as far as I'm concerned.  You're not going

23    to get trapped into a narrow, you know, one-minute

24    decision-making frame.

25          If you need a 15-minute recess, we'll take it.

1   You can discuss it with your various trial teams.  You make

2   sure that that's the jury you each want.

3       *(Pause.)*

4           MR. WOLFE:  Your Honor, the government asks that

5   the court thank and excuse Juror No. 101.

6           THE COURT:  Juror No. 101 in seat No. 10.  Thank

7   you very much.  If you'd go back to the jury room, sir, with

8   our thanks and appreciation.

9       *(Prospective Juror No. 101 excused.)*

10          THE COURT:  And Lisa, if you'd call an additional

11  juror, please.

12          THE CLERK:  Juror 230.  230.

13          THE COURT:  230.  Thank you, Lisa.

14      *(Pause.)*

15          THE COURT:  Sir, let me refer you back to your

16  questionnaire.  Are you satisfied with the answers on your

17  questionnaire, or are there any changes or modifications or

18  comments you'd like to make?

19          PROSPECTIVE JUROR:  No, I'm satisfied with that.

20  But I have one more concern to bring up.

21          THE COURT:  Yes.

22          PROSPECTIVE JUROR:  I went back -- I was here

23  Friday.  I went back to my work Monday.  I work for a large

24  corporation and they used to support unlimited time off for

25  jury service, but now it's been cut back to ten days.

48

1          THE COURT:  To ten days?

2          PROSPECTIVE JUROR:  Yes.

3          THE COURT:  Thank you very much for telling us

4    that.  It would be absolutely disastrous if we got into the

5    trial and started losing people right away.  I was really

6    sort of thinking about 12 alternates at one time, but as

7    long as I've got 12 solid jurors and eight alternates, you

8    know, there's no reason to take four more chairs.

9          So let me go back -- counsel, will you stipulate

10   since this is a hardship?

11         MR. WOLFE:  Yes.

12         THE COURT:  It's a hardship for everybody, but I

13   mean it's also a financial hardship.  The employer won't

14   pay.

15         Mr. Steward, will you?

16         MR. STEWARD:  Yes.

17         THE COURT:  Mr. White?

18         MR. WHITE:  Yes, your Honor.

19         THE COURT:  Mr. Calabria?

20         MR. CALABRIA:  Yes, your Honor.

21         THE COURT:  Mr. Reed?

22         MR. REED:  Yes, your Honor.

23         THE COURT:  We're going to thank and excuse you

24   for cause, sir.  You may go back to your employment.  Thank

25   you very much.

1          PROSPECTIVE JUROR:  Thank you, your Honor.

2          THE COURT:  Thank you.

3      (Prospective Juror No. 230 excused.)

4          THE COURT:  Would you call an additional juror,

5  please.

6          THE CLERK:  Juror 103.  103.

7          THE COURT:  That would be seat No. 9.  103.  Thank

8  you.

9          THE CLERK:  That's seat 10, Judge.

10          THE COURT:  I'm sorry.  Seat 10.  Thank you very

11  much.

12          That was 103, Lisa?

13          THE CLERK:  Correct.

14          THE COURT:  And once again, right back to that

15  questionnaire:  Is there anything on your questionnaire that

16  you'd like to change, any additional comments, any

17  modifications, or are you satisfied with the questionnaire?

18          PROSPECTIVE JUROR:  I'm satisfied.

19          THE COURT:  Is there anything that I've said

20  today, counsel for the government, counsel for the defense

21  that would cause any comment on your part?

22          PROSPECTIVE JUROR:  I do have one question.  I

23  don't have -- I don't know how pertinent it is to this

24  trial --

25          THE COURT:  Ask it.

1          PROSPECTIVE JUROR:  -- but it's no direct

2   relationship to me, but I have a friend who has a friend who

3   has a stepbrother who --

4          THE COURT:  Just a minute.  We've got a friend who

5   has a friend who has a stepbrother.  Got it.

6          PROSPECTIVE JUROR:  He is actually serving life in

7   prison for murder and is high up on like the chain of

8   command, so to speak, for a white supremist group.  And I

9   haven't seen this friend since January because she moved

10  away, so I haven't heard anything since then.

11         THE COURT:  Since January.

12         PROSPECTIVE JUROR:  Right.  When I knew about this

13  case.  But I've heard of stories about in and out of prison,

14  what this stepbrother had -- was involved with.

15         THE COURT:  I see.

16         PROSPECTIVE JUROR:  And so I don't know how

17  pertinent it might be here, but it kind of raises red flags.

18         THE COURT:  Well, thank you.  That's exactly what

19  we need.  Has this person that you got the information from

20  moved out of the area?

21         PROSPECTIVE JUROR:  Yes.

22         THE COURT:  So there would be no reason for you to

23  have contact?

24         PROSPECTIVE JUROR:  Sorry.  My friend?

25         THE COURT:  Yes.

1          PROSPECTIVE JUROR:  Right.  I still talk to her on

2    the phone.

3          THE COURT:  Okay.

4          PROSPECTIVE JUROR:  And she is -- she comes

5    home -- she's a flight attendant, so she comes home like

6    every month and we hang out and talk and stuff.  But --

7          THE COURT:  Could you keep this case separate and

8    apart and receive no additional information during the

9    pendency of this case?

10          PROSPECTIVE JUROR:  I could try.  Like, I don't

11    know if she'd bring up stuff if I'd be -- if I just told

12    her -- I've definitely tell her to stop, but I don't know if

13    she would, like, inquire why or whatever because I've never

14    done it before.

15          THE COURT:  Okay.  Everybody's on fair warning

16    then.  They know that that would be -- I think all of you,

17    though, are going to be tempted.  It -- it just -- it's --

18    nobody can resist asking you, because they love and care

19    about you, what you're doing in federal court for nine

20    months.  That's isn't an everyday experience.  It's going to

21    take all of our willpower, you know, to keep that separation

22    and to do our very best.  But everybody knows that now.

23          Anything that I've asked today, anything from the

24    government's questions or the defense questions that you

25    would care to comment upon?

1            PROSPECTIVE JUROR:  No.

2            THE COURT:  Okay.  Would you be fair and impartial

3      to both sides?

4            PROSPECTIVE JUROR:  I would try, yes.

5            THE COURT:  Okay.  And would you follow the law?

6            PROSPECTIVE JUROR:  Yes.

7            THE COURT:  Now as soon as you say you'll try, is

8      there some information that you received, without telling me

9      if there's sympathy or bias for which side, but is there

10     some information that you received from your friend that

11     would cause sympathy or bias for one of these particular

12     parties, the government or the defense?

13           PROSPECTIVE JUROR:  It's possible.  I don't --

14     I'm -- I would try to take that away and separate it.  But I

15     do know that it honestly would be pretty hard to completely,

16     but I would definitely --

17           THE COURT:  Okay.  I think that that's as fair as

18     you can be with us.  In other words, you know -- you've

19     brought up something that's of concern to you.  Both sides

20     are forewarned.  If they want additional questions, so be

21     it.  Okay?  But thank you very much.  Appreciate it.

22           Counsel, let me turn to the government if you have

23     any questions.

24           MR. WOLFE:  No, your Honor.

25           THE COURT:  Okay.  Let me turn to Mr. Steward.

```
 1              MR. STEWARD:  Thank you, your Honor.  Sure.
 2              Following up on what you just said, I seem to be
 3    the worrywart over here, but I'm concerned that again you
 4    may get back in the jury room and something that you've
 5    heard outside of this case hits you and you go, "Wow," and
 6    share it with everybody.
 7              Are you prepared to assure all of us that you
 8    won't let anything that you've heard from a friend of a
 9    friend of a friend's stepbrother, that, you know, the Aryan
10    Brotherhood is whatever?  You could put that out of your
11    mind and keep -- give us an open slate to start with and
12    consider only the evidence and the facts that you hear in
13    open court?
14              PROSPECTIVE JUROR:  Well, I've never heard
15    anything about the Aryan Brotherhood.  So in that respect, I
16    wouldn't connect them saying, "Oh, this is what this guy
17    did, and, oh, these are the defendants."
18              MR. STEWARD:  Okay.
19              PROSPECTIVE JUROR:  However, I would like to think
20    that I would separate it completely.  I just wanted to put
21    out there that I have heard stuff of my friend's stepbrother
22    or whatever.
23              MR. STEWARD:  Okay.  Prison stuff?
24              PROSPECTIVE JUROR:  Well, I don't --
25              MR. STEWARD:  You don't need to get into it.  I'm
```

1    just -- I'm just -- it's stuff about prisons?

2              PROSPECTIVE JUROR:  Well, I know like for just an

3    example, my friend said that if I were ever to -- she would

4    ever go to jail, she'd be completely taken care of.  And

5    like it's stupid --

6         *(Laughter.)*

7              PROSPECTIVE JUROR:  I know that sounds ridiculous,

8    but --

9              MR. STEWARD:  No, it's interesting.

10             PROSPECTIVE JUROR:  Yeah, I know.  But just stuff

11   in that nature, and then just stupid examples that I heard

12   when he was out of jail versus when -- like I know he still

13   has contacts in jail.

14             MR. STEWARD:  Okay.  You've answered my question.

15   Thank you.

16             THE COURT:  Mr. White?

17             MR. WHITE:  No, thank you, your Honor.

18             THE COURT:  Mr. Calabria?

19             MR. CALABRIA:  No questions, your Honor.

20             THE COURT:  Mr. Reed?

21             MR. REED:  No questions.

22             THE COURT:  I believe the peremptory now passes

23   back to the defense.

24        *(Pause.)*

25             MR. FLEMING:  The defense would like to thank and

1   excuse Juror 149.

2           THE COURT:   149.   Thank you very much.   And if 149

3   would please go back to the jury room with our thanks and

4   appreciation.

5           Thank you very much.

6       (Prospective Juror No. 149 excused.)

7           THE CLERK:   Juror 185.   185.

8           THE COURT:   185.

9       (Pause.)

10           THE COURT:   How are you?

11           PROSPECTIVE JUROR:   Fine.

12           THE COURT:   Lisa, this would be 185?

13           THE CLERK:   Correct.

14           THE COURT:   Thank you.

15           Right back to that questionnaire:   Are there any

16   changes, modifications or any comments concerning your

17   questionnaire, or are you satisfied with the information?

18           PROSPECTIVE JUROR:   I'm satisfied with the

19   information.

20           THE COURT:   Okay.   Is there anything that I've

21   asked today, the attorneys for the government have asked

22   today or the attorneys for the defendants have asked today

23   that you would comment upon?

24           PROSPECTIVE JUROR:   No.

25           THE COURT:   Would you be fair and impartial to

1    both the government and the defendants?

2              PROSPECTIVE JUROR:  Yes.

3              THE COURT:  Would you follow the law?

4              PROSPECTIVE JUROR:  Yes.

5              THE COURT:  I have no additional questions then.

6              Let me turn you over --

7              PROSPECTIVE JUROR:  I do have one question, your

8    Honor.  Around summertime, will you be taking a time off

9    because -- being a single parent I need to prepare for my

10   kids.

11             THE COURT:  I promise you -- you don't have to go

12   any further.  What I plan to do, because I know that you've

13   got summertime vacations with either children or

14   grandchildren.  I've got to negotiate with you.  I can't

15   make everybody happy.  But I'm probably going to take some

16   time in June and I'm probably going to take some time in

17   August.  But when I finally get the 12 jurors, let's sit

18   down and talk.

19             And I think it's going to be necessary literally

20   to have two summer recesses.  Now that will be frustrating

21   for jurors who can go straight through, but I've got other

22   jurors who couldn't sit.

23             So my guess is probably when children first get

24   out of school, you know, the second, third, or maybe I'll

25   have to pick two weeks in June just so -- because you can't

1     match up.  Maybe I've got to pick two weeks in August.  I

2     don't know yet.

3              I've been involved in a number of six-month

4     trials.  Whenever we have the summer, I always know that

5     I've got, you know, to take some time someplace, okay?

6              PROSPECTIVE JUROR:  Thank you.

7              THE COURT:  Now my preference is I'd go straight

8     through.  And I know the jurors can't do that.

9              So anything that, once again, that I've asked, or

10    are you satisfied?

11             PROSPECTIVE JUROR:  I'm satisfied.

12             THE COURT:  Then I'll turn you over to the counsel

13    for the government.

14             MR. WOLFE:  No questions, Your Honor.

15             THE COURT:  I'll turn you over to counsel for

16    Mr. Mills.

17             MR. STEWARD:  No questions.

18             THE COURT:  Counsel for Mr. Bingham?

19             MR. WHITE:  No questions.

20             THE COURT:  Counsel for Mr. Hevle?

21             MR. CALABRIA:  No questions.

22             THE COURT:  Counsel for Mr. Gibson?

23             MR. REED:  No questions.

24             THE COURT:  Then I'm going to indicate that the

25    peremptory would now pass back to the government.

1          MR. WOLFE:  Your Honor, the government asks that

2     the court thank and excuse Juror No. 185.

3          THE COURT:  Juror 185.  And if you'd please go

4     back to the jury room with our thanks and appreciation.

5          *(Prospective Juror No. 185 excused.)*

6          THE COURT:  Lisa, if you'd call another juror.

7          THE CLERK:  Juror 13.  13.

8          THE COURT:  Juror 13.  13.  Juror No. 13 is

9     occupying seat No. 10.

10         THE CLERK:  It's 11, Judge.

11         THE COURT:  I'm sorry.  No. 11.

12         PROSPECTIVE JUROR:  Am I in the right seat?

13         THE COURT:  Yes, you are.  It's my inability to

14    count correctly.

15         Once again, right back to your questionnaire:  Are

16    there any changes to that questionnaire, any modifications

17    that you'd care to share with us or any comments, or are you

18    satisfied with your jury questionnaire?

19         PROSPECTIVE JUROR:  I'm satisfied.

20         THE COURT:  That has so much information for us.

21    Back to any comments that I may have made today, any

22    questions or any questions by the government or any

23    questions by the defense, anything that would cause a

24    comment on your part?

25         PROSPECTIVE JUROR:  No.

59

1          THE COURT:  Would you be fair and impartial to

2    both sides?

3          PROSPECTIVE JUROR:  Yes, I would.

4          THE COURT:  I think that's the fundamental

5    question we can ask.  And will you follow the law?

6          PROSPECTIVE JUROR:  Yes, I will.

7          THE COURT:  Then I have no further questions.

8          Counsel on behalf of the government, questions?

9    This would be Juror No. 13.

10          MR. WOLFE:  No questions, your Honor.

11          THE COURT:  Let me turn to counsel for Mr. Mills.

12          MR. STEWARD:  No questions, your Honor.

13          THE COURT:  Counsel for Mr. Bingham.

14          MR. WHITE:  No questions.

15          THE COURT:  Counsel for Mr. Hevle.

16          MR. CALABRIA:  No questions, your Honor.

17          THE COURT:  Counsel for Mr. Gibson.

18          MR. REED:  No questions.

19          THE COURT:  The peremptory now would pass back to

20    the defendants.

21          MR. FLEMING:  Your Honor, we would like to thank

22    and excuse Juror 103.  103.

23          THE COURT:  Thank you very much.  And if you'd

24    please go back to the jury room with our thanks and

25    appreciation.

*DEBORAH D. PARKER, U.S. COURT REPORTER*

1      (*Prospective Juror No. 103 excused.*)

2          THE COURT:  Lisa, will you call an additional

3  juror, please.

4          THE CLERK:  Juror 219.  219.

5          THE COURT:  219.  Thank you, sir.

6      (*Pause.*)

7          THE COURT:  How are you doing?  If you'd take seat

8  No. 10.  The reason -- I just figured out I've got this

9  monitor here.  I look like a spaceman.  And I can't see you.

10  I'll move around this thing.

11          Have you heard -- strike that.

12          Concerning your jury questionnaire, have you --

13  are there any changes to that questionnaire, any

14  modifications, any comments that you've changed on this

15  questionnaire?

16          PROSPECTIVE JUROR:  Actually there is one.

17          THE COURT:  Okay.

18          PROSPECTIVE JUROR:  Driving home after being here

19  last week, I thought about something that I had attributed

20  to the Aryan Brotherhood.  I know very little about the

21  Aryan Brotherhood.  In thinking about it, it was actually a

22  different group that I had had in mind when I mentioned it.

23  So I need to change that.

24          THE COURT:  Okay.

25          PROSPECTIVE JUROR:  That's it.

1      THE COURT:  That would be a different group than

2  you mentioned in the questionnaire?

3      PROSPECTIVE JUROR:  Yes.

4      THE COURT:  Thank you very much.  Thank you for

5  rethinking that.

6      And concerning any comments that I've made today,

7  any questions, any questions or comments by the government

8  counsel, any questions or comments by the defense counsel,

9  are there any comments that you would have or any questions?

10     PROSPECTIVE JUROR:  No, sir.

11     THE COURT:  Would you be fair and impartial, then,

12  to the government and fair and impartial to the defendants?

13     PROSPECTIVE JUROR:  Yes, sir.

14     THE COURT:  Would you follow the law?

15     PROSPECTIVE JUROR:  Yes.

16     THE COURT:  Thank you.  I have no questions then.

17     Counsel on behalf of the government?

18     MR. WOLFE:  No questions, your Honor.

19     THE COURT:  And then on behalf of Mr. Steward?

20     MR. STEWARD:  No questions, your Honor.

21     THE COURT:  Mr. White?

22     MR. WHITE:  No questions.

23     THE COURT:  Mr. Calabria?

24     MR. CALABRIA:  No questions.

25     THE COURT:  Mr. Reed?

```
1              MR. REED:  No questions.
2              THE COURT:  The peremptory would pass to the
3    government.
4              MR. WOLFE:  Your Honor, the government would ask
5    the court thank and excuse Juror No. 219.
6              THE COURT:  219.  Thank you very much, sir.  If
7    you'd please go back to the jury room with our thanks and
8    appreciation.
9         (Prospective Juror No. 219 excused.)
10             THE COURT:  Would you call an additional juror,
11   please.
12             THE CLERK:  Juror 229.  229.
13             THE COURT:  229.  Thank you, Lisa.
14        (Pause.)
15             THE COURT:  And if you'd take seat No. 10, please.
16   That's a pretty hot seat right now.
17        (Laughter.)
18             THE COURT:  Once again, right back to that
19   questionnaire:  Are there any changes or modifications after
20   we met, you know, last week, any comments that you -- any
21   additional comments, or are you satisfied with your
22   questionnaire?
23             PROSPECTIVE JUROR:  I just want to add one
24   comment.  I thought my company covered jury duty unlimited
25   also.  And they cover 30 days in a 36-month period.
```

```
 1              THE COURT:  Thirty days.  So it would be a
 2    financial hardship then?
 3              Counsel, let me turn to the government.
 4    Mr. Wolfe?
 5              MR. WOLFE:  Your Honor, the government would
 6    stipulate to the excuse of this juror for hardship.
 7              THE COURT:  Mr. Steward?
 8              MR. STEWARD:  As would we, your Honor.
 9              THE COURT:  Mr. White?
10              MR. WHITE:  Stipulate, your Honor.
11              THE COURT:  Mr. Calabria?
12              MR. CALABRIA:  Stipulated, your Honor.
13              THE COURT:  Mr. Reed?
14              MR. REED:  Yes, your Honor.
15              THE COURT:  Thank you.  We're going to thank and
16    excuse you.  Thank you very much for checking.
17              As you can tell, it would be absolutely
18    disastrous.  We're going to need each and every juror.  And
19    I just don't want to get 12 or 15 extra jurors.  It's
20    nonsensical.
21         (Prospective Juror No. 229 excused.)
22              THE CLERK:  Juror 100.
23              THE COURT:  Juror No. 100.  Thank you.
24              How are you?  If you'd go up to seat No. 10.
25              Once again, your jury questionnaire:  Are there
```

64

```
1    any changes, modifications or comments you'd make to that
2    questionnaire?
3              PROSPECTIVE JUROR:  No.
4              THE COURT:  Anything that I've said today that
5    would cause a comment, or counsel for the government or any
6    counsel for defendants?
7              PROSPECTIVE JUROR:  No.
8              THE COURT:  And would you be fair and impartial to
9    both sides?
10             PROSPECTIVE JUROR:  Yes.
11             THE COURT:  Would you follow the law?
12             PROSPECTIVE JUROR:  Yes.
13             THE COURT:  I have no questions then.
14             Counsel on behalf of the government.  This would
15   be juror 100.
16             MR. WOLFE:  No questions, your Honor.
17             THE COURT:  Mr. Steward?
18             MR. STEWARD:  No questions, your Honor.
19             THE COURT:  Mr. White, Juror 100?
20             MR. WHITE:  No questions, your Honor.
21             THE COURT:  Mr. Calabria?
22             MR. CALABRIA:  No questions, your Honor.
23             THE COURT:  Mr. Reed?
24             MR. REED:  No questions.
25             THE COURT:  The peremptory would now pass to the
```

65

1   defendants.

2          MR. FLEMING:  Your Honor, may I have a moment?

3          THE COURT:  You may.

4      (Pause.)

5          MR. FLEMING:  Defense would like to thank and

6   excuse Juror 13.

7          THE COURT:  Juror No. 13.  Thank you very much.

8   And if you'd please go back to the jury room and the

9   Commissioner will excuse you almost immediately.  Thank you

10  very much.

11     (Prospective Juror No. 13 excused.)

12         THE COURT:  Call an additional juror, please.

13         THE CLERK:  98.

14         THE COURT:  98.

15         THE CLERK:  98.

16         THE COURT:  Counsel, unless we have an agreement,

17  I'll take us up to peremptory 16 and then take a recess.

18  I'll take us up to peremptory 16 and then take a recess

19  unless there's an agreement, and then I'll take a recess

20  regardless.

21         Sir, how are you?

22         PROSPECTIVE JUROR:  Fine, thank you.

23         THE COURT:  Concerning your jury questionnaire,

24  are there any changes to your jury questionnaire that you'd

25  like to make, any modifications, fixes or additional

```
1    information?
2              PROSPECTIVE JUROR:  No, sir.
3              THE COURT:  You're satisfied with your
4    questionnaire?
5              PROSPECTIVE JUROR:  Yes.
6              THE COURT:  Is there anything that I've asked
7    today, the attorneys for the government or the attorneys for
8    the defendants have asked today that would cause any comment
9    on your part?
10             PROSPECTIVE JUROR:  No, sir.
11             THE COURT:  Would you be fair, then, and impartial
12   to the government and would you be fair and impartial to the
13   defendants?
14             PROSPECTIVE JUROR:  Yes.
15             THE COURT:  Would you follow the law?
16             PROSPECTIVE JUROR:  Yes, sir.
17             THE COURT:  Counsel --
18             Thank you very much, sir.  I have no questions.
19             Counsel on behalf of the government, Juror No. 98.
20             MR. WOLFE:  No questions, your Honor.
21             THE COURT:  Counsel on behalf of -- well,
22   Mr. Steward?
23             MR. STEWARD:  No questions, your Honor.
24             THE COURT:  Mr. White?
25             MR. WHITE:  No questions, your Honor.
```

```
 1            THE COURT:  Mr. Calabria?

 2            MR. CALABRIA:  No questions, your Honor.

 3            THE COURT:  Mr. Reed?

 4            MR. REED:  No questions.

 5            THE COURT:  Then the peremptory passes back to the

 6    government.

 7        (Pause.)

 8            MR. WOLFE:  Your Honor, the government asks that

 9    the court thank and excuse Juror No. 98.

10            THE COURT:  Juror No. 98.  Thank you very much.

11    If you'd please go back to the jury room with our thanks and

12    appreciation.

13        (Prospective Juror No. 98 excused.)

14            THE COURT:  Lisa, if you'd call another juror,

15    please.

16            THE CLERK:  Juror 238.  238.

17            THE COURT:  238.  Thank you, Lisa.

18            And if you'd go up and take seat No. 11, please.

19        (Pause.)

20            THE COURT:  First of all, right back to that

21    questionnaire:  And any changes or any modifications or any

22    comments on your questionnaire?

23            PROSPECTIVE JUROR:  None.  I'm satisfied.

24            THE COURT:  You're satisfied.  Anything that I've

25    asked today, anything that the government counsel have asked
```

1    or the defendants have asked or their counsel today?

2            PROSPECTIVE JUROR:  No, sir.

3            THE COURT:  Would you be fair and impartial to

4    both sides in this matter?

5            PROSPECTIVE JUROR:  Yes, sir.

6            THE COURT:  Would you follow the law?

7            PROSPECTIVE JUROR:  Yes, sir.

8            THE COURT:  I have no further questions then.

9            Let me turn you over to counsel for the government

10   for questions.

11           MR. WOLFE:  No questions, your Honor.

12           THE COURT:  Let me turn you over to Mr. Steward,

13   questions?

14           MR. STEWARD:  No questions, your Honor.

15           THE COURT:  Mr. White?

16           MR. WHITE:  No questions, your Honor.

17           THE COURT:  Mr. Calabria?

18           MR. CALABRIA:  No questions, your Honor.

19           THE COURT:  Mr. Reed?

20           MR. REED:  No questions.

21           THE COURT:  Thank you.  The peremptory would now

22   pass back to the defendants.

23       (Pause.)

24           MR. FLEMING:  The defense would like to thank and

25   excuse Juror 238.

1           THE COURT:  Juror 238.  Thank you very much.  If

2     you'd please go back to the jury room with our thanks and

3     appreciation.

4           (Prospective Juror No. 238 excused.)

5           THE COURT:  Lisa, if you'd call an additional

6     juror, please.

7           THE CLERK:  236.  236.

8           THE COURT:  236.  And if you'd be kind enough to

9     take seat No. 11.

10          On the same old question, back to that

11    questionnaire:  And the reason for that is just a reminder.

12    There's so much information in those 14 pages that -- we all

13    know what that is now.  And if there are changes we just --

14    any changes, any modifications, any additional comments?

15          PROSPECTIVE JUROR:  No.

16          THE COURT:  You're satisfied with that

17    questionnaire?

18          PROSPECTIVE JUROR:  Yes, I am.

19          THE COURT:  Anything that I've asked today,

20    anything that counsel for the government have asked or

21    anything that the counsel for the defendants have asked that

22    you'd comment upon?

23          PROSPECTIVE JUROR:  No.

24          THE COURT:  Would you be fair and impartial to

25    both sides?

1          PROSPECTIVE JUROR:  Yes, I will.

2          THE COURT:  That is absolutely the fundamental and

3     bedrock question.

4          And would you follow the law?

5          PROSPECTIVE JUROR:  Yes, I will.

6          THE COURT:  Thank you.  I'll turn you over to

7     counsel for the government.

8          Counsel, do you have questions?

9          MR. WOLFE:  No questions, Your Honor.

10         THE COURT:  No questions?

11         Mr. Steward?

12         MR. STEWARD:  No questions, your Honor.

13         THE COURT:  Mr. White?

14         MR. WHITE:  No questions, your Honor.

15         THE COURT:  Mr. Calabria?

16         MR. CALABRIA:  No questions, your Honor.

17         THE COURT:  Mr. Reed?

18         MR. REED:  No questions.

19         THE COURT:  The peremptory would pass back to the

20    government.

21         MR. WOLFE:  Your Honor, the government asks the

22    court to thank and excuse Juror No. 100.

23         THE COURT:  Juror No. 100.  Thank you very much.

24    And if you'd please go back to the jury room with our thanks

25    and appreciation.

1          *(Prospective Juror No. 100 excused.)*

2              THE COURT:  Lisa, if you'd call another juror,

3    please.

4              THE CLERK:  102.  102.

5              THE COURT:  102.

6      *(Pause.)*

7              THE COURT:  Thank you.  If you'd be kind enough to

8    come up and take seat No. 10, please.

9      *(Pause.)*

10             THE COURT:  Concerning your questionnaire:  After

11   rethinking that questionnaire, are there any changes,

12   modifications or any comments, or are you satisfied with

13   your questionnaire?

14             PROSPECTIVE JUROR:  I'm satisfied with it.

15             THE COURT:  Okay.  Is there anything that I've

16   said today, that the attorneys for the government or the

17   attorneys for the defendants have said today that would

18   cause a comment on your part?

19             PROSPECTIVE JUROR:  No, there is not, no.

20             THE COURT:  Would you be fair, then, and impartial

21   to the government and fair and impartial to the defendants?

22             PROSPECTIVE JUROR:  Yes, I would.

23             THE COURT:  And would you follow the law?

24             PROSPECTIVE JUROR:  Yes.

25             THE COURT:  Then I have no further questions.

1          Counsel on behalf of the government, do you have

2     questions of Juror No. 102?

3               MR. WOLFE:  No, your Honor.

4               THE COURT:  Mr. Steward, on behalf of Mr. Mills?

5               MR. STEWARD:  No, your Honor.

6               THE COURT:  Mr. White, on behalf of Mr. Bingham?

7               MR. WHITE:  No questions, your Honor.

8               THE COURT:  Mr. Calabria, on behalf of Mr. Hevle?

9               MR. CALABRIA:  No questions, your Honor.

10              THE COURT:  Mr. Reed, on behalf of Mr. Gibson?

11              MR. REED:  No questions.

12              THE COURT:  The peremptory would now pass back to

13     the defense.

14          (Pause.)

15              MR. FLEMING:  The defense would like to pass, your

16     Honor.

17              THE COURT:  All right.  Just a moment.

18          (Pause.)

19              THE COURT:  Peremptory now passes to the

20     government.  And if you have a peremptory, we can exercise

21     it now if you'd like.  Or if you want to pass, that doesn't

22     mean the end of it.  I'll take a break at that point and let

23     everybody get together during the recess on the defense side

24     and the government side, go back over the questionnaires.

25              MR. WOLFE:  Your Honor, the government asks the

1     court to thank and excuse Juror No. 102.

2           THE COURT:  Juror No. 102.  Thank you very much.

3     And if you'd please go back to the jury room.  And the Jury

4     Commissioner will thank and excuse you at that time.  Thank

5     you.

6         (Prospective Juror No. 102 excused.)

7           THE COURT:  If you'd call an additional juror,

8     please.

9           THE CLERK:  Juror No. 4.

10          THE COURT:  Juror No. 4.

11        (Pause.)

12          THE COURT:  Concerning your jury questionnaire,

13    have there been any modifications that you thought you might

14    like to make, any change in your answers, or you're

15    satisfied with your questionnaire?

16          PROSPECTIVE JUROR:  Well, I recently started a new

17    job, and I asked them about the policy they have for jury

18    duty because I know I was going to go into it before.

19          MR. STEWARD:  Sorry, your Honor, we can't hear.

20          THE COURT:  He recently started a new job.  He

21    asked them about their policy concerning jury duty and they

22    said?

23          PROSPECTIVE JUROR:  That they only have 15 days.

24          THE COURT:  Fifteen days.

25          Counsel on behalf of the government?

1          MR. WOLFE:  Your Honor, the government would agree

2     to excuse this juror for hardship.

3          THE COURT:  And Mr. Steward?

4          MR. STEWARD:  Yes, your Honor.

5          THE COURT:  Mr.  White?

6          MR. WHITE:  Yes, your Honor.

7          THE COURT:  Mr. Calabria?

8          MR. CALABRIA:  Yes, your Honor.

9          THE COURT:  Mr. Reed?

10         MR. REED:  Yes, your Honor.

11         THE COURT:  We want to thank and excuse -- we want

12    to thank you.  We're going to excuse you.  And thank you for

13    checking.  It would absolutely be disastrous if we got

14    partway through and we found out 15 or 30 days of jury

15    service.  If you'd go back to the jury room with our thanks

16    and appreciation.

17       (*Prospective Juror No. 4 excused.*)

18         THE COURT:  Lisa, would you call another juror,

19    please.

20         THE CLERK:  Juror 175.  175.

21         THE COURT:  175.

22       (*Pause.*)

23         THE COURT:  And concerning your jury

24    questionnaire:  After our last discussion, are there any

25    changes or modifications, are there any comments you care to

```
 1    make, or are you satisfied with your questionnaire?
 2              PROSPECTIVE JUROR:  I'm satisfied, your Honor.
 3              THE COURT:  I'm sorry.  Turn that thing on.
 4              PROSPECTIVE JUROR:  I'm satisfied, your Honor.
 5              THE COURT:  Great.  Thank you.
 6              Concerning any comments or questions I may have
 7    had today or any questions or comments by the government or
 8    any questions or comments by defense counsel, is there
 9    anything that you'd comment upon?
10              PROSPECTIVE JUROR:  No, your Honor.
11              THE COURT:  Would you be fair, then, and impartial
12    to the government and would you be fair and impartial to the
13    defendants?
14              PROSPECTIVE JUROR:  Yes, your Honor.
15              THE COURT:  Would you follow the law?
16              PROSPECTIVE JUROR:  Yes, your Honor.
17              THE COURT:  Then let me turn you over to the
18    government for questioning.
19              MR. WOLFE:  No questions, your Honor.
20              THE COURT:  Let me turn you over to Mr. Steward.
21              MR. STEWARD:  No questions, your Honor.
22              THE COURT:  Mr. White?
23              MR. WHITE:  No questions.
24              THE COURT:  Mr. Calabria?
25              MR. CALABRIA:  No questions, your Honor.
```

```
 1              THE COURT:  Mr. Reed?

 2              MR. REED:  No questions.

 3              THE COURT:  The peremptory now would pass to the

 4   defense.

 5              MR. FLEMING:  The defense would like to thank and

 6   excuse Juror 175.

 7              THE COURT:  Juror No. 175.  Thank you very much.

 8   And if you'd go back to the jury room, the Commissioner will

 9   release you.

10       (Prospective Juror No. 175 excused.)

11              THE COURT:  Now counsel, why don't we take a

12   recess in just a moment.  Why don't we call that next juror,

13   though, so that we know who that juror is and can go over

14   the questionnaire during the recess.

15              Lisa, would you call --

16              THE CLERK:  Juror 51.  51.

17              THE COURT:  Juror No. 51.  And if you'd take seat

18   No. 10.

19       (Pause.)

20              THE COURT:  Concerning your questionnaire:  Before

21   we take the recess, are there any changes or modifications

22   or any comments that you'd care to make concerning that

23   questionnaire?

24              PROSPECTIVE JUROR:  No, sir.

25              THE COURT:  Is there anything that I've asked or
```

1    stated today, anything that the government has asked as a

2    question or comment, or anything that the defendants'

3    counsel have asked as a comment or question today that would

4    cause a comment on your part?

5              PROSPECTIVE JUROR:  No, sir.

6              THE COURT:  Then would you be fair and impartial

7    to the government and would you be fair and impartial to the

8    defense?

9              PROSPECTIVE JUROR:  Yes.

10             THE COURT:  And would you follow the law?

11             PROSPECTIVE JUROR:  Yes, sir.

12             THE COURT:  Then why don't we take a recess at

13   this point.  It gives them a chance to catch up.

14             Now can we all resume, let's say, at five after,

15   about 20 minutes, okay?  That'll give time to use the

16   restroom, take a stretch, and we'll resume in 20 minutes.

17             You are admonished, though, not to discuss this

18   matter nor form or express an opinion concerning this case.

19             And for the ladies and gentlemen next door in the

20   other jury room, would you also promptly return in 20

21   minutes.  We'll have a jury today for certain.

22        *(Pause.)*

23             THE COURT:  Counsel, is there anything further

24   before we take a recess?

25             MR. WHITE:  Yes, your Honor.  There is one

1    question.  When one side passes, do we forfeit that

2    challenge?

3              THE COURT:  Yes.

4              MR. WHITE:  Oh, we do?

5              THE COURT:  Yes.  You pass that challenge just as

6    any other case.

7              MR. WHITE:  In federal court?

8         *(Laughter.)*

9              THE COURT:  Well, that's where you are.  Yes.

10             Thank you very much.  Have a nice recess.

11        *(Pause.)*

12        *(In the presence of the Prospective Jurors.)*

13             THE COURT:  We are back in session.

14             The jury is present.  The prospective jurors are

15   present.

16             And I'm assuming, Adrian, the camera's on?

17   Adrian, the camera's on?  And the sound is on in the next

18   room.  Let's wait for a moment so that we're certain the

19   sound is on.

20        *(Pause.)*

21             THE COURT:  The sound is on.  Thank you.

22             Counsel on behalf of government, do you have

23   questions of Juror No. 51?

24             MR. WOLFE:  No, your Honor.

25             THE COURT:  Mr. Steward?

1          MR. STEWARD:  No, your Honor.

2          THE COURT:  Mr. White?

3          MR. WHITE:  No, your Honor.

4          THE COURT:  Mr. Calabria?

5          MR. CALABRIA:  No, your Honor.

6          THE COURT:  Mr. Reed?

7          MR. REED:  No questions.

8          THE COURT:  The peremptory passes to the

9    government.

10          MR. WOLFE:  Your Honor, the government asks that

11   the court thank and excuse Juror No. 51.

12          THE COURT:  Juror No. 51.  Thank you very much.

13   If you'd please go back to the jury room with our thanks and

14   appreciation.  The Commissioner will release you

15   immediately.

16      (Prospective Juror No. 51 excused.)

17          THE CLERK:  No. 40.  40.

18          THE COURT:  Juror 40.  Thank you.

19          And if you'd take seat No. 10, please.

20          Concerning your jury questionnaire, are there any

21   changes or modifications or comments you'd make to that

22   questionnaire, or are you satisfied?

23          PROSPECTIVE JUROR:  I'm satisfied.

24          THE COURT:  Okay.  Is there anything that I've

25   said today, anything mentioned by government counsel or

80

1    defense counsel that would cause a comment on your part?

2            PROSPECTIVE JUROR:  No.

3            THE COURT:  Would you be fair and impartial to

4    both the government and the defendants in this matter?

5            PROSPECTIVE JUROR:  Yes.

6            THE COURT:  Would you follow -- would you follow

7    the law?

8            PROSPECTIVE JUROR:  Yes.

9            THE COURT:  Thank you very much.  I have no

10   further questions.

11           Let me turn you over to counsel for the government

12   for questions.

13           MR. WOLFE:  No questions, your Honor.

14           THE COURT:  Let me turn you over to Mr. Steward.

15           MR. STEWARD:  No questions, your Honor.

16           THE COURT:  Mr. White?

17           MR. WHITE:  No questions, your Honor.

18           THE COURT:  Mr. Calabria?

19           MR. CALABRIA:  No questions, your Honor.

20           THE COURT:  Mr. Reed?

21           MR. REED:  No questions.

22           THE COURT:  And the peremptory now would pass to

23   the defense.

24           MR. FLEMING:  Your Honor, the defense would like

25   to thank and excuse Juror No. 148.  148.

```
 1              THE COURT:  148.  Thank you.

 2              If you'd please go back to the jury room with our

 3    thanks and appreciation.  The Jury Commissioner will release

 4    you immediately.

 5          (Prospective Juror No. 148 excused.)

 6              THE COURT:  Lisa?

 7              THE CLERK:  166.  166.

 8              THE COURT:  166.  Now, let's double-check 166.  Is

 9    Juror 166 here?  Could you just check your badges?  You

10    should be here.  Maybe they're not back from break.

11          (Pause.)

12              THE COURT:  Counsel, can we go on, with your

13    consent, and put 166 as soon as they return back in the mix

14    as the next juror, or do you want me to simply wait?  I'd be

15    glad to wait, if you'd like.

16              MR. FLEMING:  Your Honor, that's fine.  We can go

17    ahead.

18              THE COURT:  Mr. Wolfe?

19              MR. WOLFE:  Yes, your Honor.

20              THE COURT:  Acceptable?

21              Now how do you want me to handle that?  If 166

22    appears, do you want that to be the next juror called after

23    the prior juror or just put that juror at the end?

24              MR. STEWARD:  Put the juror at the end.

25              THE COURT:  At the end?
```

```
 1                  The government?

 2                  MR. WOLFE:  That's fine.

 3                  THE COURT:  At the end?  Okay.

 4                  Then we'll keep the juror in the mix.  We may get

 5      to him today.  166 we'll put off to the side.

 6                  Would you call another juror, please.

 7                  THE CLERK:  52.  52.

 8                  THE COURT:  52.  Thank you.  Okay.  Juror No. 52.

 9                  And have you made any changes, in your own mind,

10      or modifications to your jury questionnaire, or are there

11      any comments you'd like to make?

12                  PROSPECTIVE JUROR:  No, sir.

13                  THE COURT:  You're satisfied with your

14      questionnaire?

15                  PROSPECTIVE JUROR:  Yes.

16                  THE COURT:  Okay.  Concerning anything that I may

17      have said today, counsel for government or the defense

18      counsel, are there any comments that you have concerning

19      those questions?

20                  PROSPECTIVE JUROR:  No, sir.

21                  THE COURT:  Would you then -- would you be fair to

22      the government and would you be fair to the defense?

23                  PROSPECTIVE JUROR:  Yes, sir.

24                  THE COURT:  Would you follow the law?

25                  PROSPECTIVE JUROR:  Yes.
```

```
 1              THE COURT:  Then I'll turn to the government.
 2              Do you have questions of Juror No. 52?
 3              MR. WOLFE:  No questions, your Honor.
 4              THE COURT:  And back to the defense.  Let me start
 5    with Mr. Steward.
 6              MR. STEWARD:  No questions, your Honor.
 7              THE COURT:  Mr. White?
 8              MR. WHITE:  No questions, your Honor.
 9              THE COURT:  Mr. Calabria?
10              MR. CALABRIA:  No questions, your Honor.
11              THE COURT:  And Mr. Reed?
12              MR. REED:  No questions, your Honor.
13              THE COURT:  I believe that the peremptory passes
14    back to the government.
15              MR. WOLFE:  Your Honor, the government asks that
16    the court thank and excuse Juror No. 136.
17              THE COURT:  Juror No. 136.  Thank you very much.
18    And if you'd please return to the jury room with our thanks
19    and appreciation.  And the Jury Commissioner will release
20    you.
21         (Prospective Juror No. 136 excused.)
22              THE COURT:  And counsel (sic), would you call an
23    additional juror, please.
24              THE CLERK:  Juror 168.  168.
25         (Pause.)
```

1          THE COURT:  Thank you.  In reference to your jury

2     questionnaire, are there any changes, comments,

3     modifications, or are you satisfied with your questionnaire?

4          PROSPECTIVE JUROR:  I'm satisfied with the

5     questionnaire, your Honor.

6          THE COURT:  What about any comments or questions

7     today by either me, government counsel, or defense counsel?

8          PROSPECTIVE JUROR:  No questions.

9          THE COURT:  Okay.  Well, then the fundamental

10    question:  Would you be fair to the government and would you

11    be fair to the defense in this matter?

12         PROSPECTIVE JUROR:  Yes, your Honor.

13         THE COURT:  Would you follow the law, sir?

14         PROSPECTIVE JUROR:  Yes.

15         THE COURT:  I have no questions then.

16         Counsel on behalf of the government, do you have

17    questions?

18         MR. WOLFE:  Your Honor, I do.  Your Honor, I seem

19    to have lost track of whether in the juror's prior jury

20    experience verdicts were or were not reached.

21         THE COURT:  Why don't you ask that, counsel.  You

22    have my permission.

23         PROSPECTIVE JUROR:  Verdicts were reached in both

24    instances.

25         MR. WOLFE:  No further questions, your Honor.

```
 1              THE COURT:  Thank you.

 2         Mr. Steward?

 3              MR. STEWARD:  No questions, your Honor.

 4              THE COURT:  And Mr. White?

 5              MR. WHITE:  No questions, your Honor.

 6              THE COURT:  Mr. Calabria?

 7              MR. CALABRIA:  No questions, your Honor.

 8              THE COURT:  Mr. Reed?

 9              MR. REED:  No questions, your Honor.

10              THE COURT:  The peremptory would pass back to the

11    defendants.

12              MR. FLEMING:  The defense would thank and excuse

13    Juror 168.

14              THE COURT:  168.  Sir, thank you very much.  If

15    you'd go back to the jury room.  The Jury Commissioner is

16    going to thank and excuse you immediately.  Appreciate it,

17    sir.

18         (Prospective Juror No. 168 excused.)

19              THE COURT:  Would you call --

20              THE CLERK:  122.  122.

21              THE COURT:  122.  Thank you.

22         (Pause.)

23              THE COURT:  Once again, back to that

24    questionnaire:  Are there any modifications or changes or

25    any comments, or are you satisfied with your questionnaire?
```

```
 1              PROSPECTIVE JUROR:  I'm satisfied.
 2              THE COURT:  Okay.  Then the other question that's
 3    of importance to me:  Is there anything that's been said
 4    today by me, by government counsel, by defense counsel that
 5    you'd like to comment upon?
 6              PROSPECTIVE JUROR:  No.
 7              THE COURT:  Would you then be fair and impartial
 8    to the government and would you be fair and impartial to the
 9    defendants?
10              PROSPECTIVE JUROR:  Yes.
11              THE COURT:  And will you follow the law?
12              PROSPECTIVE JUROR:  Yes.
13              THE COURT:  Then I'm going to turn you over to
14    counsel for government for questioning, Juror No. 122.
15              MR. WOLFE:  No questions, your Honor.
16              THE COURT:  Turn you over to Mr. Steward for
17    questioning.
18              MR. STEWARD:  No questions, your Honor.
19              THE COURT:  Mr. White?
20              MR. WHITE:  No questions, your Honor.
21              THE COURT:  Mr. Calabria?
22              MR. CALABRIA:  No questions, your Honor.
23              THE COURT:  Mr. Reed?
24              MR. REED:  No questions.
25              THE COURT:  The peremptory would now pass back to
```

1    the government.

2            MR. WOLFE:  Your Honor, the government asks that

3    the court thank and excuse Juror No. 122.

4            THE COURT:  Juror No. 122.  Thank you very much.

5    If you'd please go back to the jury room with our

6    appreciation, and the Commissioner will excuse you

7    immediately.

8        (Prospective Juror No. 122 excused.)

9            THE CLERK:  No. 104.  104.

10           THE COURT:  104.

11       (Pause.)

12           THE COURT:  This would be Juror No. 104.  And

13   concerning your jury questionnaire, are there any changes

14   that you'd like to make, modifications, comments, or are you

15   satisfied with your jury questionnaire?

16           PROSPECTIVE JUROR:  I'm satisfied, your Honor.

17           THE COURT:  Then is there anything that I've said

18   today that would cause a comment on your part, the

19   government counsel or defense counsel?

20           PROSPECTIVE JUROR:  No, sir.

21           THE COURT:  Okay.  Then would you be fair and

22   impartial to the government?

23           PROSPECTIVE JUROR:  Yes, sir.

24           THE COURT:  And fair and impartial to the

25   defendants?

88

```
1              PROSPECTIVE JUROR:  Yes, your Honor.
2              THE COURT:  I'm going to turn you over to
3    government counsel for questions.
4              MR. WOLFE:  No questions, your Honor.
5              THE COURT:  Mr. White -- I'm sorry, Mr. Steward,
6    my apologies.
7              MR. STEWARD:  No questions.
8              THE COURT:  Mr. White?
9              MR. WHITE:  No questions, your Honor.
10             THE COURT:  Mr. Calabria?
11             MR. CALABRIA:  No questions.
12             THE COURT:  And Mr. Reed?
13             MR. REED:  No questions.
14             THE COURT:  Then the peremptory would pass back to
15   the defense.
16             MR. FLEMING:  The defense thanks and excuses
17   Juror 104.
18             THE COURT:  104.  If you'd please go back to the
19   jury room with our thanks and appreciation, and the
20   Commissioner will release you immediately.
21        (Prospective Juror No. 104 excused.)
22             THE CLERK:  109.  109.
23             THE COURT:  109.  Thank you.
24        (Pause.)
25             THE COURT:  How are you today?
```

*DEBORAH D. PARKER, U.S. COURT REPORTER*

```
 1              PROSPECTIVE JUROR:  Doing fine.

 2              THE COURT:  Good.  Right back to that

 3    questionnaire, first question:  You can anticipate it now.

 4    Are there any changes that you'd like to make,

 5    modifications, make any comments, or are you satisfied with

 6    your questionnaire?

 7              PROSPECTIVE JUROR:  I'm satisfied.

 8              THE COURT:  Is there anything that I've said

 9    today, any comments or question, any comments or questions

10    by the government that you have a comment about or any

11    comments or questions by the defense that you have a comment

12    about?

13              PROSPECTIVE JUROR:  No, I don't.

14              THE COURT:  Then the fundamental and basic

15    question:  Would you be fair and impartial to the government

16    and would you be fair and impartial to the defendants?

17              PROSPECTIVE JUROR:  Yes.

18              THE COURT:  Would you follow the law, sir?

19              PROSPECTIVE JUROR:  Yes.

20              THE COURT:  Thank you very much.

21         I'll turn you over to government counsel for

22    questioning.

23              MS. FLYNN:  We have no questions, your Honor.

24              THE COURT:  Thank you.  And I'll turn you over to

25    Mr. Steward.
```

90

1          MR. STEWARD:  No questions, your Honor.

2          THE COURT:  Mr. White?

3          MR. WHITE:  No questions, your Honor.

4          THE COURT:  Mr. Calabria?

5          MR. CALABRIA:  No questions, your Honor.

6          THE COURT:  And Mr. Reed?

7          MR. REED:  No questions.

8          THE COURT:  The peremptory now passes to the

9    government.

10         MR. WOLFE:  Your Honor, the government asks that

11   the court thank and excuse Juror No. 86.

12         THE COURT:  Juror No. 86.  Thank you very much.

13   If you'd please go back to the jury room with our thanks and

14   appreciation, and the Jury Commissioner is going to release

15   you immediately.

16      *(Prospective Juror No. 86 excused.)*

17         THE COURT:  Lisa, if you'll call another juror,

18   please.

19         THE CLERK:  111.  111.

20         THE COURT:  Thank you.  111.

21         If you'd come up and take seat No. 9.

22      *(Pause.)*

23         THE COURT:  Once again, concerning the

24   questionnaire, are there any changes that you'd make, any

25   modifications or any comments?  I think I'd asked last week

1   also, but I want to be certain.

2          PROSPECTIVE JUROR:  No, I would not make any

3   changes.

4          THE COURT:  Is there anything that I've said or

5   that -- any comment or questions by government counsel or

6   comments or questions by defense counsel that you'd comment

7   upon?

8          PROSPECTIVE JUROR:  No, sir.

9          THE COURT:  Then would you be fair and impartial

10  to the government and to the defendants?

11         PROSPECTIVE JUROR:  Yes, I would.

12         THE COURT:  Would you follow the law?

13         PROSPECTIVE JUROR:  Yes, I would.

14         THE COURT:  Thank you.

15         Let me turn you over to government counsel if they

16  have questions.

17         MR. WOLFE:  No, your Honor.

18         THE COURT:  Mr. Steward?

19         MR. STEWARD:  No questions, your Honor.

20         THE COURT:  Mr. White?

21         MR. WHITE:  No questions.

22         THE COURT:  Mr. Calabria?

23         MR. CALABRIA:  No questions, your Honor.

24         THE COURT:  Mr. Reed?

25         MR. REED:  No questions, your Honor.

1         THE COURT:  Then the peremptory would pass to the

2    gov -- to the defendant, I'm sorry.  To the defense.

3         MR. FLEMING:  The defense would like to thank and

4    excuse Juror 109.

5         THE COURT:  Juror No. 109 in seat 12.  Thank you.

6    And if you'd please go back, sir, to the jury room.  The

7    Jury Commissioner will excuse you immediately.

8         *(Prospective Juror No. 109 excused.)*

9         THE CLERK:  Juror 11.

10        THE COURT:  Juror No. 11.

11        Thank you, sir.

12        Concerning your jury questionnaire, you've had

13   another weekend to think about that, are there any changes

14   that you'd make, any comments or any modifications?

15        PROSPECTIVE JUROR:  No, your Honor.

16        THE COURT:  Okay.  Then we know a lot about all of

17   you.

18        Concerning any comments or questions I may have

19   had today, or comments or questions by government counsel or

20   comments or questions by defense counsel, are there any

21   comments that you have concerning those questions?

22        PROSPECTIVE JUROR:  No, your Honor.

23        THE COURT:  Then would you be fair to the

24   government and will you be fair to the defense in this

25   matter?

1              PROSPECTIVE JUROR:  Yes.

2              THE COURT:  And will you follow the law, sir?

3              PROSPECTIVE JUROR:  Yes.

4              THE COURT:  Thank you very much.

5              Counsel on behalf of the government, do you have

6    questions?

7              MR. WOLFE:  No, your Honor.

8              THE COURT:  Mr. Steward, on behalf of Mr. Mills.

9              MR. STEWARD:  No questions, your Honor.

10             THE COURT:  Mr. White, on behalf of Mr. Bingham.

11             MR. WHITE:  No, thank you, your Honor.

12             THE COURT:  Mr. Calabria, on behalf of Mr. Hevle.

13             MR. CALABRIA:  No questions, your Honor.

14             THE COURT:  And Mr. Reed, on behalf of Mr. Gibson.

15             MR. REED:  No questions, your Honor.

16             THE COURT:  The peremptory now passes to the

17   government.

18             MR. WOLFE:  Your Honor, may the court please thank

19   and excuse Juror 111.

20             THE COURT:  111.  Thank you very much, sir.  If

21   you'd please go back to the jury room with our thanks and

22   appreciation -- ma'am.  And the Commissioner will excuse you

23   right away.  Thank you very much.

24        (Prospective Juror No. 111 excused.)

25             THE COURT:  If you'd call another juror, please.

```
 1                    THE CLERK:  94.

 2                    THE COURT:  94.

 3           (Pause.)

 4                    THE COURT:  How are you, sir?

 5                    PROSPECTIVE JUROR:  Very good, sir.

 6                    THE COURT:  Thank you.  Juror No. 94 occupying

 7      seat No. 9.

 8                    And sir, concerning your jury questionnaire, once

 9      again you've had another weekend to think about that.  Any

10      changes, modifications or comments, or are you satisfied

11      with your questionnaire?

12                    PROSPECTIVE JUROR:  I'm satisfied, your Honor.

13                    THE COURT:  Any comments that I made today,

14      anything that I've said, anything that the government has

15      stated or questions that they may have asked or defense

16      counsel's questions or comments, any comments on your part?

17                    PROSPECTIVE JUROR:  No, your Honor.

18                    THE COURT:  And would you be fair to the

19      government and would you be fair to the defendants in this

20      case?

21                    PROSPECTIVE JUROR:  Yes, your Honor.

22                    THE COURT:  Will you follow the law, sir?

23                    PROSPECTIVE JUROR:  Yes, your Honor.

24                    THE COURT:  Thank you.  Let me turn you over to

25      government counsel.
```

1          Counsel on behalf of the government, do you have

2     any questions?

3               MR. WOLFE:  No, your Honor.

4               THE COURT:  Mr. Steward, on behalf of Mr. Mills.

5               MR. STEWARD:  No, your Honor.

6               THE COURT:  Mr. White, on behalf of Mr. Bingham.

7               MR. WHITE:  No questions, your Honor.

8               THE COURT:  Mr. Calabria, on behalf of Mr. Hevle.

9               MR. CALABRIA:  No questions, your Honor.

10              THE COURT:  Mr. Reed, on behalf of Mr. Gibson.

11              MR. REED:  No questions, your Honor.

12              THE COURT:  Peremptory now passes to the defense.

13              MR. FLEMING:  We'd like to thank and excuse Juror

14    No. 94.

15              THE COURT:  Juror No. 94.  Thank you very much,

16    sir.  If you'd go back to the jury room with our thanks and

17    appreciation.

18         (Prospective Juror No. 94 excused.)

19              THE COURT:  Lisa, will you call another juror,

20    please.

21              THE CLERK:  172.

22              THE COURT:  172.

23              Sir, concerning your jury questionnaire, are there

24    any changes that you'd like to make, any modifications or

25    any comments after you've had an additional weekend to think

1    about the questionnaire?

2          PROSPECTIVE JUROR:  One of the questions I would

3    like to modify as regarding the health condition.

4          THE COURT:  Health?

5          PROSPECTIVE JUROR:  Yes.  I have to -- sometime if

6    I get some -- has a lot -- some stress environment, I will

7    get heartbeat beating so fast, it's kind of like emotional,

8    something like that.

9          THE COURT:  Okay.  Have you had a heart attack or

10   anything of that nature?

11         PROSPECTIVE JUROR:  No.

12         THE COURT:  Okay.  Concerning any comments or

13   questions I may have asked today or any comments or

14   questions by the attorneys for the government or comments or

15   questions by the defense counsel, do you have any comments

16   concerning any of our questions today?

17         PROSPECTIVE JUROR:  No.

18         THE COURT:  Will you be fair to the government and

19   would you be fair to the defense in this case?

20         PROSPECTIVE JUROR:  Yes.

21         THE COURT:  Would you follow the law?

22         PROSPECTIVE JUROR:  Yes.

23         THE COURT:  Thank you, sir.

24         Counsel on behalf of the government, do you have

25   questions?

 1            MR. WOLFE:  Your Honor, could the court ask the

 2      juror whether there's been any occasion in the experience of

 3      jury selection here where he felt concerned about his --

 4            THE COURT:  You can.  Just pull that microphone

 5      closer so other jurors can hear in the next room.

 6            MR. WOLFE:  Sir, has there been any occasion

 7      during jury selection when you have felt any concern about

 8      your health?

 9            PROSPECTIVE JUROR:  This is my life, my first

10      time.

11            MR. WOLFE:  During this jury selection, did you

12      feel worried about your heart?

13            PROSPECTIVE JUROR:  Yes.

14            MR. WOLFE:  Was your worry because you felt your

15      heart beating fast?

16            PROSPECTIVE JUROR:  Yes.

17            MR. WOLFE:  Your Honor, I would ask to move to

18      excuse this juror for cause.

19            MR. STEWARD:  We agree, your Honor.

20            THE COURT:  Is everybody stipulating in this?

21      Well, first of all, let me make sure I have a clear record.

22            Mr. Wolfe, you're stipulating to excuse?

23            MR. WOLFE:  Yes, your Honor.

24            THE COURT:  Mr. Steward, are you?

25            MR. STEWARD:  Yes, we are as well, your Honor.

```
 1              THE COURT:  Mr. White, on behalf of Mr. Bingham.
 2              MR. WHITE:  Yes, your Honor.
 3              THE COURT:  Mr. Calabria, are you?
 4              MR. CALABRIA:  Yes, your Honor.
 5              THE COURT:  Mr. Reed, are you?
 6              MR. REED:  Yes, your Honor.
 7              THE COURT:  And upon stipulation of all counsel,
 8    Juror No. 172 is excused.
 9              Thank you very much, sir.  You may go back to the
10    jury room.
11         (Prospective Juror No. 172 excused.)
12              THE CLERK:  Juror 209.
13              THE COURT:  209.
14              Concerning your jury questionnaire --
15              PROSPECTIVE JUROR:  Yes.
16              THE COURT:  -- are there any questions that were
17    asked that you'd like to modify or change or any comments to
18    the questionnaire?
19              PROSPECTIVE JUROR:  No, your Honor.
20              THE COURT:  Is there anything that I've said today
21    that would cause a comment on your part, or counsel for
22    government or counsel for the defense?
23              PROSPECTIVE JUROR:  No, your Honor.
24              THE COURT:  Then would you be fair to the
25    government and would you be fair to the defendants?
```

1          PROSPECTIVE JUROR:  Yes.

2          THE COURT:  And would you follow the law?

3          PROSPECTIVE JUROR:  Yes.

4          THE COURT:  Then I have no additional questions.

5          Counsel on behalf of the government, do you have

6  questions?

7          MR. WOLFE:  No, your Honor.

8          THE COURT:  Counsel -- Mr. Steward?

9          MR. STEWARD:  No, your Honor.

10          THE COURT:  Mr. White?

11          MR. WHITE:  No, your Honor.

12          THE COURT:  Mr. Calabria?

13          MR. CALABRIA:  No, your Honor.

14          THE COURT:  And Mr. Reed?

15          MR. REED:  No, your Honor.

16          THE COURT:  The peremptory would now pass back to

17  the government.

18          MR. STEWARD:  I'm sorry, your Honor, I have --

19          THE COURT:  Mr. Steward, would you state that

20  again?

21          MR. STEWARD:  I'm sorry.  I'm wrong.  I'll shut

22  up.

23      (Laughter.)

24          MR. WOLFE:  Your Honor, the government asks the

25  court to thank and excuse Juror No. 223.

100

1          THE COURT:  223.  Thank you very much.  That's

2     seat No. 8.

3          And if you'd please go back to the jury room with

4     our thanks and appreciation, and the Jury Commissioner will

5     excuse you immediately.

6          *(Prospective Juror No. 223 excused.)*

7          THE CLERK:  No. 225.  225.

8          THE COURT:  225.

9          *(Pause.)*

10         THE COURT:  Sir, let me turn back to that

11    questionnaire:  Are there any additions, modifications or

12    comments after you've had another week to think about the

13    questionnaire?

14         PROSPECTIVE JUROR:  No questions.

15         THE COURT:  You're satisfied, then, with your

16    questionnaire?  Okay.

17         Now let me turn to any comments or questions asked

18    today, either by me, by counsel for the government or

19    counsel for the defendants, do you have any comments

20    concerning those questions?

21         PROSPECTIVE JUROR:  No, sir.

22         THE COURT:  Then would you be fair to the

23    government and would you be fair to the defendants?

24         PROSPECTIVE JUROR:  Yes, sir.

25         THE COURT:  Would you follow the law, sir?

1           PROSPECTIVE JUROR:  Yes.

2           THE COURT:  I'm going to turn back to counsel,

3    then, on behalf of the government; do you have questions?

4           MR. WOLFE:  Your Honor, the juror had an

5    unpleasant experience -- an unpleasant contact with law

6    enforcement.

7           THE COURT:  You may ask if you like.

8           MR. WOLFE:  Your Honor -- I'm sorry.

9           Sir, was there anything about that experience that

10   would have a bearing on your ability to serve in this case?

11          PROSPECTIVE JUROR:  No.  It was completely my

12   fault.

13          MR. WOLFE:  Nothing further, your Honor.

14          THE COURT:  Thank you.

15          Let me turn to Mr. Steward on behalf of Mr. Mills.

16          MR. STEWARD:  No questions, your Honor.

17          THE COURT:  Mr. White, on behalf of Mr. Bingham.

18          MR. WHITE:  No questions, your Honor.

19          THE COURT:  Mr. Calabria, on behalf of Mr. Hevle.

20          MR. CALABRIA:  No questions, your Honor.

21          THE COURT:  Mr. Reed, on behalf of Mr. Gibson.

22          MR. REED:  No questions, your Honor.

23          THE COURT:  The peremptory would now pass back to

24   the defense.

25          MR. FLEMING:  The defense would like to thank and

102

1    excuse Juror 209.

2          THE COURT:  Juror No. 209 and occupying seat

3    No. 9.  Thank you.  If you'd please go back to the jury room

4    with our thanks and appreciation, and the Jury Commissioner

5    will excuse you immediately.

6        *(Prospective Juror No. 209 excused.)*

7          THE CLERK:  No. 158.

8          THE COURT:  158.

9          If you'd please take seat No. 9.

10         Concerning your jury questionnaire:  Are there any

11   changes or modifications or additional comments you'd make

12   after having another weekend to consider that questionnaire,

13   or are you satisfied with your questionnaire?

14         PROSPECTIVE JUROR:  Satisfied.  Just very nervous.

15         THE COURT:  Pardon me?

16         PROSPECTIVE JUROR:  Very nervous.

17         THE COURT:  Very nervous.  Okay.

18         Is there anything that I've said today that would

19   cause a comment on your part or anything that the government

20   has said or anything that the defense counsel have stated

21   today that would cause you to comment?

22         PROSPECTIVE JUROR:  No.

23         THE COURT:  Would you be fair to both sides, both

24   the government and the defense in this matter?

25         PROSPECTIVE JUROR:  Yes.

*DEBORAH D. PARKER, U.S. COURT REPORTER*

103

1          THE COURT:  Would you follow the law?

2          PROSPECTIVE JUROR:  Yes.

3          THE COURT:  Thank you.  Let me turn you over to

4     counsel on behalf of the government.

5          MR. WOLFE:  No questions, your Honor.

6          THE COURT:  Counsel on behalf of Mr. Mills,

7     Mr. Steward?

8          MR. STEWARD:  No questions, your Honor.

9          THE COURT:  Mr. White?

10          MR. WHITE:  No questions, your Honor.

11          THE COURT:  Mr. Calabria?

12          MR. CALABRIA:  No questions, your Honor.

13          THE COURT:  Mr. Gibson?

14          MR. REED:  No questions.

15          THE COURT:  I'm sorry.  Mr. Reed.  Okay.

16          The peremptory would pass back to the government.

17          MR. WOLFE:  Your Honor, will the court please

18     thank and excuse Juror No. 158.

19          THE COURT:  Juror No. 158.  Thank you very much.

20     If you'd go back to the jury room with our thanks and

21     appreciation for your attendance.

22          (Prospective Juror No. 158 excused.)

23          THE COURT:  If you'd call an additional juror,

24     please.

25          THE CLERK:  31.

```
 1              THE COURT:  31.
 2              Thank you, sir.  If you'd take seat No. 9.
 3              Sir, let me start with the question about your
 4   questionnaire:  You've had additional time to think about
 5   it.  Are there any modifications or changes or any
 6   additional comments you'd like to make concerning your
 7   questionnaire?
 8              PROSPECTIVE JUROR:  No, sir.
 9              THE COURT:  Let me remind you and the other
10   jurors, we know so much from those questionnaires and the 14
11   pages, it's silly to ask all those questions again.
12              Concerning any comments or statements I've made
13   today or any questions or any comments, statements or
14   questions by the government or by defense counsel, are there
15   any comments that that would cause on your part?
16              PROSPECTIVE JUROR:  No, sir.
17              THE COURT:  Will you be fair to the government and
18   would you be fair to the defendants in this case?
19              PROSPECTIVE JUROR:  Yes, sir.
20              THE COURT:  And will you follow the law, sir?
21              PROSPECTIVE JUROR:  Yes.
22              THE COURT:  I couldn't ask for more.  Thank you.
23              Counsel on behalf of the government, do you have
24   questions?
25              MR. WOLFE:  No, your Honor.
```

*DEBORAH D. PARKER, U.S. COURT REPORTER*

1          THE COURT:  Counsel on behalf of Mr. Mills,

2    Mr. Steward?

3          MR. STEWARD:  No, your Honor.

4          THE COURT:  Mr. White?

5          MR. WHITE:  No, thank you.

6          THE COURT:  Mr. Calabria?

7          MR. CALABRIA:  No, your Honor.

8          THE COURT:  Mr. Reed?

9          MR. REED:  No, your Honor.

10         THE COURT:  The peremptory now passes back to the

11   defense.

12         MR. FLEMING:  The defense would like to thank and

13   excuse Juror No. 11, your Honor.

14         THE COURT:  Juror No. 11 in seat No. 12.  Thank

15   you very much.  And if you'd please go back to the jury room

16   with our thanks and appreciation.

17       (Prospective Juror No. 12 excused.)

18         THE COURT:  Additional juror, please.

19         THE CLERK:  26.

20         THE COURT:  26.  Thank you.  If you'd have seat

21   No. 12, please.

22       (Pause.)

23         THE COURT:  Concerning your jury questionnaire,

24   are there any changes, modifications or additional comments,

25   or are you satisfied with the information you've given us on

106

1    the questionnaire?

2              PROSPECTIVE JUROR:  I'm satisfied, your Honor.

3              THE COURT:  Concerning any questions that I may

4    have asked today, any questions by government counsel or by

5    defense counsel, would that cause any comments on your part?

6              PROSPECTIVE JUROR:  No.

7              THE COURT:  Would you be fair and impartial, then,

8    to the government and to the defendants in this case?

9              PROSPECTIVE JUROR:  Yes.

10             THE COURT:  And will you follow the law?

11             PROSPECTIVE JUROR:  Yes, your Honor.

12             THE COURT:  Then I have no additional questions.

13   Thank you.

14             Counsel on behalf of the government, do you have

15   questions of Juror No. 26?

16             MR. WOLFE:  No, your Honor.

17             THE COURT:  Counsel, Mr. Steward?

18             MR. STEWARD:  No, your Honor.

19             THE COURT:  Mr. White?

20             MR. WHITE:  No, your Honor.

21             THE COURT:  Mr. Calabria?

22             MR. CALABRIA:  No, your Honor.

23             THE COURT:  And Mr. Reed?

24             MR. REED:  No, your Honor.

25             THE COURT:  Then the peremptory passes back to the

1    government.

2         (Pause.)

3         MR. WOLFE:  Your Honor, the government asks that

4    the court thank and excuse Juror No. 26.

5         THE COURT:  Juror No. 26 in seat No. 12.  Thank

6    you very much.  If you'd please go back to the jury room,

7    the Commissioner is going to excuse you immediately.

8         (Prospective Juror No. 26 excused.)

9         THE COURT:  And if you'd call an additional juror,

10   please.

11        THE CLERK:  No. 1.

12        THE COURT:  No. 1.  Thank you very much.  And if

13   you'd take seat No. 12, please.

14        Turning back to your jury questionnaire, as I have

15   the other jurors.  You've had another weekend.  Is there

16   anything on the questionnaire you'd like to change or

17   modify, or any additional comments you'd like to share with

18   us?

19        PROSPECTIVE JUROR:  No, your Honor.

20        THE COURT:  You are satisfied with your

21   questionnaire?

22        PROSPECTIVE JUROR:  Yes, I am.

23        THE COURT:  Then the other question, of course,

24   is, today, is there some question that I may have asked,

25   something that counsel for the government may have said or

108

1    something that the defendants' counsel may have said that

2    would cause any comments on your part?

3                 PROSPECTIVE JUROR:  No, your Honor.

4                 THE COURT:  Then the fundamental question is so

5    basic:  Would you be fair to the government and fair to the

6    defendants?

7                 PROSPECTIVE JUROR:  Yes, your Honor.

8                 THE COURT:  And finally, would you follow the law?

9                 PROSPECTIVE JUROR:  Yes, your Honor.

10                THE COURT:  Then I don't have any further

11   questions.  Thank you.

12                PROSPECTIVE JUROR:  Thank you.

13                THE COURT:  Counsel on behalf of the government,

14   do you have questions of Juror No. 1 in seat No. 12?

15                MR. WOLFE:  No, your Honor.

16                THE COURT:  Mr. Steward?

17                MR. STEWARD:  No, your Honor.

18                THE COURT:  Mr. White?

19                MR. WHITE:  No, your Honor.

20                THE COURT:  Mr. Calabria?

21                MR. CALABRIA:  No, your Honor.

22                THE COURT:  Mr. Reed?

23                MR. REED:  No, your Honor.

24                THE COURT:  The peremptory would now pass back to

25   the defense.

109

```
1              MR. FLEMING:  We would like to thank and excuse
2    Juror No. 1, your Honor.
3              THE COURT:  Juror No. 1.  Thank you very much.  If
4    you'd please go back to the jury room with our thanks and
5    appreciation, the Commissioner would excuse you immediately.
6         (Prospective Juror No. 1 excused.)
7              THE COURT:  If you'd call an additional juror,
8    please.
9              THE CLERK:  Juror No. 3.
10             THE COURT:  Juror No. 3.
11             Thank you, sir.  If you'd take seat No. 12.
12             Now, counsel, at some point, we're getting very
13   close to getting the jury.  And I'm going to probably take
14   another recess at some point even if there hasn't been a
15   double pass for cause.  But you'd just check your records
16   for a moment because now your peremptories are becoming
17   somewhat limited.  So I want to give each of you a chance to
18   go over that.  We'll see how we proceed.  At some point,
19   we'll take one quick recess.
20             I'm speaking, then, to Juror No. --
21             PROSPECTIVE JUROR:  3.
22             THE COURT:  3.  Thank you, sir.  I'm going to get
23   this monitor out of the way eventually.
24             Concerning your jury questionnaire:  After another
25   weekend, have there been any changes, any modifications or
```

*DEBORAH D. PARKER, U.S. COURT REPORTER*

```
 1    any additional comments that you'd care to make concerning
 2    that questionnaire, or are you satisfied with the
 3    information you've given us?
 4              PROSPECTIVE JUROR:  I'm satisfied, sir.
 5              THE COURT:  Concerning any comments or questions I
 6    may have asked, government counsel or defense counsel, are
 7    there any comments that you'd make, or are you satisfied?
 8              PROSPECTIVE JUROR:  I'm satisfied, sir.
 9              THE COURT:  Concerning the fundamental question,
10    though, what we're all about, would you be fair to the
11    government, would you be fair to the defendants?
12              PROSPECTIVE JUROR:  Yes, I would.
13              THE COURT:  Will you follow the law, sir?
14              PROSPECTIVE JUROR:  Yes, I will.
15              THE COURT:  Then I have no additional questions.
16              Counsel on behalf of the government, do you have
17    questions?
18              MR. WOLFE:  No, your Honor.
19              THE COURT:  Counsel on behalf of the defense?
20              MR. STEWARD:  No, your Honor.
21              THE COURT:  Well, let me start with Mr. Steward.
22              MR. STEWARD:  None.
23              THE COURT:  Mr. White?
24              MR. WHITE:  No questions.
25              THE COURT:  Mr. Calabria?
```

111

1           MR. CALABRIA:  No questions.

2           THE COURT:  And Mr. Reed?

3           MR. REED:  No questions.

4           THE COURT:  Peremptory passes back to the

5    government.

6         *(Pause.)*

7           MR. WOLFE:  Your Honor, the government accepts the

8    panel.

9           THE COURT:  All right.  Passing for cause, at

10   least at this time.  Thank you in accepting the panel now.

11          Peremptory would now pass to the defense.

12          MR. FLEMING:  I would like to thank and excuse

13   Juror 93, your Honor.

14          THE COURT:  Juror No. 93 occupying seat No. 6.

15   Thank you very much.  If you'd please go back to the jury

16   room.  I appreciate your attendance.  And the Jury

17   Commissioner will release you immediately.

18        *(Prospective Juror No. 96 excused.)*

19          THE COURT:  Call an additional juror, please.

20          THE CLERK:  Juror 216.

21          THE COURT:  216.  216.

22        *(Pause.)*

23          THE COURT:  Thank you, sir.  If you'd be kind

24   enough to be seated in seat No. 6.

25          Back to that fundamental question concerning your

1    jury questionnaire because it tells us so much.  Is there

2    anything that you'd like to change or modify, or having this

3    additional weekend, any additional comments you'd like to

4    make concerning your jury questionnaire?

5              PROSPECTIVE JUROR:  No changes.

6              THE COURT:  Are you satisfied with your

7    questionnaire then?

8              PROSPECTIVE JUROR:  Yes, I am.

9              THE COURT:  Concerning any questions that I may

10   have asked, any comments by me or by counsel for the

11   government or counsel for the defense, are there any

12   additional comments that you'd make?

13             PROSPECTIVE JUROR:  None.

14             THE COURT:  Then the fundamental question:  Would

15   you be fair to the government and would you be fair to the

16   defendants?

17             PROSPECTIVE JUROR:  Yes.

18             THE COURT:  And will you follow the law?

19             PROSPECTIVE JUROR:  Yes.

20             THE COURT:  Thank you very much, sir.  I have no

21   further questions.

22             Counsel on behalf of the government, do you have

23   questions of juror No. 216?

24             MR. WOLFE:  No, your Honor.

25             THE COURT:  Mr. Steward?

```
 1              MR. STEWARD:  No, your Honor.

 2              THE COURT:  Mr. White?

 3              MR. WHITE:  No, your Honor.

 4              THE COURT:  Mr. Calabria?

 5              MR. CALABRIA:  No, your Honor.

 6              THE COURT:  Mr. Reed?

 7              MR. REED:  No, your Honor.

 8              THE COURT:  The peremptory now passes back to the

 9      government.

10         (Pause.)

11              MR. WOLFE:  Your Honor, again, the government will

12      accept the panel.

13              THE COURT:  Thank you.  The government's accepting

14      the panel and passing.

15              The peremptory now passes back to the defense.

16              MR. FLEMING:  One moment, your Honor.

17              THE COURT:  Please.

18         (Pause.)

19              MR. FLEMING:  Your Honor, this panel is acceptable

20      to the defense.

21              THE COURT:  All right.  Now, there's been a pass

22      by the government.  A pass by the defense.

23              I've always paid the courtesy, especially in a

24      case of this length and complexity, of then taking a recess

25      for a moment.  At the present time, they're accepting the 12
```

114

1   of you as the jury.  But before we impanel you, and before

2   we start the selection of the eight alternates, I want to

3   give them a moment just to go over their notes.  It's too

4   long a case.  It's a case of great import to the government

5   and great import to the defendants.  And I think that

6   instead of trapping anybody into the decisions, they've had

7   250 some questionnaires to thumb through on a moment's

8   notice, you can see how fast it's gone.

9          We'll either have the jury as soon as you come

10  back, or if they exercise one or two more peremptories, we

11  are within literally ten minutes of having this jury.

12         I'm going to take a recess, but we're going to

13  need each and every one of you back in the audience, or any

14  of the jurors who still remain in the courtroom next door.

15  And I'm going to ask you to reconvene at 4:00 o'clock.  At

16  that time, I'll hear in open court for a final time from the

17  government and from the defense as a courtesy.

18         Will that give you have enough time, Mr. Wolfe,

19  once again, to recheck all of your records?

20         MR. WOLFE:  I believe so, your Honor.

21         THE COURT:  And Mr. Steward, will that give you

22  enough time?

23         MR. STEWARD:  Yes, your Honor.

24         THE COURT:  Mr. White?

25         MR. WHITE:  Yes, your Honor.

```
 1              THE COURT:  Mr. Calabria?

 2              MR. CALABRIA:  Yes.

 3              THE COURT:  And Mr. Reed?

 4              MR. REED:  Yes.

 5              THE COURT:  Then if you'd please leave, Adrian,

 6    would you shut off the camera.  Would you close down the

 7    sound immediately in the courtroom next door.

 8              You're admonished not to discuss this case or form

 9    or express any opinion.

10              Now, in the meantime, when I bring you back,

11    there's a number of things we can do.  But I'm going to ask

12    each and every one of you if you can sit with us for this

13    nine-month potential period of time, remembering that I hope

14    that I've overestimated.  I've tried to overestimate the

15    time.

16              What a foolish thing for me to do to the public to

17    say six months and it was really nine.  So I've tried to get

18    the broadest period of time.  But I don't know about flu

19    season.  You know, I have no idea what takes us through as a

20    court family in a sense, you know, this process.  It's like

21    driving in a car with my kids, as I've said before.  "How

22    much longer?"  The case could go very quickly.  It could

23    take up to nine months.

24              Counsel, can I also indicate some time periods

25    that we're thinking about for recesses?
```

1          MR. WHITE:  Yes, your Honor.

2          THE COURT:  And I don't think it's appropriate to

3    share the reasons with the jury at the present time.   I

4    think that will be self-evident after opening statement.

5          If you're impaneled eventually as the 12 jurors

6    and eventually as one of the eight alternates on this case,

7    you are literally going to get impaneled today and you're

8    going to go on vacation or recess for about two weeks.

9          Your opening statement will occur either Monday or

10   Tuesday, and we're still debating that, on either the 13th

11   or the 14th of March.

12         And we're going to go straight through probably

13   taking Monday, the 20th off, which I'll talk to you about,

14   but we're going to go straight through until March 29th.

15   And you may be in session on that Monday so we get three

16   days in that week, then you're going to be in recess until

17   April 11th.  About ten, 11 days in there.

18         On April 11th, which is a Tuesday, we're going to

19   resume and we're going to go straight through until about

20   the first week in May, about May 1st, May 2nd.  And we're

21   going to take two or three days or maybe a week off in

22   there, and it will be self-evident to you why.  Trust me,

23   you'll know.  You'll figure that out very quickly.

24         And then we're going to go straight through again

25   for a longer period of time, about six weeks, maybe seven

1    weeks, from May, all the way through May.  And Memorial

2    Day's in there so maybe you need to take off on Friday, and

3    we'll go to, you know, 12:00 o'clock or 1:00 o'clock and get

4    you on the plane or get you on the highway.  You know, we'll

5    do those things.

6            But sometime in June, my experience is I've

7    literally got to pick like two weeks.  I can't say to you

8    will you all take your vacations the week of June something.

9    It can't be done.  So usually what I've done on complex and

10   long cases, I've tried to pick a two-week period of time,

11   and sometimes you bamboozle me into three weeks, where I've

12   got to set aside three weeks.  But I'm losing time.  I mean,

13   I'm just -- if I could, I'd just go straight through.

14           And then I know towards the end of the summer,

15   usually a week or two before Labor Day, I've had to recess

16   in the past on complex and long cases like August 15th and

17   let you have a choice of two weeks.  Some of you will go for

18   two weeks, some of you will just need a week, but I can

19   never just say you're taking vacation on this week.  Okay.

20           Now what I'd like to do, frankly, is capture July

21   from you.  I know Fourth of July is in there, so we're going

22   to -- you know, we'll be out of session on the days

23   surrounding that.  All that will work, I promise you that.

24           But that's generally a schematic, and I haven't

25   picked the time in June yet with you.  And I haven't picked

1    the time in August.  Of course, if I get you to cancel all

2    your vacations and you'd work straight through, that would

3    be wonderful.  That's not possible.

4         Number two, remember I said to you that counsel

5    have to catch up.  I promise you, look at them now, they all

6    look young.  You won't recognize them in about eight to nine

7    months.  And I'm kidding them a little bit, but their day

8    will just start, I promise you, in my court about the time

9    you go home.  I can promise you that they'll never leave my

10   court before 7:00 or 7:30 at night.  And they work on

11   Saturdays, most Saturdays also.  And they've been very

12   gracious in requesting, you know, for me to work on

13   Saturday.  That's come from the government and the defense.

14   And I want to thank you for that opportunity.  And they are

15   hardworking.

16        So now that I've taken that much time, let's make

17   it five after 4:00, okay?  You're in recess.  You're

18   admonished not to discuss this.  We need all of you back in

19   the audience and all of the people next door.

20        (Outside the presence of the Prospective Jurors.)

21        THE COURT:  All right.  Now, I'll reconvene,

22   frankly, any time you tell me you're ready.

23        Mr. Mills, do you want to remain to discuss this

24   matter with your counsel, or do you want to use the

25   restroom?

1          DEFENDANT MILLS:  I'm good.  Thank you.

2          THE COURT:  Okay.

3          Mr. Bingham, do you want to use the restroom, or

4   do you want the time now for your counsel?

5          MR. WHITE:  We have discussed it.

6          THE COURT:  You're satisfied?

7          DEFENDANT BINGHAM:  Yes.

8          THE COURT:  All right.  Let me turn to Mr. Hevle.

9   Counsel, do you want your client to remain for a moment and

10  discuss this with him?

11          MR. CALABRIA:  Oh, I'm fine.

12          THE COURT:  Mr. Gibson?

13          DEFENDANT GIBSON:  I need to use the restroom.

14          THE COURT:  I'll bring you right back.  You'll

15  have plenty of time with Mr. Reed.

16          The gentlemen, of course, if you need to use the

17  restroom, go use it.  I'll take the bench when you tell me

18  all of you agree.

19     *(Pause.)*

20          THE COURT:  We are back on the record.

21          All counsel present.

22          Out of the presence of the jury.

23          Let me turn to each of you for a moment so you're

24  not put in the position of having to make a statement in

25  front of the jury.

1    Mr. Reed, let me start with you at this time.  Are

2  you satisfied with this jury, or would you like to exercise

3  another peremptory?

4    MR. REED:  I'm satisfied.

5    THE COURT:  Mr. Calabria, Mr. Rosen, are you

6  gentlemen satisfied with this jury on Mr. Hevle's part, or

7  would you like to exercise another peremptory?

8    MR. CALABRIA:  We're satisfied.

9    MR. ROSEN:  We're satisfied.

10    THE COURT:  Let me turn -- I'm going to go in

11  reverse order this time.

12    Mr. Harris, Mr. White, on behalf Mr. Bingham, are

13  you gentlemen satisfied with this jury, or would you like to

14  exercise another peremptory?

15    MR. HARRIS:  We're satisfied.

16    THE COURT:  Mr. White?

17    MR. WHITE:  We're satisfied, your Honor.

18    THE COURT:  And Mr. Gibson, I want to make

19  certain.  Have you had enough time to discuss this with

20  Mr. Reed?

21    DEFENDANT GIBSON:  Yes, your Honor.

22    THE COURT:  Mr. Hevle, have you had enough time to

23  discuss this with Mr. Calabria, Mr. Rosen?

24    DEFENDANT HEVLE:  Yes, your Honor.

25    THE COURT:  Mr. Bingham, have you had enough time

1    to discuss this decision with Mr. White and then Mr. Harris?

2              DEFENDANT BINGHAM:  Yes, I have.

3              THE COURT:  Thank you.  Mr. Fleming, Mr. Steward,

4    are you satisfied, or would you like to exercise another

5    peremptory?

6              MR. FLEMING:  Satisfied, your Honor.

7              MR. STEWARD:  Satisfied, your Honor.

8              THE COURT:  Mr. Mills, have you had enough time to

9    be actively involved?  Have you had enough time with your

10   counsel in terms of making this decision?

11             DEFENDANT MILLS:  Yes, sir.

12             THE COURT:  Let me turn to the government.

13   Ms. Flynn and Mr. Wolfe and Mr. Emmick, would you like to

14   exercise another peremptory?

15             MR. WOLFE:  No, your Honor.

16             THE COURT:  You're satisfied with this jury.

17             Now let's take your suggestion.  Once again, it

18   may be absolutely brilliant.  Here's my concern.  Let's work

19   together on this.  I'm prepared to impanel the jury tonight

20   for one reason -- and Mr. Wolfe, if you disagree I'm really

21   listening.  I want to give them the sense of ownership and

22   responsibility.  And what I'm afraid of is if I don't swear

23   the jury this evening that they still have the perception

24   that tomorrow is just kind of a walk in the park.  I'd like

25   to get -- it gives them that sense of ownership.  I mean,

1    they're part now of this process.

2              But my safety valve would be this:  I'm really

3    planning, with each of your consent, to bring back ten or 15

4    additional jurors and if, in fact, on March -- Tuesday,

5    March 14th?

6              MR. FLEMING:  Fourteenth.

7              THE COURT:  Fourteenth.  And I think I said

8    something about Monday.  No, I'm holding to my word.  It's

9    March 14th.

10             If an alternate or a sitting juror doesn't appear,

11   then I'd ask you to get another alternate so we start off

12   with, you know, eight alternates on the day we have opening

13   statement.  We're not down to seven or six.  And that way we

14   can get the eight alternates today.

15             I'd just like permission to take the next 20 in

16   order and order them back and explain to them why.  You

17   know, "You're coming back on March 14th in the morning,

18   coming back at 8:00 o'clock to make certain all the jurors

19   are here.  You're going to sit initially in the courtroom

20   next door.  If everybody appears, then we're going to

21   release you immediately."

22             If we're missing a juror at that time, with good

23   legal cause, a death, injury, illness, whatever, even the

24   flu which would delay it, then we'd pick another alternate

25   and we'd pick from the eight alternates, if it's a sitting

1    juror, one by lot and that juror would go in.

2              Now, if you have a better solution, tell me.  I'm

3    just afraid that if I don't impanel this jury, they're not

4    going to take us seriously.  That's all.

5              Let me turn to Mr. Wolfe.  Think about that.  Talk

6    to Mr. Emmick and Ms. Flynn.  It's a joint decision.  Take

7    your time.

8         *(Pause.)*

9              THE COURT:  And by the way, if you think I can fit

10   ten alternates in here, I'd be more than happy to do that.

11             MR. WOLFE:  Your Honor, I believe that the

12   government continues to suggest that the court not swear the

13   jury yet.  And your Honor's point about providing insurance,

14   we would suggest choosing ten alternates, choosing ten

15   alternates now, bringing back the jury and ten alternates on

16   March 14th, not having sworn anyone.

17             If they all return, I guess we then have to figure

18   out how to move from ten alternates to eight.  If one of

19   them doesn't, then we don't need to make inquiry, we'll just

20   seat one of those two.

21             THE COURT:  If I bring back ten, though, I'll use

22   ten.  I don't want to be in the position of just kicking two

23   off.  So I'm happy to expand this to ten and give you ten

24   peremptories per side.  It may be a wise decision.

25             MR. WOLFE:  Your Honor, the only barrier to that

124

1  that I can see is I cannot figure out where the other two

2  would sit.

3        THE COURT:  In the first row, very uncomfortably

4  with cushions.  But that doesn't give you a lot of space.

5  But, you know, it's coequal in space.  We've got one, two,

6  three, four, five, six, seven, eight.  And we have two up

7  there.  So right now, if you look at that, that's ten.  The

8  problem is no one can walk in that area.  They can't get to

9  the witness box.  But that's the logistics of the courtroom.

10  We can make that work.

11        If you each agree that you want ten jurors, we'll

12  have ten jurors.

13        MR. WOLFE:  Your Honor, I don't have strong

14  feelings about the difference between eight alternates and

15  ten.  I am more concerned about swearing the jury.  If I

16  walk in front of a bus on the way home or on the weekend ten

17  days from now, it just seems -- it concerns me --

18        THE COURT:  You won't.

19        MR. WOLFE:  -- jeopardy attach over this two-week

20  period.

21        THE COURT:  You won't.  You're covered everywhere.

22  and Mr. Emmick will step into your shoes and so will

23  Ms. Flynn.  Or you'll step into their shoes, however that

24  works.

25        Now, let me take suggestions also.  I know your

*DEBORAH D. PARKER, U.S. COURT REPORTER*

125

1 position.  Let me hear from the defense, then I'll make my

2 decision.

3          Mr. White, what do you want to do?  Do you want to

4 wait to swear the jury?  In other words, any time I have a

5 stipulation between all of you, I'm safe from the Circuit.

6          MR. WHITE:  We would like to -- we would like to

7 have the jury sworn.  I guess the thought that comes to mind

8 for me is if the jury is not sworn -- we would like to have

9 the jury sworn.

10          The thought that comes to my mind is if the jury

11 is not sworn and we come back on March 14th, and one of the

12 jurors who is amongst the 12 doesn't show up, then I think

13 jury selection is back -- back on.  I mean, we're -- and

14 that's what concerns me.  We're back open again.  I mean, we

15 don't have that many challenges left, but we're --

16          THE COURT:  I was going to raise that.  What would

17 the court do, then, with a nonsworn jury.  I'd have to

18 reopen.  And that means I'm bringing everybody back instead

19 of just a select number.  But I do like the idea of going to

20 ten jurors.  And it would be crowded, but so what.  You know

21 we're going to lose people along the way.  Flu, illness.

22 And it gives us some latitude.

23          And if it goes four, five months, I think we're

24 safe with eight.  But you know those two extra jurors would

25 just be a guarantee for all of us.  Okay.

1                Let me turn to Mr. Steward, Mr. Fleming, any

2      thoughts on your part?

3                MR. STEWARD:  We agree with Mr. White, your Honor.

4                THE COURT:  Swear the jury?

5                MR. STEWARD:  Yes, your Honor.

6                THE COURT:  I think so, too.

7                Mr. Reed, your thoughts?

8                MR. REED:  I'm going to jump with the team.

9                THE COURT:  Jump with the team?

10               MR. REED:  Yes.

11               THE COURT:  All right.

12               MR. WHITE:  That's the rest of the trial.

13               THE COURT:  Mr. Calabria, Mr. Rosen?

14               MR. CALABRIA:  We're in the car.

15          (Laughter.)

16               THE COURT:  All right.  Well, let's do that then.

17     I'm going to bring in the 12 jurors.  We're going to swear

18     them.  But let me go down and pay each of you the courtesy

19     of asking them individually, you know, "Can you stay with us

20     for this, you know, length of time, this umbrella?"  And

21     then let's get ten jurors.

22               Is that acceptable, Mr. Steward?

23               MR. STEWARD:  Yes, your Honor.

24               THE COURT:  Mr. White?

25               MR. WHITE:  Yes, your Honor.

127

1          THE COURT:  Mr. Calabria?

2          MR. CALABRIA:  Yes, your Honor.

3          THE COURT:  Mr. Reed?

4          MR. REED:  Yes.

5          THE COURT:  And ten jurors, Mr. Wolfe?  We'll make

6     room for them somehow.

7          MR. WOLFE:  As your Honor chooses.

8          THE COURT:  I may even turn the -- you know, turn

9     the chairs like a theater.  I'm not sure yet, but we'll get

10    the ten.  It's just silly to start over again, especially in

11    month number seven.  If you get to the penalty phase, we're

12    up to seven or eight months.  Okay.  All right.

13         We'll bring in those jurors, Lisa, and all the

14    remaining jurors also in both courtrooms.

15         And now Adrian, would you turn on the camera and

16    would you turn on the sound.  And thank you for your

17    professionalism.

18         *(Prospective Jurors enter courtroom.)*

19         THE COURT:  Well, we're still in session.  All

20    parties have been present during the recess.  And we've been

21    discussing you, of course.  That's what we do outside your

22    presence.

23         And I'm going to go through each of you for just a

24    moment because, outside your presence, each have

25    informally -- or formally on the record indicated that

128

1   they're accepting you as the jury.  So I'm going go down the

2   line and make certain.  The most important question to me

3   is, I'd hate to get started, you know, and have you go back

4   to an employer who says, "Surprise," you know, "you can't

5   sit," or there's some hardship.

6           Now I know along the way that we'll lose, you

7   know, some of you.  It's just nine months changes a lot of

8   our lives.  And we've also decided in your absence that

9   we're going to expand the number of alternates from eight to

10  ten.  We just don't see any reason to take any chance.

11  That's got to be a good solid number for us.  In other

12  words, we really have to have people who can sit with us.

13          So let me start with Juror No. 1, 227.  Can you

14  sit with us at least this, you know, umbrella of nine months

15  knowing that it's going to stop and start?  Especially at

16  the beginning, to get a case like this going, I know it has

17  to be tried by both sides in segments to start with, and

18  then we get into a pattern.  That's why that two and a half

19  weeks, you know, then a month and then we're off and running

20  for about six or seven straight weeks, and then a recess,

21  and then we're off and running for about seven weeks again,

22  then a recess, maybe two weeks, and then we're -- we're

23  finishing.

24          Can you sit with us that period of time?

25          PROSPECTIVE JUROR:  Yes, your Honor.

1          THE COURT:  I want to tell you I haven't looked

2     back in your questionnaire, but for all of those who care

3     and love you, would you thank them on the court's part?

4     This is extraordinary service.

5          PROSPECTIVE JUROR:  I also called and spoke with

6     my manager.  He told me that they pay.

7          THE COURT:  I want to thank you.  And obviously

8     I'm going to talk to all counsel and find out what's

9     appropriate, but I may be writing letters out to different

10    companies and different persons thanking them for, you know,

11    giving you to us because it's extraordinary what we're

12    asking.  Okay.

13         Let me turn to Juror No. 197.  Can you sit with

14    us, sir, for this period of time?

15         PROSPECTIVE JUROR:  Yes, I can.

16         THE COURT:  And once again, I don't know what I'm

17    going to do, but if you have an employer or whatever your

18    situation, because I haven't looked back quickly enough, if

19    we need letters, I'll find out what's appropriate from the

20    government and defense, you know, and send those out.

21         No. 173, I don't want any surprises later on.  Can

22    you sit with us for at least this broad period of time

23    potentially, knowing the case is going to be segmented up?

24         PROSPECTIVE JUROR:  Yes, I can.

25         THE COURT:  And I want each of you to know that in

130

1    some ways, every one of us will be inconvenienced.  At some

2    point we'll end up changing something in our personal lives.

3    I want to tell you that so we can work together as a group

4    of 22 people.  It's just a large group to work with.

5            I've been involved in a year-and-a-half trial,

6    actually.  I seem to get those kinds of trials.  And I can

7    tell you it's extraordinary what the public does.  But you

8    have to know it's with great appreciation on our part.  But

9    I can't start with any surprises, okay?

10           Let me turn to Juror No. 81.  Can you sit with us

11   for this long period of time and sometimes frustrating stops

12   and starts?

13           PROSPECTIVE JUROR:  Yes.  My company pays

14   unlimited.

15           THE COURT:  Okay.  And once again, if you need a

16   letter -- I'm going to finish out as we settle into this,

17   not to begin with.  I think that that's best, you know,

18   April, maybe sometime in March right after opening

19   statements, someplace in this period of time.

20           No. 52.  The same question.  Can you sit with us

21   over this period of time?

22           PROSPECTIVE JUROR:  No problem.

23           THE COURT:  Okay.  And let me tell you, it --

24   it -- it will be -- I appreciate it.  There's something that

25   will affect each one of you in terms of, you know, something

1  personal that had to get changed a little bit.  I'll try to

2  be kind, but I can never get 22 people, me, counsel,

3  everybody on the same page.  We'll do our best.

4          Juror 216.  Can you sit with us for this --

5          PROSPECTIVE JUROR:  Yes.

6          THE COURT:  -- period of time?  Okay.  Thank you.

7          I haven't looked back, is there an employer that

8  would need a letter?

9          PROSPECTIVE JUROR:  No.

10         THE COURT:  Okay.  Let me go back to Juror No. 7.

11 You're No. 58.  Can you sit with us this extraordinary

12 period of time?

13         PROSPECTIVE JUROR:  I'm retired so that's not a

14 problem.  The only thing that's going to mess you up is my

15 wife's honey-do list.

16         THE COURT:  Well, you know --

17     (Laughter.)

18         THE COURT:  There's a great letter going out.

19 Okay?  We'll call that "the letter to your employer."

20         Maybe you're better off here.

21     (Laughter.)

22         THE COURT:  All right.  I'm just joking.

23         No. 225.  The same question to each of you, very

24 slowly.  Can you sit with us this, you know, extraordinary

25 period of time?

132

```
1            PROSPECTIVE JUROR:  Yes.

2            THE COURT:  Okay.  Is there an employer, do you

3   think, that will need a letter at some point?

4            PROSPECTIVE JUROR:  No, sir.

5            THE COURT:  Okay.  If there is, you know, tell me.

6   We'll wait until after opening statement, et cetera.

7            Juror No. 31.  Can you sit with us this --

8            PROSPECTIVE JUROR:  Yes, sir.

9            THE COURT:  -- extraordinary period of time?

10           PROSPECTIVE JUROR:  Yes.

11           THE COURT:  Okay.  Thank you.

12           Juror No. 40?

13           PROSPECTIVE JUROR:  Yes.

14           THE COURT:  Okay.  I'm not saying anybody

15   volunteered for this, but can you sit with us?

16           PROSPECTIVE JUROR:  Yes.

17           THE COURT:  Okay.

18           Juror No. 236?

19           PROSPECTIVE JUROR:  Yes, I can.

20           THE COURT:  Okay.  We'll thank you.

21           And No. 3?

22           PROSPECTIVE JUROR:  Yes.  I'm also retired and

23   have the same honey-do list.

24       (Laughter.)

25           THE COURT:  All right.  Let me turn to the
```

133

```
 1    government finally.  Even though each of you've made a
 2    representation outside the jury's presence, I want to make
 3    sure.  Ms. Flynn, are you satisfied with the jury?
 4              MS. FLYNN:  Yes, your Honor.
 5              THE COURT:  Do you wish to exercise any further
 6    peremptories?
 7              MS. FLYNN:  No, your Honor.
 8              THE COURT:  Mr. Wolfe, are you satisfied with the
 9    jury?
10              MR. WOLFE:  Yes, your Honor.
11              THE COURT:  Do you wish to exercise any further
12    peremptories?
13              MR. WOLFE:  No, your Honor.
14              THE COURT:  Mr. Emmick, are you satisfied with the
15    jury?
16              MR. EMMICK:  Yes.
17              THE COURT:  Do you wish to exercise any further
18    peremptories?
19              MR. EMMICK:  No.
20              THE COURT:  Let me turn to Mr. Fleming.  Are you
21    satisfied with this jury?
22              MR. FLEMING:  Yes, your Honor.
23              THE COURT:  Do you wish to exercise any further
24    peremptories?
25              MR. FLEMING:  No, your Honor.
```

134

1          THE COURT:  Mr. Steward, are you satisfied with

2    this jury?

3          MR. STEWARD:  I am, your Honor.

4          THE COURT:  And do you wish to exercise any

5    further peremptories?

6          MR. STEWARD:  No, thank you.

7          THE COURT:  And you've had time to consult with

8    your client, Mr. Mills?

9          MR. STEWARD:  Yes, your Honor.

10         THE COURT:  Thank you.

11         Mr. White, are you satisfied with this jury?

12         MR. WHITE:  Yes, I am, your Honor.

13         THE COURT:  Do you wish to exercise any further

14   peremptories?

15         MR. WHITE:  No, I do not.

16         THE COURT:  Mr. Harris, are you satisfied with

17   this jury?

18         MR. HARRIS:  Yes, your Honor.

19         THE COURT:  Do you wish to exercise any further

20   peremptories?

21         MR. HARRIS:  No.

22         THE COURT:  Have you had enough time to discuss

23   this with Mr. Bingham during the recess?

24         MR. HARRIS:  Yes, we have.

25         MR. WHITE:  Yes, your Honor.

1          THE COURT:  Let me turn to Mr. Rosen.  Are you

2    satisfied with this jury?

3          MR. ROSEN:  Yes, your Honor.

4          THE COURT:  Do you wish to exercise any further

5    peremptories?

6          MR. ROSEN:  No, your Honor.

7          THE COURT:  Mr. Calabria, are you satisfied with

8    the jury?

9          MR. CALABRIA:  Yes, I am, your Honor.

10         THE COURT:  Do you wish to exercise any further

11   peremptories?

12         MR. CALABRIA:  No, I do not, your Honor.

13         THE COURT:  And you've had time with your client,

14   Mr. Hevle, during this last recess?

15         MR. CALABRIA:  Yes.

16         THE COURT:  I took ten extra minutes so everybody

17   could consult, kept the jury out in the hallway.  All right.

18         Mr. Reed, are you satisfied with this jury?

19         MR. REED:  Yes, your Honor.

20         THE COURT:  Do you wish to exercise any further

21   peremptories?

22         MR. REED:  No, your Honor.

23         THE COURT:  Have you had enough time with

24   Mr. Gibson?

25         MR. REED:  Yes, your Honor.

136

```
 1              THE COURT:  I'm going to ask counsel and the
 2    defendants to remain seated.  I'm going to ask the 12 of you
 3    to stand.  Would you raise your right hand.
 4              Kristee -- or strike that.  Lisa is the clerk of
 5    the court and she'll swear you in at this time.
 6         (Jury sworn.)
 7              THE JURY:  I do (in unison).
 8              THE COURT:  Thank you.  If you'd please be seated
 9    for just a moment.
10              Now bear with us because I think that instead of
11    bringing everybody back tomorrow, if we continue to work for
12    another half hour to 45 minutes, that we can get the eight
13    to ten alternates, let's say ten, and then you're not coming
14    back tomorrow, if I can give you that block of time.
15    Sometimes I'll ask you to go after 5:00, it will be rare,
16    but let's do that.
17              If you want, Lisa, we can take down these black
18    curtains for the time being, but we don't have to.  Why
19    don't we just call counsel in order -- alternates.  And is
20    it still agreed that the -- if one of the sitting jurors
21    could not continue that, regardless of the code, that there
22    is an agreement between all of us that we would draw the
23    alternate juror by lot?
24              And is that acceptable still, Mr. Wolfe?
25              MR. WOLFE:  Yes, your Honor.
```

```
 1              THE COURT:  Mr. Emmick?

 2              MR. EMMICK:  Yes.

 3              THE COURT:  And Ms. Flynn?

 4              MS. FLYNN:  Yes.

 5              THE COURT:  Is it acceptable, Mr. Fleming?

 6              MR. FLEMING:  Yes, your Honor.

 7              THE COURT:  Mr. Steward?

 8              MR. STEWARD:  Yes, your Honor.

 9              THE COURT:  Mr. White?

10              MR. WHITE:  Yes, your Honor.

11              THE COURT:  Mr. Harris?

12              MR. HARRIS:  Yes, your Honor.

13              THE COURT:  Still acceptable, Mr. Rosen?

14              MR. ROSEN:  Yes, your Honor.

15              THE COURT:  Mr. Calabria?

16              MR. CALABRIA:  Yes, your Honor.

17              THE COURT:  And Mr. Reed?

18              MR. REED:  Yes, your Honor.

19              THE COURT:  Let me tell you why we're doing that.

20   The code really provides a certain order.  The way you're

21   selected as an alternate is usually the order that you take

22   the place of a sitting juror if they can't continue.

23              And when we call your names, I guarantee you,

24   unfortunately, we're going to end up using a tremendous

25   number of you.  Illness in the family, sometimes death in
```

138

1    the family, can't bring a juror back to us in even a day's

2    recess sometimes.  And we have to go on and oftentimes and

3    excuse that juror.

4           What we're hoping is that we never use an

5    alternate.  That means there has been no tragedy, there is

6    nothing personal that's happened in our lives that one of

7    you couldn't continue on.  What we won't be able to do is

8    take a week, usually, you know, off to bring each one of you

9    back, or even a couple of days.  And you'll see why when we

10   get started again.  It will be self-evident.

11          Therefore what we'll do is we'll seat ten people

12   today.  What will happen is, if one of the sitting 12 jurors

13   can't continue, we'll draw you by lot.  Lisa or Kristee will

14   literally put you in a little bowl, stir your number around,

15   and take you out.  What that means is that each of you are

16   having to pay equal attention.  You can't count down the

17   number and say, "I'm Alternate No. 8 or 9, and they'll never

18   get to me."

19          So I don't care what seat you occupy, but let's

20   just start with calling the first alternate for a moment.

21   And I'm going to have that first alternate come all the way

22   down, go all the way back up in back of the black curtain

23   and have a seat -- well, I'll direct you.

24          Just call the first alternate, alternate No. 1.

25          THE CLERK:  138.

1          THE COURT:  138.  If you'd come down for just a

2     moment, and I'm going to have you come all the way down

3     behind the black curtain and all the way up to the first

4     seat.

5          And then the next alternate.

6          THE CLERK:  181.

7          THE COURT:  181.

8     *(Pause.)*

9          THE COURT:  181.  Would you come all the way down

10    and if you would be seated right beside her.  Thank you.

11         And then the third alternate.

12         THE CLERK:  207.

13         THE COURT:  207.  If you'd come all the way down

14    and have a seat right next to this gentleman.

15         And then the fourth alternate.

16         THE CLERK:  205.

17         THE COURT:  205.  Would you come all the way down,

18    sir.  If you'd be seated right next to the lady.

19         THE CLERK:  115.

20         THE COURT:  115.  If you'd come all the way down

21    and if you'd be seated next to the gentleman.

22         THE CLERK:  39.

23         THE COURT:  39.  If you'd come all the way down.

24    It will be alternate number -- I believe number six.  If you

25    would be seated.

140

```
1              THE CLERK:  62.

2              THE COURT:  62.  If you'd come all the way down

3    and also be seated in the open chair.

4         (Pause.)

5              THE CLERK:  18.

6              THE COURT:  18.  And if you'd be seated, sir, in

7    the chair closest to me.

8              And now, I'm going to ask the lady in the first

9    row just to move back into the second row.  And we're going

10   to put, for the time being, the next two, No. 9 and 10, just

11   on that first bench someplace.

12             THE CLERK:  244.

13             THE COURT:  244.  If 244 would come down.  If

14   you'd just have a seat anyplace along this first bench.

15   244.

16             THE CLERK:  And 28.

17             THE COURT:  And 28.

18             Thank you.

19             Now my questions are the same as they have been

20   for everybody else, but I'm not going to denigrate you by

21   going through those in a mass.  I'm going to just go down

22   the line very quickly and ask Juror No. 138, are there any

23   additions or changes to the questionnaire or any comments

24   you'd like to make?

25             PROSPECTIVE JUROR:  No.
```

1          THE COURT:  Is there anything said today by me,

2     government counsel, or by the defense counsel that would

3     cause a comment?

4          PROSPECTIVE JUROR:  No.

5          THE COURT:  Would you be fair and impartial to the

6     government and would you be fair and impartial to the

7     defense?

8          PROSPECTIVE JUROR:  Yes, I would.

9          THE COURT:  Okay.  Let me turn to 181.  The same

10    questions concerning your questionnaire:  Any comments,

11    changes, any modifications?

12         PROSPECTIVE JUROR:  I have a modification that's a

13    family nature.

14         THE COURT:  Let me hand that microphone down for

15    just a moment.

16         I don't know what I did with it.  Thank you.

17         There's a modification that's a family issue.

18    What is that, sir?

19         PROSPECTIVE JUROR:  Can you hear me?

20         THE COURT:  I don't think it's turned on.

21         PROSPECTIVE JUROR:  Can you hear me?  Hello.

22         THE COURT:  Yes.  It's kind of like the

23    commercial, "Can you hear me now?"

24         What's the issue?

25         PROSPECTIVE JUROR:  Last Friday my mom was

142

```
1    diagnosed with having cancer of the liver.
2             THE COURT:  Is that going to cause a hardship?
3    Are you a caregiver?  Is she --
4             PROSPECTIVE JUROR:  It could cause hardship in two
5    scenarios:  One, if she has to have an operation, I would
6    need to be with her during that time.
7             THE COURT:  Understood.  You don't know that yet?
8             PROSPECTIVE JUROR:  I'll find out more in a few
9    days.  Whether it's just in the liver or whether it spread.
10            THE COURT:  Counsel?
11            MR. WOLFE:  Your Honor, the government would
12   stipulate to excuse this juror for hardship.
13            THE COURT:  Let me turn to Mr. Steward.
14            MR. STEWARD:  Yes, your Honor.
15            THE COURT:  Mr. White?
16            MR. WHITE:  Yes, your Honor.
17            THE COURT:  Mr. Calabria?
18            MR. CALABRIA:  Yes, your Honor.
19            THE COURT:  Mr. Reed?
20            MR. REED:  Yes.
21            THE COURT:  All counsel are stipulating.  Let's
22   take that pressure off of you right now.
23            PROSPECTIVE JUROR:  Thank you.
24            THE COURT:  Thank you very much.
25        (Prospective Juror No. 181 excused.)
```

1          Would you call another juror to take this

2     gentleman's place?

3          THE CLERK:  188.

4          THE COURT:  188.  If you'd come down, sir.

5          We need to move this stand to the back or tear

6     them down, one of the two, for the time being.

7          188.  Sir, we're going to figure out a way to get

8     you back there without --

9          Thank you.  That's probably good enough.  Lisa,

10    that's fine.  Thank you very, very much.

11         Let me turn to Juror No. 188.  Concerning your

12    questionnaire, are there any modifications or changes to

13    your questionnaire, or any comments?

14         PROSPECTIVE JUROR:  No.  Except to say that I'll

15    have a hard time canceling some prepaid vacation.

16         THE COURT:  When is your vacation?

17         PROSPECTIVE JUROR:  One is March 24 to April 1.

18    The other one is November 16 to November 24.

19         THE COURT:  That's up to you, counsel.  The

20    November, I really think we're going to be done.  But the

21    March, we're going to be in session in March.  March 24th.

22         MR. STEWARD:  We're prepared to stipulate, your

23    Honor.

24         THE COURT:  Mr. White?

25         MR. WHITE:  Stipulate, your Honor.

```
1           THE COURT:  Mr. Reed?
2           MR. REED:  Yes, your Honor.
3           THE COURT:  Mr. Wolfe?
4           MR. WOLFE:  Your Honor, the government would agree
5    to that.
6           THE COURT:  We're going to thank and excuse you
7    now.  It's better to know now than have an issue later on.
8           (Prospective Juror No. 188 excused.)
9           THE CLERK:  134.
10          (Pause.)
11          THE COURT:  The same question to you, Juror
12   No. 134:  Concerning your questionnaire, are there any
13   modifications or changes or comments you'd make concerning
14   that questionnaire?
15          PROSPECTIVE JUROR:  No.
16          THE COURT:  Are you satisfied, then, with your
17   answers?
18          PROSPECTIVE JUROR:  Yes.
19          THE COURT:  We're going to take that microphone
20   for you.  And I'm not sure if that microphone is turned on.
21   Can you tap it?
22          It's on, yes.
23          Concerning any questions asked in court today by
24   me, by the government counsel, or defense counsel, any
25   comments concerning those questions?
```

DEBORAH D. PARKER, U.S. COURT REPORTER

```
 1              PROSPECTIVE JUROR:  They did bring up if there was
 2       a close family member that was -- that was -- I have a
 3       brother that was murdered, and I think that would affect me.
 4              THE COURT:  And you shared that with us before?
 5              PROSPECTIVE JUROR:  Yes.
 6              THE COURT:  We had an extensive discussion about
 7       that.  After reflection, would that cause some bias,
 8       prejudice, or sympathy towards one side or the other?
 9              PROSPECTIVE JUROR:  Yes.
10              THE COURT:  All right.  Let me stop.  Because you
11       have had a chance to really reflect on this now.  And I
12       think we talked to you a long time about that.
13              Counsel, I don't want to go any further unless you
14       want me to, and if you do, then I'll press on.
15              Counsel on behalf of the government?
16              MR. WOLFE:  Your Honor, the government would
17       stipulate to excuse this juror for cause.
18              THE COURT:  Mr. Steward?
19              MR. STEWARD:  That's fine, your Honor.
20              THE COURT:  Mr. White?
21              MR. WHITE:  Yes, your Honor.
22              THE COURT:  Mr. Calabria?
23              MR. CALABRIA:  Yes, your Honor.
24              THE COURT:  Mr. Reed?
25              MR. REED:  Yes, your Honor.
```

146

```
 1              THE COURT:  I want to thank you very much.  I want
 2   to thank you for your reflection also over the weekend.  And
 3   you're excused for cause.
 4        (Prospective Juror No. 134 excused.)
 5              THE COURT:  Would you call another juror to seat
 6   number 2.
 7              THE CLERK:  162.
 8              THE COURT:  162.  Let's see if we can get you back
 9   of that curtain.
10              Concerning your jury questionnaire, are there any
11   modifications or changes, or are you satisfied with your
12   answers?
13              PROSPECTIVE JUROR:  Satisfied.
14              THE COURT:  Okay.  Would you be fair and impartial
15   to both sides?
16              PROSPECTIVE JUROR:  Yes.
17              THE COURT:  Would you follow the law?
18              PROSPECTIVE JUROR:  Yes.
19              THE COURT:  Is there anything that I have asked
20   today, the government counsel have asked today, or defense
21   counsel have asked that you care to comment upon, or are you
22   satisfied?
23              PROSPECTIVE JUROR:  I'm satisfied.
24              THE COURT:  Then I don't have anything further.
25              If you'd be kind enough to hand the microphone to
```

147

1    Juror No. 207.

2              The same questions concerning your questionnaire:

3    Any modifications, changes, or comments since we last met?

4              PROSPECTIVE JUROR:  No, your Honor.

5              THE COURT:  Will you be fair and impartial to both

6    the government and the defense?

7              PROSPECTIVE JUROR:  Yes.

8              THE COURT:  Is there anything that I have said

9    today that would cause a comment on your part or a question,

10   anything that government counsel or defense counsel have

11   said?

12             PROSPECTIVE JUROR:  No.

13             THE COURT:  And finally, would you follow the law?

14             PROSPECTIVE JUROR:  Yes.

15             THE COURT:  Then if you'd be kind enough to hand

16   the microphone to the gentleman next to you.

17             You're Juror No. 205.

18             Same question concerning your questionnaire:  Once

19   I know that that questionnaire hasn't changed or if it has,

20   we know a lot.  Is there modification or change?

21             PROSPECTIVE JUROR:  No.

22             THE COURT:  Any comment?

23             PROSPECTIVE JUROR:  No.

24             THE COURT:  You're satisfied, then, with the

25   questionnaire?

1          PROSPECTIVE JUROR:  Yeah.

2          THE COURT:  Concerning any question that I may

3     have asked or comment or any question or comment by

4     government counsel or defense counsel, any comments on your

5     part?

6          PROSPECTIVE JUROR:  No comments.

7          THE COURT:  Would you be fair and impartial to the

8     government and the defense?

9          PROSPECTIVE JUROR:  Yes.

10         THE COURT:  And will you follow the law?

11         PROSPECTIVE JUROR:  Yes.

12         THE COURT:  Thank you, sir.  Then if you'd hand

13    the microphone to Juror No. 115.

14         Sir --

15         PROSPECTIVE JUROR:  Yes.

16         THE COURT:  Are there any changes to your

17    questionnaire, any modifications or comments that you care

18    to make?

19         PROSPECTIVE JUROR:  No.

20         THE COURT:  Then you're satisfied with your

21    questionnaire?

22         PROSPECTIVE JUROR:  Yes, I am.

23         THE COURT:  Concerning any questions asked today

24    in court by me, by government counsel, or the defense, are

25    there any changes that you care to make or any comments --

149

1    strike that -- any comments that you care to make concerning

2    those questions?

3                 PROSPECTIVE JUROR:  No.

4                 THE COURT:  Okay.  Would you be fair to the

5    government, would you be fair to the defense?

6                 PROSPECTIVE JUROR:  Yes.

7                 THE COURT:  Would you follow the law?

8                 PROSPECTIVE JUROR:  Yes.

9                 THE COURT:  Thank you very much.

10                I'll turn to the gentleman, gentleman No. 39.

11   Sir, same questions concerning your questionnaire:  Any

12   comments, changes, modifications?

13                PROSPECTIVE JUROR:  No.  I'm still satisfied.

14                THE COURT:  Satisfied, okay.

15                Concerning any comments today, any questions, is

16   there anything today that has come up in court that would

17   cause a response on your part?

18                PROSPECTIVE JUROR:  There were a number of items

19   where I have had experience.

20                THE COURT:  As a juror?

21                PROSPECTIVE JUROR:  As a juror, that were

22   discussed today.

23                THE COURT:  Whatever that prior jury service is,

24   whether it's in state court or here, I can promise you that

25   it will be a little different here.

```
 1              PROSPECTIVE JUROR:  Oh, I know.

 2              THE COURT:  So state court, I spent 17 years

 3   across the street in state court before I came here.  And if

 4   you've got criminal experience, it may sound somewhat

 5   similar, but it's not.

 6              PROSPECTIVE JUROR:  No.  It was a traffic jury.

 7              THE COURT:  Traffic jury.

 8              PROSPECTIVE JUROR:  So absolutely nothing to do

 9   with this.

10              THE COURT:  Okay.  Would you be fair and impartial

11   to the government and to the defense?

12              PROSPECTIVE JUROR:  Yes.

13              THE COURT:  Good.  And would you follow the law?

14              PROSPECTIVE JUROR:  Yes.

15              THE COURT:  Thank you very much, sir.

16              Let me turn to Juror No. 62, I believe.  The same

17   basic questions to you:  Any comments or changes on your

18   jury questionnaire?

19              PROSPECTIVE JUROR:  No, sir.

20              THE COURT:  Is there anything that was -- has been

21   said today in court by me, by the government, or by the

22   defense counsel that would cause a comment or response on

23   your part?

24              PROSPECTIVE JUROR:  Yes, sir.

25              THE COURT:  Tell me what that is.
```

1          PROSPECTIVE JUROR:  I have a 94-year-old mother

2    with congestive heart failure.  And I hope not to have my

3    second knee replacement until next year but that --

4          THE COURT:  Could go any time?

5          PROSPECTIVE JUROR:  -- could go any time.

6          THE COURT:  Are you the caregiver for your mother?

7          PROSPECTIVE JUROR:  No.  She's in a home.  I'm her

8    transportation, but I'm the only relative out here.

9          THE COURT:  And you transport her?

10         PROSPECTIVE JUROR:  Yes.

11         THE COURT:  Just a moment.  I'll let counsel

12   inquire further, of course, but this is a little -- this was

13   called to our attention but not to this extent.

14         What are your thoughts, counsel?  If you want to

15   ask additional questions, Mr. Wolfe, you are more than

16   welcome to, Mr. Emmick, Ms. Flynn.

17         Mr. Steward, if you want to ask questions?

18         MR. STEWARD:  No questions from us, your Honor.

19         THE COURT:  Mr. White?

20         MR. WHITE:  No questions, your Honor.

21         THE COURT:  Mr. Calabria?

22         MR. CALABRIA:  No questions.

23         THE COURT:  Mr. Reed?

24         MR. REED:  No questions.

25         THE COURT:  Mr. Wolfe?

152

1          MR. WOLFE:  Your Honor, I would like to --

2          THE COURT:  You can inquire.

3          MR. WOLFE:  I would like to ask the juror simply,

4    ma'am, are you concerned that those matters will weigh on

5    your mind through the --

6          THE COURT:  Pull that microphone closure.  Just a

7    moment, Mr. Wolfe.  Say that again so the jurors in the next

8    room can hear.

9          MR. WOLFE:  Are you concerned that that will weigh

10   on your mind during your service?  Or are you just letting

11   everyone know?

12         PROSPECTIVE JUROR:  Well, my mother has been on a

13   roller coaster.  Sometimes she is really well, which she is

14   right now.  She's been on hospice care three times.  So I

15   can't answer that truthfully.  I don't know.

16         THE COURT:  And she's 94 years old.

17         PROSPECTIVE JUROR:  Yes.

18         THE COURT:  Thank you.

19         MR. WOLFE:  Your Honor, the government believes,

20   given the number of jurors who are available without these

21   kinds of problems, that the government suggests that the

22   parties stipulate to excuse this juror for hardship.

23         MR. WHITE:  We would stipulate.

24         MR. STEWARD:  Yes, your Honor.

25         THE COURT:  Stipulated by everyone?

*DEBORAH D. PARKER, U.S. COURT REPORTER*

1          We're going to thank you very much.  It's probably

2     not, quote, unquote, hardship, but everyone is concerned

3     obviously.

4          PROSPECTIVE JUROR:  Thank you.

5          THE COURT:  Thank you very much.  You were

6     Juror No.?

7          *(Prospective Juror No. 62 excused.)*

8          THE CLERK:  Juror 66.

9          THE COURT:  66.  Thank you.

10         Concerning your jury questionnaire, are there any

11    changes, modifications, or any other response you would like

12    to make?  Or are you satisfied with your questionnaire?

13         PROSPECTIVE JUROR:  Being given a little bit more

14    time to think about the questions, I guess I tried to put my

15    past in the past and keep it back there, but things from my

16    past have haunted because I have an ex-spouse that was in

17    and out of prison, and there were a lot of bad times.  And

18    it just has surfaced a lot of those memories that I have

19    tried to --

20         THE COURT:  That weekend was probably designed,

21    you know, in a sense by all of us to make all of you go back

22    and reflect.

23         I can inquire further, counsel, that's up to you.

24         Is there some preference -- do you think that

25    there might be some carryover into this case?  Because we're

154

1    going to be talking about a lot of things involving

2    different prisons.

3           PROSPECTIVE JUROR:  Exactly.  And I don't know if

4    I would make a very good juror.

5           THE COURT:  Don't worry about that for a moment.

6    If they accept you, you will be an excellent juror.  If

7    there is something in that former relationship with a former

8    spouse that would cause bias or prejudice towards one side

9    or the other, because there could be a lot of discussion

10   about the Bureau of Prisons.

11          PROSPECTIVE JUROR:  Right.  That's what I think

12   would happen.

13          THE COURT:  You think it might happen?

14          MR. WHITE:  We would stipulate.

15          THE COURT:  I'll turn to Mr. Wolfe.  You are more

16   than welcome to ask any questions.

17          MR. WOLFE:  No, your Honor.  I believe the

18   government would join in stipulating.

19          THE COURT:  Is there a stipulation by Mr. Steward?

20          MR. STEWARD:  Yes, your Honor.

21          THE COURT:  Mr. White?

22          MR. WHITE:  Yes.

23          THE COURT:  Mr. Reed?

24          MR. REED:  Yes.

25          THE COURT:  Mr. Calabria?

1        MR. CALABRIA:  Yes.

2        THE COURT:  We're going to thank and excuse you.

3    *(Prospective Juror No. 66 excused.)*

4        THE COURT:  If you will call another juror,

5    please.

6        THE CLERK:  No. 8.

7        THE COURT:  No. 8.

8        Sir, thank you very much.  You are Juror No. 8.

9        That same time-tested question now concerning the

10   questionnaire:  Any changes, modifications, any responses

11   that we should know about?

12       PROSPECTIVE JUROR:  No changes.

13       THE COURT:  Then I take it you're satisfied with

14   your questionnaire?

15       PROSPECTIVE JUROR:  I'm satisfied.

16       THE COURT:  Anything that I have said today,

17   counsel for the government, or counsel for the defense, that

18   would cause a response on your part?

19       PROSPECTIVE JUROR:  I do have a family situation

20   where I have a son who experienced a number of

21   hospitalizations early on, and his health is improved a

22   great deal since then.  But there is a potential that there

23   might be some problem in the future.

24       THE COURT:  Do you have something now like a

25   planned operation or anything of that -- it's just you're

156

1     putting us on notice that something could happen?

2            PROSPECTIVE JUROR:  Yes.

3            THE COURT:  But hopefully nothing does?

4            PROSPECTIVE JUROR:  Yes.

5            THE COURT:  Okay.  Then I'll go on.

6            Is there -- will you be fair to the government in

7     this case and to the defense in this case?

8            PROSPECTIVE JUROR:  Yes.

9            THE COURT:  And would you follow the law?

10           PROSPECTIVE JUROR:  Yes.

11           THE COURT:  Okay.  Then let me go on to Juror

12    No. 18, I believe; is that correct, sir?

13           PROSPECTIVE JUROR:  Yes.

14           THE COURT:  The same questions concerning your

15    jury questionnaire:  Any changes, responses?

16           PROSPECTIVE JUROR:  Yes.  I would like to be

17    excused because I got a job recently.

18           THE COURT:  You got a job recently between --

19           PROSPECTIVE JUROR:  When I start this, I was

20    unemployed and now I got a job.

21           THE COURT:  That's exactly what we needed to know.

22    Just a moment.

23           Counsel, on behalf of the government?

24           MR. WOLFE:  Your Honor, the government suggests

25    and is willing to stipulate to excusing this juror for

157

```
 1    financial hardship.

 2              THE COURT:  Mr. Steward, would you join?

 3              MR. STEWARD:  Yes, your Honor.

 4              THE COURT:  Mr. White?

 5              MR. WHITE:  Yes, your Honor.

 6              THE COURT:  Mr. Calabria?

 7              MR. CALABRIA:  Yes, your Honor.

 8              THE COURT:  Mr. Reed?

 9              MR. REED:  Yes, your Honor.

10              THE COURT:  Sir, we're going to thank and excuse

11    you.  We'll call another juror.  Thank you very much.

12    Congratulations, by the way.

13         (Prospective Juror No. 8 excused.)

14              THE CLERK:  16.

15              THE COURT:  No. 16.  Juror No. 16.

16         (Pause.)

17              THE COURT:  Thank you, sir.  If you'd be kind

18    enough to be seated.

19              And the same questions to you -- you know them by

20    now -- concerning your questionnaire:  Any changes to your

21    questionnaire?

22              PROSPECTIVE JUROR:  As a matter of fact, I believe

23    I'd be able to exist through the entire thing regarding the

24    medical problem that I indicated in the questionnaire.

25              THE COURT:  Okay.  Would you remind me of that?
```

158

```
 1    Is that a back -- oh, so -- just a moment.
 2             Counsel, let me look back.  Number --
 3             PROSPECTIVE JUROR:  Sixteen.
 4             THE COURT:  Just one moment.
 5         (Pause.)
 6             THE COURT:  That was on Question No. 59.
 7             Is the medication sufficient?
 8             PROSPECTIVE JUROR:  Yes.
 9             THE COURT:  Okay.  Thank you very much.
10             Does the -- is there any question that we have
11    asked today that would elicit a response?
12             PROSPECTIVE JUROR:  No.
13             THE COURT:  Okay.  Would you be fair to the
14    government and to the defense?
15             PROSPECTIVE JUROR:  To the best of my ability.
16             THE COURT:  Good.
17             And would you follow the law?
18             PROSPECTIVE JUROR:  Yes, sir.
19             THE COURT:  Thank you very much.
20             Now, I'm going to ask Lisa to take that microphone
21    clear down to Juror No. 244 and Juror No. 228.  And for some
22    reason, I may have turned the two of you around so let me
23    just take the first person who has the microphone.  What
24    number are you?
25             PROSPECTIVE JUROR:  244.
```

1            THE COURT:  244.  Thank you.  Let me change my

2    numbers around here.

3            Let me start with you:  Concerning your

4    questionnaire, have there been any changes or modifications

5    to your questionnaire?

6            PROSPECTIVE JUROR:  No, your Honor.

7            THE COURT:  Is there any response that you care to

8    share with us concerning our questions today either by me or

9    government counsel or defense counsel?

10           PROSPECTIVE JUROR:  No.  I'm completely satisfied

11   with my answers.

12           THE COURT:  Would you be fair to the government

13   and to the defense?

14           PROSPECTIVE JUROR:  Yes.

15           THE COURT:  And, finally, would you follow the

16   law?

17           PROSPECTIVE JUROR:  Of course.

18           THE COURT:  Would you kind enough, then, to hand

19   the microphone to Juror No. 28, I believe?

20           PROSPECTIVE JUROR:  Yes.

21           THE COURT:  And let me ask you about your

22   questionnaire:  Any changes, modifications, or responses?

23           PROSPECTIVE JUROR:  No, sir.

24           THE COURT:  Anything that I've asked today, any

25   comments by the government or by defense counsel that might

160

```
 1    cause a response on your part?

 2           PROSPECTIVE JUROR:  No, sir.

 3           THE COURT:  Would you be fair to the government

 4    and to the defense?

 5           PROSPECTIVE JUROR:  Yes, sir.

 6           THE COURT:  Okay.  Would you follow the law?

 7           PROSPECTIVE JUROR:  Absolutely.

 8           THE COURT:  Now just a moment.

 9           Counsel, we have one, two, three, four -- we have

10    ten potential alternates.

11           Ms. Flynn, just a moment.  Get out all your

12    documents for one moment on both sides, because there's a

13    lot and I don't want to trap you into the quickness of the

14    process.  So get out the documents for a moment.  Look at

15    each of these.

16           And there's an agreement I think that it's one

17    peremptory for each, total of ten per side, correct?

18           MR. WHITE:  Yes.

19           THE COURT:  Now, let's make sure we have that many

20    jurors left, just in case.

21       (Laughter.)

22           THE COURT:  We have how many still in the

23    audience, do you think, Lisa?

24           Could you ask Kristee to count next door to see

25    who is left?
```

```
1              THE CLERK:  We have 20 here.

2              THE COURT:  Twenty.

3              THE CLERK:  She says about 50 next door.

4              THE COURT:  Then, counsel, we have enough.

5         Mr. Steward, do you have all those questionnaires?

6              MR. STEWARD:  I do, your Honor.

7              THE COURT:  Mr. White, do you have all those

8    questionnaires?

9              MR. WHITE:  We're ready, your Honor.

10             THE COURT:  Mr. Calabria, do you?

11             MR. CALABRIA:  Yes, your Honor.

12             THE COURT:  Mr. Reed?

13             MR. REED:  Yes.

14             THE COURT:  Mr. Wolfe and Ms. Flynn and

15   Mr. Emmick, do you?

16             MR. WOLFE:  Yes, your Honor.

17             MR. EMMICK:  Yes.

18             THE COURT:  I suggest the following.  It's the

19   same process.  It's alternating, and the first peremptory

20   would pass to the government.

21             MR. WOLFE:  Your Honor, the government asks that

22   the court thank and excuse Juror No. 115.

23             THE COURT:  Juror No. 115.  And if you'd be kind

24   enough to go back to the jury room.  I want to thank you

25   very much, sir.  That will be alternate No. 5.
```

*DEBORAH D. PARKER, U.S. COURT REPORTER*

162

1          (Prospective Juror No. 115 excused.)

2              THE CLERK:  121.

3              THE COURT:  And 121.

4          (Pause.)

5              THE COURT:  Sir, concerning your jury

6    questionnaire, have there been any changes or modifications

7    that you would like to make, or does it cause any additional

8    response on your part?

9              PROSPECTIVE JUROR:  No.

10             THE COURT:  Concerning the questions asked today

11   in court, are there any questions that I have asked, the

12   government has asked or the defense counsel have asked that

13   would cause a response on your part?

14             PROSPECTIVE JUROR:  No.

15             THE COURT:  Would you be fair to the government

16   and would you be fair to the defense in this case, sir?

17             PROSPECTIVE JUROR:  Yes.

18             THE COURT:  And would you follow the law?

19             PROSPECTIVE JUROR:  Absolutely.

20             THE COURT:  Thank you very much.

21             Counsel, do you have any questions on the

22   government's part concerning this gentleman?

23             MR. WOLFE:  No, your Honor.

24             THE COURT:  I may have neglected.  Counsel, I

25   apologize.  Have you had any questions on any of the ten

1    jurors?  Let me turn back to that question because I

2    neglected.  So if you have any questions you would like to

3    ask.

4              Mr. Wolfe?

5              And then, counsel, I'll come back to the defense

6    for just a moment.  I think I moved right to the

7    peremptories.  I want to make certain, if there are any

8    questions, you can ask them.

9              MR. STEWARD:  No questions, your Honor.

10             THE COURT:  Mr. White?

11             MR. WHITE:  I don't have questions of the first

12   group.  I would like to ask Juror 121 a question.

13             THE COURT:  Okay.  You can ask Juror 121 a

14   question, counsel.

15             MR. WHITE:  Thank you.

16             Good afternoon, sir.

17             I get the sense that there's something you want to

18   tell us.  Is there something that bears on you sitting as a

19   juror in this case?

20             PROSPECTIVE JUROR:  Well, there is something

21   that's been nagging me since the last -- since the

22   indictment was read.  And I've tried to submerge it, but it

23   keeps coming up and I'm almost ashamed to mention it.

24             MR. WHITE:  Well, if --

25             PROSPECTIVE JUROR:  It's nothing personal.

164

| | |
|---|---|
| 1 | MR. WHITE:  Okay. |
| 2 | PROSPECTIVE JUROR:  It's regarding this. |
| 3 | MR. WHITE:  Okay. |
| 4 | PROSPECTIVE JUROR:  My feelings sometimes come |
| 5 | forth in saying if our government has proceeded indicting |
| 6 | these people, there's a bias already attached. |
| 7 | THE COURT:  I'm sorry.  There's a? |
| 8 | PROSPECTIVE JUROR:  A bias that, like I say, I'm |
| 9 | trying to submerge it, keep it down, but it's always nagging |
| 10 | me.  And I want to make evident that I'm trying to be fair. |
| 11 | THE COURT:  Thank you very much.  That's exactly |
| 12 | what we want.  I appreciate it. |
| 13 | Counsel? |
| 14 | MR. WHITE:  And we appreciate that also, and I |
| 15 | noticed that when the Judge asked the question about could |
| 16 | you be fair, you looked at the defense. |
| 17 | PROSPECTIVE JUROR:  I would intently be fair, and |
| 18 | that's all I can say.  I will force myself to be nothing but |
| 19 | fair. |
| 20 | MR. WHITE:  All right.  Thank you. |
| 21 | THE COURT:  Mr. Calabria, do you have questions? |
| 22 | MR. CALABRIA:  No, your Honor. |
| 23 | THE COURT:  Mr. Reed? |
| 24 | MR. REED:  No, your Honor. |
| 25 | THE COURT:  Now, Mr. Wolfe, I kind of skipped over |

165

1    you while you were looking at your documents.  If you have

2    questions, you're more than welcome to ask.

3              MR. WOLFE:  Your Honor, Juror No. 8.

4              THE COURT:  Juror No. 8, you can ask.

5              MR. WOLFE:  Sir, I believe you said in your

6    questionnaire that a member of your family had had an

7    unpleasant experience with law enforcement.

8              PROSPECTIVE JUROR:  Yes.

9              THE COURT:  Just pull that mike closer.  I'm

10   worried about the jurors in the other room.

11             Thank you.

12             MR. WOLFE:  I wonder whether you have any thoughts

13   about whether that has a bearing on your ability to serve in

14   the case.

15             PROSPECTIVE JUROR:  No, it shouldn't.  It

16   wouldn't.

17             MR. WOLFE:  May I ask you how long ago that

18   happened?

19             PROSPECTIVE JUROR:  It was probably 20 years ago.

20             MR. WOLFE:  Thank you.

21             THE COURT:  Now I want to make certain.  Forget

22   the procedural rules for a moment.  Have you asked the

23   questions you want of the entire ten?

24             MR. WOLFE:  Yes, your Honor.

25             THE COURT:  Let me turn -- forget the procedural

166

1    rules for just a moment.  Mr. Steward, are you satisfied

2    that you have asked the questions of the entire ten?

3                MR. STEWARD:  Yes, your Honor.

4                THE COURT:  Mr. White, are you satisfied?

5                MR. WHITE:  Yes, your Honor.

6                THE COURT:  Mr. Calabria, are you?

7                MR. CALABRIA:  Yes.

8                THE COURT:  And Mr. Reed, are you?

9                MR. REED:  Yes, your Honor.

10               THE COURT:  All right.  Then the peremptory would

11   now pass back to the defense.

12               MR. FLEMING:  Your Honor, the defense would like

13   to thank and excuse Juror No. 138.

14               THE COURT:  Juror 138, thank you very much.  If

15   you'd go back down to the jury room.  We appreciate your

16   participating in this process.

17        *(Prospective Juror No. 138 excused.)*

18               THE CLERK:  150.

19               THE COURT:  150.  And we've got you clear down in

20   the corner.

21               All right.  Thank you.

22               Now concerning your jury questionnaire -- here

23   comes that microphone.  See how cooperative the jury is

24   already?

25               Any changes on this questionnaire, any

1    modifications, or responses since the last time we met?

2             PROSPECTIVE JUROR:  No, sir.

3             THE COURT:  Are you satisfied with this

4    questionnaire?

5             PROSPECTIVE JUROR:  Yes, sir.

6             THE COURT:  Anything that I have asked, government

7    counsel, or defense counsel have asked today that would

8    elicit a response?

9             PROSPECTIVE JUROR:  No.

10            THE COURT:  Would you be fair to the government

11   and would you be fair to the defense?

12            PROSPECTIVE JUROR:  Yes, sir.

13            THE COURT:  That's the simplest and foundational

14   and bedrock question.  Would you follow the law?

15            PROSPECTIVE JUROR:  Yes, sir.

16            THE COURT:  Now let me say to all of you:  Once

17   again, let me remind you the Supreme Court, Congress, the

18   President, they pass the laws, et cetera.  The courts are

19   duty-bound to uphold them.  And therefore when I give you

20   the law, it's very well defined in this area.

21            How you apply that to the facts is the uniqueness

22   of our democratic process in the jury.  But that's why that

23   fundamental question, to make sure you will.

24            Now, do you have any questions, Mr. Wolfe?

25            MR. WOLFE:  No, your Honor.

1          THE COURT:  Mr. Steward?

2          MR. STEWARD:  None, your Honor.

3          THE COURT:  Mr. White?

4          MR. WHITE:  No, thank you.

5          THE COURT:  Mr. Calabria?

6          MR. CALABRIA:  No, your Honor.

7          THE COURT:  Mr. Reed?

8          MR. REED:  No, your Honor.

9          THE COURT:  The peremptory would pass back to the

10   government.

11          And once again, counsel, if both of you pass

12   again -- I'll give you some time.  You can look back over

13   all of your notes.  And even if I need to send the jury out

14   for five or ten minutes, it's worth it.

15          MR. WOLFE:  Your Honor, the government asks the

16   court to thank and excuse Juror No. 16.

17          THE COURT:  Juror No. 16, thank you very much.  If

18   you'd go back to the jury room.  Sir, thank you very much.

19   They'll excuse you right away.

20      (Prospective Juror No. 16 excused.)

21          THE COURT:  Lisa?

22          THE CLERK:  239.

23          THE COURT:  239.

24          Right back to that jury questionnaire:  Is there

25   anything on that questionnaire that you would care to change

```
 1    or modify?  Or any additional response you would like to
 2    make to that questionnaire?
 3              PROSPECTIVE JUROR:  Yes, there is.
 4              THE COURT:  What is that?
 5              PROSPECTIVE JUROR:  And it has to do also with the
 6    second part of your question on what was brought up.  The
 7    government counsel has talked about -- in several cases has
 8    talked about somebody who's had adverse experiences with the
 9    law, with law enforcement.
10              THE COURT:  Yes.
11              PROSPECTIVE JUROR:  My brother-in-law was arrested
12    and convicted of tax -- failure to pay his taxes.
13              THE COURT:  Okay.
14              PROSPECTIVE JUROR:  I mentioned that on my
15    questionnaire.  What it didn't say on the questionnaire was
16    the outcome was that he served his time.  And it actually
17    turned out good for the whole family because he became a
18    better member of our family because of it.  So it was
19    adverse for him, but it was good for us.
20              THE COURT:  Okay.  Thank you very much.  That's
21    exactly what that was designed to do, and I appreciate it.
22              Any questions that I've asked today, government
23    counsel, or defense counsel have asked that would cause a
24    response on your part?
25              PROSPECTIVE JUROR:  None other than what I just
```

170

1       talked about.

2               THE COURT:  Would you be fair to the government,

3       would you be fair to the defense in this matter?

4               PROSPECTIVE JUROR:  Yes, I would.

5               THE COURT:  Would you follow the law?

6               PROSPECTIVE JUROR:  Yes, I would.

7               THE COURT:  Thank you very much.

8               Do you have any questions, Mr. Wolfe?

9               MR. WOLFE:  No, your Honor.

10              THE COURT:  Do you have questions, Mr. Steward?

11              MR. STEWARD:  No, your Honor.

12              THE COURT:  Mr. White?

13              MR. WHITE:  No, your Honor.

14              THE COURT:  Mr. Calabria?

15              MR. CALABRIA:  No, your Honor.

16              THE COURT:  Mr. Reed?

17              MR. REED:  No, your Honor.

18              THE COURT:  The peremptory will then pass back to

19      the defense.

20          (Pause.)

21              MR. FLEMING:  Your Honor, the defense would like

22      to thank and excuse Juror 244.

23              THE COURT:  Juror 244, thank you very much.  And

24      if you would go back to the jury room with our thanks and

25      appreciation.

171

1        (Prospective Juror No. 244 excused.)

2             THE COURT:  Would you call an additional juror,

3    please.

4             THE CLERK:  88.

5             THE COURT:  Juror No. 88.  If you would be kind

6    enough to just have a seat back there in the first row.

7             By the time we're all done, you'll almost be like

8    a family, that is, for the jurors and the alternates.

9             Concerning that jury questionnaire, any changes,

10   responses that you'd like to make today, or any

11   modifications?

12            PROSPECTIVE JUROR:  No.  I'm sorry.

13            THE COURT:  You're satisfied with this

14   questionnaire, then?

15            PROSPECTIVE JUROR:  Yes.

16            THE COURT:  All right.

17            Concerning anything that I've asked, government

18   counsel, or the defense counsel have asked today, any

19   responses to those questions?

20            PROSPECTIVE JUROR:  No.

21            THE COURT:  Would you be fair and impartial to the

22   government and would you be fair and impartial to the

23   defense?

24            PROSPECTIVE JUROR:  Yes.

25            THE COURT:  Would you follow the law?

172

1           PROSPECTIVE JUROR:  Yes.

2           THE COURT:  I don't have any further questions.

3           Let me turn to Mr. Wolfe.  Do you have questions

4  of Juror No. 88?

5           MR. WOLFE:  No, your Honor.

6           THE COURT:  Let me turn to Mr. Steward.

7           MR. STEWARD:  No, your Honor.

8           THE COURT:  Mr. White?

9           MR. WHITE:  No, your Honor.

10          THE COURT:  Mr. Calabria?

11          MR. CALABRIA:  No, your Honor.

12          THE COURT:  And Mr. Reed?

13          MR. REED:  No, your Honor.

14          THE COURT:  Then the peremptory would pass --

15  strike that.  I may not have made a note.

16          Counsel, is it back to the defense?  No, to the

17  government.  And I apologize.  The last one was exercised as

18  to 244; is that correct?  I neglected to write that down.

19  Thank you.

20          Back to the government.

21          MR. WOLFE:  Your Honor, the government asks that

22  the court thank and excuse Juror No. 39.

23          THE COURT:  Juror No. 39.  Thank you very much,

24  sir.  If you'd go back to the jury room.  I appreciate your

25  attendance.

173

1          (Prospective Juror No. 39 excused.)

2          THE CLERK:  84.

3          THE COURT:  Juror No. 84.

4          Thank you, sir.

5          And concerning your jury questionnaire, are there

6     any changes, modifications now that you have had a weekend,

7     or any additional responses?

8          PROSPECTIVE JUROR:  No.  No, there -- no, there

9     are not.  Other than being that the potential for me to be

10    on this jury has come to -- come to reality now, my work has

11    kind of gone back on their offer of paying for my jury

12    service.  They have offered now to only pay for ten days.

13         THE COURT:  Okay.  That's what we're trying to

14    find out right away.  It would be absolutely disastrous if

15    we got into it and then your employer switched position.

16         Counsel, the employer will pay for ten days.

17         MR. WOLFE:  Your Honor, the government asks that

18    the court excuse Juror No. 84 for financial hardship.

19         THE COURT:  Would that be acceptable, Mr. Steward?

20         MR. STEWARD:  Yes, your Honor.

21         THE COURT:  Mr. White?

22         MR. WHITE:  Yes, your Honor.

23         THE COURT:  Mr. Calabria?

24         MR. CALABRIA:  Yes, your Honor.

25         THE COURT:  Mr. Reed?

174

1        MR. REED:  Yes, your Honor.

2        THE COURT:  We're going to excuse you, sir.  Thank

3    you very much, and thank you for finding out before we got

4    started.

5        (Prospective Juror No. 84 excused.)

6        THE CLERK:  152.

7        THE COURT:  152.

8        Thank you.

9        Concerning your jury questionnaire, have there

10   been any changes or modifications that you have thought

11   about since we last talked?  Or any responses that you'd

12   like to make?

13       PROSPECTIVE JUROR:  No.

14       THE COURT:  Anything that I've said today,

15   government counsel, or defense counsel that you'd like to --

16   that would elicit a response from you?

17       PROSPECTIVE JUROR:  No, sir.

18       THE COURT:  Then the fundamental question:  Would

19   you be fair to the government and would you be fair to the

20   defendants?

21       PROSPECTIVE JUROR:  Yes, sir.

22       THE COURT:  Would you follow the law?

23       PROSPECTIVE JUROR:  Yes, sir.

24       THE COURT:  Then I have no further questions.

25       Mr. Wolfe, do you have questions?

1          MR. WOLFE:  No, your Honor.

2          THE COURT:  Mr. Steward?

3          MR. STEWARD:  No questions, your Honor.

4          THE COURT:  Mr. White?

5          MR. WHITE:  No questions.

6          THE COURT:  Mr. Calabria?

7          MR. CALABRIA:  No questions.

8          THE COURT:  Mr. Reed?

9          MR. REED:  No questions.

10          THE COURT:  I have the peremptory now passing back

11   to the defense.

12          MR. FLEMING:  Your Honor, the defense would like

13   to thank and excuse Juror No. 28.

14          THE COURT:  Juror No. 28, thank you very much.  If

15   you'd go back to the jury room with our thanks and

16   appreciation.

17      (Prospective Juror No. 28 excused.)

18          THE COURT:  And would you call an additional

19   juror, please.

20          THE CLERK:  226.

21          THE COURT:  226.

22      (Pause.)

23          THE COURT:  Let me start back with your jury

24   questionnaire.  Any changes or modifications since the time

25   we last met that you'd like to make, or any additional

176

1    responses?

2              PROSPECTIVE JUROR:  No.

3              THE COURT:  Then I take it you're satisfied with

4    that questionnaire?

5              PROSPECTIVE JUROR:  Right.

6              THE COURT:  Anything that I have said today or

7    anything that government counsel or defense counsel have

8    stated today that would cause a response?

9              PROSPECTIVE JUROR:  No.

10             THE COURT:  Would you be fair and impartial to the

11   government?

12             PROSPECTIVE JUROR:  Yes.

13             THE COURT:  Would you be fair and impartial to the

14   defense?

15             PROSPECTIVE JUROR:  Yes.

16             THE COURT:  And would you follow the law?

17             PROSPECTIVE JUROR:  Right.

18             THE COURT:  I don't have any further questions.

19   Just a moment.

20             Mr. Wolfe, do you have questions?

21             MR. WOLFE:  No, your Honor.

22             THE COURT:  Mr. Steward?

23             MR. STEWARD:  No, your Honor.

24             THE COURT:  Mr. White?

25             MR. WHITE:  No questions.

177

```
 1              THE COURT:  Mr. Calabria?

 2              MR. CALABRIA:  No questions.

 3              THE COURT:  Mr. Reed?

 4              MR. REED:  No questions.

 5              THE COURT:  Okay.  The peremptory now would pass

 6   back to the government.

 7              MR. WOLFE:  Your Honor, will the court please

 8   thank and excuse Juror No. 152.

 9              THE COURT:  Juror No. 152, thank you very much.

10   If you'd go back to the jury room.  Thank you for your

11   attendance today.

12         (Prospective Juror No. 152 excused.)

13              THE CLERK:  194.

14              THE COURT:  194.

15         (Pause.)

16              THE COURT:  The same question right back to your

17   questionnaire.  You have had time to really reflect on that

18   now.  Are there any changes or additional modifications or

19   any responses that you'd like to make to that questionnaire?

20              PROSPECTIVE JUROR:  No, sir.

21              THE COURT:  Then you're satisfied with your

22   questionnaire?

23              PROSPECTIVE JUROR:  Yes, I am.

24              THE COURT:  Concerning anything that I have said

25   today, government counsel, or defense counsel, does that
```

178

1    elicit any response on your part?

2              PROSPECTIVE JUROR:  No, sir.

3              THE COURT:  Would you be fair to the government

4    and would you be fair to the defense?

5              PROSPECTIVE JUROR:  Yes, sir.

6              THE COURT:  Would you follow the law?

7              PROSPECTIVE JUROR:  Absolutely.

8              THE COURT:  I have no further questions.

9              Mr. Wolfe, do you have questions of this juror?

10             MR. WOLFE:  No, your Honor.

11             THE COURT:  Mr. Steward, do you have questions?

12             MR. STEWARD:  None, your Honor.

13             THE COURT:  Mr. White?

14             MR. WHITE:  No, your Honor.

15             THE COURT:  Mr. Calabria?

16             MR. CALABRIA:  No, your Honor.

17             THE COURT:  Mr. Reed?

18             MR. REED:  No, your Honor.

19             THE COURT:  We'll turn to the defense exercising

20   the next peremptory.

21             MR. FLEMING:  The defense would like to thank and

22   excuse Juror 121.

23             THE COURT:  Juror No. 121, thank you very much,

24   sir.  If you'd go back to the jury room with our thanks and

25   appreciation.

179

1          *(Prospective Juror No. 121 excused.)*

2              THE COURT:  If you will call an additional juror,

3    please.

4              THE CLERK:  157.

5              THE COURT:  157.

6          *(Pause.)*

7              THE COURT:  Sir, right back to your jury

8    questionnaire.  Are there any modifications or changes

9    you've thought of or any additional responses?  Are there

10   any?

11             PROSPECTIVE JUROR:  No.

12             THE COURT:  Then you're satisfied with your

13   questionnaire?

14             PROSPECTIVE JUROR:  Yes.

15             THE COURT:  Is there anything that I've said

16   today, government counsel, or the defense counsel have

17   stated that would cause a response on your part?

18             PROSPECTIVE JUROR:  No.

19             THE COURT:  Would you be fair to the government

20   and would you be fair to the defense?

21             PROSPECTIVE JUROR:  Yes.

22             THE COURT:  Would you follow the law?

23             PROSPECTIVE JUROR:  Yes.

24             THE COURT:  Then I have nothing further, sir.

25   Thank you very much.

180

| | |
|---|---|
| 1 | Mr. Wolfe, do you have questions? |
| 2 | MR. WOLFE:  No, your Honor. |
| 3 | THE COURT:  Mr. Steward do you? |
| 4 | MR. STEWARD:  No.  No, your Honor. |
| 5 | THE COURT:  Mr. White? |
| 6 | MR. WHITE:  No, thank you. |
| 7 | THE COURT:  Mr. Calabria? |
| 8 | MR. CALABRIA:  No, your Honor. |
| 9 | THE COURT:  Mr. Reed? |
| 10 | MR. REED:  No, your Honor. |
| 11 | THE COURT:  The peremptory now passes to the |
| 12 | government. |
| 13 | MR. WOLFE:  Your Honor, will the court please |
| 14 | thank and excuse Juror No. 194. |
| 15 | THE COURT:  194, thank you very much.  If you'd |
| 16 | please go back to the jury room.  Thank you for your |
| 17 | attendance. |
| 18 | *(Prospective Juror No. 194 excused.)* |
| 19 | THE COURT:  Would you call -- |
| 20 | THE CLERK:  112. |
| 21 | THE COURT:  112.  Thank you. |
| 22 | *(Pause.)* |
| 23 | THE COURT:  Concerning Juror No. 112, any changes |
| 24 | or additional responses to your questionnaire? |
| 25 | PROSPECTIVE JUROR:  No, sir. |

1          THE COURT:  You're satisfied with your

2    questionnaire?

3          PROSPECTIVE JUROR:  Yes, I am.

4          THE COURT:  Okay.  Is there anything that I've

5    said today, once again, government counsel or defense

6    counsel have said today that would cause an additional

7    response?

8          PROSPECTIVE JUROR:  No, sir.

9          THE COURT:  Would you be fair to the government

10   and would you be fair to the defense in this trial?

11         PROSPECTIVE JUROR:  Yes, I will.

12         THE COURT:  Will you follow the law?

13         PROSPECTIVE JUROR:  Yes, I will.

14         THE COURT:  Thank you.  Let me turn you over to

15   counsel.

16         Mr. Wolfe?

17         MR. WOLFE:  No follow-up, your Honor.

18         THE COURT:  Mr. Steward?

19         MR. STEWARD:  None, your Honor.

20         THE COURT:  Mr. White?

21         MR. WHITE:  No questions.

22         THE COURT:  Mr. Calabria?

23         MR. CALABRIA:  No questions.

24         THE COURT:  Mr. Reed?

25         MR. REED:  No questions, your Honor.

1          THE COURT:  Then the peremptory would pass back to

2     the defense.

3          MR. FLEMING:  We'd like to thank and excuse

4     Juror No. 162.

5          THE COURT:  Juror No. 162, thank you very much.

6     If you'd please go back to the jury room.  Thank you for

7     your attendance.

8        (Prospective Juror No. 162 excused.)

9          THE CLERK:  Juror No. 5.

10         THE COURT:  Juror No. 5.  Thank you, sir.

11         Concerning your jury questionnaire, as Juror

12    No. 162 (sic), are there any changes or modifications after

13    having another weekend to think about the questionnaire, or

14    are there any additional responses?

15         PROSPECTIVE JUROR:  No, your Honor.

16         THE COURT:  Then, another way that I've always

17    checked is you're satisfied with the questionnaire?

18         PROSPECTIVE JUROR:  Correct.

19         THE COURT:  Good.

20         Is there anything that I've said, anything that

21    counsel for the government has stated today or defense

22    counsel have stated that would cause a response on your

23    part?

24         PROSPECTIVE JUROR:  No, sir.

25         THE COURT:  Would you be fair to the government

183

1     and would you be fair to the defense in this trial?

2               PROSPECTIVE JUROR:  Yes, sir.

3               THE COURT:  Would you follow the law?

4               PROSPECTIVE JUROR:  Yes, sir.

5               THE COURT:  Thank you.  I'll turn you over to

6     counsel.

7               Mr. Wolfe, do you have questions?

8               MR. WOLFE:  No, your Honor.

9               THE COURT:  Mr. Steward, do you have questions?

10              MR. STEWARD:  None, your Honor.

11              THE COURT:  Mr. White?

12              MR. WHITE:  No questions.

13              THE COURT:  Mr. Calabria?

14              MR. CALABRIA:  No questions.

15              THE COURT:  Mr. Reed?

16              MR. REED:  No questions.

17              THE COURT:  The peremptory would now pass back to

18    the government.

19              MR. WOLFE:  Your Honor, the government -- your

20    Honor, the government asks that the court thank and excuse

21    Juror No. 112.

22              THE COURT:  Juror No. 112, thank you very much.

23    If you'd go back to the jury room, and the Jury Commissioner

24    will excuse you immediately.

25          *(Prospective Juror No. 112 excused.)*

1          THE CLERK:  147.

2          THE COURT:  147.

3      (Pause.)

4          THE COURT:  And the same question to you:

5  Concerning your questionnaire, are there any changes or

6  modifications that you've thought of since the last time we

7  talked or any additional responses you'd like to make?

8          PROSPECTIVE JUROR:  No, your Honor.

9          THE COURT:  Is there anything that I've said

10 today, the government counsel, or defense counsel that would

11 cause a response on your part?

12         PROSPECTIVE JUROR:  No, your Honor.

13         THE COURT:  Would you be fair and impartial to

14 both sides in this matter, the government and the defense?

15         PROSPECTIVE JUROR:  Yes, your Honor.

16         THE COURT:  Would you follow the law?

17         PROSPECTIVE JUROR:  Yes.

18         THE COURT:  Thank you very much.

19         Counsel on behalf of the government, Mr. Wolfe, do

20 you have questions?

21         MR. WOLFE:  No, your Honor.

22         THE COURT:  Mr. Steward?

23         MR. STEWARD:  No, your Honor.

24         THE COURT:  Mr. White?

25         MR. WHITE:  No, your Honor.

```
 1            THE COURT:  Mr. Calabria?
 2            MR. CALABRIA:  No, your Honor.
 3            THE COURT:  Mr. Reed?
 4            MR. REED:  No, your Honor.
 5            THE COURT:  The peremptory would now pass to the
 6   defense.
 7            MR. FLEMING:  Your Honor, the defense asks that
 8   your Honor thank and excuse No. 239.
 9            THE COURT:  No. 239, thank you very much.  If
10   you'd please go back to the jury room.  We appreciate your
11   attendance.
12       (Prospective Juror No. 239 excused.)
13            THE CLERK:  198.
14            THE COURT:  198.  And if you'd be kind enough to
15   come forward and have a seat.  And we have the microphone --
16   there it is.
17            Let me start again with the jury questionnaire
18   that you filled out.  Any changes or modifications or any
19   additional responses to that questionnaire?
20            PROSPECTIVE JUROR:  No, your Honor.
21            THE COURT:  You're satisfied with the
22   questionnaire then?
23            PROSPECTIVE JUROR:  Yes.
24            THE COURT:  Is there anything that I've asked, the
25   government's asked, or defense counsel have asked that would
```

186

1   cause a response on your part?

2           PROSPECTIVE JUROR:  No.

3           THE COURT:  Would you be fair to the government

4   and would you be fair to the defense?

5           PROSPECTIVE JUROR:  Yes.

6           THE COURT:  Would you follow the law?

7           PROSPECTIVE JUROR:  Yes.

8           THE COURT:  Then I have no questions.

9           Mr. Wolfe, do you have questions?

10          MR. WOLFE:  Your Honor -- no, your Honor.

11          THE COURT:  Mr. Steward?

12          MR. STEWARD:  None, your Honor.

13          THE COURT:  Mr. White?

14          MR. WHITE:  No questions.

15          THE COURT:  Mr. Calabria?

16          MR. CALABRIA:  No.

17          THE COURT:  Mr. Reed?

18          MR. REED:  No questions, your Honor.

19          THE COURT:  Then the peremptory passes back to the

20  government.

21          MR. WOLFE:  Your Honor, the government asks that

22  the court thank and excuse Juror No. 147.

23          THE COURT:  No. 147, thank you very much.  If

24  you'd go back to the jury room.  Thank you for your

25  attendance.

1          *(Prospective Juror No. 147 excused.)*

2                    THE CLERK:  217.

3                    THE COURT:  217.

4                    Juror No. 217, are there any additional

5     modifications, any other responses or any changes that you'd

6     like to make to the questionnaire you filled out?

7                    PROSPECTIVE JUROR:  Your Honor, I have answered

8     all those questions with honesty and to the best of my

9     ability, and I have no change.

10                    THE COURT:  No change.  Then you're satisfied with

11     your questionnaire; is that correct?

12                    PROSPECTIVE JUROR:  I'm satisfied, right.

13                    THE COURT:  Is there anything that I've said today

14     or that the government has said or that the defense counsel

15     have stated today that would cause a response on your part?

16                    PROSPECTIVE JUROR:  None.

17                    THE COURT:  Would you be fair to the government

18     and would you be fair to the defense in this case?

19                    PROSPECTIVE JUROR:  I would.

20                    THE COURT:  Would you follow the law?

21                    PROSPECTIVE JUROR:  Yes, I would.

22                    THE COURT:  I have no questions, sir.

23                    Let me turn to Mr. Wolfe, if you have questions?

24                    MR. WOLFE:  No, your Honor.

25                    THE COURT:  Mr. Steward?

1          MR. STEWARD:  No questions, your Honor.

2          THE COURT:  Mr. White?

3          MR. WHITE:  No questions.

4          THE COURT:  Mr. Calabria?

5          MR. CALABRIA:  No questions.

6          THE COURT:  Mr. Reed?

7          MR. REED:  No questions, your Honor.

8          THE COURT:  Then the peremptory passes back to the

9   defense.

10          MR. FLEMING:  I would like to thank and ask the

11  court to excuse Juror No. 217.

12          THE COURT:  217, thank you.  If you'd please go

13  back to the jury room.  Juror No. 217.

14          Just a moment.  217.  Yes, sir.  Thank you very

15  much.  If you'd go back to the jury room.  Thank you very

16  much for your attendance.

17      (Prospective Juror No. 217 excused.)

18          THE CLERK:  68.

19          THE COURT:  68.

20      (Pause.)

21          THE COURT:  Thank you very much.

22          Right back to that questionnaire, doggedly.

23          Is there any change that you'd like to make, any

24  modification to what we know about you, any other response

25  you'd like to make to this questionnaire?

```
 1                    PROSPECTIVE JUROR:  No.

 2                    THE COURT:  Then you're satisfied with the

 3       questionnaire?

 4                    PROSPECTIVE JUROR:  Yes, I am.

 5                    THE COURT:  Is there anything that I've said

 6       today, any government counsel, or any of the defense counsel

 7       that would cause a response on your part?

 8                    PROSPECTIVE JUROR:  No.

 9                    THE COURT:  Would you be fair to the government

10       and would you be fair to the defense?

11                    PROSPECTIVE JUROR:  Yes.

12                    THE COURT:  And would you follow the law?

13                    PROSPECTIVE JUROR:  Yes.

14                    THE COURT:  Then I have no further questions.

15       Just a moment.

16                    Mr. Wolfe, do you have questions?

17                    MR. WOLFE:  No, your Honor.

18                    THE COURT:  Does the -- Mr. Steward?

19                    MR. STEWARD:  None, your Honor.

20                    THE COURT:  Mr. White?

21                    MR. WHITE:  No, your Honor.

22                    THE COURT:  Mr. Calabria?

23                    MR. CALABRIA:  No, your Honor.

24                    THE COURT:  Mr. Reed?

25                    Then the peremptory would pass back to the
```

1     government.

2          Mr. Reed?

3          MR. REED:  No questions.

4          MR. WOLFE:  Your Honor, the government asks that

5     the court thank and excuse Juror No. 198.

6          THE COURT:  198, thank you.  And if you'd go back.

7     Thank you very much for your attendance.

8        *(Prospective Juror No. 198 excused.)*

9          THE COURT:  And if you would call an additional

10    juror.

11         THE CLERK:  165.

12         THE COURT:  165.

13         Right back to that questionnaire:  Any changes,

14    any modifications you'd like to make, or any additional

15    responses to your questionnaire?

16         PROSPECTIVE JUROR:  No, your Honor.

17         THE COURT:  Then you're satisfied with your

18    questionnaire?

19         PROSPECTIVE JUROR:  Yes, your Honor.

20         THE COURT:  Is there anything that I've said

21    today, the government has said today, or the defense counsel

22    that would cause an additional response on your part?

23         PROSPECTIVE JUROR:  No, sir.

24         THE COURT:  Would you be fair to the government

25    and would you be fair to the defense in this trial?

1           PROSPECTIVE JUROR:  Yes, sir.

2           THE COURT:  Would you follow the law?

3           PROSPECTIVE JUROR:  Yes.

4           THE COURT:  Thank you very much.  Just one moment.

5       Mr. Wolfe, do you have questions?

6           MR. WOLFE:  No, your Honor.

7           THE COURT:  Does the defense have questions,

8   beginning with Mr. Steward?

9           MR. STEWARD:  None, your Honor.

10          THE COURT:  Mr. White?

11          MR. WHITE:  No, your Honor.

12          THE COURT:  Mr. Calabria?

13          MR. CALABRIA:  No, your Honor.

14          THE COURT:  And Mr. Reed?

15          MR. REED:  No, your Honor.

16          THE COURT:  Then the peremptory would pass back to

17  the defense.

18          MR. FLEMING:  Your Honor, the defense thanks and

19  would ask the court to excuse Juror 165.

20          THE COURT:  165, thank you very much.

21      (Prospective Juror No. 165 excused.)

22          THE COURT:  And if you'd call an additional juror.

23          THE CLERK:  218.

24          THE COURT:  218.

25          Now, as 218 is coming up here to be seated,

192

1    counsel, we are dangerously close to having alternates.  And

2    I wanted you to check your records.  I'll check mine.  Eight

3    preempts per side have been exercised.  So our records are

4    all the same.

5           Now do you want me to stop for a moment and just

6    have you catch up in any of your paperwork?

7           Mr. Wolfe, do you want a little time before we

8    delve into these last few jurors?

9           MR. WOLFE:  I believe we're ready.

10           THE COURT:  Are you ready?  Okay.

11           Mr. Steward, are you ready?

12           MR. STEWARD:  Yes, your Honor.

13           THE COURT:  Mr. White?

14           MR. WHITE:  Yes.

15           THE COURT:  Mr. Calabria?

16           MR. CALABRIA:  Yes.

17           THE COURT:  Mr. Reed?

18           MR. REED:  Yes, your Honor.

19           THE COURT:  Okay.  Then the last juror number

20    again, Lisa?

21           THE CLERK:  The last juror called was 218.

22           THE COURT:  218.  Thank you.

23           Looking back at that jury questionnaire, do you

24    have any additional responses to that questionnaire, or are

25    there any modifications or changes you'd like to make to

193

1    those 14 pages?

2              PROSPECTIVE JUROR:  No, sir.

3              THE COURT:  Is there anything that I've asked

4    today or counsel for the government or counsel for the

5    defense have asked that would elicit a response on your

6    part?

7              PROSPECTIVE JUROR:  No, sir.

8              THE COURT:  Would you be fair to the government

9    and would you be fair to the defense in this trial?

10             PROSPECTIVE JUROR:  Yes.

11             THE COURT:  Will you follow the law?

12             PROSPECTIVE JUROR:  Yes, sir.

13             THE COURT:  Then I have no further questions.

14   Just a moment.

15             Let me ask Mr. Wolfe.

16             MR. WOLFE:  No further questions, your Honor.

17             THE COURT:  Mr. Steward?

18             MR. STEWARD:  No, your Honor.

19             THE COURT:  Mr. White?

20             MR. WHITE:  No questions.

21             THE COURT:  Mr. Calabria?

22             MR. CALABRIA:  No questions.

23             THE COURT:  Mr. Reed?

24             MR. REED:  No questions.

25             THE COURT:  All right.  Peremptory would pass back

1   to the government.

2        (Pause.)

3            THE COURT:  If you'd bear with me about another

4   ten minutes, we will have all of the alternates.

5        (Pause.)

6            MR. WOLFE:  Your Honor, the government asks that

7   the court thank and excuse Juror No. 150.

8            THE COURT:  I'm sorry.  Juror No. --

9            MR. WOLFE:  150.

10           THE COURT:  150, thank you very much.  And thank

11  you.  If you'd go back to the jury room.  Thank you very

12  much.

13       (Prospective Juror No. 150 excused.)

14           THE CLERK:  56.

15           THE COURT:  56.

16       (Pause.)

17           THE COURT:  Sir, right back to your questionnaire

18  again:  Are there any additions, modifications after you've

19  had another weekend, or any additional responses to this

20  already pretty complete questionnaire?

21           PROSPECTIVE JUROR:  No, sir.

22           THE COURT:  Is there anything that I've asked

23  today, anything government counsel or the defense counsel

24  have asked today that would cause a response on your part?

25           PROSPECTIVE JUROR:  No, sir.

1          THE COURT:  Then would you be fair to the

2   government and would you be fair to the defense in this

3   trial?

4          PROSPECTIVE JUROR:  Yes, sir.

5          THE COURT:  And would you follow the law?

6          PROSPECTIVE JUROR:  Yes, sir.

7          THE COURT:  I don't have any additional questions.

8   Just one moment.

9          Counsel, Mr. Wolfe, do you have questions of this

10  gentleman?

11         MR. WOLFE:  No, your Honor.

12         THE COURT:  Mr. Steward?

13         MR. STEWARD:  None, your Honor.

14         THE COURT:  Mr. White?

15         MR. WHITE:  No, your Honor.

16         THE COURT:  Mr. Calabria?

17         MR. CALABRIA:  No, your Honor.

18         THE COURT:  Mr. Reed?

19         MR. REED:  No, your Honor.

20         THE COURT:  Then the peremptory would now pass to

21  the defense.

22         MR. FLEMING:  Your Honor, the defense would like

23  to thank and ask the court to excuse Juror No. 56.

24         THE COURT:  No. 56, thank you very much.

25      (Prospective Juror No. 56 excused.)

```
 1              THE CLERK:  242.

 2              THE COURT:  Juror No. 42.

 3              THE CLERK:  242.

 4              THE COURT:  242.  Thank you, Lisa.  I'm sorry.

 5         (Pause.)

 6              THE COURT:  218, I asked you questions, didn't I?

 7              PROSPECTIVE JUROR:  Yes, you did.

 8              THE COURT:  Good, I want to make sure.  It's

 9    getting late in the day.  So okay, thank you.

10              Let me come back to Juror No. 242.

11              Concerning your jury questionnaire, have you

12    decided -- or are there any additional responses, any

13    modifications, or any changes in the questionnaire that

14    you'd like to make?

15              PROSPECTIVE JUROR:  No, sir.

16              THE COURT:  Is there anything that I've said

17    today, government counsel have said, or the defense counsel

18    have said that you would like to respond to?

19              PROSPECTIVE JUROR:  No, sir.

20              THE COURT:  Would you be fair to the government,

21    would you be fair to the defense in this matter?

22              PROSPECTIVE JUROR:  Yes, sir.

23              THE COURT:  And would you follow the law?

24              PROSPECTIVE JUROR:  Yes, sir.

25              THE COURT:  Now, counsel, I'm going to stop just
```

197

1   for a moment and let you look at your records.  Make sure

2   you've had enough time.  I count nine peremptories.  This

3   would be the tenth.

4         If you need to meet on the defense side for just a

5   moment, so be it.  And government, take your time.

6     *(Pause.)*

7         MR. WOLFE:  Your Honor, may I back up and propose

8   a question for Juror 242?

9         THE COURT:  Yes.

10        MR. WOLFE:  Your Honor, Question No. 76 of the

11  questionnaire says --

12        THE COURT:  You can ask the question, counsel.

13        MR. WOLFE:  Sir, in your questionnaire you said

14  that you believe you could be a fair and impartial juror if

15  your feelings don't get in the way.

16        Could you tell us what feelings you have in mind

17  with that answer?

18        PROSPECTIVE JUROR:  Just regular human feelings,

19  you know, everyday feelings that get in the way.  I mean, I

20  can't say I'm going to be a robot to this.

21        MR. WOLFE:  Is there anything about the issues in

22  the case that have already aroused normal everyday feelings?

23        Do you have reactions to the issues in the case?

24        PROSPECTIVE JUROR:  No.

25        MR. WOLFE:  Did you -- in answering the question,

1    did you have something in mind about -- you said the

2    feelings might interfere with your being fair and impartial.

3    Was it as to either side or both sides?

4            What feelings are they that might interfere with

5    partiality?

6            PROSPECTIVE JUROR:  It goes both ways.

7            MR. WOLFE:  Your Honor, the government asks that

8    the court thank and excuse Juror No. 242.

9            THE COURT:  Thank you very much, sir.  If you'd go

10   back to the jury room.  Thank you for your time.

11      *(Prospective Juror No. 242 excused.)*

12           THE CLERK:  234.

13      *(Pause.)*

14           THE COURT:  234.  Thank you, sir.

15           The same question, of course:  Concerning your

16   questionnaire, any responses over the weekend that you

17   thought of that you wanted to share with us, any changes or

18   modifications?

19           PROSPECTIVE JUROR:  No, sir.

20           THE COURT:  Then you're satisfied with this

21   questionnaire?

22           PROSPECTIVE JUROR:  Yes, sir.

23           THE COURT:  Is there anything that I've said

24   today, counsel for the government, or counsel for the

25   defense that would cause a response on your part?

199

```
 1              PROSPECTIVE JUROR:  No, sir.

 2              THE COURT:  Would you be fair to the government

 3   and would you be fair to the defense?

 4              PROSPECTIVE JUROR:  Yes, sir.

 5              THE COURT:  Would you follow the law?

 6              PROSPECTIVE JUROR:  Absolutely.

 7              THE COURT:  Okay.  I'm going to turn you over to

 8   counsel.

 9              Mr. Wolfe, do you have any questions?

10              MR. WOLFE:  No, your Honor.

11              THE COURT:  Mr. Steward, do you have questions?

12              MR. STEWARD:  None, your Honor.

13              THE COURT:  Mr. White?

14              MR. WHITE:  No.

15              THE COURT:  Mr. Calabria?

16              MR. CALABRIA:  No, your Honor.

17              THE COURT:  Mr. Reed?

18              MR. REED:  No questions, your Honor.

19              THE COURT:  All right.  The peremptory would pass

20   to the defense.

21              MR. FLEMING:  Your Honor, the defense will accept

22   the alternates as impaneled.  Thank you.

23              THE COURT:  Now let me go down and talk to each of

24   you again because you can understand how difficult it will

25   be -- I mean, just in this -- there's going to be two weeks
```

1    before we have an opening statement.  It's going to be a

2    long period of time from your standpoint, trust me.  Counsel

3    will be working very hard.  You have no idea.

4         So what seems to be down time to you will not be

5    down time.  And once it starts, it will be pretty intense.

6         No. 234, where are you?  There you are, sir.

7         Can you sit with us at least for this nine-month

8    umbrella of time recognizing it's going to stop and start?

9         PROSPECTIVE JUROR:  Yes, sir.

10        THE COURT:  Okay.  If you have an employer, if you

11   need a letter, I'm going to talk to counsel about that later

12   this evening and tomorrow.  We will be in session outside

13   your presence.  Okay.

14        No. 5, can you sit with us for this nine-month

15   period of time understanding that the case is going to stop

16   and start?  And I can't make everybody happy.  I'm just

17   having to set some dates now, and those dates are in

18   concrete.  Can you stay with us?

19        PROSPECTIVE JUROR:  Yes, sir.

20        THE COURT:  Okay.  If you have an employer,

21   remember I can come back and write a letter, but I can't

22   have any surprises from the employers who say, well, all of

23   sudden, you know, "Surprise, you have to come back or you're

24   losing your job."  Okay.

25        No. 207, can you sit with us for this nine-month

1    umbrella of time?

2             PROSPECTIVE JUROR:  Yes.

3             THE COURT:  Okay.  And once again I'll say to you

4    that the case is going to start and stop.  It will be

5    frustrating for you at times, but, trust me, behind the

6    scene everybody is working hard.  We will not waste your

7    time.

8             Juror No. 205, can you sit with us for this

9    nine-month period of time, no surprises from employers or

10   any issues?

11            PROSPECTIVE JUROR:  Yes.

12            THE COURT:  Things can change.  We know that.  But

13   it's got to be minimal.  Okay.

14            No. 157, I want to pay the courtesy of talking to

15   each and every one of you.  Can you sit with us for this

16   nine-month period of time?

17            PROSPECTIVE JUROR:  Yes.

18            THE COURT:  Okay.  It will stop and start.  And

19   I'll try my best with vacations, but at some point I may

20   have to pick two weeks in June and two weeks in August, and

21   three weeks is just too long to give everybody.  But I'll do

22   my best.

23            Let me turn to Juror No. 68.  Can you sit with us

24   for this nine-month period of time?

25            PROSPECTIVE JUROR:  I believe so.  We will have

202

```
 1    the schedule in advance?
 2            THE COURT:  Yeah, we're going to talk.  I know
 3    right now I can tell you that you're in recess from
 4    March 29th I think until April 11th.  You're going to start
 5    your opening statement on Tuesday March 14th.  We're going
 6    to go about two and a half weeks.
 7            And then you're going to have about -- oh, about
 8    eight, nine trial days where you won't be in session.
 9            But then we're going to take a run through April
10    right up to the first part of May, and I'm watching counsel
11    on both sides very closely.  How are they functioning.
12    Trust me, their day will just begin when you leave,
13    especially my court.
14            And then we may take two days in May.  We may have
15    to take that entire week -- I just don't know yet -- to let
16    them catch up.  And it will be self-evident why.  And then
17    we're off and running through all of May.  If we get near
18    Memorial Day, I'll try to take half a day to get you on the
19    road or something.  And then we will take a pretty strong
20    run through the entire part of May, probably up to whenever
21    we decide in June.
22            And what I can't figure out is if I need to give
23    you a three-week choice of time or two week.  Of course, if
24    I could finagle one week, I would.  But I'll probably just
25    take a two-week block of time so people can choose.  If they
```

1  want two weeks, they can have it.  Some of you can take it

2  my guess is probably the third and fourth week of June.  But

3  I don't know.  I'll talk you to about that.  That's

4  negotiable.

5          Then I'm going to make a strong run through July.

6  I mean pretty consistent.  And I'm trying to figure out with

7  families and vacations.  In the past when I've had lengthy

8  and complex cases, it's always been August.  People wanted

9  to lump that pretty close to Labor Day because it gave them

10  a couple of weeks.  But I promise you somebody will have

11  something in August, and I've got to say --

12          PROSPECTIVE JUROR:  I just need to know in pretty

13  good numbers what days we're not in session so I can let my

14  superiors know.

15          THE COURT:  And you will.  I'll sit down with you

16  and probably just graph it out.

17          Right now I'll just tell you you're going to be in

18  session from March 14th opening statement, 15th, 16th and

19  17th.  You'll come back the 21st, 22nd, 23rd, 24th.  You'll

20  be in session the 28th and 29th.  You will be dark the 30th

21  and 31st.  And you will be dark, oh, the next week.  You

22  will be right back in session, though, on the 11th.

23          You can almost count on every Monday being a day

24  off for you.  I've got to get both counsel out.  I used to

25  push really hard over at Superior Court five days a week.

204

1    The attorneys couldn't hold up to it.  And so, four days

2    will be about their maximum level.  Okay.

3              Let me turn to Juror No. 218.

4              PROSPECTIVE JUROR:  8.

5              THE COURT:  Number 8, I'm sorry.  You're right.

6    218, 226, and 88, thank you.

7              Can you sit with us for this nine-month period of

8    time?

9              PROSPECTIVE JUROR:  Yes.

10             THE COURT:  If is there an employer, remember I'm

11   happy to come back and write -- I'll have to get the consent

12   of all counsel so that we're not saying too much, but just

13   enough to let them know it's appreciated.

14             Juror No. 218, can you sit?

15             PROSPECTIVE JUROR:  Yes.  Definitely.

16             THE COURT:  Let me come back.  And I'm going to

17   turn you around.

18             88, can you sit for this nine-month period of

19   time?

20             PROSPECTIVE JUROR:  Yes.

21             THE COURT:  Okay.

22             And finally 226?

23             PROSPECTIVE JUROR:  Yes.

24             THE COURT:  Okay.

25             Now, counsel, anything further before I swear the

*DEBORAH D. PARKER, U.S. COURT REPORTER*

1    alternates?  Mr. Emmick?

2            MR. EMMICK:  Nothing further, your Honor.

3            THE COURT:  Mr. Wolfe?

4            MR. WOLFE:  No, your Honor.

5            THE COURT:  Ms. Flynn?

6            MS. FLYNN:  No, your Honor.

7            THE COURT:  And counsel on behalf of the

8    government, are you satisfied?

9            MR. WOLFE:  Yes, your Honor.

10           THE COURT:  Mr. Steward, Mr. Fleming?

11           MR. STEWARD:  Nothing further, your Honor.

12           THE COURT:  Satisfied?

13           MR. STEWARD:  We are, your Honor.

14           THE COURT:  Mr. White, Mr. Harris, are you

15   satisfied?

16           MR. HARRIS:  Satisfied, your Honor.

17           THE COURT:  Mr. Calabria, Mr. Rosen, are you

18   gentlemen satisfied?

19           PROSPECTIVE JUROR:  Yes.

20           THE COURT:  Mr. Reed, are you satisfied?

21           PROSPECTIVE JUROR:  Yes, your Honor.

22           THE COURT:  I'm going to ask all counsel to remain

23   seated, and the defendants.

24           I'm going ask the ten of you as alternates, would

25   you stand and would you please raise your right hand.

1          *(Alternate Jurors sworn.)*

2                  ALTERNATE JURORS:  I do (in unison).

3                  THE COURT:  Would you please be seated.

4              Before I excuse us for this evening, let me cover

5      just a couple of basic things and then get you on the road.

6                  First of all, I would like to thank all of the

7      jurors next door.  I think there are 30 jurors remaining.

8      We almost got to you and all of you in the audience.  In

9      fact, I'll come next door and personally thank you in a

10     moment when we recess.

11                 Let's talk about the hours that we keep.  I want

12     to give you an example of how much wasted time there is, how

13     I could really waste your time.

14                 If I start at 9:00 o'clock every day, I want to

15     just take the hour from 8:00 to 9:00 that I'm not in session

16     because I don't think I can be in session for whatever

17     reason, it's five hours a week.  If we cover six hours a

18     day, we're doing extremely well.  That's one whole day of

19     wasted time, just that one hour.

20                 So I've got to talk to counsel.  But for opening

21     statement we'll start at 9:00 o'clock, and we'll convene for

22     your opening statement on March 14th.

23                 And, Lisa, I think we're going to make tags for

24     everybody and call everybody or have the Commissioner call

25     everybody and remind them.

1          From then on, though, I'd like to negotiate either

2    8:30 or 8:00 o'clock.  But I don't want to negotiate that

3    with you now.  I'm going to say I'm almost going to push you

4    into 8:30 no matter what.  And if I could really push you, I

5    would push you into 8:00 o'clock, frankly.  But I won't do

6    that to you quite yet because I don't know bus schedules,

7    for instance where you're coming from, if you're dropping

8    off children.  I just don't know those things.  But I can

9    say ironclad we'll always be in session at 8:30.

10          Now the second thing is, if we're taking a recess

11   and having a discussion while you sit out in the hallway

12   needlessly, I want you know that's totally my

13   responsibility, I've failed in some way.  I didn't get that

14   question answered or the research done or something that

15   happened that I should have done that night.  And I take

16   that very personally.

17          When jurors are here, you should be working from

18   8:30 to 4:30 or 5:00.  I shouldn't have to keep you until

19   6:00 o'clock or 7:00 o'clock at night.  I'm not going to do

20   that.  But I shouldn't be conducting, you know, off the

21   record -- record discussions with counsel.  That needs to be

22   done the night before.

23          If there's an evidentiary problem, I'll research

24   it the night before.  Everything is laid out and ready to go

25   the next day.  When you're in here, you're working.

1        Now I want to take our lunch hour.  I'm going to

2    start with an hour and half.  But watch me carefully.  I'm

3    going to manipulate you to an hour and 15 minutes and if I

4    could possibly push you to an hour, I'm going to push you

5    into an hour.  Why?  Because there's another half hour in

6    the day.  What's that?  That's two-and-a-half hours just --

7    or two hours just in a four-day period of time.  That's a

8    huge morning session.

9        So you can see how those hours really add up.  We

10   can get a tremendous amount of time done if we start at 8:00

11   or 8:30 and if we take an hour for lunch, not an hour and a

12   half, and if we push through until 5:00 o'clock, I mean,

13   you'll be amazed.  You'll be exhausted at the end of the

14   day.  And actually I'll have to watch as a jury to make sure

15   you're functioning, that you're absorbing the information.

16       The other thing is I think on almost every

17   occasion you can plan on having Mondays off.  Just remember

18   that.  There will be some exceptions, but I should be giving

19   you two or three weeks notice in that regard so you can

20   plan.  Not something that just spontaneously happens.

21       On some trials I've been in session on Saturdays,

22   and on some trials I've been in session even on Armistice

23   Day.  I will try not to do that to you.  And if that

24   happens, it's because it's an emergency and you'll know why,

25   but I won't ask you to cancel things.  But if the case is

1   dragging along, I'll have a way of speeding it up.  There's

2   a real way to get everybody serious and on track.

3          I'm going to come back to the admonition that you

4   are not to discuss this matter with anyone nor form or

5   express any personal opinions concerning this case even in

6   your own mind.  And let me tell you how critical that is,

7   because judges believe that simple jury instructions cure

8   all the ills.  It doesn't.

9          In a practical sense, think of it this way, you

10  hear the first witness and he or she sounds good or bad.

11  And then the next witness.  And you start going through this

12  roller coaster of, you know, the last witness and their

13  impact on you.

14          Just sit back and listen to the entire case.  You

15  are not deciding the case along the way.  You're

16  finishing -- you're waiting for the government to finish and

17  the defendants to finish and then the instructions to be

18  read, arguments by counsel and then you're going back and

19  deliberating.

20          In the meantime, you can talk to each other.  You

21  can talk about your families.  I just ask during the

22  recesses and at all times that you not discuss the case.

23          Is that fair enough?

24          You don't do any independent investigation.  I

25  think you can say "hello" or "good evening" to counsel

1    because it's just -- you know, they're trying to avoid you.

2    But that's about it.  That's about all of it.  Don't even

3    ask them directions to the restroom.  They can find the

4    restroom.  You'll find the restroom.

5              Now there's a large group of you and I'm probably

6    going to have to figure out a way to actually put you in two

7    jury rooms, somehow.  Because there's 22 of you right now.

8    So we're going to have two jury rooms.  And you will have

9    coffee, et cetera.  And I'll show you that on the next

10   occasion.

11             Now why at 9:00 o'clock?  Because I want counsel

12   to really be set up.  You saw what happened today.  I

13   thought we could start at about 8:30 to 9:00 o'clock.  We

14   had to mix the names because we didn't know who was coming

15   in.  A couple of people didn't show up in a timely fashion.

16   So we had to recirculate the entire names and generate it

17   through a computer about 9:00.

18             But we'll be prompt.  If I'm not taking the bench

19   at whatever time we set, there's something wrong.  I should

20   be prompt and I should be on that bench.  If we say 8:30,

21   I'm on the bench at 8:30.  That means that you have to be

22   here at 8:30.  It's going to be almost impossible.  How do

23   you get 22 people together in a timely fashion?

24             So you should be setting your mental alarm clock

25   about 15 minutes beforehand.  If we start at 8:30, you

211

1    should really decide to be here about 8:15.  And we'll

2    probably assemble you in one place and then bring you up

3    each day together.

4              Do you have any questions of me?

5              If not, Lisa, do we have any notification to them

6    on March 14?

7              THE CLERK:  I gave them our phone number in case

8    they need to talk to us, and that reminder.

9              THE COURT:  You gave them a reminder already?

10             Do you have any questions of me?  Yes, sir?

11             JUROR:  Your suggestion for our response when we

12    were asked what we're doing?

13             THE COURT:  Oh, yes.  Gosh.  I wish I had a good

14    one.  I think that the easiest thing is the following:  "I'm

15    sitting in federal court.  I wish I could talk to you about

16    the case, but I'm under the strictest admonition on penalty

17    of contempt."

18             Now, am I going to throw you in jail?  No.  But,

19    yes, I will.

20        *(Laughter.)*

21             THE COURT:  Sounds better.

22             "On penalty of contempt that I can't talk about

23    this case, and therefore if you really are curious, please

24    go down to see Judge Carter personally.  He'll talk to you."

25             It sounds ludicrous, but if we do that, it

1    protects you and it let's you maintain your friendships.

2    Because it's me, I'm the one who is restricting you.  And I

3    don't know any other way to handle it except sequestration,

4    and I'm not going to do that.  It's never going to happen.

5         If anybody has a better suggestion, I'm all ears.

6    But the best I can do is just depend upon you.  The danger

7    to this, though, is if it's really serious, if somebody is

8    giving you input, et cetera, I have to start the case all

9    over again.  It's your taxpayer dollar.  But cases have

10   started over again and I have had to start one case over

11   again after two months, on one occasion.  That's incredibly

12   expensive and unfair to the defendants, unfair to the

13   government.  Okay.

14        That's about the best I can do.  It's to put it

15   right back on me.  Okay?  I'm the ogre, I'm the bad person.

16   That's great.  And you tell them that you're with a fire

17   dragon breathing something or other in court and he's not

18   going to allow it.  I'm just kidding you a little bit, but

19   I'm not kidding about that.  I've got to protect that

20   resource.

21        The dangerous person is not the employee you're

22   working with.  They'll usually turn off that process, or if

23   I contact the supervisor and say the special and unique

24   place you occupy with a letter and asking them to remain at

25   bay, you'll get two reactions.  They'll either flock toward

213

1    you to ask more questions or they'll leave you alone.

2          It's your spouse.  I promise you they are out

3    there.  And your children on occasion, because it's so

4    unique.  Nine months in federal court, why wouldn't somebody

5    ask you, "What are you doing?"  That's natural.

6          Just put them off and say, "I can't talk about

7    it."  It's the only thing you can do.  Okay?

8          Now any other questions?

9          Yes, sir.

10         JUROR:  Is note-taking encouraged or not?

11         THE COURT:  Very much so.  In fact when you come

12   back, you'll have notes.  And in fact you'll probably, about

13   the time you're done, you may have this much or this much

14   (indicating).

15         But note-taking will only be for your own ability

16   to recall.  And even your independent memory, if it differs

17   from your notes -- I'll read an instruction -- your

18   independent memory controls.

19         Now when you go into deliberations, though, I'm

20   actually going to have, Deborah, how many, probably five

21   court reporters by the time I'm done?  Probably five court

22   reporters.

23         So let's say we get to whatever month and the case

24   concludes and you're looking back and you want the direct

25   examination or cross-examination of a particular witness.

214

1    We can get that to you.  So what we would do is call you

2    back into session from the jury room and we would reread the

3    portion that you're requesting.  Because we will have a

4    record.  Okay?

5            So you are not going to be lost trying to

6    remember, you know, some months back.  In case you need

7    testimony read by any witness, we'll do that for you.

8            And counsel will be right here.  They'll be in the

9    courthouse.  We won't be searching for anybody.  So when you

10   have a question, we will ask you to go on with your

11   deliberations, but we'll get back to you just as quick as we

12   can.

13           Any other questions?  Okay.

14           Now, counsel, what have I forgotten?  I'll ask you

15   each evening.  What else do I need to tell the jury this

16   evening?  Except the press.

17           The press has been -- has printed articles in

18   magazines that some of you have read, and you called it to

19   our attention.  And thank you.  Or know about.  There has

20   been press in the newspapers, and I expect that there will

21   be media attention to the case.

22           I'm going to ask you if you initially pick up that

23   paper, that magazine, that TV channel, and you recognize

24   something about the case, set the newspaper down or go on to

25   the next article.  You can save it.  I don't care.  But go

215

1   on to the next article.   Same thing with a magazine, same

2   thing with television.

3          And I don't know where it's going to occur.   It's

4   going to go up and down, I think.   I can't predict it.

5          Also, I expect on opening statement what you will

6   see is that you'll see a lot of press here, maybe on closing

7   arguments.   And in between it kind of fades in and out.

8          Any other questions?

9          All right.   Now, counsel, anything else on behalf

10  of the government, Mr. Wolfe?   What am I forgetting?

11         MR. WOLFE:   Nothing that I can think of.

12         THE COURT:   Ms. Flynn, anything you can think of?

13         MS. FLYNN:   Nothing that I can think of.

14         THE COURT:   Mr. Emmick?

15         MR. EMMICK:   Nothing I can think of.

16         THE COURT:   Mr. Fleming?

17         MR. FLEMING:   Nothing.

18         THE COURT:   Mr. Steward, what am I forgetting?

19         MR. STEWARD:   Nothing, your Honor.

20         THE COURT:   Well I forget a lot, but thank you.

21         Mr. White?

22         MR. WHITE:   Nothing.

23         THE COURT:   Mr. Harris?

24         MR. HARRIS:   Nothing, your Honor.

25         THE COURT:   Mr. Rosen?

```
 1            MR. ROSEN:  Nothing.

 2            THE COURT:  Mr. Calabria?

 3            MR. CALABRIA:  Nothing, your Honor.

 4            THE COURT:  Mr. Reed?

 5            MR. REED:  Nothing, your Honor.

 6            THE COURT:  Now let me finally say this to you.

 7   Look, you're about to go through a process where most people

 8   are never exposed to some of the things you're going to be

 9   hearing on the defense and on the government side of the

10   case.  There will be incredible times where we'll just burst

11   out laughing.  There will be times when you go home and

12   you'll think you need a psychiatrist.  There will be

13   incredibly sorrowful times that we go through in a case like

14   this.

15            And in the meantime, when that happens, you'll

16   have to be that body that remains resolute because you can't

17   reach out through your normal support systems, you know, the

18   spouse, and share it.  Or the children or family.

19            And that's what makes it so difficult.  You can go

20   about the process and talk about your family.  I expect you

21   to go out to lunch together, et cetera.  But it's a fairly

22   lonely job in terms of absorbing information.

23            Each of you have a notification of when you're

24   coming back.  Would you give that to them right now, Lisa.

25            (Pause.)
```

217

 1              THE COURT:  Now we're going to start supplying

 2    some pens and take the time now.

 3              You will be in session every Tuesday, Wednesday,

 4    and Thursday until March 29th.  So if you want to mark that

 5    down, then you know you're starting March 14th and you're

 6    going to March 29th, a Wednesday.

 7              We will get you pens, et cetera.  And when you

 8    come back in, we'll have all of these for you.

 9              So once again, we're starting March 29th -- strike

10    that.  We're starting March 14th, a Tuesday, at

11    9:00 o'clock.  Every day thereafter we'll minimally be in

12    session at 8:30 in the morning.  And I'll be absolutely

13    consistent, so I train me, counsel, and you.  There's no

14    guessing.  It's 8:30 or 8:00 o'clock, depending upon what we

15    negotiate.

16              You will be in session the 14th.  You will be in

17    session Wednesday, the 15th.  You will be in session --

18    strike that.  The 14th, Tuesday is opening statement, the

19    15th, the 16th, and the 17th of March.

20              You will be in session the 21st, which is a

21    Tuesday the following week, the 22nd, the 23rd, the 24th.

22              You'll be in session the 28th, and you will be in

23    session the 29th.

24              You will return on April 11th, and you will be in

25    session every Tuesday through Friday up to the week of

DEBORAH D. PARKER, U.S. COURT REPORTER

218

 1    May 1st through May 5th.

 2              I need to talk to counsel about logistics outside

 3    your presence and see if we can get a couple of days in that

 4    week.  If not, I'm going to tell you probably that just when

 5    you return, you know, what we're doing in May.  But you can

 6    plan on minimally not being in session on May 2nd.  I just

 7    need to know how much time counsel need that week.

 8              Then you're going to take a pretty strong run.

 9    You're going to be in session May 9th through the 12th,

10    May 16th through the 19th, May 23rd through the 26th.

11    You're going to be back in session on the 30th and the 31st

12    of May, which is a Tuesday and Wednesday, and we'll run

13    right up to June 1st and 2nd.

14              You're going to be in session on the 6th through

15    the 9th.

16              And I've got to talk to you about children, you

17    know, family, et cetera, and see when you need probably a

18    two-week block of time.  I don't know if that's -- if you

19    need the 13th through the 16th yet, the 20th through the

20    23rd, or whether you want to make it the 20th through the

21    23rd and the 27th through the 30th.  So there's going to be

22    a block of time.

23              Then I would like to, with your consent, take a

24    really strong run again through July, taking into account

25    the 4th of July, which is a Tuesday.  Maybe some of you want

1    to travel and come back on the 5th because of airline fares

2    or family traveling, and maybe that's a week we just have to

3    start on the 6th or 7th, but we'll talk.

4            But all the way through July and all the way

5    through August and probably the last week or two of August,

6    I'm planning on negotiating with you again and trying to

7    take another break.

8            But I think that's so far ahead, that's the best I

9    can do right now.  Okay.  And then we're right back at it.

10   If we haven't finished by that time, we're right back into

11   September, and that's a real strong run through September.

12           Now I think there's some possibility we will be

13   done in August.  Whether we go through a second phase or

14   not, I don't know yet.  And the case could move much faster.

15   Some counsel have indicated that it's going to move much

16   faster than my estimate.  We'll see.

17           I think I've taken enough of your time.  Please

18   drive safely.  We're going to reconvene -- yes, sir?

19           JUROR:  Are we going to get something official for

20   our employers?

21           THE COURT:  Yes.  I think this.  I haven't had

22   time to make out the letter yet because I don't know who to

23   write the letter to.  But why don't we draft something

24   outside your presence, and let me talk to counsel whether

25   there should be a letter that goes out.  But wait until the

220

1    14th of March.  Let me give it to you, you know, after that

2    opening statement day.  Because I'm a little afraid just to

3    draft something without the consent of both counsel and one

4    of them finds it to be inappropriate.  I need to talk to

5    them.

6                Yes, sir?

7                JUROR:  Do we use the same badges to come back?

8                THE COURT:  Same badges.

9                Same badges, right, Lisa?

10               THE CLERK:  Yes.

11               THE COURT:  Same badges.  Don't let anybody have

12   them, by the way.

13               Anything else?

14               Then March 14th, 9:00 o'clock.

15               Please drive safely and please keep your health.

16   Okay.  Good night.

17               Now, for the prospective jurors, you're free to

18   go.  Thank you very much.

19               For all the alternates, you're coming back of

20   course the same time, March 14th, all the alternates, all

21   the sitting 12 jurors.

22               Counsel, if you would remain for a moment, I want

23   to go next door and just thank the jurors for a moment.

24        *(Pause.)*

25        *(Outside the presence of the jury.)*

221

1           THE COURT:  We're going to go back into session.

2     All counsel are present.

3           For the record, so it's complete, I just went next

4     door and thanked the jurors who were sitting over there, on

5     behalf of everyone, the government, the defense, and the

6     court.

7           I received another motion from Mr. Hevle.  I

8     haven't had a chance to read that.  It just came up to me

9     sometime this morning.  So I'll get back to it.

10          I don't want you in session unless it's absolutely

11    necessary.  So, Mr. Wolfe, you can continue to prepare, and

12    the defense can as well.

13          When do you want me to resolve this discovery

14    motion?  When do I call everyone back into session?

15          Mr. Rosen?

16          I can have it read by tomorrow.  I can have it

17    read by Friday.

18          In addition to that, I wanted to resolve your

19    motion, Mr. Fleming, so the government has notification.

20    Minimally, I'm going to ask you, Mr. Wolfe, to look for the

21    18-page document, if it exists, to the attorney general on

22    their motion.  But I can cover that Friday and I don't want

23    to get into it tonight.

24          MR. ROSEN:  It does relate to other discovery

25    motions I've already filed.  So we'd be able to be prepared

222

1   on it tomorrow.

2          THE COURT:  I probably need more time.  I need to

3   go back.  I've read the -- I actually read the transcript,

4   Mr. Fleming, one time, but I didn't understand, the 18 pages

5   didn't make any sense to me the first time through.

6          So while I understood part of your motion, I

7   didn't have a good basis.  Now I have a good basis.

8          I think this.  I would suggest maybe Friday.  I

9   don't want to run people up and down the highway.  And I

10  don't want to bring you back next week.  I want to give you

11  a block of time where you're not in session unless you need

12  to be.

13         Now, any of you, if you need to be back in

14  session, for two weeks I'm doing nothing except an antitrust

15  case, and I want to get out of it.

16     (Laughter.)

17         THE COURT:  I'm just kidding you.

18         So, Mr. Wolfe, I don't see any reason to be back

19  in session except Friday briefly on the discovery.

20         MR. WOLFE:  Very well, your Honor.

21         THE COURT:  And I'm going to ask you to start --

22  not you, but somebody to start looking for the 18-page

23  document.

24         Now, do I need Mr. Jessner down here?  I don't

25  think I do, but I'm asking that.  In other words, he is the

223

 1    recipient of some of this -- alleged information.  And I

 2    don't want to inconvenience him, nor do I want to put you in

 3    that position.

 4              MR. WOLFE:  Your Honor, if any of these letters

 5    exist, they're in a file somewhere.  I wouldn't expect that

 6    Mr. Jessner -- if the letters were ever written, it's

 7    unlikely to me that he's going to remember them.  We're

 8    either going to find them in the files or we're not.

 9              THE COURT:  But it's correspondence to Jessner.

10              MR. WOLFE:  Yes, your Honor.  There is a file for

11    Mr. Oechsle.  If he writes me a letter, I put it in the

12    file --

13              THE COURT:  We'll start gently.  We don't need

14    Mr. Jessner right now.

15              The Marion tapes.  I'm going to eventually want to

16    know if these tapes that are set forth in Mr. Oechsle

17    allegedly says -- and remember he's not under oath yet.  But

18    he said that there were tapes involving the January

19    confrontation between the blacks and the white element at

20    Marion and that he'd actually seen those literally in a

21    training session.  Now whether that's true or not, I don't

22    know.

23              I have two ways of handling that.  My impression

24    is that Mr. Oechsle is going to be called by the defense.  I

25    don't think I want to have special hearings running in Burr

*DEBORAH D. PARKER, U.S. COURT REPORTER*

224

1    and Oechsle right now.  I'm going to hear, you know, what

2    this is along the way.  But I need to get the discovery to

3    the defense concerning these 18 pages before Oechsle

4    testifies.  And if it's out there, I might as well get it

5    sooner rather than later.

6             So give me a time schedule that's convenient for

7    you to look in this file, and then I'll reconvene the court

8    based on your wisdom.

9             Friday?  Next week?  What?

10           MR. WOLFE:  Is your Honor asking about

11   correspondence to Mr. Jessner or about all these items?

12           THE COURT:  Eventually most of these items.  There

13   are some I'm still a little concerned if they really meet

14   the discovery requirement.  But minimally, just to start

15   with, the 18-page letter, if it exists, to the attorney

16   general.  And minimally the Marion tape.

17           MR. WOLFE:  Your Honor, I asked about those things

18   two or three weeks ago.  And I'm not sure there's any sign

19   that they exist.

20           Well, thinking about how specific the assertion is

21   about the 18-page letter, and that there's only one place to

22   look for the Marion tape, I don't see why it shouldn't be

23   clear one way or the other about their existence by Friday.

24           THE COURT:  Then let's do this:  Let's not be in

25   session tomorrow.  Let's go right back into session on

*DEBORAH D. PARKER, U.S. COURT REPORTER*

1    Friday.  Give me a time.  9:00 o'clock?  No reason to bring

2    you in at 8:00 o'clock if you want 9:00.

3              MR. STEWARD:  That's fine, your Honor.

4              THE COURT:  Mr. Hevle, that will give me time to

5    look at your motion which I've just received.  It will give

6    me time, Mr. Fleming, to relook back at your motion because

7    I've got notes now all over the place on that motion.

8              Then is that satisfactory for you, Mr. Wolfe, or

9    whoever is here?

10             Mr. Emmick can be here.

11             Ms. Flynn, is that satisfactory?

12             MS. FLYNN:  Yes, your Honor.

13             THE COURT:  Is there anything further this

14   evening, Mr. Steward?

15             MR. STEWARD:  No, your Honor.

16             THE COURT:  Mr. Fleming?

17             MR. FLEMING:  No, your Honor.

18             THE COURT:  Mr. White?

19             MR. WHITE:  No, your Honor.

20             THE COURT:  Mr. Harris?

21             MR. HARRIS:  No, your Honor.

22             THE COURT:  Mr. Calabria?

23             MR. CALABRIA:  No, your Honor.

24             THE COURT:  Mr. Rosen?

25             MR. ROSEN:  No, your Honor.

226

1          THE COURT:  And Mr. Reed?

2          MR. REED:  No, your Honor.

3          THE COURT:  Ms. Flynn?

4          MS. FLYNN:  No, your Honor.

5          THE COURT:  Mr. Wolfe?

6          MR. WOLFE:  No, your Honor.

7          THE COURT:  Mr. Emmick?

8          MR. EMMICK:  No, your Honor.

9          THE COURT:  Then good night.  We'll see you at

10   9:00 o'clock this Friday.  Thank you.

11          *(At 6:04 p.m., proceedings were adjourned.)*

12                        -oOo-

13                      CERTIFICATE

14          I hereby certify that pursuant to Section 753,

15   Title 28, United States Code, the foregoing is a true and

16   correct transcript of the stenographically reported

17   proceedings held in the above-entitled matter and that the

18   transcript page format is in conformance with the

19   regulations of the Judicial Conference of the United States.

20   Date:  February 22, 2006

21

22

23          *Deborah D. Parker*

24          Deborah D. Parker, Official Reporter

25