CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

**FILED**

MAR 21 2006

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3     HONORABLE DAVID O. CARTER, JUDGE PRESIDING

4                - - - - - - -

5    UNITED STATES OF AMERICA,        )
                                      )
6              Plaintiff,             )
                                      )
7         vs.                         ) No. CR 02-938 DOC
                                      )    Day 2 Volume I
8    BARRY BYRON MILLS, TYLER DAVIS   )
     BINGHAM, CHRISTOPHER OVERTON     )
9    GIBSON, and EDGAR WESLEY HEVLE,  )
                                      )
10             Defendants.            )
                                      )
11   _____)

**ORIGINAL**
Debbie Gale, CSR 9472

12

13

14

15           REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                    Jury Trial

17               Santa Ana, California

18             Tuesday, March 14, 2006

19

20

21

22   Debbie Gale, CSR 9472, RPR
     Federal Official Court Reporter
23   United States District Court
     411 West 4th Street, Room 1-053
24   Santa Ana, California 92701
     (714) 558-8141
25
     AB2006-03-14 D2V1

DOCKETED ON CM

APR 1 2000

BY _____ DCM 173

*DEBBIE GALE, U.S. COURT REPORTER*

2947

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

2

**APPEARANCES OF COUNSEL.**

On behalf of the Plaintiff UNITED STATES OF AMERICA:

                    DEPARTMENT OF JUSTICE
                    OFFICE OF THE UNITED STATES ATTORNEY
                    BY:  STEPHEN WOLFE
                         MICHAEL EMMICK
                         JOEY L. BLANCH
                         Assistant United States Attorneys
                    1400 United States Courthouse
                    312 N. Spring Street
                    Los Angeles, California 90012
                    (213) 894-0511

                         -AND-

                    DEPARTMENT OF JUSTICE
                    OFFICE OF THE UNITED STATES ATTORNEY
                    BY:  TERRI FLYNN
                         Assistant United States Attorneys
                    411 West 4th Street
                    8th Floor
                    Santa Ana, California 92701
                    (714) 338-3500


On behalf of the Defendant BARRY BYRON MILLS:

                    LAW OFFICES OF H. DEAN STEWARD
                    By:  H. DEAN STEWARD
                         Attorney at Law
                    107 Avenida Miramar
                    Suite C
                    San Clemente, California 92672
                    (949) 481-4900

                         -AND-

                    LAW OFFICES OF MARK F. FLEMING
                    By:  MARK F. FLEMING
                         Attorney at Law
                    433 "G" Street
                    Suite 202
                    San Diego, California 92101
                    (619) 652-9970

```
 1    APPEARANCES (Continued):

 2    On behalf of the Defendant TYLER DAVIS BINGHAM:

 3
                   LAW OFFICES OF MICHAEL V. WHITE
 4                 BY:  MICHAEL V. WHITE
                        Attorney at Law
 5                 1717 Fourth Street
                   Third Floor
 6                 Santa Monica, California 90401
                   (310) 576-6242
 7
                   -AND-
 8

 9                 STEWART & HARRIS
                   BY:  WILLIAM S. HARRIS
10                      Attorney at Law
                   1499 Huntington Drive
11                 Suite 403
                   South Pasadena, California 91030
12                 (626) 441-9300

13

14    On behalf of the Defendant CHRISTOPHER OVERTON GIBSON:

15
                   LAW OFFICES OF KENNETH A. REED
16                 BY:  KENNETH A. REED
                        Attorney at Law
17                 404 West Fourth Street
                   Suite C
18                 Santa Ana, California 92701
                   (714) 953-7400
19
                   -AND-
20

21                 LAW OFFICES OF PETER SCALISI
                   BY:  PETER SCALISI *(not present)*
22                      Attorney at Law
                   17897 MacArthur Boulevard
23                 Second Floor
                   Irvine, California 92614
24                 (949) 261-9914

25
```

1    APPEARANCES (Continued):

2

3    On behalf of the Defendant EDGAR WESLEY HEVLE:

4

5            LAW OFFICES OF BERNARD J. ROSEN
             BY:  BERNARD J. ROSEN
6                 Attorney at Law
             1717 Fourth Street
7            Suite 300
             Santa Monica, California 90401
8            (310) 451-4577

9            -AND-

10           LAW OFFICES OF DONALD J. CALABRIA
             BY:  DONALD J. CALABRIA
11                Attorney at Law
             16133 Ventura Boulevard
12           Suite 600
             Encino, California 91436
13           (818) 990-0110

14

15

16

17

18

19

20

21

22

23

24

25

1

# I N D E X

2

**PROCEEDINGS**                                                    **PAGE**

3    Preliminary Jury Instructions                        18

4    Government's Opening Statement                  25

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CR 02-938 DOC – 3/14/2006 – Day 2 Volume I

6

|         |    |                                                              |
|---------|----|--------------------------------------------------------------|
|         | 1  | **SANTA ANA, CALIFORNIA, TUESDAY, MARCH 14, 2006**           |
|         | 2  | **Day 2 Volume I**                                           |
|         | 3  | (8:44 a.m.)                                                  |
| 8:02:35 | 4  | *(In open court.)*                                           |
| 8:44:58 | 5  | *(Outside the presence of the jury.)*                        |
| 8:51:00 | 6  | THE COURT:  All right.  Let's go on the record for           |
| 8:51:02 | 7  | just a moment.  First of all, good morning.  Start with      |
| 8:51:04 | 8  | Mr. Gibson.  Mr. Gibson's present.                           |
| 8:51:06 | 9  | Good morning, Mr. Gibson.                                    |
| 8:51:08 | 10 | DEFENDANT GIBSON:  Good morning.                             |
| 8:51:09 | 11 | THE COURT:  Mr. Reed's present.  Good morning                |
| 8:51:10 | 12 | Mr. Reed.                                                    |
| 8:51:13 | 13 | MR. REED:  Good morning.                                     |
| 8:51:13 | 14 | THE COURT:  Mr. Rosen's present with Mr. Hevle,              |
| 8:51:15 | 15 | and Mr. Calabria.                                            |
| 8:51:18 | 16 | MR. ROSEN:  Good morning.                                    |
| 8:51:18 | 17 | MR. CALABRIA:  Good morning.                                 |
| 8:51:18 | 18 | THE COURT:  Mr. Bingham's present.  Mr. Harris and           |
| 8:51:20 | 19 | Mr. White are present.                                       |
| 8:51:23 | 20 | MR. HARRIS:  Good morning.                                   |
| 8:51:24 | 21 | MR. WHITE:  Good morning.                                    |
| 8:51:24 | 22 | THE COURT:  Mr. Mills is present with Mr. Fleming            |
| 8:51:26 | 23 | and Mr. Steward.                                             |
| 8:51:29 | 24 | MR. STEWARD:  Good morning.                                  |
| 8:51:30 | 25 | MR. FLEMING:  Good morning.                                  |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

7

| | | |
|---|---|---|
| 8:51:31 | 1 | THE COURT:  Ms. Flynn's present. |
| 8:51:34 | 2 | MS. FLYNN:  Good morning. |
| 8:51:35 | 3 | THE COURT:  And Mr. Emmick is present. |
| 8:51:38 | 4 | MR. EMMICK:  Good morning. |
| 8:51:38 | 5 | THE COURT:  And I saw Mr. Wolfe. |
| 8:51:40 | 6 | MS. FLYNN:  Yes, Your Honor.  He'll be right back. |
| 8:51:41 | 7 | THE COURT:  Two things:  I received your |
| 8:51:43 | 8 | stipulated preliminary instructions to the jury.  I agree |
| 8:51:46 | 9 | with those, but I'm going to change Outline of the Trial to |
| 8:51:59 | 10 | read as follows: |
| 8:52:01 | 11 | "Trial will now begin.  First, each side may make |
| 8:52:01 | 12 | an opening statement, and opening statement is not evidence. |
| 8:52:03 | 13 | It is simply an outline to help you understand what that |
| 8:52:06 | 14 | party expects the evidence will show. |
| 8:52:08 | 15 | "A defendant is not required to make an opening |
| 8:52:11 | 16 | statement and may reserve that opening statement until the |
| 8:52:14 | 17 | beginning of the defense case, which is entirely appropriate |
| 8:52:17 | 18 | and proper." |
| 8:52:18 | 19 | So I'm going to change that last line, as |
| 8:52:21 | 20 | previously stated, "A party's not required to make an |
| 8:52:25 | 21 | opening statement." |
| 8:52:25 | 22 | And beyond that, I'll give those as requested. |
| 8:52:28 | 23 | This morning, Mr. Emmick, Mr. Steward, each of you |
| 8:52:31 | 24 | had contacted the court clerk.  As long as each of you agree |
| 8:52:35 | 25 | and have seen each other's exhibits so there are no |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

8

| | | |
|---|---|---|
| 8:52:37 | 1 | objections, then you can use the ELMO, Mr. Steward, or slide |
| 8:52:43 | 2 | projection for your opening statement, and you can use a |
| 8:52:45 | 3 | slide projection, ELMO, or PowerPoint, Mr. Emmick, for your |
| 8:52:50 | 4 | opening statement. |
| 8:52:51 | 5 | MR. EMMICK:  Okay. |
| 8:52:51 | 6 | THE COURT:  My only concern was not to get into a |
| 8:52:55 | 7 | squabble over what evidence was or would not be admitted. |
| 8:53:01 | 8 | A couple things, because I want to make certain |
| 8:53:02 | 9 | that each of you hold up to the rigors of trial.  Can we |
| 8:53:04 | 10 | make this agreement amongst ourselves, so this goes smoothly |
| 8:53:07 | 11 | in terms of your presentation today and as a courtesy to |
| 8:53:07 | 12 | you?  And that is, when the government makes your opening |
| 8:53:11 | 13 | statement, you call time.  By that I mean, after about an |
| 8:53:17 | 14 | hour into your opening statement, you pick the logical place |
| 8:53:20 | 15 | for a recess, because you'll know where you are in your |
| 8:53:23 | 16 | opening statement.  And then I'm going to take about a 20, |
| 8:53:27 | 17 | 30-minute recess someplace in that period of time, and then |
| 8:53:31 | 18 | you come back.  And when you finish your opening |
| 8:53:35 | 19 | statement -- how long do you estimate that will be? |
| 8:53:38 | 20 | MR. EMMICK:  We think about two and a half, |
| 8:53:40 | 21 | perhaps three hours. |
| 8:53:43 | 22 | THE COURT:  Can we have an agreement that that |
| 8:53:45 | 23 | would be a logical point, then, to break and to go to lunch; |
| 8:53:48 | 24 | and whether that's 11:30 or 12:45, it doesn't matter?  So |
| 8:53:54 | 25 | that opening statement is in one block of time. |

CR 02-938 DOC – 3/14/2006 - Day 2 Volume I

9

| | | |
|---|---|---|
| 8:53:57 | 1 | When we come back, Mr. Steward, are you planning |
| 8:54:00 | 2 | on making an opening statement? |
| 8:54:02 | 3 | MR. STEWARD:  Yes, Your Honor. |
| 8:54:03 | 4 | THE COURT:  How long do you think your opening |
| 8:54:04 | 5 | statement will be? |
| 8:54:05 | 6 | MR. STEWARD:  No longer than an hour and a half. |
| 8:54:08 | 7 | THE COURT:  Mr. White? |
| 8:54:10 | 8 | MR. WHITE:  I would say no longer than 45 minutes, |
| 8:54:13 | 9 | maybe, maybe less.  Depends on what Mr. Steward says. |
| 8:54:19 | 10 | THE COURT:  All right.  So let's say approximately |
| 8:54:21 | 11 | two and a half hours for the government, give or take.  And |
| 8:54:24 | 12 | it sounds to me like two hours plus, probably closer to |
| 8:54:28 | 13 | three by the time we get done with the breaks.  Let's play |
| 8:54:36 | 14 | it by ear. |
| 8:54:37 | 15 | But it seems to me that the wisest thing to do |
| 8:54:41 | 16 | would be to have the presentation of the first witness |
| 8:54:45 | 17 | tomorrow morning.  But I want to talk to the government |
| 8:54:47 | 18 | about that.  I know you're ready.  If we get to |
| 8:54:49 | 19 | 4:00 o'clock, it just doesn't seem to make too much sense to |
| 8:54:52 | 20 | put up the first witness for, you know, 15 or 20 minutes, |
| 8:54:55 | 21 | unless -- who's your first witness? |
| 8:54:58 | 22 | MS. FLYNN:  Clifford Smith will be the first |
| 8:55:00 | 23 | witness, Your Honor. |
| 8:55:02 | 24 | THE COURT:  Who's going to do the background? |
| 8:55:03 | 25 | MS. FLYNN:  Yes.  And he's an inmate. |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

10

| | | |
|---|---|---|
| 8:55:05 | 1 | THE COURT:  Lay out the history of the Aryan |
| 8:55:07 | 2 | Brotherhood? |
| 8:55:07 | 3 | MS. FLYNN:  Yes. |
| 8:55:08 | 4 | THE COURT:  What's your preference? |
| 8:55:09 | 5 | MS. FLYNN:  It would be easier to transport him in |
| 8:55:12 | 6 | the morning. |
| 8:55:13 | 7 | THE COURT:  Transport him tomorrow morning. |
| 8:55:15 | 8 | MS. FLYNN:  Yeah. |
| 8:55:15 | 9 | THE COURT:  Let's do all the opening statements so |
| 8:55:18 | 10 | we have the umbrella today, and let's not chop that up and |
| 8:55:24 | 11 | have the presentation. |
| 8:55:27 | 12 | Now, couple more things:  The jury will be here |
| 8:55:30 | 13 | promptly at 9:00 o'clock.  I want to be careful of all of |
| 8:55:41 | 14 | you as counsel to begin with, because you've got to make |
| 8:55:44 | 15 | your best presentation and be alert.  And I'm a little |
| 8:55:48 | 16 | concerned over nine months that I don't grind you up with my |
| 8:55:52 | 17 | hours.  But you can expect Saturday sessions, but not with |
| 8:55:55 | 18 | the jury.  We've been in many Saturday sessions in the past. |
| 8:56:00 | 19 | Cancel your Saturdays.  If we have things that |
| 8:56:03 | 20 | we've resolved, then I'll cancel Saturday; there's no reason |
| 8:56:07 | 21 | to be in session.  But if we haven't resolved motions, |
| 8:56:12 | 22 | et cetera, then Saturday sessions shouldn't come |
| 8:56:16 | 23 | unexpectedly.  You've already been very polite and you've |
| 8:56:21 | 24 | been involved in those. |
| 8:56:22 | 25 | Second, after the jury leaves, at least on the |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

11

| | | |
|---|---|---|
| 8:56:24 | 1 | Mexican Mafia trials that we were in, I would like to take a |
| 8:56:25 | 2 | recess about 5:00 or 5:30, give you about half an hour to |
| 8:56:29 | 3 | get outside the court or do whatever, and then get back into |
| 8:56:39 | 4 | session in the evening. |
| 8:56:39 | 5 | All the evidence tomorrow -- not every exhibit, |
| 8:56:39 | 6 | but do we have any evidentiary problems?  Are there going to |
| 8:56:41 | 7 | be foundational problems?  Are there going to be objections? |
| 8:56:44 | 8 | Every night we'll do that, so that when the jury's here, |
| 8:56:47 | 9 | they're working from whatever time to the end. |
| 8:56:50 | 10 | Mr. Reed, you were involved in the Mexican Mafia |
| 8:56:53 | 11 | trials.  We started at 8:30, didn't we? |
| 8:56:56 | 12 | MR. REED:  Yes. |
| 8:56:56 | 13 | THE COURT:  Sometimes we started at 7:30, but we |
| 8:56:59 | 14 | tried not to.  If I have an agreement on everyone's part |
| 8:57:02 | 15 | that we could resolve those things during the evening hours, |
| 8:57:05 | 16 | so that the jury is not wasting any time -- I mean, minimal |
| 8:57:11 | 17 | sidebars -- then I'm agreeable to start at 8:30 instead of |
| 8:57:15 | 18 | 8:00 o'clock.  But that means the doors promptly open at |
| 8:57:18 | 19 | 8:30.  Is that acceptable to each of you? |
| 8:57:20 | 20 | Mr. Fleming? |
| 8:57:21 | 21 | MR. FLEMING:  Yes, Your Honor. |
| 8:57:22 | 22 | THE COURT:  Mr. Steward? |
| 8:57:22 | 23 | MR. STEWARD:  Yes, Your Honor. |
| 8:57:23 | 24 | THE COURT:  Mr. Harris? |
| 8:57:24 | 25 | MR. HARRIS:  Yes, Your Honor. |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

12

| | | |
|---|---|---|
| 8:57:25 | 1 | THE COURT:  Mr. White? |
| 8:57:25 | 2 | MR. WHITE:  Yes, Your Honor. |
| 8:57:26 | 3 | THE COURT:  Mr. Calabria? |
| 8:57:28 | 4 | MR. CALABRIA:  Yes, Your Honor. |
| 8:57:28 | 5 | THE COURT:  Mr. Rosen? |
| 8:57:29 | 6 | MR. ROSEN:  Yes, Your Honor. |
| 8:57:30 | 7 | THE COURT:  And, Mr. Reed? |
| 8:57:31 | 8 | MR. REED:  Yes. |
| 8:57:32 | 9 | THE COURT:  Is that agreeable with you, Ms. Flynn? |
| 8:57:34 | 10 | MS. FLYNN:  Yes, Your Honor. |
| 8:57:34 | 11 | THE COURT:  Mr. Emmick? |
| 8:57:36 | 12 | MR. EMMICK:  Yes. |
| 8:57:37 | 13 | THE COURT:  And, Mr. Wolfe? |
| 8:57:38 | 14 | MR. WOLFE:  Yes, Your Honor. |

8:57:39  15   THE COURT:  Now, that means I'm going to expect

8:57:40  16   you here at 8:15, and to be seated 15 minutes ahead of time.

8:57:45  17   And it also means, if we don't resolve anything, then we're

8:57:48  18   back in those 7:30 sessions before the jury comes in.

8:57:52  19   Mr. Reed, you've been involved in those.  So everything gets

8:57:56  20   done the night before.

8:57:59  21        Finally, I'd like to cut down the lunch hours.

8:58:02  22   I'm going to keep the jury in a semi-sequestered situation

8:58:03  23   while they're on the court premises.  I'm going to have them

8:58:03  24   eat together.  The reason for that is so that they're not

8:58:06  25   wandering around Santa Ana.  And secondly, it will just save

| | | |
|---|---|---|
| 8:58:10 | 1 | time.  And I would like to start today with an hour and 15 |
| 8:58:15 | 2 | minutes.  So whatever time we recess, we'll give them an |
| 8:58:18 | 3 | hour and 15 to go down to the cafeteria and be brought back |
| 8:58:22 | 4 | up. |
| 8:58:22 | 5 | Any other questions in terms of scheduling? |
| 8:58:25 | 6 | Mr. Emmick? |
| 8:58:26 | 7 | MR. EMMICK:  It's not a question so much, but I |
| 8:58:26 | 8 | did want to introduce a fourth member of our trial team. |
| 8:58:29 | 9 | It's Joey Blanch |
| 8:58:31 | 10 | THE COURT:  Ms. Blanch, it's nice meeting you. |
| 8:58:37 | 11 | MS. BLANCH:  Nice to see you. |
| 8:58:38 | 12 | THE COURT:  I think you were here before on one |
| 8:58:40 | 13 | occasion, weren't you? |
| 8:58:40 | 14 | MS. BLANCH:  I've been here before, Your Honor. |
| 8:58:42 | 15 | THE COURT:  That's correct.  And I'll introduce |
| 8:58:42 | 16 | you today as well. |
| 8:58:42 | 17 | Now, during your presentation today, I want that |
| 8:58:44 | 18 | to go as smoothly as possible for both sides.  If you have a |
| 8:58:49 | 19 | technician that you want to literally have sit beside you, |
| 8:58:50 | 20 | Mr. Emmick, in a chair, you're more than welcome to do that |
| 8:58:53 | 21 | so that there are no glitches in your presentation. |
| 8:58:53 | 22 | Is it possible that we could temporarily take off |
| 8:58:57 | 23 | "The Aryan Brotherhood, Blood In, Blood Out" before the jury |
| 8:59:01 | 24 | comes in?  In your opening statement, you can dramatically |
| 8:59:04 | 25 | put that up on the screen, if you would like to.  But let's |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

14

| | | |
|---|---|---|
| 8:59:09 | 1 | not do that when they first walk in the courtroom.  And if |
| 8:59:12 | 2 | you want to bring a technician up here, literally, you can |
| 8:59:16 | 3 | put him in a chair. |
| 8:59:18 | 4 | MR. EMMICK:  Okay?  Is that all right. |
| 8:59:21 | 5 | THE COURT:  That's fine. |
| 8:59:22 | 6 | All right.  The next thing is, I want to train the |
| 8:59:25 | 7 | jury, finally, that whatever time we set, we truly mean it. |
| 8:59:29 | 8 | Because what will happen if we say 8:30 and get started at |
| 8:59:32 | 9 | 8:45, then the jurors will start showing up between 8:30 and |
| 8:59:37 | 10 | 8:45.  And if we miss just a half an hour a day, at the end |
| 8:59:39 | 11 | of the week, we've missed a whole morning session.  That's |
| 8:59:40 | 12 | two and a half hours.  Okay? |
| 8:59:42 | 13 | So if you're late, any of you, I'm just going to |
| 8:59:46 | 14 | start promptly, and you're just going to walk in to the |
| 8:59:49 | 15 | embarrassment of the jury already sitting in the box.  And I |
| 8:59:53 | 16 | know you'll not be late.  None of you have been late during |
| 8:59:57 | 17 | the last two months when we've had the discovery |
| 8:59:58 | 18 | proceedings. |
| 9:00:01 | 19 | Now, we've also set up a closed-circuit TV.  And I |
| 9:00:05 | 20 | know that some of the investigators on the trailing cases |
| 9:00:05 | 21 | and some of the attorneys have probably come down from |
| 9:00:05 | 22 | Los Angeles and there may not be enough room.  We didn't |
| 9:00:07 | 23 | know what to expect. |
| 9:00:09 | 24 | *(To the court video technician:)*  So if the |
| 9:00:09 | 25 | television's not on, you can turn on the television for the |

| | | |
|--|--|--|
| 9:00:13 | 1 | closed-circuit TV. |
| 9:00:18 | 2 | COURT VIDEO TECHNICIAN:  It's on. |
| 9:00:19 | 3 | THE COURT:  You can pan to the government.  You |
| 9:00:20 | 4 | can pan to the defendants.  I don't care if you pan to me, |
| 9:00:24 | 5 | but I'd like for the majority of the time to keep your focus |
| 9:00:28 | 6 | on the gentleman making the presentation or the woman making |
| 9:00:31 | 7 | the presentation, whoever, for the government or the |
| 9:00:31 | 8 | defense.  Okay? |
| 9:00:34 | 9 | COURT VIDEO TECHNICIAN:  Okay. |
| 9:00:38 | 10 | THE COURT:  All right.  Are the jurors ready? |
| 9:00:39 | 11 | Now, finally, no one is to stand.  For anyone in |
| 9:00:42 | 12 | the audience, I would appreciate the courtesy normally, but |
| 9:00:44 | 13 | it's not necessary.  Because the defendants are in a |
| 9:00:48 | 14 | custodial situation in a high-security situation, I'm a |
| 9:00:50 | 15 | little concerned that if everybody normally rises as you |
| 9:00:55 | 16 | would in a normal courtroom, it would leave the defendants |
| 9:00:59 | 17 | in a seated position.  And because of the shackling |
| 9:01:03 | 18 | conditions here, the jury's not to know that they're |
| 9:01:05 | 19 | shackled; although, I would surmise it won't take them very |
| 9:01:09 | 20 | long to figure that out. |
| 9:01:11 | 21 | But regardless of that, I would just appreciate it |
| 9:01:12 | 22 | if no one rises on these occasions; just remain seated. |
| 9:01:36 | 23 | THE MARSHAL:  Ladies and gentlemen, if you haven't |
| 9:01:38 | 24 | done so already, could you please turn your cell phones off |
| 9:01:44 | 25 | or put them on vibrate, and please no communication with |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

16

| 9:01:44 | 1 | anybody forward of the galley area. |

THE COURT:  Mr. Hevle and counsel, are you going
to make an opening statement or reserve?

MR. ROSEN:  I anticipate, Your Honor, possibly
20 or 30 minutes.

THE COURT:  Mr. Reed, are you going to put on an
opening statement at this time or are you going to reserve?

MR. REED:  Really depends.

THE COURT:  Depends?

MR. REED:  Yes.

THE COURT:  All right.  Kristee, if you will bring
the jury in, please.

*(In the presence of the jury.)*

THE COURT:  Good morning.

First, good morning to all of you.  It's nice to
see all of you back.  And we've already called the court to
order a few moments before you came in.  I'm going to do
that again, redundantly, just so once again you again meet
all of the persons involved in this matter.

I want to begin with the government.  I would like
to reintroduce you to Mr. Emmick.

Mr. Emmick, if you would raise your hand or stand,
sir.

MR. EMMICK:  *(Complies.)*

THE COURT:  Thank you.

| | | |
|---|---|---|
| 9:04:14 | 1 | MR. EMMICK:  *(Complies.)* |
| 9:04:14 | 2 | THE COURT:  Mr. Wolfe. |
| 9:04:14 | 3 | MR. WOLFE:  *(Complies.)* |
| 9:04:14 | 4 | THE COURT:  Thank you.  Ms. Blanch. |
| 9:04:15 | 5 | MS. BLANCH:  *(Complies.)* |
| 9:04:15 | 6 | THE COURT:  And Ms. Flynn. |
| 9:04:18 | 7 | MS. FLYNN:  *(Complies.)* |
| 9:04:19 | 8 | THE COURT:  Beginning on the bottom row, seat |
| 9:04:22 | 9 | closest to the audience, Mr. Steward. |
| 9:04:24 | 10 | And, Mr. Steward, if you would raise your hand or |
| 9:04:27 | 11 | acknowledge somehow that you're here. |
| 9:04:29 | 12 | MR. STEWARD:  *(Complies.)* |
| 9:04:29 | 13 | THE COURT:  Mr. Fleming. |
| 9:04:30 | 14 | MR. FLEMING:  *(Complies.)* |
| 9:04:30 | 15 | THE COURT:  And the client, Mr. Mills. |
| 9:04:31 | 16 | DEFENDANT MILLS:  *(Complies.)* |
| 9:04:32 | 17 | THE COURT:  Mr. White. |
| 9:04:34 | 18 | MR. WHITE:  Good morning, ladies and gentlemen. |
| 9:04:34 | 19 | THE COURT:  Mr. Harris. |
| 9:04:36 | 20 | MR. HARRIS:  Good morning. |
| 9:04:36 | 21 | THE COURT:  And their client, Mr. Bingham. |
| 9:04:40 | 22 | DEFENDANT BINGHAM:  Good morning. |
| 9:04:40 | 23 | THE COURT:  Mr. Rosen. |
| 9:04:42 | 24 | MR. ROSEN:  *(Complies.)* |
| 9:04:42 | 25 | THE COURT:  Mr. Calabria. |

| | | |
|---|---|---|
| 9:04:45 | 1 | MR. CALABRIA:  Good morning. |
| 9:04:46 | 2 | THE COURT:  And their client, Mr. Hevle. |
| 9:04:47 | 3 | DEFENDANT HEVLE:  *(Complies.)* |
| 9:04:48 | 4 | THE COURT:  And Mr. Reed. |
| 9:04:49 | 5 | MR. REED:  Good morning. |
| 9:04:50 | 6 | THE COURT:  And the client, Mr. Gibson. |
| 9:04:51 | 7 | DEFENDANT GIBSON:  *(Complies.)* |

**PRELIMINARY JURY INSTRUCTIONS**

THE COURT:  Ladies and gentlemen, you are now the jury in this case, and I want to take a few moments to tell you something about your duties as jurors and to give you some brief instruction.  These are preliminary instructions. And at the end of the trial, I will give a more detailed set of instructions.  Those instructions will control during your deliberations.

You should not take anything I may say or do during the trial as indicating what I think of the evidence or what your verdict should be.

This is a criminal case brought by the United States Government.  The government charges the defendant with the charges I read to you a few weeks ago. In fact, I think that reading took between two and three hours.  And they're contained in what was called an indictment.

The indictment is simply the description of the

| | |
|---|---|
| 9:05:39 | 1 |
| 9:05:42 | 2 |
| 9:05:44 | 3 |
| 9:05:46 | 4 |
| 9:05:51 | 5 |
| 9:05:52 | 6 |
| 9:05:55 | 7 |
| 9:05:58 | 8 |
| 9:06:01 | 9 |
| 9:06:05 | 10 |
| 9:06:09 | 11 |
| 9:06:11 | 12 |
| 9:06:12 | 13 |
| 9:06:15 | 14 |
| 9:06:18 | 15 |
| 9:06:21 | 16 |
| 9:06:24 | 17 |
| 9:06:28 | 18 |
| 9:06:32 | 19 |
| 9:06:36 | 20 |
| 9:06:41 | 21 |
| 9:06:44 | 22 |
| 9:06:47 | 23 |
| 9:06:50 | 24 |
| 9:06:53 | 25 |

charges made by the government against the defendant. It is not evidence.

The defendants have pleaded not guilty to the charges and are presumed innocent unless and until proved guilty beyond a reasonable doubt.

A defendant has the right to remain silent and never has to prove innocence or present any evidence.

The evidence you are to consider in deciding what the facts are consists of, first, the sworn testimony of any witness; second, the exhibits where are received into evidence; and third, any facts to which all the lawyers stipulate.

The following things are not evidence and you must not consider them as evidence in deciding the case:

First, the tapes and arguments of the attorneys are not evidence; second, the questions and objections by the attorneys are not evidence; third, the testimony that I instruct you to disregard is not evidence; and anything you may see or hear when the Court is not in session, even if what you see or hear is done or said by one of parties or by one of the witnesses, is not evidence.

Some evidence is admitted for a limited purpose only. When I instruct you that an item of evidence has been admitted for a limited purpose, you must consider it only for that limited purpose and for no other.

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

20

| | | |
|---|---|---|
| 9:06:56 | 1 | Evidence may be either direct or circumstantial. |
| 9:07:00 | 2 | Direct evidence is proof of a fact, such as testimony by a |
| 9:07:03 | 3 | witness, about what that witness personally saw or heard or |
| 9:07:05 | 4 | did. |
| 9:07:06 | 5 | Circumstantial evidence is indirect evidence. |
| 9:07:08 | 6 | That is, it is proof of one or more facts from which one can |
| 9:07:12 | 7 | find another fact.  You are to consider both direct and |
| 9:07:15 | 8 | circumstantial evidence.  The law permits you to give equal |
| 9:07:19 | 9 | weight to both, but it is for you to decide how much weight |
| 9:07:23 | 10 | to give to any evidence. |
| 9:07:25 | 11 | There are rules of evidence which control what can |
| 9:07:27 | 12 | be received into evidence. |
| 9:07:28 | 13 | When a lawyer asks a question or offers an exhibit |
| 9:07:32 | 14 | into evidence and a lawyer on the other side thinks that it |
| 9:07:34 | 15 | is not permitted by the rules of evidence, that lawyer may |
| 9:07:38 | 16 | object.  If I overrule the objection, the question may be |
| 9:07:41 | 17 | answered or the exhibit received.  If I sustain the |
| 9:07:43 | 18 | objection, the question cannot be answered and the exhibit |
| 9:07:46 | 19 | cannot be received.  Whenever I sustain an objection to a |
| 9:07:52 | 20 | question, you must ignore the question and must not guess |
| 9:07:54 | 21 | what the answer would have been. |
| 9:07:56 | 22 | Sometimes I may order that evidence be stricken |
| 9:07:58 | 23 | from this record and that you disregard or ignore the |
| 9:08:01 | 24 | evidence.  That means that when you are deciding the case, |
| 9:08:05 | 25 | you must not consider the evidence which I told you to |

9:08:07  1   disregard.

9:08:08  2          In deciding the facts in the case, you may have to

9:08:11  3   decide which testimony to believe and which testimony not to

9:08:13  4   believe.  You may believe everything a witness says, or part

9:08:17  5   of it, or none of it.

9:08:19  6          In considering the testimony of any witness, you

9:08:21  7   may take into account the opportunity and ability of the

9:08:25  8   witness to see or hear or know the things testified to, the

9:08:29  9   witness's memory, the witness's manner while testifying, the

9:08:33  10  witness's interest in the outcome of the case and any bias

9:08:37  11  or prejudice, whether other evidence contradicted the

9:08:41  12  witness's testimony, the reasonableness of the witness's

9:08:44  13  testimony in light of all the evidence, and any other

9:08:47  14  factors that bear on believability.

9:08:49  15         The weight of the evidence as to a fact does not

9:08:52  16  necessarily depend on the number of witnesses who testify.

9:08:56  17         Although, the defendants are being tried together,

9:08:58  18  you must give separate consideration to each defendant.  In

9:09:02  19  doing so, you must determine which evidence in the case

9:09:05  20  applies to each defendant, disregarding any evidence

9:09:15  21  admitted solely against some other defendants.

9:09:15  22         The fact that you may find one of the defendants

9:09:15  23  guilty or not guilty should not control your verdict as to

9:09:17  24  any other defendants.

9:09:19  25         I will now say a few words about your conduct as

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

22

| | | |
|---|---|---|
| 9:09:22 | 1 | jurors. |
| 9:09:22 | 2 | First, you are not to discuss this case with |
| 9:09:25 | 3 | anyone, including your fellow jurors, members of your |
| 9:09:28 | 4 | family, people involved in the trial, or anyone else, nor |
| 9:09:32 | 5 | are you allowed to permit others to discuss the case with |
| 9:09:36 | 6 | you.  If anyone approaches you and tries to talk to you |
| 9:09:39 | 7 | about the case, please let me know about it immediately. |
| 9:09:42 | 8 | Second, do not read any news stories or articles |
| 9:09:44 | 9 | or listen to any radio or television reports about the case |
| 9:09:48 | 10 | or about anyone who has anything to do with it. |
| 9:09:51 | 11 | Third, do not do any research, such as consulting |
| 9:09:55 | 12 | dictionaries, searching the internet, or using other |
| 9:09:57 | 13 | reference materials, and do not make any investigation about |
| 9:10:00 | 14 | the case on your own. |
| 9:10:01 | 15 | And fourth, if you need to communicate with me, |
| 9:10:04 | 16 | simply give me a signed note.  Give it to the clerk, Kristee |
| 9:10:09 | 17 | or Lisa, and they will give it to me. |
| 9:10:11 | 18 | And finally, do not make up your mind about the |
| 9:10:14 | 19 | verdict or what it should be until after you've gone to the |
| 9:10:17 | 20 | jury room to decide the case and you and your fellow jurors |
| 9:10:22 | 21 | have discussed the evidence.  Keep an open mind until then. |
| 9:10:25 | 22 | Now, let me stop for just a moment and say to you |
| 9:10:27 | 23 | that during the jury selection I was somewhat naive about |
| 9:10:32 | 24 | the case receiving any coverage.  The case, I told each of |
| 9:10:35 | 25 | you, had received some newspaper or media coverage of some |

| | | |
|---|---|---|
| 9:10:40 | 1 | type.  You're not going to be sequestered.  I couldn't find |
| 9:10:44 | 2 | jurors, I think, that would serve nine months in that |
| 9:10:46 | 3 | situation.  So it strictly depends upon your ethics.  And if |
| 9:10:50 | 4 | you start to read something in the paper or see something on |
| 9:10:53 | 5 | the television, or if you're just on the internet and see |
| 9:10:56 | 6 | something that you think relates to this case, what I'm |
| 9:10:58 | 7 | asking you to do is, upon recognition of that, simply turn |
| 9:11:02 | 8 | off that source.  Turn to another article.  But certainly, |
| 9:11:04 | 9 | if we had you in a sequestered situation, you would still |
| 9:11:08 | 10 | have television, you'd still have newspapers.  So, so much |
| 9:11:11 | 11 | really depends upon your individual ethics. |
| 9:11:15 | 12 | Remember, it's not only justice, it's also the way |
| 9:11:15 | 13 | we go about -- sometimes the perception -- of how we end up |
| 9:11:18 | 14 | with a just verdict in this matter, for one side or the |
| 9:11:22 | 15 | other. |
| 9:11:23 | 16 | If you wish, you may take notes to help you recall |
| 9:11:26 | 17 | what witnesses said.  And you have note pads with you.  If |
| 9:11:30 | 18 | you do take notes, please keep them to yourself until you |
| 9:11:35 | 19 | and your fellow jurors go to the jury room to decide the |
| 9:11:36 | 20 | case.  Do not let note-taking, though, distract you so that |
| 9:11:40 | 21 | you do not hear other answers by witnesses. |
| 9:11:42 | 22 | And when you leave, your notes should be left in |
| 9:11:44 | 23 | the courtroom, just on the seat that you occupy. |
| 9:11:47 | 24 | Whether or not you take notes, you should rely on |
| 9:11:49 | 25 | your own memory of what was said.  Notes are only to assist |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

24

| | | |
|---|---|---|
| 9:11:53 | 1 | your memory.  You should not be overly influenced by the |
| 9:11:57 | 2 | notes. |
| 9:11:57 | 3 | The trial will now begin.  First, each side may |
| 9:12:00 | 4 | make an opening statement.  Remember that an opening |
| 9:12:03 | 5 | statement is not evidence.  It is simply an outline to help |
| 9:12:07 | 6 | you understand what the party expects the evidence will |
| 9:12:09 | 7 | show. |
| 9:12:10 | 8 | A defendant is not required to make an opening |
| 9:12:12 | 9 | statement and they may reserve an opening statement until |
| 9:12:16 | 10 | the beginning of the defense case, which is entirely |
| 9:12:19 | 11 | appropriate and proper. |
| 9:12:21 | 12 | The government will then present evidence, and |
| 9:12:24 | 13 | counsel for the defense may cross-examine.  Then the |
| 9:12:27 | 14 | defendant may present evidence and the government may |
| 9:12:27 | 15 | cross-examine.  And after the evidence has been presented, |
| 9:12:29 | 16 | the attorneys will make closing arguments, and I will |
| 9:12:33 | 17 | instruct you on the law that applies to this case.  After |
| 9:12:37 | 18 | that, you'll go to the jury room to deliberate on your |
| 9:12:40 | 19 | verdict. |
| 9:12:40 | 20 | At the conclusion of today's session, I want to |
| 9:12:43 | 21 | talk to you about the court hours and try to work out some |
| 9:12:46 | 22 | agreements between all of you.  But I would like to promptly |
| 9:12:50 | 23 | start -- I would like to start at 8:00 o'clock, but my |
| 9:12:53 | 24 | wisdom tells me that if I start at 8:30, you'll all be here. |
| 9:12:57 | 25 | And I'm going to ask you to be here at 8:15 so that we |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

25

| | | |
|---|---|---|
| 9:13:02 | 1 | promptly bring you into court at 8:30. |
| 9:13:05 | 2 | Remember, every half hour that we lose a day, just |
| 9:13:08 | 3 | a half hour, by the end of one week is a complete morning |
| 9:13:12 | 4 | session of testimony.  So we'll discuss that and your |
| 9:13:16 | 5 | well-being as we go through the case. |
| 9:13:18 | 6 | Counsel, on behalf of the government, Mr. Emmick, |
| 9:13:19 | 7 | will you be making the opening statement? |
| 9:13:24 | 8 | MR. EMMICK:  Yes, I will, Your Honor. |
| 9:13:25 | 9 | THE COURT:  Sir, the lectern's yours. |
| 9:13:28 | 10 | MR. EMMICK:  Thank you, Your Honor. |
| 9:13:31 | 11 | **GOVERNMENT'S OPENING STATEMENT** |
| 9:13:52 | 12 | MR. EMMICK:  Good morning.  On August 28th of 1997 |
| 9:13:55 | 13 | an inmate by the name of Allen Benton sat in his cell at the |
| 9:14:00 | 14 | United States Penitentiary at Lewisburg, Pennsylvania. |
| 9:14:04 | 15 | Benton was one of three commissioners of the Aryan |
| 9:14:09 | 16 | Brotherhood prison gang.  He was holding in his hands a |
| 9:14:13 | 17 | letter from another Aryan Brotherhood member named Ronald |
| 9:14:18 | 18 | Slocum.  Slocum's job had been to relay messages between |
| 9:14:22 | 19 | Aryan Brotherhood members in different prisons. |
| 9:14:24 | 20 | The letter had a code on it, a P.S. written down |
| 9:14:33 | 21 | on the bottom, indicating there was a message written on the |
| 9:14:44 | 22 | paper in invisible ink.  Benton and another Aryan |
| 9:14:44 | 23 | Brotherhood member heated the letter up, which caused the |
| 9:14:44 | 24 | message written -- which caused the invisible message to |
| 9:14:54 | 25 | become visible. |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

| | | |
|---|---|---|
| 9:14:57 | 1 | The message was, "War with DC from T.D."  The |
| 9:15:04 | 2 | message was from Benton's two co-commissioners on the |
| 9:15:10 | 3 | Aryan Brotherhood, T.D. Bingham and Barry Mills, who were |
| 9:15:14 | 4 | housed at another federal prison in Colorado.  The message |
| 9:15:19 | 5 | meant that the Aryan Brotherhood was to embark on a |
| 9:15:21 | 6 | nationwide war with the DC Blacks, which is a black prison |
| 9:15:26 | 7 | gang. |
| 9:15:28 | 8 | Twelve hours later two black inmates at Lewisburg |
| 9:15:32 | 9 | prison were dead and two others had been stabbed and |
| 9:15:35 | 10 | seriously wounded.  The Aryan Brotherhood's nationwide race |
| 9:15:40 | 11 | war had begun. |
| 9:15:43 | 12 | Good morning.  My name is Mike Emmick, and this is |
| 9:15:47 | 13 | the Aryan Brotherhood case.  This case is fundamentally |
| 9:15:50 | 14 | about power and control of the nation's federal prison |
| 9:15:54 | 15 | population.  The case is about the Aryan Brotherhood |
| 9:15:56 | 16 | obviously.  But it is more than that.  It is also about the |
| 9:16:02 | 17 | four leaders of the Aryan Brotherhood who are on trial |
| 9:16:05 | 18 | today. |
| 9:16:06 | 19 | Let me say a few words about each of them. |
| 9:16:12 | 20 | First, Barry Byron Mills.  He's the gentleman here |
| 9:16:15 | 21 | with the blue shirt in the front row.  He's also known as |
| 9:16:20 | 22 | "The Baron."  He was one of the original Aryan Brotherhood |
| 9:16:23 | 23 | commissioners in the early 1980's, and he's been one of the |
| 9:16:28 | 24 | Aryan Brotherhood commissioners for nearly 25 years. |
| 9:16:31 | 25 | In 1979 he lured an inmate named John Marzloff |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

27

| | | |
|---|---|---|
| 9:16:39 | 1 | into a bathroom at a prison and murdered him, stabbing him |
| 9:16:44 | 2 | 17 times in the chest and neck and head.  Marzloff died, and |
| 9:16:49 | 3 | Mills was convicted of that murder. |
| 9:16:51 | 4 | Because of his position, prestige and power in the |
| 9:16:56 | 5 | Aryan Brotherhood, Mills directed and approved all but one |
| 9:16:59 | 6 | of the murders and attempted murders charged in this case. |
| 9:17:04 | 7 | Let's look at the second defendant for just a |
| 9:17:05 | 8 | moment.  Tyler Davis Bingham, the gentleman in the checked |
| 9:17:10 | 9 | shirt here in the front row.  He's also known as T.D. or as |
| 9:17:15 | 10 | "The Hulk" or as "Bull."  He also has been in prison for |
| 9:17:21 | 11 | most of his life.  He was out of prison for a time from '81 |
| 9:17:26 | 12 | to '85.  But when he returned, this time moving from the |
| 9:17:31 | 13 | California Aryan Brotherhood to the federal Aryan |
| 9:17:34 | 14 | Brotherhood, he was immediately made a commissioner of the |
| 9:17:38 | 15 | Aryan Brotherhood, along with Mills. |
| 9:17:42 | 16 | You remember the message that I referred to that |
| 9:17:45 | 17 | said, "War with DC from T.D"?  The "T.D." was T.D. Bingham. |
| 9:17:52 | 18 | Third, is Christopher Overton Gibson.  The |
| 9:17:55 | 19 | gentleman here on the left, the second row, the blue shirt. |
| 9:17:59 | 20 | He was on the Aryan Brotherhood's council.  And in 1997 |
| 9:18:02 | 21 | Mills made him the head of security for the |
| 9:18:07 | 22 | Aryan Brotherhood.  In 1992, he and another Aryan |
| 9:18:10 | 23 | Brotherhood member attempted to murder Jeffrey Barnett by |
| 9:18:14 | 24 | stabbing and beating him.  And he's been involved with other |
| 9:18:19 | 25 | stabbings and beatings in the federal system. |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

28

| | | |
|---|---|---|
| 9:18:22 | 1 | Fourth is defendant Edgar Hevle, in the blue shirt |
| 9:18:26 | 2 | on your right, in the second row.  He's also known as |
| 9:18:29 | 3 | "Snail."  That's his nickname.  You'll see that a lot of the |
| 9:18:32 | 4 | Aryan Brotherhood members have nicknames.  He was on the |
| 9:18:35 | 5 | Aryan Brotherhood council set up by Mills and Bingham.  In |
| 9:18:39 | 6 | fact, he was a commissioner for a time, and he's been |
| 9:18:42 | 7 | involved in the Aryan Brotherhood since at least 1979. |
| 9:18:46 | 8 | In 1992, Hevle asked for and obtained permission |
| 9:18:49 | 9 | from Mills to kill Arva Lee Ray.  Ray was killed in part |
| 9:18:55 | 10 | because he had gotten into an argument with Hevle and had |
| 9:19:00 | 11 | spit at him and thrown some packets of sugar at him. |
| 9:19:04 | 12 | In this case, the United States has charged these |
| 9:19:06 | 13 | four defendants with crimes under our country's racketeering |
| 9:19:10 | 14 | laws, sometimes known as RICO laws.  The indictment alleges |
| 9:19:16 | 15 | that the Aryan Brotherhood, including its members and its |
| 9:19:19 | 16 | associates, constitute a racketeering enterprise. |
| 9:19:26 | 17 | These four defendants are charged with working |
| 9:19:28 | 18 | together, and agreeing to work together, to carry out the |
| 9:19:32 | 19 | illegal goals of the enterprise, including committing |
| 9:19:36 | 20 | murders, conspiring to commit murders, selling drugs, and |
| 9:19:40 | 21 | committing other illegal acts. |
| 9:19:43 | 22 | This particular trial is directed at the |
| 9:19:45 | 23 | leadership of the federal side of the Aryan Brotherhood. |
| 9:19:53 | 24 | It's focus is going to be on a series of over 15 murders, |
| 9:19:58 | 25 | and attempted murders, and conspiracies to commit murders |

| | | |
|---|---|---|
| 9:20:01 | 1 | that have been committed over the last 30-some-odd years. |
| 9:20:06 | 2 | This is my opening statement, which, as the Judge |
| 9:20:08 | 3 | has explained, is kind of a preview or outline of what's |
| 9:20:12 | 4 | going to be happening in the course of a trial.  The trial |
| 9:20:15 | 5 | is going to be a long trial, and my opening statement is |
| 9:20:19 | 6 | going to be long as well.  So let me give you a preview of |
| 9:20:24 | 7 | the preview, sort of a game plan, how this opening statement |
| 9:20:32 | 8 | is going to proceed. |
| 9:20:33 | 9 | What I'm going to be doing is I'm going to be |
| 9:20:34 | 10 | talking first about -- can everyone see up there?  All |
| 9:20:39 | 11 | right.  Thank you.  What I'm going to be doing first is |
| 9:20:41 | 12 | talking about the Aryan Brotherhood generally, talking about |
| 9:20:44 | 13 | the organization itself and its associates.  I've written |
| 9:20:56 | 14 | just "AB" up there because it's a simpler way of writing it |
| 9:20:56 | 15 | and thinking about it.  You'll hear the terms "AB" used |
| 9:20:59 | 16 | instead of "Aryan Brotherhood" quite frequently. |
| 9:21:01 | 17 | I'm going to be talking about the Aryan |
| 9:21:03 | 18 | Brotherhood generally for 40, 45 minutes, something like |
| 9:21:08 | 19 | that.  We're going to be talking in that sense about the |
| 9:21:11 | 20 | membership, the rules, distinctive phrases that they use, |
| 9:21:15 | 21 | tattoos, communications -- how they communicate with each |
| 9:21:19 | 22 | other inside or outside of prison or between the prisons -- |
| 9:21:22 | 23 | about the organization itself. |
| 9:21:25 | 24 | Next, for about 10 minutes, I'm going to be |
| 9:21:28 | 25 | talking about prisons.  That's because you need to |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

30

| | | |
|---|---|---|
| 9:21:30 | 1 | understand not only about how the Aryan Brotherhood works, |
| 9:21:32 | 2 | but in the context of the prison system.  Most people are |
| 9:21:38 | 3 | not particularly familiar with the prison system, so this is |
| 9:21:42 | 4 | a time for me to preview the sort of evidence that you'll be |
| 9:21:44 | 5 | receiving from witnesses in our case about the prison |
| 9:21:46 | 6 | system.  We'll be showing you where the prisons are, how the |
| 9:21:49 | 7 | prisons work, what their rules are, and a little bit about |
| 9:21:54 | 8 | what prison life is like. |
| 9:21:55 | 9 | Then, I'm going to be going through the chronology |
| 9:21:58 | 10 | of the murders themselves.  That will be the bulk of this |
| 9:22:01 | 11 | opening statement.  As I mentioned there are over 15 of |
| 9:22:04 | 12 | them.  We're going to go through them in order.  And I'm |
| 9:22:06 | 13 | going to have a PowerPoint presentation that will show what |
| 9:22:10 | 14 | happens.  It will take some time.  It will probably take in |
| 9:22:14 | 15 | the neighborhood of 90 minutes.  I believe we'll be taking a |
| 9:22:17 | 16 | break somewhere in there, so you don't have to think you'll |
| 9:22:21 | 17 | be there just sitting for two and a half or three hours. |
| 9:22:25 | 18 | I'll be spending maybe five minutes per murder. |
| 9:22:29 | 19 | And at the end of that presentation will be the Aryan |
| 9:22:34 | 20 | Brotherhood's race war against the blacks, and especially |
| 9:22:37 | 21 | that black gang I referred to earlier called the DC Blacks. |
| 9:22:42 | 22 | That actually extends to about 2000. |
| 9:22:45 | 23 | I'm also gonna talk at the end of that about the |
| 9:22:48 | 24 | investigation in this RICO case.  The investigation |
| 9:22:52 | 25 | proceeded from about 1998 until, really, the present.  And |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

31

| | | |
|---|---|---|
| 9:22:55 | 1 | that will give me a chance for 15 minutes or so to talk a |
| 9:23:01 | 2 | little about the kinds of documents that are obtained and |
| 9:23:04 | 3 | about the different cooperating witnesses who were "turned," |
| 9:23:09 | 4 | as the phrase goes, and chose to cooperate with the |
| 9:23:13 | 5 | government and be witnesses in this case. |
| 9:23:17 | 6 | I'll also be talking about the evidence itself. |
| 9:23:19 | 7 | I'll be talking about the videotapes and giving you a little |
| 9:23:23 | 8 | preview about videotapes and audio tapes and letters that |
| 9:23:26 | 9 | you'll see and the like. |
| 9:23:29 | 10 | Finally, I'll offer you a few thoughts at the end |
| 9:23:31 | 11 | just about the trial itself. So it will be a little bit of |
| 9:23:38 | 12 | time, but I think it will be worth your while. Part of the |
| 9:23:42 | 13 | reason that you have an opening statement is so that you'll |
| 9:23:45 | 14 | have that overview. Sometimes we wish it were otherwise, |
| 9:23:48 | 15 | but the cases don't always -- the evidence never comes in, |
| 9:23:51 | 16 | in a completely chronological way. |
| 9:23:54 | 17 | For example, we have several witnesses who will |
| 9:23:57 | 18 | talk about several of the murders. And so you put one on |
| 9:24:02 | 19 | the stand, and he talks about eight murders that he knows |
| 9:24:04 | 20 | something about, and automatically you're out of |
| 9:24:07 | 21 | chronological order so that's the reason that this makes |
| 9:24:12 | 22 | sense to give you the overview first. |
| 9:24:15 | 23 | That having been said, let's talk about the |
| 9:24:18 | 24 | Aryan Brotherhood, generally. Let's talk about it in this |
| 9:24:21 | 25 | record, as you can see up on the graphic. Let's talk about |

| | | |
|---|---|---|
| 9:24:24 | 1 | the background and history of the Aryan Brotherhood. |
| 9:24:28 | 2 | The Aryan Brotherhood is a prison gang.  It |
| 9:24:31 | 3 | operates in the state and the federal prison systems.  It's |
| 9:24:34 | 4 | a white prison gang.  But it is by no means the largest |
| 9:24:38 | 5 | prison gang or even the largest white prison gang. |
| 9:24:43 | 6 | Nationwide, it has no more than a hundred members, probably |
| 9:24:47 | 7 | fewer.  What is distinctive about the Aryan Brotherhood is |
| 9:24:50 | 8 | that its members are particularly violent, disciplined, |
| 9:24:55 | 9 | fearless, and committed to controlling and dominating the |
| 9:25:00 | 10 | prison population through murder, threats of murder, and |
| 9:25:05 | 11 | intimidation. |
| 9:25:06 | 12 | The evidence will show that the AB's motto is |
| 9:25:10 | 13 | "Blood In, Blood Out."  What that motto means is that to |
| 9:25:16 | 14 | become a member of the Aryan Brotherhood, you have to draw |
| 9:25:18 | 15 | somebody's blood.  Usually, that's done by killing someone, |
| 9:25:22 | 16 | but sometimes just by stabbing them or in some other way |
| 9:25:26 | 17 | drawing blood.  The "Blood Out" means that you cannot leave |
| 9:25:29 | 18 | the Aryan Brotherhood except by death. |
| 9:25:34 | 19 | The Aryan Brotherhood started in the mid 1960's in |
| 9:25:38 | 20 | the California prison system at a place called San Quentin. |
| 9:25:43 | 21 | Probably a lot of you have heard of that.  It began really |
| 9:25:46 | 22 | as a way for white inmates to band together to protect |
| 9:25:50 | 23 | themselves.  Prison's a dangerous place, and prisoners try |
| 9:25:54 | 24 | to protect themselves.  The Aryan Brotherhood is, and was, a |
| 9:25:58 | 25 | white racist group.  There had been white prison gangs |

| | | |
|---|---|---|
| 9:26:04 | 1 | before, but it's always difficult to find fellow inmates who |
| 9:26:08 | 2 | are strong enough, tough enough, and disciplined enough to |
| 9:26:12 | 3 | be relied upon. |
| 9:26:13 | 4 | The founders of the Aryan -- at this point it's |
| 9:26:16 | 5 | just the California Aryan Brotherhood -- decided that if |
| 9:26:19 | 6 | they were selective and started with a core of the toughest |
| 9:26:32 | 7 | and most trustworthy inmates, and if those inmates were |
| 9:26:32 | 8 | bound to each other by an oath-of-blood loyalty, they could |
| 9:26:33 | 9 | survive and even thrive in the prison environment. |
| 9:26:39 | 10 | Using an approach like this, the AB started up. |
| 9:26:43 | 11 | And they were able to establish their reputation of fear |
| 9:26:47 | 12 | quickly. Their reputation grew, and the organization itself |
| 9:26:52 | 13 | grew. People saw that there were advantages to being in the |
| 9:26:57 | 14 | Aryan Brotherhood. |
| 9:26:58 | 15 | In the 1970's, as prisoner's moved around from |
| 9:27:02 | 16 | prison to prison -- it was no longer just San Quentin. It |
| 9:27:07 | 17 | expanded to other prisons in the California system; and as |
| 9:27:10 | 18 | prisoners moved around, it expanded to the prison system. |
| 9:27:16 | 19 | The federal faction was initially quite small, but |
| 9:27:19 | 20 | it became to be well known and notorious. The main leaders |
| 9:27:25 | 21 | of the federal faction were Barry Mills and an inmate named |
| 9:27:31 | 22 | Tom Silverstein, nicknamed "Terrible Tom." As the Aryan |
| 9:27:36 | 23 | Brotherhood grew, the leaders on the federal side and state |
| 9:27:39 | 24 | side sought to impose more organization and more discipline |
| 9:27:43 | 25 | on its members. |

|          |    |                                                                  |
|----------|----|------------------------------------------------------------------|
| 9:27:45  | 1  | The evidence will show, for example, that, early                 |
| 9:27:47  | 2  | on, membership in the Aryan Brotherhood was going to be          |
| 9:27:51  | 3  | unanimous.  All the members had to vote.  But that became        |
| 9:27:56  | 4  | impractical after a while because the members were so spread     |
| 9:28:00  | 5  | out.  So there was a need to delegate to a commission.           |
| 9:28:03  | 6  | In the early 1980's, the California Aryan                        |
| 9:28:06  | 7  | Brotherhood faction held a meeting.  You might think to          |
| 9:28:10  | 8  | yourself, "How can the Aryan Brotherhood have a meeting?         |
| 9:28:12  | 9  | They're in prison."  Here's how it worked.  You'll find in       |
| 9:28:16  | 10 | this trial that there are ingenuous ways for the Aryan           |
| 9:28:21  | 11 | Brotherhood to meet and communicate with each other.             |
| 9:28:23  | 12 | In this instance, in the early 1980's, the                       |
| 9:28:27  | 13 | California Aryan Brotherhood members were brought together       |
| 9:28:30  | 14 | because of a trial.  There was an Aryan Brotherhood member       |
| 9:28:32  | 15 | on trial.  Defendants have the right to subpoena witnesses       |
| 9:28:36  | 16 | on their behalf.  And they subpoenaed all their Aryan            |
| 9:28:39  | 17 | members and friends.  And they were all housed together at a     |
| 9:28:43  | 18 | place in Chino called Palm Hall.  It's one of the wings on       |
| 9:28:48  | 19 | one of the prisons.                                              |
| 9:28:51  | 20 | And while they were there at Palm Hall, they were               |
| 9:28:55  | 21 | able to have a meeting, and they were able to discuss Aryan      |
| 9:28:57  | 22 | Brotherhood business, and they formalized a new                  |
| 9:29:00  | 23 | organizational structure.  And that structure would be as        |
| 9:29:03  | 24 | follows:  That there would be a commission at the top with a     |
| 9:29:07  | 25 | number of members, and that commission would make decisions      |

9:29:11    1    on behalf of the group as a whole -- the important

9:29:13    2    decisions, certainly.  The commissioners would include

9:29:18    3    Clifford Smith, whom you'll hear more about, and Robert

9:29:22    4    Griffin.

9:29:24    5            Now, at about the same time, the small, but still

9:29:26    6    growing, federal Aryan Brotherhood made the same kind of

9:29:30    7    organizational change.  Mills and other Aryan Brotherhood

9:29:36    8    leaders in the federal faction created a three-person

9:29:40    9    commission, and that would make decisions for the rest of

9:29:43    10   the federal Aryan Brotherhood.  Mills is one of those first

9:29:47    11   commissioners, as was Silverstein.

9:29:50    12           The evidence will show that the California AB and

9:29:53    13   the federal AB, thus, operate like a single organization

9:29:57    14   with two parts.  The two parts work together.  The two

9:30:00    15   factions abide by each other's orders and directions.  Once

9:30:05    16   an inmate becomes a member of the California AB, and moves

9:30:10    17   over to the federal side, he automatically becomes a member

9:30:13    18   of the other AB.

9:30:16    19           Tyler Bingham is an example.  He was a member of

9:30:21    20   the California Aryan Brotherhood, was out for a time, came

9:30:25    21   back to the federal side of the Aryan Brotherhood and was

9:30:28    22   put immediately into the position of a commissioner.

9:30:33    23           Now, this basic structure of the Aryan Brotherhood

9:30:35    24   remained in place until the early 1990's.  The evidence will

9:30:40    25   show that at about that point Mills and Bingham decided "We

9:30:46   1    need more structure, more of an organization." And so they

9:30:49   2    instituted the following change:  Rather than having a

9:30:52   3    commission at the top and members at the bottom, they had an

9:30:57   4    intermediate level of structure of organization.  That

9:31:01   5    intermediate level was known as the council.

9:31:05   6           The members of the council were basically the most

9:31:08   7    senior Aryan Brotherhood members, one at each of the

9:31:11   8    prisons.  There are about six or eight prisons that come

9:31:16   9    into play in this case.  We'll talk about them in just a

9:31:19   10   moment.  But as a result, the council would have anywhere

9:31:22   11   between six or eight members at any one time.  That's about

9:31:27   12   the middle level of the three levels.

9:31:29   13          The next organizational change that was attempted

9:31:31   14   was in about 1996, 1997.  At that time, Mills and Bingham

9:31:37   15   created departments and department heads.  There was a

9:31:41   16   department of intelligence, business, of drugs and of

9:31:46   17   security.  This system ended up being a little too unwieldy

9:31:52   18   and it was abandoned.

9:31:54   19          Let's take a look at some of the people who have

9:31:57   20   been in the positions of commission or council, and it will

9:32:00   21   help us work our way through how the Aryan works.

9:32:05   22          First, let's talk about the commissioners

9:32:07   23   themselves.  Three people on the commission.  Mills has been

9:32:11   24   one of the commissioners from its beginning at about 1980 to

9:32:22   25   the present.  Bingham was the second from about 1985 to the

| | |
|---|---|
| 9:32:22 | 1 |
| 9:32:22 | 2 |
| 9:32:28 | 3 |
| 9:32:32 | 4 |
| 9:32:34 | 5 |
| 9:32:36 | 6 |
| 9:32:39 | 7 |
| 9:32:43 | 8 |
| 9:32:46 | 9 |
| 9:32:51 | 10 |
| 9:32:54 | 11 |
| 9:32:58 | 12 |
| 9:33:02 | 13 |
| 9:33:05 | 14 |
| 9:33:09 | 15 |
| 9:33:14 | 16 |
| 9:33:18 | 17 |
| 9:33:24 | 18 |
| 9:33:27 | 19 |
| 9:33:31 | 20 |
| 9:33:37 | 21 |
| 9:33:42 | 22 |
| 9:33:47 | 23 |
| 9:33:50 | 24 |
| 9:33:52 | 25 |

present.  There have been about five or six other commissioners.  Their names are Greschner, Sahakian, Benton, Silverstein, Mr. Hevle -- in the back -- and a fellow by the name of Kevin Roach.

Now, I am talking about these commissioners because its useful to know what positions the defendants might have held, but it's also useful to know that, of these commissioners, two of them are going to be government witnesses:  Allen Benton and Kevin Roach.

Let's turn to the council members who are sometimes just referred to as "councillors."  Council members.  Councillors.  I have listed a whole bunch of them.  There's no reason for me to walk through all the names.  But as with the commissioners, it's useful to know that one of them was Mr. Gibson.  It's also useful to know that three of them are going to be government witnesses.  One is Eugene Bentley, one is Glen West, and the third is Phil Myers.

Now, beneath the commission and the council, you have what you might call the rank-and-file Aryan Brotherhood members.  And they are 50, 60, 70 in number at any one time; sometimes less, sometimes more.  And beneath that, you have a far more numerous group that generally gets referred to as "Aryan Brotherhood Associates" or "AB Associates."  And these are people who associate with the Aryan Brotherhood members.  Sometimes they do it 'cause they just want to hang

| | | |
|---|---|---|
| 9:33:56 | 1 | out with them, sometimes they do it because they want a |
| 9:33:59 | 2 | benefit from their protection, sometimes they do it because |
| 9:34:03 | 3 | they want into the Aryan Brotherhood themselves; they want |
| 9:34:06 | 4 | to actually become members.  These people help the |
| 9:34:10 | 5 | Aryan Brotherhood members commit crimes, help them commit |
| 9:34:15 | 6 | murders, serve as communication links with the outside |
| 9:34:19 | 7 | world. |
| 9:34:20 | 8 | Now, that we've talked about the structure a |
| 9:34:22 | 9 | little bit, let's go back to our general outline and talk |
| 9:34:25 | 10 | about the purposes and the goals of the organization. |
| 9:34:30 | 11 | Initially, the main purpose of the |
| 9:34:31 | 12 | Aryan Brotherhood was to protect its members from attacks |
| 9:34:34 | 13 | from others, and especially other prison gangs.  Prison |
| 9:34:38 | 14 | gangs are not at all uncommon.  There are white gangs, such |
| 9:34:42 | 15 | as the Aryan Brotherhood, or the Dirty White Boys, or the |
| 9:34:47 | 16 | Nazi Lowriders.  There are Latino gangs such as the Mexican |
| 9:34:52 | 17 | Mafia, which usually goes by the name EME, which is the way |
| 9:34:57 | 18 | you spell out the letter 'M.'  It's called the EME.  Another |
| 9:35:02 | 19 | Latin gang is the Latin Kings.  And there are black gangs |
| 9:35:10 | 20 | such as the DC Blacks the Black Guerilla Family and others. |
| 9:35:14 | 21 | The Aryan Brotherhood is characterized, really, by |
| 9:35:17 | 22 | its fearlessness and its violence.  The members sometimes |
| 9:35:23 | 23 | kill in full view of guards and other inmates.  As one |
| 9:35:28 | 24 | witness will put it, while the Dirty White Boys will beat |
| 9:35:31 | 25 | you up pretty good, the Aryan Brotherhood practice is simply |

| | | |
|---|---|---|
| 9:35:35 | 1 | to kill anyone who shows disrespect or fails to follow their |
| 9:35:39 | 2 | rules.  This approach was successful in terrorizing the |
| 9:35:44 | 3 | prison population, and in securing, really, the |
| 9:35:50 | 4 | Aryan Brotherhood's position as -- of authority and power |
| 9:35:55 | 5 | within that prison population. |
| 9:35:57 | 6 | The Aryan Brotherhood leadership, though, also |
| 9:35:59 | 7 | found that they could then accomplish other goals, that is |
| 9:36:03 | 8 | to say, once you dominate and control a prison population in |
| 9:36:07 | 9 | general, you can also make money.  You can dominate the drug |
| 9:36:14 | 10 | trade inside the prisons, including smuggling drugs in and |
| 9:36:19 | 11 | selling the drugs.  The evidence will show that that |
| 9:36:22 | 12 | generated profits, made other inmates beholden to the |
| 9:36:27 | 13 | organization. |
| 9:36:27 | 14 | The Aryan Brotherhood offered protection for |
| 9:36:30 | 15 | money.  The Aryan Brotherhood extorted money from inmates |
| 9:36:35 | 16 | and ran gambling and bookmaking operations.  They even, at |
| 9:36:41 | 17 | times, took on contracts to carry out murders on behalf of |
| 9:36:46 | 18 | others.  You'll hear evidence in this case about such a |
| 9:36:49 | 19 | contract from John Gotti, who's a well-known organized crime |
| 9:36:53 | 20 | figure. |
| 9:36:54 | 21 | The Aryan Brotherhood also sought to protect |
| 9:36:58 | 22 | itself by making sure that nobody cooperated with the |
| 9:37:01 | 23 | authorities, nobody "snitched," as the phrase comes to be |
| 9:37:05 | 24 | known.  And if anyone threatened the Aryan Brotherhood's |
| 9:37:08 | 25 | control, they would be killed.  If anyone snitched against |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

40

| | | |
|---|---|---|
| 9:37:13 | 1 | the Aryan Brotherhood, they would be killed. |
| 9:37:15 | 2 | The evidence will also show that the |
| 9:37:17 | 3 | Aryan Brotherhood sought to extend its influence outside the |
| 9:37:20 | 4 | prison walls.  Because that, too, is a way to make money for |
| 9:37:27 | 5 | the Aryan Brotherhood members inside.  Let me explain that. |
| 9:37:33 | 6 | Most members of the Aryan Brotherhood are actually |
| 9:37:35 | 7 | in prison.  But, occasionally, Aryan Brotherhood members do |
| 9:37:39 | 8 | get released, and there are a great number of Aryan |
| 9:37:43 | 9 | Brotherhood associates outside.  When Aryan Brotherhood |
| 9:37:47 | 10 | members leave, they remain Aryan Brotherhood members, and |
| 9:37:51 | 11 | they remain loyal, and they remain obliged by the |
| 9:37:56 | 12 | Aryan Brotherhood rules to continue to work from the outside |
| 9:37:59 | 13 | to help the inside. |
| 9:38:01 | 14 | What they do is, they sell drugs, they manufacture |
| 9:38:05 | 15 | drugs to sell, and they send the money to the Aryan |
| 9:38:08 | 16 | Brotherhood members inside.  They also commit crimes to |
| 9:38:13 | 17 | generate money and send the money inside.  They're asked to |
| 9:38:18 | 18 | transmit messages between the leaders of the Aryan |
| 9:38:30 | 19 | Brotherhood in different prisons, sometimes by phone calls, |
| 9:38:30 | 20 | sometimes by sending and forwarding letters. |
| 9:38:30 | 21 | The Aryan Brotherhood also has a significant |
| 9:38:30 | 22 | network of wives, girlfriends, lawyers even, who are outside |
| 9:38:36 | 23 | the prison and willing to help.  The evidence will show that |
| 9:38:41 | 24 | they, too, smuggle drugs into prison, send money to the |
| 9:38:47 | 25 | Aryan Brotherhood in prison, passing messages back and |

| | |
|---|---|
| 9:38:52 | 1 |
| 9:38:54 | 2 |
| 9:38:57 | 3 |
| 9:39:02 | 4 |
| 9:39:06 | 5 |
| 9:39:08 | 6 |
| 9:39:12 | 7 |
| 9:39:17 | 8 |
| 9:39:20 | 9 |
| 9:39:23 | 10 |
| 9:39:27 | 11 |
| 9:39:32 | 12 |
| 9:39:33 | 13 |
| 9:39:36 | 14 |
| 9:39:39 | 15 |
| 9:39:42 | 16 |
| 9:39:46 | 17 |
| 9:39:48 | 18 |
| 9:39:51 | 19 |
| 9:39:56 | 20 |
| 9:40:00 | 21 |
| 9:40:04 | 22 |
| 9:40:09 | 23 |
| 9:40:12 | 24 |
| 9:40:18 | 25 |

forth.  In this way, the Aryan Brotherhood's goal was to create a system in which the members inside, like Mr. Mills, could not only be in control of the prisons themselves, but they benefit from money and from contacts on the outside.

They would become more than a prison gang.  They would become a full-blown criminal organization, both inside and outside of prison.  And if someone outside is convicted of a crime and has to go back into jail -- and you'll find that happens frequently, not only with the defendants, but also with some of our witnesses -- they would have the benefits of being an Aryan Brotherhood, once you're back on the inside.

Let's now turn to how the Aryan is able to accomplish that.  We'll talk a little about membership, training, rules, and enforcement.  The Aryan Brotherhood really has been able to establish itself and grow in power for a number of reasons.

First, they were extremely selective in their membership policies.  Most of their members are very long-term inmates, who have violent criminal histories, and will carry themselves in a way that maximizes the fear and respect that the Aryan Brotherhood wants.  They also select only those whom they believe will be completely trustworthy, who will not snitch and, therefore, not threaten the organization.

| | | |
|---|---|---|
| 9:40:19 | 1 | The evidence will show that they also select those |
| 9:40:22 | 2 | who will be obedient to the Aryan Brotherhood rules or to |
| 9:40:26 | 3 | directions from the Aryan Brotherhood commission about |
| 9:40:29 | 4 | asking any further questions. |
| 9:40:33 | 5 | Membership in the Aryan Brotherhood works as |
| 9:40:34 | 6 | follows:  The evidence will show that a would-be member has |
| 9:40:39 | 7 | to be sponsored or "put up" by an existing Aryan Brotherhood |
| 9:40:44 | 8 | member.  Now, that usually happens because you're an Aryan |
| 9:40:47 | 9 | Brotherhood associate and you want to work your way up, so |
| 9:40:50 | 10 | to speak. |
| 9:40:51 | 11 | Now, some Aryan Brotherhood associates want to be |
| 9:40:55 | 12 | in the AB; some don't.  Some just don't want to have the |
| 9:41:01 | 13 | lifetime commitment, and some don't want to have to kill on |
| 9:41:09 | 14 | demand. |
| 9:41:10 | 15 | Once an inmate has been put up for membership, |
| 9:41:12 | 16 | there's a probationary period, about a year.  And it's |
| 9:41:17 | 17 | during this probationary period that other Aryan Brotherhood |
| 9:41:23 | 18 | members can check you out, so to speak, make sure that |
| 9:41:26 | 19 | you'll hold yourself right, make sure that you'll do what |
| 9:41:29 | 20 | the Aryan Brotherhood leadership asks for, and make sure |
| 9:41:32 | 21 | that you'll be completely trustworthy. |
| 9:41:34 | 22 | There's also training that takes place during this |
| 9:41:37 | 23 | period.  Members, often Mills himself, would explain to |
| 9:41:41 | 24 | these probationers what the Aryan Brotherhood stands for, |
| 9:41:44 | 25 | and what its history and culture is, who's been killed in |

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 9:41:48  | 1  | the past and why, what the rules are, how important it is to |
| 9:41:52  | 2  | obey them, that the obligation is for life -- so if you get  |
| 9:41:56  | 3  | released, your obligation is to come and do some work for    |
| 9:42:00  | 4  | us -- what the Aryan Brotherhood symbols are, and the like.  |
| 9:42:04  | 5  | It is also during this probationary period that              |
| 9:42:08  | 6  | the "Blood In" occurs.  Remember the phrase, "Blood In,       |
| 9:42:11  | 7  | Blood Out"?  During this probationary period that, usually,  |
| 9:42:15  | 8  | the "Blood In" occurs, the probationer might be asked to     |
| 9:42:20  | 9  | stab or kill an inmate who has offended the Aryan            |
| 9:42:24  | 10 | Brotherhood or is perceived as a threat.  And if the         |
| 9:42:28  | 11 | candidate does so to the satisfaction of the other Aryan     |
| 9:42:31  | 12 | Brotherhood members, he's accepted.  This act is sometimes   |
| 9:42:35  | 13 | known as "making your bones."                                |
| 9:42:37  | 14 | The "Blood In" requirement, frankly, has been                |
| 9:42:41  | 15 | relaxed a little bit over time.  More recently, members were |
| 9:42:44  | 16 | sometimes made -- that is to say, they became members based  |
| 9:42:48  | 17 | on their reputation and the vouching of other Aryan          |
| 9:42:51  | 18 | Brotherhood members.  And in the mid 1990's, when they       |
| 9:42:55  | 19 | needed some additional members, the "Blood In" requirement   |
| 9:42:59  | 20 | was relaxed even more.                                       |
| 9:43:01  | 21 | In the event when a member is accepted, there's              |
| 9:43:05  | 22 | ordinarily a bit of a ceremony; in fact, there's an actual   |
| 9:43:10  | 23 | oath that is taken in most cases.  The oath -- you'll see    |
| 9:43:14  | 24 | documents that actually have the oath on it.  There are      |
| 9:43:17  | 25 | different kinds of oaths that have kind of evolved over      |

| | | |
|---|---|---|
| 9:43:20 | 1 | time.  The oath is generally administered by Mills, but |
| 9:43:25 | 2 | sometimes by other members.  Sometimes the oath is really |
| 9:43:27 | 3 | dispensed with.  But regardless of the formalities of the |
| 9:43:31 | 4 | oath, once you're in, you're in. |
| 9:43:36 | 5 | Let's talk next a little about the rules of the |
| 9:43:40 | 6 | Aryan Brotherhood.  Some of these rules are actually written |
| 9:43:43 | 7 | down.  You'll actually see some documents that talk about |
| 9:43:46 | 8 | the rules and detail them.  But other rules are simply |
| 9:43:50 | 9 | discussed among the Aryan Brotherhood members themselves. |
| 9:44:00 | 10 | The primary rule is never to snitch, ever.  If you |
| 9:44:03 | 11 | do, you're subject to being killed.  The second rule is that |
| 9:44:04 | 12 | you must obey all the orders or directions of the commission |
| 9:44:08 | 13 | or council.  If you don't, you're subject to being killed. |
| 9:44:12 | 14 | A third rule might be, if an Aryan Brotherhood -- |
| 9:44:16 | 15 | that an Aryan Brotherhood member cannot attack another Aryan |
| 9:44:25 | 16 | Brotherhood member -- to make sure that there's not internal |
| 9:44:25 | 17 | disputes that are resolved by Aryan Brotherhood members |
| 9:44:26 | 18 | stabbing each other, unless the commission has approved it. |
| 9:44:30 | 19 | You'll see a number of murders that involve a bunch of Aryan |
| 9:44:34 | 20 | Brotherhood becoming dissatisfied with one.  And what they |
| 9:44:37 | 21 | do is, they appeal to the commission, and they say, |
| 9:44:40 | 22 | "Mr. Mills, Mr. Bingham, is it okay if we kill this other |
| 9:44:46 | 23 | Aryan Brotherhood member?"  If the killing is approved, it |
| 9:44:53 | 24 | occurs.  But it needs approval if it's Aryan Brotherhood on |
| 9:44:56 | 25 | Aryan Brotherhood. |

9:44:57  1        Another rule is that, really, any attack on an

9:45:00  2   Aryan Brotherhood member from somebody else must be avenged,

9:45:04  3   because that's part of the culture of domination and getting

9:45:08  4   respect.

9:45:10  5        Another rule is that you have to share your drugs.

9:45:14  6   Just as an aside, you'll find that there is a fair amount of

9:45:18  7   drug use in the prisons.  And part of what the Aryan

9:45:22  8   Brotherhood wanted to do is make sure that everyone could

9:45:27  9   share the drugs that came available to any individual

9:45:30  10  member.  So the notion is, you've got to share with the

9:45:33  11  other members.  And you've got to share whatever money you

9:45:36  12  might have earned.

9:45:37  13       And you should not be disrespecting other Aryan

9:45:40  14  Brotherhood members, like spitting on 'em or throwing

9:45:45  15  packets of sugar.

9:45:47  16       You also have to hold yourself out right; that is

9:45:51  17  to say, don't act in a way that will diminish or embarrass

9:45:55  18  the Aryan Brotherhood.  And then a lot of parts to that, but

9:45:59  19  you'll hear that staying in shape, being strong are part of

9:46:03  20  that.  Part of it is that if you do engage in

9:46:07  21  homosexuality -- that happens in prison -- don't be blatant

9:46:12  22  about it, because to the Aryan Brotherhood, it diminishes

9:46:16  23  the Aryan Brotherhood.  If you're going to do it, don't be

9:46:20  24  blatant.

9:46:22  25       Another rule -- and this will have to be expanded

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

46

| | | |
|---|---|---|
| 9:46:24 | 1 | on a little bit because it's changed over time -- was not to |
| 9:46:28 | 2 | be too obvious about your Aryan Brotherhood membership. |
| 9:46:32 | 3 | Now, that's an interesting one, because, early on, |
| 9:46:34 | 4 | the important principle was really to show that you were in |
| 9:46:39 | 5 | the Aryan Brotherhood, because the organization was trying |
| 9:46:42 | 6 | to establish its name.  And that included, for example, |
| 9:46:45 | 7 | wearing distinctive or common Aryan Brotherhood tattoos. |
| 9:46:51 | 8 | Common Aryan Brotherhood tattoos would include the |
| 9:46:55 | 9 | following: |
| 9:46:56 | 10 | A Shamrock. |
| 9:46:57 | 11 | The letters "AB" -- perhaps obviously. |
| 9:47:02 | 12 | Twin lightening bolts, in the style of the Nazis, |
| 9:47:08 | 13 | the Schutzstaffel, the SS. |
| 9:47:13 | 14 | The letters 666, which are the -- in the Bible, is |
| 9:47:19 | 15 | the sign of the devil. |
| 9:47:20 | 16 | Nazi swastikas. |
| 9:47:24 | 17 | References to white power or white brother or |
| 9:47:27 | 18 | their German equivalence weiss macht or weiss bruder. |
| 9:47:33 | 19 | A lot of Aryan members also have tattoos with |
| 9:47:36 | 20 | elaborate Nordic or striking battle scenes.  You'll see that |
| 9:47:42 | 21 | the defendants in this case have some such tattoos.  Gibson, |
| 9:47:46 | 22 | for example, on the back of his neck, has a tattoo of a |
| 9:47:50 | 23 | shamrock, with the letters "AB," the numbers "666," and he |
| 9:47:55 | 24 | has "SS," lightening bolts, swastikas, and the like.  Other |
| 9:48:01 | 25 | of the defendants have weiss macht, swastikas, similar... |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

47

| | | |
|---|---|---|
| 9:48:07 | 1 | Over time, though, as the Aryan Brotherhood became |
| 9:48:09 | 2 | stronger, it became unnecessary really to advertise your |
| 9:48:14 | 3 | membership.  Within the prison, it's well-known if you're in |
| 9:48:17 | 4 | the Aryan Brotherhood. |
| 9:48:21 | 5 | Also, the evidence will show that the Bureau of |
| 9:48:23 | 6 | Prisons developed more and more attention on the Aryan |
| 9:48:27 | 7 | Brotherhood.  And if you're a criminal organization, you |
| 9:48:31 | 8 | don't want attention.  And so it came to be a downside to be |
| 9:48:36 | 9 | advertising your membership in the Aryan Brotherhood.  Some |
| 9:48:40 | 10 | of the tattoos, therefore, got removed, especially if they |
| 9:48:46 | 11 | were small, perhaps a shamrock on a wrist. |
| 9:48:49 | 12 | In the same way, the Aryan Brotherhood members |
| 9:48:52 | 13 | rarely used the term "Aryan Brotherhood."  Instead, they |
| 9:48:58 | 14 | refer to the organization as "The Brand," or "The Rock," or |
| 9:49:01 | 15 | "The Tip," or "The Car."  And they refer to themselves as |
| 9:49:07 | 16 | "brothers" not as an AB member. |
| 9:49:12 | 17 | As far as enforcement of the AB rules, there |
| 9:49:15 | 18 | really tends to be only one punishment; that is to say, if |
| 9:49:19 | 19 | you violate the rules, you're subject to being killed. |
| 9:49:26 | 20 | The Aryan Brotherhood is characterized also by |
| 9:49:29 | 21 | strict adherence to the rules.  Let me see if I can -- well, |
| 9:49:44 | 22 | we'll keep going. |
| 9:49:46 | 23 | THE COURT:  If you want, I can take a break, or |
| 9:49:49 | 24 | you can bring somebody forward if you'd like to. |
| 9:49:54 | 25 | MR. EMMICK:  That's all right.  Just one second. |

| | | |
|---|---|---|
| 9:49:57 | 1 | THE COURT:  Okay. |
| 9:49:58 | 2 | MR. EMMICK:  Ah, the magic of electronics. |
| 9:50:03 | 3 | The Aryan Brotherhood is characterized by the need |
| 9:50:08 | 4 | for strict adherence to its rules, even if sometimes strict |
| 9:50:13 | 5 | adherence to the rules doesn't seem to make any sense. |
| 9:50:17 | 6 | One of the murders that you'll hear about in this |
| 9:50:20 | 7 | case involved the murder of an Aryan Brotherhood member by |
| 9:50:24 | 8 | the name of Puppet McKinney, William "Puppet" McKinney. |
| 9:50:30 | 9 | This is a good example of strict adherence to the rules, |
| 9:50:34 | 10 | because in that case several Aryan Brotherhood members |
| 9:50:37 | 11 | helped carry out the murder, but the actual blows were |
| 9:50:41 | 12 | struck by an Aryan Brotherhood associate by the name of |
| 9:50:46 | 13 | Kennedy.  Took a weight-lifting bar, whacked him in the back |
| 9:50:51 | 14 | of the head, killed him.  But a controversy developed |
| 9:50:55 | 15 | because this was a mere associate killing an AB member.  And |
| 9:50:59 | 16 | Kennedy came in danger of being killed because he was a |
| 9:51:12 | 17 | non-Aryan Brotherhood member who killed an Aryan Brotherhood |
| 9:51:12 | 18 | member, even though there were other Aryan Brotherhood |
| 9:51:12 | 19 | members around who authorized his action. |
| 9:51:15 | 20 | There's already a special Aryan Brotherhood lingo |
| 9:51:17 | 21 | that's used to describe the situation where you've been |
| 9:51:21 | 22 | ordered to be killed, and you'll hear many, many references |
| 9:51:24 | 23 | to this.  It's said that you're "in the hat."  Another |
| 9:51:28 | 24 | phrase is that there is a "green light" on you.  Another |
| 9:51:32 | 25 | phrase is that the killing can be "on sight."  That is, as |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

49

| 9:51:35 | 1 | soon as the person is seen, that's when they should be |
| 9:51:38 | 2 | killed. |
| 9:51:38 | 3 | Now, this discipline -- that is, the fact that if |
| 9:51:44 | 4 | somebody is ordered to be killed, if someone's "in the hat," |
| 9:51:47 | 5 | that order should be carried out, not only applies within |
| 9:51:52 | 6 | the federal faction, it also applies between the state |
| 9:51:57 | 7 | faction and the federal faction. |
| 9:51:58 | 8 | You'll hear and you'll see evidence in this case |
| 9:52:01 | 9 | about occasions when the California Aryan Brotherhood has |
| 9:52:05 | 10 | determined that someone needs to be killed and should be |
| 9:52:08 | 11 | killed, they're put "in the hat," but that person gets |
| 9:52:10 | 12 | transferred over to the federal side.  And so that order |
| 9:52:15 | 13 | gets relayed over to the federal side, and then Mills |
| 9:52:19 | 14 | directs that that person be killed on behalf of the |
| 9:52:22 | 15 | California AB. |
| 9:52:26 | 16 | Some of these Aryan Brotherhood killings take a |
| 9:52:29 | 17 | long time to develop.  It's one of the things you'll see. |
| 9:52:32 | 18 | Sometimes they are very quick to develop and sometimes they |
| 9:52:36 | 19 | take a long time.  And that's partly because when you're in |
| 9:52:40 | 20 | prison, you got a long time to wait.  First, you have to |
| 9:52:42 | 21 | find the person who's "in the hat."  Sometimes you have to |
| 9:52:46 | 22 | verify whether the "green light" is still on, because some |
| 9:52:49 | 23 | time has passed. |
| 9:52:51 | 24 | Oftentimes, because the person who's "in the hat" |
| 9:52:54 | 25 | may be "in the hat" because they snitched, they may be in |

| | | |
|---|---|---|
| 9:52:59 | 1 | protective custody, so they're hard to get to.  They're |
| 9:53:03 | 2 | sometimes hard to find.  You'll see that some of the |
| 9:53:06 | 3 | killings in this case take five or six years to complete, |
| 9:53:09 | 4 | and some of the conspiracies have lasted over ten years. |
| 9:53:14 | 5 | Some of those targets are still "in the hat." |
| 9:53:16 | 6 | Let's next turn to how the Aryan Brotherhood |
| 9:53:20 | 7 | communicates between its members and between its AB |
| 9:53:23 | 8 | associates.  Because, you know, at first glance, you might |
| 9:53:29 | 9 | think, hmm, maybe the picture in your mind is cells, people |
| 9:53:32 | 10 | in cells.  How can they communicate with anyone? |
| 9:53:36 | 11 | Communication within the Aryan Brotherhood takes |
| 9:53:38 | 12 | many forms and many aspects.  One is the special phrasing |
| 9:53:43 | 13 | that I talked about earlier, the "green lights" and the "in |
| 9:53:46 | 14 | the hat."  Another phrase that you'll hear is "polishing the |
| 9:53:50 | 15 | rock."  "The rock" is a reference to the shamrock, and that |
| 9:53:55 | 16 | means doing things to help out the Aryan Brotherhood. |
| 9:53:57 | 17 | Another phrase you'll hear a couple of references |
| 9:54:00 | 18 | to is called "rocking someone to sleep."  Now, "rocking |
| 9:54:03 | 19 | someone to sleep" is a phrase that means lulling them into a |
| 9:54:09 | 20 | false sense of security.  In 1991, you get an order to kill |
| 9:54:14 | 21 | someone.  There's a "green light" on them, but you let a |
| 9:54:17 | 22 | year pass, and you become buddies with the person.  That |
| 9:54:21 | 23 | person lets their guard down, and a year later you're able |
| 9:54:26 | 24 | to kill that person more easily.  Its call "rocking to |
| 9:54:29 | 25 | sleep."  Another phrase that you'll encounter is, "putting |

| | | |
|---|---|---|
| 9:54:32 | 1 | in some work."  You'll see that in some of the letters and |
| 9:54:35 | 2 | some of the kites you'll see.  And that's a phrase that |
| 9:54:38 | 3 | means doing work on behalf of the Aryan Brotherhood, usually |
| 9:54:40 | 4 | doing work that is carrying out assaults, carrying out |
| 9:54:44 | 5 | murders. |
| 9:54:45 | 6 | Another aspect of Aryan communication is how that |
| 9:54:48 | 7 | communication is done because there are lot of ways to do |
| 9:54:57 | 8 | it.  Most obvious is what I referred to just a moment ago. |
| 9:55:01 | 9 | It's called a "kite."  Now, a kite -- obviously, it's not a |
| 9:55:06 | 10 | kite that blows in the wind.  It's a note.  Usually, it's |
| 9:55:11 | 11 | wrapped up tightly, and it can be passed from one inmate to |
| 9:55:14 | 12 | another.  Now, these kites are sometimes just handed to one |
| 9:55:18 | 13 | another, sometimes they are put into little plastic |
| 9:55:21 | 14 | containers and hidden in under rocks out in the yard, |
| 9:55:25 | 15 | sometimes they're even stored in mop handles, and then the |
| 9:55:30 | 16 | mops get passed from orderly to orderly. |
| 9:55:35 | 17 | Sometimes the inmates communicate with each other |
| 9:55:39 | 18 | by speaking into air vents, 'cause the air vents can relay |
| 9:55:40 | 19 | the message.  Sometimes they actually empty the water out of |
| 9:55:44 | 20 | the toilets, speaking into the toilets because it passes the |
| 9:55:49 | 21 | sound better.  Sometimes they send messages in empty peanut |
| 9:55:53 | 22 | shells that have been glued back together and are then sent |
| 9:55:59 | 23 | in the food trays to Aryan Brotherhood members. |
| 9:56:02 | 24 | At one point, you'll hear that the Bureau of |
| 9:56:04 | 25 | Prisons started focusing more and more on the Aryan |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

| | | |
|---|---|---|
| 9:56:08 | 1 | Brotherhood.  And the Aryan Brotherhood actually came to |
| 9:56:11 | 2 | start using sign language.  And now you'll not only see and |
| 9:56:16 | 3 | hear evidence about members using sign language, you will |
| 9:56:19 | 4 | see documents discussing the practice of signing and trying |
| 9:56:24 | 5 | to obtain books about signing. |
| 9:56:28 | 6 | You'll also hear that Aryan Brotherhood members |
| 9:56:32 | 7 | communicate by using letters, garden-variety letters.  Now, |
| 9:56:36 | 8 | prisoners are allowed to send letters to their friends and |
| 9:56:40 | 9 | family outside, but the letters are screened by the Bureau |
| 9:56:43 | 10 | of Prisons when they're sent and when they're received.  The |
| 9:56:48 | 11 | prisoners know that the letters are going to be screened so |
| 9:56:52 | 12 | they use code.  So if they're going to write about |
| 9:57:01 | 13 | something, it's coded.  For example, if you're writing about |
| 9:57:01 | 14 | a murder, and the question is whether or not the murder |
| 9:57:03 | 15 | should be authorized, they use the phrase "baby boy." |
| 9:57:07 | 16 | "Baby boy" means yes. |
| 9:57:10 | 17 | "Baby girl" means no. |
| 9:57:12 | 18 | They also take steps to conceal the fact that |
| 9:57:17 | 19 | they're corresponding with inmates.  Inmates are not |
| 9:57:21 | 20 | supposed to correspond with other inmates in other prisons. |
| 9:57:26 | 21 | What they do is send these letters to intermediaries who |
| 9:57:31 | 22 | forward the letters to someone else. |
| 9:57:33 | 23 | Also, since the letters are screened, that's the |
| 9:57:37 | 24 | reason sometimes invisible ink is used.  Now, these messages |
| 9:57:42 | 25 | that are written with invisible ink are called "hit and |

|  |  |  |
|--|--|--|
| 9:57:45 | 1 | miss," or "hit or miss" kinds of messages.  The secret |
| 9:57:48 | 2 | message is actually written in lemon juice or grapefruit |
| 9:57:55 | 3 | juice, sometimes in urine.  And then, when the message is |
| 9:57:57 | 4 | heated up, the letters appear because of the heating up of |
| 9:58:02 | 5 | the citrus juice. |
| 9:58:05 | 6 | As the Aryan Brotherhood continued to do more and |
| 9:58:08 | 7 | more searches of the cells of the Aryan Brotherhood members |
| 9:58:12 | 8 | and acquired more and more documents about the Aryan |
| 9:58:15 | 9 | Brotherhood, the Aryan Brotherhood started to be concerned |
| 9:58:18 | 10 | that their plans or their membership lists could be |
| 9:58:21 | 11 | identified and found by the Bureau of Prisons.  And so they |
| 9:58:24 | 12 | started to use more secret codes.  In fact, you'll see one |
| 9:58:29 | 13 | kind of code called a bi-literal code, which is a way of |
| 9:58:35 | 14 | translating some letters into A's and B's, and having a |
| 9:58:41 | 15 | common book and using the common book as the code for |
| 9:58:42 | 16 | decoding the A's and B's.  We'll have witnesses who will |
| 9:58:46 | 17 | explain the bi-literal code.  It's interesting, and you'll |
| 9:58:50 | 18 | hear evidence about it. |
| 9:58:52 | 19 | Communication is also done by phone.  Inmates, |
| 9:58:55 | 20 | even if they are in a very secure environment, are permitted |
| 9:58:59 | 21 | to make a limited number of calls.  Now, these calls can |
| 9:59:02 | 22 | legally be recorded.  The inmates know that.  So the |
| 9:59:06 | 23 | conversations that take place are guarded.  They're vague. |
| 9:59:12 | 24 | We'll be introducing tapes and transcripts of some of those |
| 9:59:18 | 25 | calls.  And you'll see that there are references, sometimes |

9:59:22   1   coded, sometimes vague, but we'll have testimony that will

9:59:25   2   explain what they mean, and you'll hear these Aryan

9:59:29   3   Brotherhood members or associates saying to one another,

9:59:31   4   occasionally, "Let's not talk about this on this line."

9:59:35   5        Messages are also often passed from one

9:59:39   6   institution to another, sometimes in writing as kites, and

9:59:44   7   sometimes just orally.  One of the things you'll see is that

9:59:47   8   these prisoners are transferred from prison to prison to

9:59:51   9   prison quite often.

9:59:53   10        And if you know that somebody's going to go from

9:59:56   11   Lewisburg to Marion, and you want to communicate with

0:00:00   12   somebody in Marion, the evidence will show that they'll

0:00:03   13   simply go to that inmate and say, "Here's the message that

0:00:07   14   we want you to take to my pal in Marion."  And that's one of

0:00:11   15   the ways in which communication occurs within the

0:00:17   16   Aryan Brotherhood.

0:00:18   17        Sometimes there are actual meetings that are

0:00:20   18   arranged.  You remember, I talked a little about the

0:00:20   19   Palm Hall meeting that was arranged; everyone got subpoenaed

0:00:20   20   into the same place.  Sometimes meetings are actually

0:00:31   21   arranged, unfortunately, with the assistance of guards.

0:00:34   22        A final aspect of Aryan Brotherhood communication

0:00:37   23   is the constant need for Aryan Brotherhood members to

0:00:41   24   communicate with each other about the organization and about

0:00:44   25   what the organization is doing, whether it's drug dealing or

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

55

| | | |
|---|---|---|
| 0:00:48 | 1 | murders or whatever it might be.  Now -- and there's some |
| 0:00:51 | 2 | obvious ways of that, but training is an obvious way, |
| 0:00:56 | 3 | getting permission for a murder, planning a murder, |
| 0:00:58 | 4 | reporting how the murder worked out.  But it's also done in |
| 0:01:03 | 5 | a lot of other ways.  Because members, for example, need to |
| 0:01:06 | 6 | find out whether there was proper authorization for a |
| 0:01:10 | 7 | murder.  They need to find out whether Aryan Brotherhood |
| 0:01:14 | 8 | members were there, and who gave the authorization.  Was it |
| 0:01:18 | 9 | a commissioner?  Was it a councillor? |
| 0:01:21 | 10 | They need to find out who is up for membership, |
| 0:01:23 | 11 | who is to come in for membership, who's pulling their |
| 0:01:26 | 12 | weight, who's not pulling their weight, who is perceived as |
| 0:01:30 | 13 | maybe becoming "in the hat" in the future.  You'll see that |
| 0:01:33 | 14 | there is a great deal of communication among the members |
| 0:01:36 | 15 | through out this case. |
| 0:01:39 | 16 | That's my talk about the Aryan Brotherhood, |
| 0:01:42 | 17 | generally.  Let me take the next 10 minutes to talk about |
| 0:01:46 | 18 | the prison system, working my way through my outline, and |
| 0:01:52 | 19 | then what we'll do is we'll take a break and then we will, |
| 0:01:56 | 20 | at the other side of the break, work our way through the |
| 0:01:59 | 21 | various murders. |
| 0:02:00 | 22 | Let's talk about the prison system first, because |
| 0:02:03 | 23 | it just makes sense to give you that background, because |
| 0:02:06 | 24 | we'll be calling witnesses who will provide you with |
| 0:02:10 | 25 | background about this subject.  And here's a bit of a |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

| | | |
|---|---|---|
| 0:02:14 | 1 | preview. |
| 0:02:15 | 2 | Let's start with the state system.  California |
| 0:02:18 | 3 | obviously has a prison system.  There's an agency that |
| 0:02:21 | 4 | handles California prisons.  It's called the California |
| 0:02:25 | 5 | Department of Corrections and Rehabilitation or, more |
| 0:02:31 | 6 | commonly, the CDC.  I mention it because you're gonna hear |
| 0:02:34 | 7 | references to the CDC very often.  There are lots of prisons |
| 0:02:35 | 8 | in California and lots of different levels of prisons. |
| 0:02:38 | 9 | There are low-level prisons, intermediate, high-security |
| 0:02:44 | 10 | prisons. |
| 0:02:53 | 11 | Some of you have heard of them, and some of them |
| 0:02:53 | 12 | maybe not.  But let's identify the ones that will come up in |
| 0:02:53 | 13 | this case.  One is at Pelican Bay.  That's probably the |
| 0:02:54 | 14 | highest security prison.  There is another prison in Folsom, |
| 0:02:58 | 15 | just outside of Sacramento.  There's one that comes up in |
| 0:03:03 | 16 | the course of this case; it's San Quentin.  And the other |
| 0:03:06 | 17 | one -- or another one is there at Chino. |
| 0:03:15 | 18 | The federal system has the same configuration, if |
| 0:03:18 | 19 | you will, and there are -- that is to say, there are |
| 0:03:22 | 20 | low-level prisons, there are medium-level prisons, security |
| 0:03:26 | 21 | prisons, and there are high-security prisons.  I have |
| 0:03:31 | 22 | identified here on the screen the six high-level, |
| 0:03:33 | 23 | high-security prisons that you will encounter in this case. |
| 0:03:39 | 24 | Let's just walk through them so that you have some |
| 0:03:42 | 25 | familiarity with them. |

| | | |
|---|---|---|
| 0:03:43 | 1 | Lompoc prison on the left (*indicating*), that's the |
| 0:03:46 | 2 | one here in California.  A number of the murders and attacks |
| 0:03:50 | 3 | occur in the Lompoc area.  I'm going to swing around to |
| 0:03:54 | 4 | Atlanta.  Atlanta is where Mills killed John Marzloff in |
| 0:03:59 | 5 | 1979.  In the middle you'll see Ft. Leavenworth -- I'm not |
| 0:04:06 | 6 | sure it's spelled right.  But you'll see Ft. Leavenworth. |
| 0:04:10 | 7 | That's a fairly well-known prison there in Kansas. |
| 0:04:15 | 8 | Up in the far right is the Lewisburg penitentiary, |
| 0:04:20 | 9 | Lewisburg, Pennsylvania.  That is where the murders of |
| 0:04:25 | 10 | Joyner and Salaam took place.  Those are high-security |
| 0:04:29 | 11 | prisons.  But Marion, Illinois, for a long time was the |
| 0:04:33 | 12 | highest security prison.  And it actually had a unit in it |
| 0:04:37 | 13 | called the "Control Unit," where prisoners were locked down |
| 0:04:41 | 14 | for 23 hours a day.  The Marion prison, though, was a fairly |
| 0:04:46 | 15 | old prison. |
| 0:04:46 | 16 | And in 1994, there was another prison built -- |
| 0:04:50 | 17 | there was actually a prison there, and they just built the |
| 0:04:54 | 18 | higher-security part -- in Colorado.  And that had the |
| 0:04:58 | 19 | mouthful name of the Administrative Maximum Facility, or |
| 0:05:04 | 20 | sometimes known as "Ad Max" or, more commonly, just the |
| 0:05:10 | 21 | "ADX."  Mills was at Marion until '94, and he's been at ADX |
| 0:05:18 | 22 | since then. |
| 0:05:19 | 23 | Let's talk more about individual institutions. |
| 0:05:20 | 24 | Because, in the same way that -- in the prison system |
| 0:05:20 | 25 | generally, you have low and medium and high security.  In an |

| | | |
|---|---|---|
| 0:05:28 | 1 | individual institution, you will have low or medium or high |
| 0:05:28 | 2 | security.  Because, even in a high-security prison, inmates |
| 0:05:31 | 3 | have a fair amount of flexibility to walk around.  It's not |
| 0:05:36 | 4 | like they're in their cells all the time, except under |
| 0:05:39 | 5 | limited circumstances.  They can go out in the yard, and |
| 0:05:42 | 6 | they interact with other prisoners quite often. |
| 0:05:46 | 7 | However, there is, in all of these prisons, an |
| 0:05:48 | 8 | area that is sort of a -- nicknamed "the hole."  This is the |
| 0:05:54 | 9 | segregation area.  That is to say, if you commit some sort |
| 0:05:58 | 10 | of illegal violation or a violation of Bureau of Prisons |
| 0:06:02 | 11 | rules, you get put in "the hole."  It's a separate wing. |
| 0:06:06 | 12 | And the separate wing is usually referred to as the Special |
| 0:06:10 | 13 | Housing Unit or the SHU, S-H-U. |
| 0:06:20 | 14 | Now, you can get into segregation because of a |
| 0:06:23 | 15 | violation, or the Bureau of Prisons might decide that things |
| 0:06:26 | 16 | would be better off if you're segregated, even if you |
| 0:06:29 | 17 | haven't done a violation.  For example, if the Bureau of |
| 0:06:32 | 18 | Prisons thinks that you're about to be attacked, they'll put |
| 0:06:37 | 19 | you in segregation to protect you.  If the Bureau of Prisons |
| 0:06:40 | 20 | thinks you're about to attack someone else, they might put |
| 0:06:44 | 21 | you in segregation in order to keep you from attacking |
| 0:06:48 | 22 | someone else.  So that's what the segregation's about, "the |
| 0:06:53 | 23 | hole."  And that's what the SHU is about. |
| 0:06:56 | 24 | Now, another way that you might find your way into |
| 0:07:01 | 25 | segregation, into the SHU, is if you decide to cooperate. |

| | | |
|---|---|---|
| 0:07:07 | 1 | Now, as I mentioned, in prison language that means you're a |
| 0:07:10 | 2 | "snitch" or a "rat."  I'm a prosecutor, so, to me, you're a |
| 0:07:17 | 3 | "cooperator" rather than a "snitch" or a "rat," but be that |
| 0:07:21 | 4 | as it may, if you cooperate, you get put into protective |
| 0:07:26 | 5 | custody in the SHU, in the segregation area, in "the hole," |
| 0:07:30 | 6 | so to speak.  That is to say, if you cooperate, you're |
| 0:07:33 | 7 | effectively placed in the same place you would be if you |
| 0:07:37 | 8 | committed a crime or a violation of BOP rules. |
| 0:07:41 | 9 | Now, the usual procedure for cooperating is for |
| 0:07:44 | 10 | the inmate who decides to cooperate to pass a note or to say |
| 0:07:46 | 11 | something to a guard, saying that he wants to "drop out" or |
| 0:07:50 | 12 | he wants to be "debriefed."  That's a sign that he wants to |
| 0:07:55 | 13 | be -- wants to speak with the Bureau of Prisons, tell what |
| 0:07:58 | 14 | he knows about a situation, and be put into segregation, be |
| 0:08:05 | 15 | put into the SHU. |
| 0:08:06 | 16 | Now, for cooperators, there are a couple other |
| 0:08:10 | 17 | steps to keep in mind.  Because, under some circumstances, |
| 0:08:13 | 18 | if the Department of Justice sponsors the cooperator, that |
| 0:08:18 | 19 | person can be transferred out of that prison into another |
| 0:08:21 | 20 | kind of prison called a "Protective Custody Unit." |
| 0:08:26 | 21 | I mentioned before that there are between six and |
| 0:08:31 | 22 | eight high-security prisons.  There are also seven |
| 0:08:35 | 23 | Protective Custody Units also spread around the country, |
| 0:08:38 | 24 | these PCU's.  Now, the PCU's are still high-security |
| 0:08:45 | 25 | prisons, but they receive cooperators from low and medium |

CR 02-938 DOC - 3/14/2006 - Day 2 Volume I

60

| | | |
|---|---|---|
| 0:08:50 | 1 | and high-security prisons.  So they, themselves, have to be |
| 0:09:00 | 2 | high security; otherwise, someone would claim to cooperate |
| 0:09:00 | 3 | from a high-security prison and get into the other place and |
| 0:09:02 | 4 | try to escape. |
| 0:09:03 | 5 | If you've been cooperating and you're about to be |
| 0:09:06 | 6 | released from prison and you're still in danger, you can |
| 0:09:11 | 7 | apply for what's called the WITSEC program.  Now, WITSEC |
| 0:09:18 | 8 | means Witness Security program, and that's the formal name |
| 0:09:22 | 9 | for what most people think of as the witness protection |
| 0:09:28 | 10 | program. |
| 0:09:28 | 11 | Now, I mentioned earlier the PCU's.  They are |
| 0:09:32 | 12 | actually a version of the WITSEC program, Phase I, the |
| 0:09:34 | 13 | in-custody version of WITSEC.  Phase II is the |
| 0:09:38 | 14 | out-of-custody version of WITSEC. |
| 0:09:41 | 15 | Now, WITSEC is -- as you may have heard, it's a |
| 0:09:46 | 16 | place or an organization that gives you a new name, a new |
| 0:09:51 | 17 | social security number, a new job.  You're relocated.  In |
| 0:09:55 | 18 | fact, it's sometimes referred to as the "relo" phase. |
| 0:10:01 | 19 | Let's talk a little bit about prison life and a |
| 0:10:04 | 20 | little bit about guards, and then we'll take a break. |
| 0:10:08 | 21 | Prison life is not what you might expect.  As I |
| 0:10:12 | 22 | mentioned, except in unusual circumstances, prisoners are |
| 0:10:15 | 23 | not locked down in their cells all day.  There's a |
| 0:10:20 | 24 | cafeteria.  They have movies.  They have television.  They |
| 0:10:23 | 25 | have indoor recreation rooms and outdoor recreation yards. |

| | | |
|---|---|---|
| 0:10:29 | 1 | They have classes that they can attend.  They can even do |
| 0:10:32 | 2 | work and get paid for it.  Believe me, the wages are low. |
| 0:10:36 | 3 | They cannot make a lot of money, but they can make 50, 75 up |
| 0:10:41 | 4 | to a hundred dollars a month. |
| 0:10:43 | 5 | In fact, sometimes when a cooperating inmate is |
| 0:10:46 | 6 | sent to one of these special PCU's, the opportunities to |
| 0:10:51 | 7 | make money there are less, because there are fewer programs. |
| 0:10:55 | 8 | And sometimes the cooperator is given money in compensation |
| 0:11:00 | 9 | for the work he has lost.  And sometimes, if the cooperator |
| 0:11:03 | 10 | is doing long hours helping with an investigation, they are |
| 0:11:07 | 11 | compensated for their work helping that investigation.  And |
| 0:11:11 | 12 | you'll hear in this case that's been done on a couple of |
| 0:11:14 | 13 | occasions. |
| 0:11:16 | 14 | There's also a lot of interaction between the |
| 0:11:18 | 15 | prisoners and the general population, but the guards are |
| 0:11:22 | 16 | usually separate.  Now, that's -- I say all these things |
| 0:11:26 | 17 | about prison life.  I don't wish at all to portray this as |
| 0:11:30 | 18 | a -- that it's a picnic.  It's not a picnic.  Prison is |
| 0:11:35 | 19 | tough.  But generally speaking, the prisoners are free to |
| 0:11:38 | 20 | interact with one another, and the guards observe them from |
| 0:11:42 | 21 | behind bars, and the guards observe them from video |
| 0:11:45 | 22 | monitors. |
| 0:11:48 | 23 | The BOP does the best job it can in running these |
| 0:11:52 | 24 | institutions, but prison life is filled with illegal |
| 0:11:56 | 25 | activity.  Drugs are smuggled into prison.  And you'll hear |

62

| | |
|---|---|
| 0:12:02 | 1 |
| 0:12:07 | 2 |
| 0:12:12 | 3 |
| 0:12:18 | 4 |
| 0:12:21 | 5 |
| 0:12:26 | 6 |
| 0:12:29 | 7 |

1  witnesses talk about drugs being smuggled into prison and

2  sold and used.  Prisoners make a kind of a liquor, kind of a

3  booze, made out of fermented fruit or jello, or really

4  anything called "pruno."  They sell it.  They drink it.

5  Inmates engage in gambling.  They engage in bookmaking.

6  These are violations of rules.  They're violations of laws,

7  but it happens.

8          Inmates also get into fights, and they use weapons

9  in these fights.  Inmates are ingenuous in figuring out ways

10  to make knives.  They're commonly called shanks.  You will

11  hear from witnesses about how they make these shanks, taking

12  sharpened pieces of metal or plastic that might be found in

13  the building somewhere.  They make a shank out of a

14  toothbrush or piece of a typewriter or piece of a deodorant

15  can, even from Styrofoam cups.

16          Once an inmate has a suitable piece of metal, it

17  may take weeks or months to sharpen that piece of metal to

18  make it usable as a shank.  But that's the thing about

19  prison; you have time.  There's even a special skill

20  involved in making these high-quality shanks.  Some are low

21  quality and they break off.  You'll hear a couple of

22  occasions when shanks used to commit the murders charged in

23  this case broke off.

24          Now, the Bureau of Prisons conducts periodic

25  searches of inmates' cells to finds these shanks, but, you

| | | |
|---|---|---|
| 0:13:43 | 1 | know, inmates hide them.  And if they're caught and they're |
| 0:13:47 | 2 | found, they make others.  Sometimes shanks are actually |
| 0:13:51 | 3 | concealed -- I'm not sure how to put this delicately -- |
| 0:13:56 | 4 | they're concealed in the inmates' bottoms, sometimes called |
| 0:14:00 | 5 | keistering a shank. |
| 0:14:03 | 6 | In the event of prison violence, guards are |
| 0:14:07 | 7 | strictly limited in what they can do.  Guards do not have |
| 0:14:12 | 8 | guns, and they do not have weapons on their own.  Because if |
| 0:14:17 | 9 | a guard were to have a gun taken away by an inmate, things |
| 0:14:20 | 10 | get much worse.  So if a guard sees violence, what the guard |
| 0:14:25 | 11 | is supposed do to is call out an alarm.  That way the guards |
| 0:14:28 | 12 | can respond in force and protect themselves. |
| 0:14:32 | 13 | Guards can also sometimes be distracted.  You will |
| 0:14:36 | 14 | see evidence in this case that the Aryan Brotherhood has |
| 0:14:38 | 15 | arranged for diversions in order to distract guards so that |
| 0:14:50 | 16 | they can carry out their stabbings.  In fact, you'll even |
| 0:14:50 | 17 | see that the Aryan Brotherhood has trained its members about |
| 0:14:50 | 18 | methods of diverting guards, and even in methods of how to |
| 0:14:54 | 19 | use a shank most efficiently so that a short period of time |
| 0:14:59 | 20 | is all you need in order to kill someone. |
| 0:15:04 | 21 | With that, ladies and gentlemen, that concludes |
| 0:15:06 | 22 | the first two portions.  Why don't we take a break. |
| 0:15:10 | 23 | THE COURT:  All right.  Ladies and gentlemen, |
| 0:15:10 | 24 | we're going to take a recess for half an hour.  Lisa and |
| 0:15:15 | 25 | Kristee will take you back into the jury room.  We'll resume |

| | | |
|---|---|---|
| 0:15:19 | 1 | at 10:45.  And please do not discuss this matter amongst |
| 0:15:22 | 2 | yourselves nor form or express any opinion concerning the |
| 0:15:26 | 3 | case. |
| 0:15:27 | 4 | Have a nice recess. |
| 0:16:11 | 5 | All right.  Counsel, is there anything further? |
| 0:16:13 | 6 | All right.  Then we're in recess until 10:45.  Thank you. |
| 0:16:17 | 7 | *(Recess held at 10:16 a.m.)* |
| 0:16:24 | 8 | *(Further proceedings reported by Jane Rule in* |
| 0:16:44 | 9 | *Volume II.)* |
| 0:16:47 | 10 | -oOo- |
| 0:16:47 | 11 | |

-oOo-


CERTIFICATE


I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.


Date:  March 14, 2006


DEBBIE GALE, U.S. COURT REPORTER
CSR NO. 9472, RPR