1  Michael V. White, State Bar No. 58620
   LAW OFFICES OF MICHAEL V. WHITE
2  1717 Fourth Street, Third Floor
   Santa Monica, California 90401
3  (310) 576-6242

4  William S. Harris, State Bar No. 90341
   LAW OFFICES OF WILLIAM S. HARRIS
5  1499 Huntington Drive
   Suite 403
6  South Pasadena, CA 91030
   (626) 441-9300
7
   Attorneys for Defendant
8  T. D. BINGHAM

9

10                UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13 UNITED STATES OF AMERICA,      )  Case No. CR 02-938(E)-DOC
                                  )
14           Plaintiff,            )  CONFLICT WAIVERS OF T. D.
                                  )  BINGHAM AND WAYNE
15     vs.                        )  BRIDGEWATER
                                  )
16 T. D. BINGHAM,                 )
                                  )
17           Defendant.            )
                                  )
18                                )
                                  )
19 _____)

20      Defendants T. D. Bingham and Wayne Bridgewater hereby submit conflict waivers

21 regarding their dual representation by Michael V. White and William S. Harris as follows:

22      1. Bingham waiver for White to represent Bridgewater (Exhibit A);

23      2. Bingham waiver for Harris to represent Bridgewater (Exhibit B);

24 ///
25 ///
26 ///
27 ///
28 ///

-2-

3. Bridgewater waiver for White to represent Bingham (Exhibit C); and

4. Bridgewater waiver for Harris to represent Bingham (Exhibit D).

DATED: November 14, 2006

Respectfully submitted,

**LAW OFFICES OF WILLIAM S. HARRIS**

By _/s/ Wm. S. Harris_
    William S. Harris
**Attorneys for Defendant**
**T. D. BINGHAM**

Wsh\5561\conflict waivers

## DECLARATION OF T. D. BINGHAM

**T. D. BINGHAM DECLARES:**

1. I am a defendant in the case of <u>United States v. Mills</u>, U.S.D.C. Case No. CR 02-938-DOC. Attorney Michael V. White is one of two attorneys appointed to represent me during this case.

2. I have been advised by Mr. White that he has been appointed to represent Wayne Bridgewater, a co-defendant in the same indictment who will be tried separately from me. I have been advised that Mr. Bridgewater is alleged to have participated in the two murders at USP Lewisburg charged in Counts 6 and 7 of the indictment.

3. After careful consultation with Mr. White, I do not object to his continued representation of Mr. Bridgewater. I do not believe that there exists or will arise a conflict in Mr. White's representation of Mr. Bridgewater.

4. I hereby waive any potential conflict that may exist or arise while Mr. White represents Mr. Bridgewater.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this _13_ day of November, 2006, at San Pedro, California.

_____
T. D. BINGHAM
Declarant

## DECLARATION OF MICHAEL V. WHITE

**MICHAEL V. WHITE DECLARES:**

1. I am appointed counsel for Mr. T. D. Bingham. I have advised Mr. Bingham that I have been appointed to represent a co-defendant named in the indictment, Wayne Bridgewater. Mr. Bingham has expressed to me that he has no objection to my representation of Mr. Bridgewater.

2. I do not believe that a conflict presently exists, nor do I believe that a conflict will exist in the future. However, Mr. Bingham has assured me that he waives any potential conflict that may exist or arise during the course of my representation.

**EXHIBIT A**

I declare under penalty perjury that the foregoing is true and correct, and that this declaration was executed on this 13 day of November, 2006, at Santa Monica, California.

**MICHAEL V. WHITE**
**Declarant**

wsh\5602\dec.T.D.

2

## DECLARATION OF T. D. BINGHAM

**T. D. BINGHAM DECLARES:**

1. I am a defendant in the case of <u>United States v. Mills</u>, U.S.D.C. Case No. CR 02-938-DOC. Attorney William S. Harris is one of two attorneys appointed to represent me during this case.

2. I have been advised by Mr. Harris that he has been appointed to represent Wayne Bridgewater, a co-defendant in the same indictment who will be tried separately from me. I have been advised that Mr. Bridgewater is alleged to have participated in the two murders at USP Lewisburg charged in Counts 6 and 7 of the indictment.

3. After careful consultation with Mr. Harris, I do not object to his continued representation of Mr. Bridgewater. I do not believe that there exists or will arise a conflict in Mr. Harris's representation of Mr. Bridgewater.

4. I hereby waive any potential conflict that may exist or arise while Mr. Harris represents Mr. Bridgewater.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this ___ day of November, 2006, at San Pedro, California.

**T. D. BINGHAM**
**Declarant**

## DECLARATION OF WILLIAM S. HARRIS

WILLIAM S. HARRIS
~~MICHAEL V. WHITE~~ **DECLARES:**

1. I am appointed counsel for Mr. T. D. Bingham. I have advised Mr. Bingham that I have been appointed to represent a co-defendant named in the indictment, Wayne Bridgewater. Mr. Bingham has expressed to me that he has no objection to my representation of Mr. Bridgewater.

2. I do not believe that a conflict presently exists, nor do I believe that a conflict will exist in the future. However, Mr. Bingham has assured me that he waives any potential conflict that may exist or arise during the course of my representation.

-1-

**EXHIBIT B**

I declare under penalty perjury that the foregoing is true and correct, and that this declaration was executed on this 13th day of November, 2006, at Santa Monica, California.

*[signature]*
**WILLIAM S. HARRIS**
**Declarant**

wsh\5602\dec.T.D.2

## DECLARATION OF WAYNE BRIDGEWATER

**WAYNE BRIDGEWATER DECLARES:**

1. I am a defendant in the case of <u>United States v. Mills</u>, U.S.D.C. Case No. CR 02-938-DOC. Attorney Michael V. White is one of two attorneys appointed to represent me during this case.

2. I have been advised by Mr. White that he was previously appointed to represent T. D. Bingham, a co-defendant in the same indictment who was tried separately from me. I have been advised that Mr. Bingham was convicted during the guilt phase of his trial, and that the jury was unable to reach a unanimous decision as to death or life without possibility of release. Mr. White further advised me that Mr. Bingham will be sentenced to life in prison on November 13, 2006. I understand that Mr. White will still represent Mr. Bingham through his sentencing hearing.

3. After careful consultation with Mr. White, I request that Mr. White continue to serve as one of my two court-appointed attorneys. I do not believe that there exists or will arise a conflict in Mr. White's continuing to serve as my attorney.

4. I hereby waive any potential conflict that may exist or arise while Mr. White serves as my attorney.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this __7__ day of November, 2006, at San Pedro, California.

*/s/ Wayne Bridgewater*
**WAYNE BRIDGEWATER**
**Declarant**

## DECLARATION OF MICHAEL V. WHITE

**MICHAEL V. WHITE DECLARES:**

1. I am appointed counsel for Mr. Wayne Bridgewater. I have advised Mr. Bridgewater that I represent a co-defendant, T. D. Bingham, and will continue to represent Mr. Bingham through his sentencing on November 13, 2006. Mr. Bridgewater has no objection to my continuing to serve as one of his two court-appointed attorneys.

2. I do not believe that a conflict presently exists, nor do I believe that a conflict will exist in the future. However, Mr. Bridgewater has assured me that he waives any potential conflict that may exist or arise during the course of my representation.

1


EXHIBIT C

I declare under penalty perjury that the foregoing is true and correct, and that this declaration was executed on this 7 day of November, 2006, at Santa Monica, California.

*[signature]*

**MICHAEL V. WHITE**
**Declarant**

wsh\5602\waiver2

2

## DECLARATION OF WAYNE BRIDGEWATER

**WAYNE BRIDGEWATER DECLARES:**

1. I am a defendant in the case of <u>United States v. Mills</u>, U.S.D.C. Case No. CR 02-938-DOC. Attorney William S. Harris is one of two attorneys appointed to represent me during this case.

2. I have been advised that Mr. Harris was previously appointed to represent T. D. Bingham, a co-defendant in the same indictment who was tried separately from me. I have been advised that Mr. Bingham was convicted during the guilt phase of his trial, and that the jury was unable to reach a unanimous decision as to death or life without possibility of release. I was further advised that Mr. Bingham will be sentenced to life in prison on November 13, 2006. I understand that Mr. Harris will still represent Mr. Bingham through his sentencing hearing.

3. After careful consultation with counsel, I request that Mr. Harris continue to serve as one of my two court-appointed attorneys. I do not believe that there exists or will arise a conflict in Mr. Harris's continuing to serve as my attorney.

4. I hereby waive any potential conflict that may exist or arise while Mr. Harris serves as my attorney.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this __13__ day of November, 2006, at San Pedro, California.

_/s/ Wayne Bridgewater_
**WAYNE BRIDGEWATER**
Declarant

## DECLARATION OF WILLIAM S. HARRIS

**WILLIAM S. HARRIS DECLARES:**

1. I am appointed counsel for Mr. Wayne Bridgewater. Mr. Bridgewater has been advised that I represent a co-defendant, T. D. Bingham, and will continue to represent Mr. Bingham through his sentencing on November 13, 2006. Mr. Bridgewater has no objection to my continuing to serve as one of his two court-appointed attorneys.

2. I do not believe that a conflict presently exists, nor do I believe that a conflict will exist in the future. However, Mr. Bridgewater has assured counsel that he waives any potential conflict that may exist or arise during the course of my representation.

EXHIBIT D

I declare under penalty perjury that the foregoing is true and correct, and that this declaration was executed on this 13th day of November, 2006, at South Pasadena, California.

_____
**WILLIAM S. HARRIS**
**Declarant**

wsh\5602\waiver3

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Teresa Mac Millan, am a resident of/employed in the aforesaid county, State of California; I am over the age of 18 and not a party to the within action; my business address is: 1499 Huntington Drive, Suite 403, South Pasadena, California 91030.

On <u>November 14, 2006</u>, I served the foregoing **CONFLICT WAIVERS OF T. D. BINGHAM AND WAYNE BRIDGEWATER** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Stephen G. Wolfe, Esq.
Assistant United States Attorney
312 North Spring Street
Los Angeles, CA 90012

Michael V. White, Esq.
1717 Fourth Street, Third Floor
Santa Monica, CA 90401

☒ (BY MAIL) I caused such envelope with postage thereon fully paid to be placed in the United States mail at South Pasadena, California.

☒ (FEDERAL) I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on <u>November 14, 2006</u>

*/s/ Teresa Mac Millan*
Teresa Mac Millan