1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3       HONORABLE DAVID O. CARTER, JUDGE PRESIDING

4            - - - - - - - -

5    UNITED STATES OF AMERICA,            )
                                          )
6             Plaintiff,                  )
                                          )
7         vs.                             )  No. CR 02-938 DOC
                                          )
8    BARRY BYRON MILLS, TYLER DAVIS       )
     BINGHAM, CHRISTOPHER OVERTON         )
9    GIBSON, and EDGAR WESLEY HEVLE,      )
                                          )
10            Defendants.                 )
                                          )

**ORIGINAL**

Debbie Gale, CSR 9472

11   _____

12

13

14

15        REPORTER'S TRANSCRIPT OF PROCEEDINGS

16             Sentencing Proceedings

17             Santa Ana, California

18          Tuesday, November 21, 2006

19

20

21   Debbie Gale, CSR 9472, RPR
     Federal Official Court Reporter
22   United States District Court
     411 West 4th Street, Room 1-053
23   Santa Ana, California 92701
     (714) 558-8141
24

25   AB2006-11-21 Sentencings

DOCKETED ON CM

DEC - 5 2006

BY_____ 067

1    **APPEARANCES OF COUNSEL:**

2    On behalf of the Plaintiff UNITED STATES OF AMERICA:

3                      DEPARTMENT OF JUSTICE
                     OFFICE OF THE UNITED STATES ATTORNEY
4                      BY:   STEPHEN WOLFE
                          MICHAEL EMMICK
5                          Assistant United States Attorneys
                     1400 United States Courthouse
6                      312 N. Spring Stree
                     Los Angeles, California 90012
7                      (213) 894-0511

8

9

10

11   On behalf of Defendant BARRY BYRON MILLS:

12                      LAW OFFICES OF H. DEAN STEWARD
                     By:  H. DEAN STEWARD
13                         Attorney at Law
                     107 Avenida Miramar
14                      Suite C
                     San Clemente, California 92672
15                      (949) 481-4900

16                      -AND-

17                      LAW OFFICES OF MARK F. FLEMING
                     By:   MARK F. FLEMING
18                         Attorney at Law
                     433 "G" Street
19                      Suite 202
                     San Diego, California 92101
20                      (619) 652-9970

21

22

23

24

25

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

3

1    **APPEARANCES (Continued):**

2    On behalf of Defendant TYLER DAVIS BINGHAM:

3
                    LAW OFFICES OF MICHAEL V. WHITE
4                   BY:   MICHAEL V. WHITE
                          Attorney at Law
5                   1717 Fourth Street
                    Third Floor
6                   Santa Monica, California 90401
                    (310) 576-6242
7
                    -AND-
8

9                   STEWART & HARRIS
                    BY:   WILLIAM S. HARRIS
10                        Attorney at Law
                    1499 Huntington Drive
11                  Suite 403
                    South Pasadena, California 91030
12                  (626) 441-9300

13

14   On behalf of Defendant EDGAR WESLEY HEVLE:

15
                    LAW OFFICES OF BERNARD J. ROSEN
16                  BY:   BERNARD J. ROSEN
                          Attorney at Law
17                  1717 Fourth Street
                    Suite 300
18                  Santa Monica, California 90401
                    (310) 451-4577
19
                    -AND-
20

21                  LAW OFFICES OF DONALD J. CALABRIA
                    BY:   DONALD J. CALABRIA
22                        Attorney at Law
                    16133 Ventura Boulevard
23                  Suite 600
                    Encino, California 91436
24                  (818) 990-0110

25

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

4

1    **APPEARANCES (Continued):**

2

3    ALSO PRESENT:

4

            Harlan Penn
5            Bureau of Prisons

6            Kathleen Brennan
            U.S. Pretrial Officer
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

5

1

**I N D E X**

2    **PROCEEDINGS**                                    **PAGE**

3    Sentencing - Barry Byron Mills              19

4    Sentencing - Tyler Davis Bingham            22

5    Sentencing - Edgar Wesley Hevle             24

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| | 1 | **SANTA ANA, CALIFORNIA, TUESDAY, NOVEMBER 21, 2006** |
| | 2 | **Sentencings** |
| | 3 | *(8:48 a.m.)* |
| 09:28:19 | 4 | THE COURT:  All right.  We're on the record. |
| 09:28:20 | 5 | Mr. Mills is present, Mr. Steward and Mr. Fleming. |
| 09:28:26 | 6 | Good morning. |
| 09:28:27 | 7 | MR. STEWARD:  Good morning. |
| 09:28:27 | 8 | DEFENDANT MILLS:  Good morning. |
| 09:28:27 | 9 | MR. FLEMING:  Good morning. |
| 09:28:27 | 10 | THE COURT:  Mr. Bingham is present.  Mr. White and |
| 09:28:28 | 11 | Mr. Harris are present.  Good morning. |
| 09:28:31 | 12 | MR. HARRIS:  Good morning. |
| 09:28:31 | 13 | DEFENDANT BINGHAM:  Good morning. |
| 09:28:31 | 14 | MR. WHITE:  Good morning. |
| 09:28:32 | 15 | THE COURT:  Mr. Calabria, Mr. Hevle, and |
| 09:28:34 | 16 | Mr. Rosen, good morning. |
| 09:28:36 | 17 | MR. CALABRIA:  Good morning. |
| 09:28:36 | 18 | DEFENDANT HEVLE:  Good morning. |
| 09:28:36 | 19 | MR. ROSEN:  Good morning. |
| 09:28:36 | 20 | THE COURT:  Mr. Wolfe, good morning. |
| 09:28:37 | 21 | MR. WOLFE:  Good morning. |
| 09:28:38 | 22 | THE COURT:  Mr. Emmick, good morning. |
| 09:28:41 | 23 | MR. EMMICK:  Good morning, Your Honor. |
| 09:28:42 | 24 | THE COURT:  I understand Ms. Flynn cannot join us |
| 09:28:43 | 25 | today. |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

7

| | | |
|---|---|---|
| 09:28:44 | 1 | MR. WOLFE:  That's correct. |
| 09:28:44 | 2 | THE COURT:  She's proceeding on with the next |
| 09:28:46 | 3 | prosecution in the matter. |
| 09:28:48 | 4 | MR. WOLFE:  Yes. |
| 09:28:48 | 5 | THE COURT:  All right.  Mr. Gibson is not present. |
| 09:28:51 | 6 | He's in Springfield.  He'll be transported on November 30th. |
| 09:28:55 | 7 | Is there any legal reason or cause why the Court |
| 09:28:58 | 8 | should not proceed to sentencing on today's date, Mr. |
| 09:29:01 | 9 | Fleming and Mr. Steward? |
| 09:29:02 | 10 | MR. FLEMING:  No, Your Honor. |
| 09:29:03 | 11 | MR. STEWARD:  No, Your Honor. |
| 09:29:03 | 12 | THE COURT:  The government, on behalf of |
| 09:29:04 | 13 | Mr. Mills, any legal reason or cause why the Court should |
| 09:29:07 | 14 | not proceed to sentence? |
| 09:29:09 | 15 | MR. WOLFE:  No, Your Honor. |
| 09:29:10 | 16 | THE COURT:  Mr. White and Mr. Harris, any legal |
| 09:29:12 | 17 | reason or cause why the Court should not proceed to sentence |
| 09:29:15 | 18 | on today's date? |
| 09:29:16 | 19 | MR. HARRIS:  No, Your Honor. |
| 09:29:17 | 20 | MR. WHITE:  No, Your Honor. |
| 09:29:21 | 21 | THE COURT:  Okay.  Mr. Calabria, Mr. Rosen, any |
| 09:29:23 | 22 | legal reason or cause why the Court should not proceed to |
| 09:29:26 | 23 | sentence on today's date? |
| 09:29:27 | 24 | MR. CALABRIA:  No, Your Honor. |
| 09:29:28 | 25 | MR. ROSEN:  No, Your Honor. |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

8

| | | |
|---|---|---|
| 09:29:29 | 1 | THE COURT: As to either Mr. Hevle or Mr. Bingham, |
| 09:29:32 | 2 | counsel, any legal reason or cause why the Court should not |
| 09:29:37 | 3 | proceed to sentence? |
| 09:29:38 | 4 | MR. WOLFE: No, Your Honor. |
| 09:29:39 | 5 | THE COURT: Okay. Mr. Steward or Mr. Fleming, |
| 09:29:40 | 6 | would you like to be heard in this matter? |
| 09:29:43 | 7 | MR. STEWARD: We'll submit. |
| 09:29:44 | 8 | THE COURT: The government? |
| 09:29:46 | 9 | MR. WOLFE: Your Honor, I don't wish to argue, but |
| 09:29:47 | 10 | I'd ask a couple of findings that I believe the Court ought |
| 09:29:50 | 11 | to make prior to sentencing. |
| 09:29:53 | 12 | THE COURT: Sure. |
| 09:29:55 | 13 | MR. WOLFE: For Mr. Mills and Bingham, as to the |
| 09:29:58 | 14 | counts that are not covered by the capital sentencing law -- |
| 09:30:01 | 15 | that is Counts One, Two, and Nine -- I believe that the law |
| 09:30:11 | 16 | requires that Your Honor have a presentence report prepared, |
| 09:30:14 | 17 | unless the Court makes a finding that in the circumstances |
| 09:30:20 | 18 | of the case there's sufficient information in the record to |
| 09:30:24 | 19 | allow the Court to sentence without a presentence report. |
| 09:30:28 | 20 | The government believes that that's true as to these cases |
| 09:30:31 | 21 | because of the information in the record from the sentencing |
| 09:30:37 | 22 | phase of the trial. |
| 09:30:38 | 23 | But I believe that Your Honor -- if Your Honor |
| 09:30:41 | 24 | agrees, Your Honor ought to make the record that no |
| 09:30:43 | 25 | presentence report was required as to Mills or Bingham for |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

9

| | | |
|---|---|---|
| 09:30:47 | 1 | Counts One, Two, and Nine because the Court has sufficient |
| 09:30:52 | 2 | information in the record to sentence without a presentence |
| 09:30:55 | 3 | report. |
| 09:30:56 | 4 | THE COURT: All right. Thank you. |
| 09:30:57 | 5 | Any other finding? |
| 09:31:00 | 6 | MR. WOLFE: No, Your Honor. |
| 09:31:01 | 7 | And as to argument, the government will submit on |
| 09:31:03 | 8 | its papers. |
| 09:31:09 | 9 | THE COURT: Okay. I also believe that, in all |
| 09:31:11 | 10 | likelihood, the defendants are willing to waive this |
| 09:31:14 | 11 | preparation of a presentence report, but let me make |
| 09:31:18 | 12 | certain. |
| 09:31:18 | 13 | Mr. Steward and Mr. Fleming, Mr. Mills, are each |
| 09:31:22 | 14 | of you willing to waive the preparation of a presentence |
| 09:31:25 | 15 | report and have the Court make the finding that there's |
| 09:31:29 | 16 | sufficient information in the record, especially received |
| 09:31:33 | 17 | during the death penalty phase, that would allow the Court |
| 09:31:35 | 18 | to meaningfully sentence in this matter? |
| 09:31:38 | 19 | MR. STEWARD: We waive it, Your Honor. |
| 09:31:39 | 20 | THE COURT: And Mr. Mills? |
| 09:31:41 | 21 | DEFENDANT MILLS: Yes, sir. |
| 09:31:42 | 22 | THE COURT: And Mr. Fleming? |
| 09:31:43 | 23 | MR. FLEMING: Yes, Your Honor. Waived. |
| 09:31:45 | 24 | THE COURT: All right. Let me turn to |
| 09:31:46 | 25 | Mr. Bingham, Mr. White and Mr. Harris with the same |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

10

| | | |
|---|---|---|
| 09:31:50 | 1 | courtesy. |
| 09:31:52 | 2 | Are you specifically waiving the preparation of a |
| 09:31:55 | 3 | presentence report and acceding to the fact that the Court |
| 09:32:02 | 4 | has sufficient information to meaningfully sentence in this |
| 09:32:06 | 5 | matter without the preparation of such a report? |
| 09:32:08 | 6 | Mr. White? |
| 09:32:09 | 7 | MR. WHITE:  Yes. |
| 09:32:10 | 8 | THE COURT:  Mr. Harris? |
| 09:32:10 | 9 | MR. HARRIS:  Yes, Your Honor. |
| 09:32:11 | 10 | THE COURT:  Mr. Bingham? |
| 09:32:12 | 11 | DEFENDANT BINGHAM:  Yes. |
| 09:32:14 | 12 | THE COURT:  Thank you. |
| 09:32:15 | 13 | Mr. Calabria, Mr. Hevle, and Mr. Rosen, gentlemen, |
| 09:32:18 | 14 | once again, you may be entitled to the preparation of a |
| 09:32:22 | 15 | presentence report.  I didn't go through a penalty phase |
| 09:32:25 | 16 | hearing, as we did with Mr. Bingham and Mr. Mills. |
| 09:32:27 | 17 | Are each of you willing to waive the preparation |
| 09:32:29 | 18 | of a presentence report and accede to the finding by the |
| 09:32:33 | 19 | Court that there's sufficient information in this record to |
| 09:32:37 | 20 | meaningfully sentence? |
| 09:32:38 | 21 | Mr. Rosen? |
| 09:32:40 | 22 | MR. ROSEN:  Your Honor, there was a presentence |
| 09:32:41 | 23 | report prepared for Mr. Hevle. |
| 09:32:43 | 24 | THE COURT:  My apologies.  You're absolutely |
| 09:32:45 | 25 | right.  There is.  I've read it twice, so it's not |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

11

| | | |
|---|---|---|
| 09:32:49 | 1 | necessary. |
| 09:32:49 | 2 | MR. ROSEN: But we'll waive it if necessary. |
| 09:32:51 | 3 | THE COURT: No. You don't have to waive it. |
| 09:33:06 | 4 | All right. The case took an odd twist last week, |
| 09:33:08 | 5 | which caused a continuance at that time. |
| 09:33:30 | 6 | Counsel, I'm going to proceed to sentence |
| 09:33:32 | 7 | Mr. Mills first, unless there's any objection by any |
| 09:33:35 | 8 | counsel. |
| 09:33:36 | 9 | MR. FLEMING: No objection. |
| 09:33:37 | 10 | THE COURT: Mr. Fleming, is that acceptable? |
| 09:33:40 | 11 | MR. FLEMING: Yes. |
| 09:33:40 | 12 | THE COURT: Mr. Mills, and Mr. Steward? |
| 09:33:43 | 13 | MR. STEWARD: Yes. |
| 09:33:43 | 14 | DEFENDANT MILLS: Yes. |
| 09:33:43 | 15 | THE COURT: Any other defense counsel object to |
| 09:33:45 | 16 | Mr. Mills proceeding first? |
| 09:33:47 | 17 | MR. CALABRIA: No, Your Honor. |
| 09:33:48 | 18 | MR. WHITE: No, Your Honor. |
| 09:33:48 | 19 | MR. HARRIS: No. |
| 09:33:49 | 20 | THE COURT: Government? |
| 09:33:50 | 21 | MR. EMMICK: That's fine, Your Honor. |
| 09:33:51 | 22 | THE COURT: Does anybody else wish to be heard? I |
| 09:33:51 | 23 | want to make certain each of you have had a full and |
| 09:33:55 | 24 | complete hearing, there's no other questions you want to ask |
| 09:33:57 | 25 | or statements you want to make. |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

12

| | | |
|---|---|---|
| 09:33:59 | 1 | Mr. Steward?  Mr. Fleming? |
| 09:34:00 | 2 | MR. STEWARD:  Nothing, Your Honor. |
| 09:34:01 | 3 | THE COURT:  Mr. Emmick? |
| 09:34:02 | 4 | MR. EMMICK:  No. |
| 09:34:03 | 5 | MR. WOLFE:  No, Your Honor. |
| 09:34:39 | 6 | THE COURT:  Okay.  The government requested that |
| 09:34:41 | 7 | the Court impose very serious restrictive conditions |
| 09:34:48 | 8 | pursuant to 18 USC Section 3582(d) on Mr. Mills and |
| 09:34:59 | 9 | Mr. Bingham.  Those conditions -- and is the gentleman from |
| 09:35:16 | 10 | BOP present? |
| 09:35:16 | 11 | Mr. Penn, why don't you come up and have a seat. |
| 09:35:16 | 12 | Those conditions would be communication with |
| 09:35:19 | 13 | attorney only, and no further third-party communication |
| 09:35:25 | 14 | through the attorney with any other person.  There would be |
| 09:35:33 | 15 | no phone calls, no visitors, and no mail in and out of the |
| 09:35:43 | 16 | restricted environment. |
| 09:35:49 | 17 | Mr. Penn, on the last occasion, representing BOP, |
| 09:35:52 | 18 | had also asked the Court about plumbing modifications.  I |
| 09:35:58 | 19 | would have, if I would have imposed these conditions, also |
| 09:36:02 | 20 | required that the plumbing pipes be modified -- the same as |
| 09:36:05 | 21 | I did for Mr. Mai in MDC in Los Angeles. |
| 09:36:10 | 22 | You're aware of that? |
| 09:36:14 | 23 | MR. PENN:  Yes, Your Honor. |
| 09:36:14 | 24 | THE COURT:  Okay.  There would be two books per |
| 09:36:17 | 25 | month.  These would be the most restrictive conditions, at |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

13

| | | |
|---|---|---|
| 09:36:24 | 1 | least in the history of modern penal incarceration. |
| 09:36:34 | 2 | The Court notes that of the eleven defendants, |
| 09:36:41 | 3 | with possibly the exception of the terrorist cells that are |
| 09:36:45 | 4 | being built, that this Court, unfortunately, has had to |
| 09:36:51 | 5 | place two of the eleven defendants presently under these |
| 09:36:59 | 6 | severe restrictive conditions:  Mr. Mai and Mr. Fernandez. |
| 09:37:08 | 7 | On the last occasion, I'd stated to each of the |
| 09:37:15 | 8 | counsel that the Court simply could not impose these |
| 09:37:18 | 9 | conditions unless it had absolute confidence that the |
| 09:37:23 | 10 | government would provide the Bureau of Prisons with the |
| 09:37:25 | 11 | resources necessary to carry out those conditions. |
| 09:37:35 | 12 | Just in the last week, the Court's become aware of |
| 09:37:39 | 13 | a CNN article, in which I believe Ms. Flynn was interviewed, |
| 09:37:46 | 14 | and pulled from the CNN website, from a Drew Griffin and |
| 09:37:55 | 15 | James Polk's article -- information that initially came to |
| 09:38:01 | 16 | light through the *Daily Journal* in an article dated |
| 09:38:08 | 17 | November 8th, 2006.  The *Daily Journal* had printed an |
| 09:38:14 | 18 | article by Catherine Tsai of the Associated Press. |
| 09:38:27 | 19 | I want to read a portion of this article into the |
| 09:38:29 | 20 | record, and it will show why the Court was concerned. |
| 09:38:36 | 21 | "Cory Hodge was a prison guard for less than three |
| 09:38:39 | 22 | years at Supermax -- home of America's most feared and |
| 09:38:43 | 23 | notorious criminals -- before he decided he had had enough. |
| 09:38:47 | 24 | He left to take a job as a train conductor."  Quote, "'I |
| 09:38:51 | 25 | felt like staffing levels were coming to a point where it |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

14

| | | |
|---|---|---|
| 09:38:56 | 1 | was getting ridiculously dangerous to be there,' said Hodge, |
| 09:39:02 | 2 | who was stabbed in the head and arms at another prison |
| 09:39:05 | 3 | before going to Supermax.  'I have a wife and children.  I |
| 09:39:10 | 4 | want to be around for them,'" end of quote. |
| 09:39:14 | 5 | "Guards at Supermax complain that because of |
| 09:39:18 | 6 | cost-cutting, staffing levels are perilously low, and as a |
| 09:39:24 | 7 | result, prisoners are growing angrier and threats and |
| 09:39:28 | 8 | assaults against the staff are on the rise at the Alcatraz |
| 09:39:32 | 9 | of the Rockies.  The $60 million institution is the nation's |
| 09:39:36 | 10 | most secure prison, reserved for the worst of the worst: |
| 09:39:39 | 11 | Unabomber Ted Kaczynski, al-Qaida conspirator Zacarias |
| 09:39:45 | 12 | Moussaoui, terrorist cleric Omar Abdel-Rahman, would-be shoe |
| 09:39:54 | 13 | bomber Richard Reid, and Oklahoma City bombing conspirator |
| 09:39:59 | 14 | Terry Nichols all are here, locked up in solitary, awaiting |
| 09:40:03 | 15 | a single hour outside each day. |
| 09:40:06 | 16 | "'As of August, however, of the 221 guard |
| 09:40:09 | 17 | positions allotted to Supermax, only 186 were filled,' |
| 09:40:14 | 18 | U.S. Bureau of Prisons spokesman Mike Truman said.  'There |
| 09:40:20 | 19 | were 240 guards when the prison opened in 1994,' said |
| 09:40:27 | 20 | Barbara Batulis, a union vice president.  Today there are |
| 09:40:31 | 21 | more than 460 inmates, up from 265 in 1995.  Supermax has |
| 09:40:40 | 22 | 490 beds. |
| 09:40:47 | 23 | "An arbitrator recently said staffing is so low |
| 09:40:51 | 24 | the job hazards have increased, some cellblocks have been |
| 09:40:56 | 25 | left unstaffed at times, and cells are not being searched |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

15

| | | |
|--|--|--|
| 09:41:00 | 1 | regularly.  Last year, two inmates were beaten to death by |
| 09:41:05 | 2 | other prisoners -- the first slayings in Supermax's |
| 09:41:09 | 3 | history." |
| 09:41:09 | 4 | Quote, "'To me that's a red flag to say let's |
| 09:41:12 | 5 | figure out what happened and not let it happen again,' said |
| 09:41:15 | 6 | State Representative Buffy McFadyen, whose district includes |
| 09:41:19 | 7 | the prison.  'It could have been a correctional officer that |
| 09:41:21 | 8 | didn't go home those days.' |
| 09:41:23 | 9 | "The union has filed a grievance over staffing |
| 09:41:27 | 10 | levels, and critics want Congress to funnel more money for |
| 09:41:31 | 11 | staffing.  Warden R. Wiley declined a request for an |
| 09:41:37 | 12 | interview.  Bureau of Prisons Director Harley Lappin said in |
| 09:41:44 | 13 | a note dated August 22nd, that his office would try to |
| 09:41:48 | 14 | reduce the workload on the staff by eliminating and reducing |
| 09:41:51 | 15 | duties where possible. |
| 09:41:52 | 16 | "The Bureau of Prisons, with some 35,000 staff |
| 09:41:58 | 17 | members last year, has been eliminating positions |
| 09:42:01 | 18 | nationwide.  Nearly 2,400 jobs have been cut out of the |
| 09:42:06 | 19 | 3,118 targeted to be phased out, a 2005 report said. |
| 09:42:12 | 20 | "At Supermax, formally known as the Administrative |
| 09:42:15 | 21 | Maximum Facility, or ADX, the cells are 7-by-12 foot, |
| 09:42:19 | 22 | soundproof spaces, designed so inmates cannot make eye |
| 09:42:23 | 23 | contact with each other.  The inmates rely on guards for |
| 09:42:33 | 24 | nearly everything -- toilet paper, toothbrushes and the |
| 09:42:33 | 25 | like.  If there are not enough officers around, inmates may |

*DEBBIE GALE, U.S. COURT REPORTER*

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

16

09:42:37    1    have to do without daily recreation or may have to wait

09:42:38    2    longer for their mail.  And the inmates take it out on the

09:42:42    3    guards when their routine is disrupted, according to former

09:42:46    4    and current officers.

09:42:49    5         "'There's not enough staff to open the door.

09:43:11    6    It's not because we don't want to give it to them.  We

09:43:14    7    can't,' Batulis said.

09:43:15    8         "In an arbitration hearing last spring, prison

09:43:17    9    Captain Havey Church said he found 55 incident reports of

09:43:21    10   threats against staff members from March 1st, 2004, to

09:43:25    11   February 28, 2005.  That doubled the following year, around

09:43:31    12   the time the Bureau of Prisons permanently removed some

09:43:36    13   positions, the union said.  Assaults against members of the

09:43:39    14   staff went from 30 to 38 during that time period, according

09:43:43    15   to testimony at the hearing.

09:43:45    16        "'We're dealing with the most dangerous people,

09:43:47    17   with little backing us up,' said Mike Schnobrich, an

09:43:51    18   official with the union.  'When they decrease staff levels,

09:43:55    19   we have to ask ourselves:  Who's watching our backs?'"

09:44:04    20        The Court has also heard, both during the death

09:44:07    21   penalty phase and the guilt phase of the proceedings, what

09:44:14    22   the government construed to be, and apparently the jury

09:44:18    23   accepted as, threats by Mr. Mills when he was in solitary

09:44:21    24   confinement, towards staff.  The Court heard testimony about

09:44:26    25   cyanide being smuggled into the Marion Bureau of Prisons

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

17

| 09:44:32 | 1 | facility to apparently attempt to either poison guards or |
|---|---|---|
| 09:44:39 | 2 | other inmates.  And the Court's heard, over the space of the |
| 09:44:45 | 3 | eight-month trial, numerous charged and uncharged murders |
| 09:44:49 | 4 | involving members of the Aryan Brotherhood who have killed |
| 09:45:02 | 5 | informants, caused a nationwide race war and lockdown of the |
| 09:45:09 | 6 | Federal Bureau of Prisons, and the killing of prison guards |
| 09:45:12 | 7 | by Tommy Silverstein, Clay Fountain, and others. |
| 09:45:18 | 8 | This Court had inquired, Mr. Penn, and it became |
| 09:45:22 | 9 | obvious on the last occasion to me that when the government |
| 09:45:25 | 10 | made the request that the Bureau of Prisons had not been |
| 09:45:27 | 11 | consulted.  I had stated at that time, if the government was |
| 09:45:35 | 12 | serious, the Court was serious about these restrictions; but |
| 09:45:39 | 13 | I was deeply concerned that without the resources to carry |
| 09:45:43 | 14 | out these restrictive conditions, that the inmate murders |
| 09:45:49 | 15 | would continue and the BOP staff are at risk of serious |
| 09:45:54 | 16 | bodily injury or death. |
| 09:45:55 | 17 | It makes no sense for the Court to sign an order |
| 09:45:58 | 18 | unless the Court's prepared to judicially use its power to |
| 09:46:01 | 19 | make sure that that order is implemented and that the |
| 09:46:04 | 20 | resources are there so that the Bureau of Prisons has the |
| 09:46:09 | 21 | staffing and the necessary financial resources to truly |
| 09:46:14 | 22 | impose these restrictive conditions.  Otherwise it's an |
| 09:46:18 | 23 | order of little value. |
| 09:46:21 | 24 | That's why I wanted the assurance of the Attorney |
| 09:46:25 | 25 | General of the United States.  The Court wanted the |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

18

| | | |
|---|---|---|
| 09:46:29 | 1 | assurance of the Attorney General because, with that |
| 09:46:32 | 2 | assurance, I then was confident that there were financial |
| 09:46:36 | 3 | resources of the power of the Attorney General's Office, and |
| 09:46:39 | 4 | the willingness to truly impose these orders. |
| 09:46:49 | 5 | I believe last Thursday the Court received a |
| 09:46:50 | 6 | document that the government was withdrawing their request |
| 09:46:54 | 7 | and that the Attorney General intends to instruct the Bureau |
| 09:46:59 | 8 | of Prisons to impose the restrictive conditions. |
| 09:47:11 | 9 | I want to be absolutely clear about this:  Through |
| 09:47:15 | 10 | no fault of either of the esteemed counsel and this Court, |
| 09:47:20 | 11 | who have done a remarkable job in this prosecution, this |
| 09:47:23 | 12 | Court has serious questions -- and I'll underline that -- |
| 09:47:27 | 13 | about the government's sincerity to provide the resources |
| 09:47:37 | 14 | necessary to carry out these conditions.  I can only pray |
| 09:47:42 | 15 | that the Attorney General and the government will provide |
| 09:47:46 | 16 | the Bureau of Prisons with the resources that it needs to |
| 09:47:49 | 17 | carry out the restrictive conditions if they want BOP to |
| 09:47:54 | 18 | impose them, and not put the Bureau of Prisons in the |
| 09:48:00 | 19 | position of being criticized when resources are not being |
| 09:48:04 | 20 | provided. |
| 09:48:05 | 21 | If the Attorney General and the government fail to |
| 09:48:11 | 22 | do so, the Court is convinced that there will be further |
| 09:48:15 | 23 | inmate murders and the Bureau of Prisons' staff will be hurt |
| 09:48:21 | 24 | and, God forbid, even killed.  The Court, over eight months, |
| 09:48:28 | 25 | has listened to so many assaults, so many murders, cyanide |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

19

| | | |
|---|---|---|
| 09:48:33 | 1 | being smuggled in -- it's incomprehensible, and the duration |
| 09:48:44 | 2 | of time is almost incomprehensible. |
| 09:48:53 | 3 | This Court, I believe the BOP staff, and certainly |
| 09:48:58 | 4 | the citizens of the United States of America expect the |
| 09:49:03 | 5 | Attorney General to do the right thing.  If the Attorney |
| 09:49:07 | 6 | General instructs BOP to enforce these restrictive |
| 09:49:11 | 7 | conditions, by God, he'd better provide the BOP with the |
| 09:49:15 | 8 | resources needed to do it.  The Attorney General has the |
| 09:49:20 | 9 | power to stop the inmate murders and to protect BOP |
| 09:49:29 | 10 | personnel. |
| 09:49:31 | 11 | This Court was prepared to impose the restrictive |
| 09:49:35 | 12 | conditions on Mr. Mills and ensure -- let me state, |
| 09:49:45 | 13 | "absolutely ensure" that they were carried out properly and |
| 09:50:01 | 14 | safely.  It is now the Attorney General's responsibility, |
| 09:50:01 | 15 | the government having withdrawn that request of the Court. |

### SENTENCING - BARRY BYRON MILLS

| | | |
|---|---|---|
| 09:50:25 | 17 | THE COURT:  Pursuant to the Sentencing Reform Act |
| 09:50:26 | 18 | of 1984, it's the judgment of the Court that the defendant, |
| 09:50:29 | 19 | Barry Byron Mills, is hereby committed on Counts One, Two, |
| 09:50:33 | 20 | Six, Seven, and Nine of the Redacted First Superseding |
| 09:50:41 | 21 | Indictment to the custody of the Bureau of Prisons to be |
| 09:50:44 | 22 | imprisoned for a term of life without the possibility of |
| 09:50:48 | 23 | release. |
| 09:50:49 | 24 | This term consists of life on each of Counts One, |
| 09:50:52 | 25 | Two and Nine, and life without possibility of release on |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

20

| | | |
|---|---|---|
| 09:50:57 | 1 | Counts Six and Seven.  The term on Counts One and Two shall |
| 09:51:03 | 2 | run concurrently to each other and consecutively to any |
| 09:51:08 | 3 | other term.  The term on Count Six shall be consecutive to |
| 09:51:15 | 4 | Counts One, Two, Seven and Nine.  The term on Count Seven |
| 09:51:21 | 5 | shall be consecutive to Counts One, Two, Six and Nine.  The |
| 09:51:28 | 6 | term on Count Nine shall be consecutive to Counts One, Two, |
| 09:51:34 | 7 | Six and Seven.  This sentence shall run consecutive to any |
| 09:51:40 | 8 | undischarged term of imprisonment. |
| 09:51:45 | 9 | There are a number of conditions concerning |
| 09:51:47 | 10 | supervised release, all of which seem nonsensical to the |
| 09:51:51 | 11 | Court since this Court is imposing a "life without |
| 09:51:53 | 12 | possibility of release" term.  But the Court will set those |
| 09:51:57 | 13 | forth in the minute orders concerning supervised release, |
| 09:52:00 | 14 | et al., and the conditions, which do not seem appropriate |
| 09:52:06 | 15 | since this will be a "life without possibility of release" |
| 09:52:08 | 16 | term. |
| 09:52:11 | 17 | Pursuant to 18 USC 3553, the Court is imposing a |
| 09:52:16 | 18 | sentence sufficient but not greater than necessary to comply |
| 09:52:19 | 19 | with the purpose as set forth in Paragraph 2 of that |
| 09:52:23 | 20 | subsection.  In determining the particular sentence, the |
| 09:52:26 | 21 | Court has considered the nature and circumstances of the |
| 09:52:29 | 22 | offense and the history and characteristics of the defendant |
| 09:52:32 | 23 | spanning well over 30 years of murder and organizational |
| 09:52:39 | 24 | murder. |
| 09:52:41 | 25 | The sentence reflects the seriousness of the |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

21

| | | |
|---|---|---|
| 09:52:43 | 1 | offense.  It promotes respect for the law.  It provides just |
| 09:52:47 | 2 | punishment for the offense.  It affords adequate deterrence |
| 09:52:52 | 3 | to criminal conduct.  It protects the public from further |
| 09:52:55 | 4 | crimes, and it provides the defendant with any correctional |
| 09:52:59 | 5 | incarceration that is appropriate -- other than my comments |
| 09:53:03 | 6 | concerning the Attorney General and the withdrawing of this |
| 09:53:10 | 7 | order. |
| 09:53:12 | 8 | I'm going to remand you to the care and custody of |
| 09:53:14 | 9 | the Bureau of Prisons.  You have ten days from today's date, |
| 09:53:16 | 10 | Mr. Mills, in which to file a notice of appeal concerning |
| 09:53:20 | 11 | either the sentence or any potential issues concerning a new |
| 09:53:24 | 12 | trial.  That would be filed, of course, in the Ninth |
| 09:53:28 | 13 | Circuit, and then in the United States Supreme Court, |
| 09:53:30 | 14 | eventually. |
| 09:53:32 | 15 | Now, Mr. Steward, is there anything further? |
| 09:53:33 | 16 | Mr. Fleming? |
| 09:53:36 | 17 | MR. STEWARD:  No, Your Honor. |
| 09:53:37 | 18 | THE COURT:  All right.  We're going to proceed in |
| 09:53:38 | 19 | just a moment with Mr. Bingham, but we're going to have the |
| 09:53:43 | 20 | marshal -- I'm sorry.  Kathleen? |
| 09:53:48 | 21 | PRETRIAL SERVICES OFFICER:  I'm sorry, Your Honor. |
| 09:53:49 | 22 | You need to impose the special assessment. |
| 09:53:52 | 23 | THE COURT:  The special assessment of $400 will be |
| 09:53:53 | 24 | imposed, which is due immediately.  That's required by |
| 09:53:57 | 25 | statute. |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

22

| | | |
|---|---|---|
| 09:53:57 | 1 | Now, for the marshals, is it easier to remove |
| 09:54:01 | 2 | Mr. Mills before we proceed to Mr. Bingham? |
| 09:54:06 | 3 | U.S. MARSHAL:  No, sir. |
| 09:54:06 | 4 | THE COURT:  Okay.  Then, we'll proceed to |
| 09:54:07 | 5 | Mr. Bingham. |
| 09:54:08 | 6 | |
| 08:45:56 | 7 | **SENTENCING - TYLER DAVIS BINGHAM** |
| 09:54:22 | 8 | THE COURT:  Pursuant to the Sentencing Reform Act |
| 09:54:24 | 9 | of 1984 -- |
| 09:54:29 | 10 | Mr. White, did you have anything further you |
| 09:54:30 | 11 | wanted to state. |
| 09:54:31 | 12 | MR. WHITE:  No, Your Honor. |
| 09:54:33 | 13 | THE COURT:  Mr. Harris? |
| 09:54:34 | 14 | MR. HARRIS:  No, Your Honor. |
| 09:54:35 | 15 | THE COURT:  Pursuant to the Sentencing Reform Act |
| 09:54:37 | 16 | of 1984, it's the judgment of this Court that the defendant, |
| 09:54:39 | 17 | Tyler Davis Bingham, is hereby committed on Counts One and |
| 09:54:43 | 18 | Two, Six, Seven and Nine of the Redacted First Superseding |
| 09:54:47 | 19 | Indictment to the custody of the Bureau of Prisons to be |
| 09:54:49 | 20 | imprisoned for a term of life without the possibility of |
| 09:54:52 | 21 | release. |
| 09:54:53 | 22 | This term consists of life on each of Counts One, |
| 09:54:56 | 23 | Two and Nine, and life without the possibly of release on |
| 09:54:59 | 24 | Counts Six and Seven.  The term on Counts One, Two and Six |
| 09:55:03 | 25 | shall run concurrently to each other and consecutively to |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

23

| | | |
|---|---|---|
| 09:55:07 | 1 | any other term.  The term on Count Seven shall be |
| 09:55:10 | 2 | consecutive to Counts One, Two, Six and Nine.  The term on |
| 09:55:14 | 3 | Count Nine shall be consecutive to Counts One, Two, Six and |
| 09:55:18 | 4 | Seven.  This sentence shall run consecutive to any |
| 09:55:22 | 5 | undischarged term of imprisonment. |
| 09:55:24 | 6 | If released from imprisonment, once again, as in |
| 09:55:28 | 7 | Mr. Mills' case, you would be placed on supervised release |
| 09:55:30 | 8 | for a term of five years, with the terms and conditions that |
| 09:55:33 | 9 | the Court will set forth on the minute order -- which seems |
| 09:55:36 | 10 | nonsensical to the Court, because this is a "life without |
| 09:55:39 | 11 | possibility of release" sentence. |
| 09:55:41 | 12 | You're also ordered to pay a special assessment of |
| 09:55:43 | 13 | $400, which is due immediately. |
| 09:55:46 | 14 | Once again, pursuant to 18 USC Section 3553(a), |
| 09:55:50 | 15 | the Court shall impose a sentence that is sufficient but not |
| 09:55:53 | 16 | greater than necessary to comply with the purposes set forth |
| 09:55:57 | 17 | in Paragraph 2 of that subsection.  In determining this |
| 09:56:00 | 18 | particular sentence, which covers not the same period of |
| 09:56:05 | 19 | time as Mr. Mills and not the same quantum of murders, but |
| 09:56:09 | 20 | substantial murders over a substantial period of time, the |
| 09:56:12 | 21 | Court has considered the nature and circumstances of the |
| 09:56:22 | 22 | offense and the history and characteristics of Mr. Bingham. |
| 09:56:22 | 23 | The sentence reflects the seriousness of the |
| 09:56:22 | 24 | offense and promotes respect for the law, provides just |
| 09:56:24 | 25 | punishment for the offense.  It affords adequate deterrence. |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

24

| 09:56:28 | 1 | It protects the public from further crimes of the defendant. |
| 09:56:32 | 2 | It takes into account the kinds of sentences available. |
| 09:56:36 | 3 | Once again, Mr. Bingham you have the right to |
| 09:56:38 | 4 | appeal within ten days.  That's a personal right and |
| 09:56:40 | 5 | responsibility, but Mr. White and Mr. Harris are able |
| 09:56:43 | 6 | counsel.  They'll automatically file that appeal on your |
| 09:56:45 | 7 | behalf, which will either go to the Ninth Circuit, and |
| 09:56:48 | 8 | possibly on to the United States Supreme Court. |
| 09:56:51 | 9 | Counsel, Mr. White, is there anything further? |
| 09:56:54 | 10 | MR. WHITE:  No, Your Honor. |
| 09:56:54 | 11 | THE COURT:  Mr. Harris? |
| 09:56:56 | 12 | MR. HARRIS:  No, Your Honor. |
| 09:56:57 | 13 | THE COURT:  Now, I will ask the marshals, though, |
| 09:56:58 | 14 | to escort Mr. Mills and Mr. Bingham out.  I'm going to clear |
| 09:57:02 | 15 | the courtroom before I proceed with Mr. Hevle. |
| 09:57:04 | 16 | We're in recess. |
| 09:57:05 | 17 | *(Defendants Mills and Bingham exit the* |
| 09:57:05 | 18 | *courtroom.)* |
| 09:57:05 | 19 | *(Pause in the proceedings at 9:57 a.m.)* |
| 09:57:06 | 20 | *(Proceedings resumed at 10:14 a.m.)* |
| 09:57:06 | 21 | **SENTENCING - EDGAR WESLEY HEVLE** |
| 10:14:22 | 22 | THE COURT:  We're back on the record in |
| 10:14:23 | 23 | Mr. Hevle's matter.  All counsel are present.  Mr. Hevle and |
| 10:14:26 | 24 | his counsel are present. |
| 10:14:27 | 25 | Mr. Calabria, do you have anything further? |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

25

| | | |
|---|---|---|
| 10:14:29 | 1 | MR. CALABRIA:  No, Your Honor. |
| 10:14:29 | 2 | THE COURT:  Mr. Rosen, do you? |
| 10:14:31 | 3 | MR. ROSEN:  Your Honor, Mr. Hevle has asked me to |
| 10:14:32 | 4 | state on the oral record, as I have filed in my last writing |
| 10:14:37 | 5 | about conditions, a reminder that the government had |
| 10:14:40 | 6 | presented evidence that his phone calls, mail and visits had |
| 10:14:44 | 7 | been monitored for three years, and yet they offered no |
| 10:14:47 | 8 | evidence that they believe is relevant to the guilt phase |
| 10:14:51 | 9 | from that monitoring.  With that, we have nothing further. |
| 10:14:54 | 10 | THE COURT:  Okay.  Kathleen, could I see you for |
| 10:15:15 | 11 | just one moment, please. |
| 10:15:32 | 12 | *(Conference between the Court and Pretrial* |
| 10:15:40 | 13 | *Services Officer off the record.)* |
| 10:16:36 | 14 | THE COURT:  Now, Counsel, the Court has not |
| 10:16:41 | 15 | entered into a discussion concerning the offense level |
| 10:16:55 | 16 | computation on Mr. Mills and Mr. Bingham.  Those were |
| 10:16:59 | 17 | statutory impositions of sentence, but the Court did |
| 10:17:04 | 18 | consider the sentencing guidelines, as well.  And the Court |
| 10:17:15 | 19 | adopts both the charges and convictions section, as well as |
| 10:17:18 | 20 | the offense conduct section, of the Mills, Bingham and Hevle |
| 10:17:25 | 21 | reports as its own. |
| 10:17:29 | 22 | Mr. Hevle, the Court's considered the factors |
| 10:17:31 | 23 | enumerated in 18 USC 3553(a) and the guideline range of |
| 10:17:39 | 24 | life, based on an offense level of 46 and a criminal history |
| 10:17:42 | 25 | Category of VI.  The Court adopts the calculations of the |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

26

| | | |
|---|---|---|
| 10:17:46 | 1 | probation officer as its own on page 23, line 176, through |
| 10:17:53 | 2 | page 25 -- strike that -- page 26, through Paragraph 203, |
| 10:18:01 | 3 | and also the Criminal History Category beginning on page 26, |
| 10:18:07 | 4 | 205 through Paragraph 217 -- strike that -- through |
| 10:18:14 | 5 | Paragraph 222, on page 29, as its own calculation. |
| 10:18:23 | 6 | The Court imposes the following sentence after |
| 10:18:28 | 7 | considering 18 USC 3553(a): |
| 10:18:35 | 8 | It is ordered that you shall pay to the |
| 10:18:37 | 9 | United States a special assessment of $400 which is due |
| 10:18:41 | 10 | immediately. |
| 10:18:41 | 11 | Pursuant to the Sentencing Reform Act of 1984, |
| 10:18:43 | 12 | it's the judgment of the Court that the defendant, Edgar |
| 10:18:47 | 13 | Wesley Hevle, is hereby committed on Counts Two, Six, Seven |
| 10:18:50 | 14 | and Nine of the Redacted First Superseding Indictment to the |
| 10:18:54 | 15 | custody of the Bureau of Prisons to be imprisoned for a term |
| 10:18:57 | 16 | of life. |
| 10:18:58 | 17 | This term of life, on each of Counts Two, Six, |
| 10:19:01 | 18 | Seven and Nine of the Redacted First Superseding Indictment |
| 10:19:05 | 19 | is to be served as follows: |
| 10:19:07 | 20 | The sentence on Counts Two and Six to be |
| 10:19:09 | 21 | concurrent to each other.  The sentence on Count Seven to be |
| 10:19:14 | 22 | consecutive to the sentence on Counts Two and Six.  The |
| 10:19:17 | 23 | sentence on Count Nine to be consecutive to the sentence on |
| 10:19:21 | 24 | Counts Two, Six and Seven.  All sentences to be consecutive |
| 10:19:24 | 25 | to Mr. Hevle's undischarged term of imprisonment. |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

| | | |
|---|---|---|
| 10:19:29 | 1 | Mr. Hevle, you have the right to appeal from the |
| 10:19:31 | 2 | Court's sentence today and, of course, the proceedings.  But |
| 10:19:35 | 3 | that's a personal right and responsibility.  You have |
| 10:19:37 | 4 | ten days in which to make that appeal.  Your counsel, |
| 10:19:40 | 5 | Mr. Calabria and Mr. Rosen, will automatically file that |
| 10:19:44 | 6 | appeal on your behalf. |
| 10:19:46 | 7 | Now, is there anything further on behalf of the |
| 10:19:47 | 8 | government? |
| 10:19:48 | 9 | MR. EMMICK:  Nothing, Your Honor. |
| 10:19:49 | 10 | THE COURT:  Mr. Calabria?  Mr. Rosen? |
| 10:19:53 | 11 | MR. CALABRIA:  No, Your Honor. |
| 10:19:54 | 12 | MR. ROSEN:  No, Your Honor. |
| 10:19:55 | 13 | THE COURT:  All right, gentlemen. |
| 10:19:56 | 14 | Thank you very much. |
| 10:20:00 | 15 | *(At 10:20 a.m., proceedings were adjourned.)* |
| 10:20:00 | 16 | -oOo- |
| 10:20:00 | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

CR 02-938 DOC - 11/21/2006 - Sentencing Proceedings

28

-oOo-

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  November 22, 2006

DEBBIE GALE, U.S. COURT REPORTER
CSR NO. 9472, RPR

*DEBBIE GALE, U.S. COURT REPORTER*