UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 02-938-RGK |
| Plaintiff, | ) |
| v. | ) STIPULATION RE: EXHIBIT 52D |
| JOHN STINSON, et al., | ) |
| Defendants. | ) |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, and defendants, hereby stipulate as follows:

Exhibit 52D are the first four pages of an Organized Crime Legislative Report, found in David Chance's cell at Pelican Bay State Prison. Although the entire report was found in the cell, only the first four pages of the Report, are being presented to the jury because the content of the Report is not a matter for the jury to consider. The jury is to consider only the fact that the report was found in Mr. Chance's cell.



```
 1
 2  DATE: December 12, 2006     Respectfully submitted,
 3                              GEORGE S. CARDONA
                                ~~DEBRA WONG YANG~~
 4                              Acting United States Attorney
 5
 6                              _____
                                MARK AVEIS
 7                              Assistant United States Attorney
 8                              Attorneys for Plaintiff
                                United States of America
 9
10  DATE: December 12, 2006     _____
11                              JOSEPH WALSH
12                              Attorney for defendant
                                ROBERT GRIFFIN
13
14
15
16  DATE: December 12, 2006     _____
17                              PAUL POTTER
18                              Attorney for defendant
                                JOHN STINSON
```



EXHIBIT 52 D



## Message from the Attorney General

The *2000 Annual Report to the California Legislature* summarizes the major activities of organized crime groups, criminal extremists, gangs, and organized drug activities operating in California during 2000. The report also identifies future trends and provides an analysis for each group.

The criminal groups identified and discussed in this report not only continue their criminal activities for financial gain but they are becoming increasingly violent. This violence resulted in deaths and injuries to criminals as well as innocent bystanders.

Criminal groups, regardless of their strength or organizational structure, are more flexible in their pursuits and form alliances with each other for power, financial gain, and to escape detection. More criminal groups are working together to advance their power and financial gain, while lessening their risk of apprehension. For example, some organized crime groups will work with street gangs as well as other organized crime groups to carry out some of the riskier criminal activities.

The continuing use of the Internet for business ventures provides criminal groups new arenas for their criminal activities. Stopping Internet crimes presents new challenges and requires law enforcement personnel to develop new skills and strategies.

Criminals today are often members of a criminal group which operates worldwide. Apprehending members in these global organized criminal organizations requires cooperation among local, state, federal and international law enforcement agencies. The timely exchange of criminal information between law enforcement agencies is paramount to keeping abreast of the criminal groups' activities and being able to effectively deter or eliminate their criminal pursuits.

This report documents the many successes in combating criminal activities in California. However, in order to continue these successful efforts, law enforcement authorities will need to work cooperatively across jurisdictional lines. Most organized crime groups operate across city, county, and state boundaries and law enforcement authorities will be required to form networks among themselves to ensure the timely transfer of critical investigative information.

BILL LOCKYER, Attorney General

EXHIBIT 52b-1

# Table of Contents

Executive Summary .................................................................. 1

Eurasian/Russian Organized Crime ................................................... 5
    Introduction ................................................................... 5
    Background .................................................................... 5
    Analysis and Trends ........................................................... 12

Outlaw Motorcycle Gangs ........................................................... 13
    Introduction .................................................................. 13
    Background ................................................................... 13
    Analysis and Trends ........................................................... 16

Traditional Organized Crime ........................................................ 17
    Introduction .................................................................. 17
    Background ................................................................... 17
    Analysis and Trends ........................................................... 19

Asian Organized Crime ............................................................. 20
    Introduction .................................................................. 20
    Background ................................................................... 20
    Analysis and Trends ........................................................... 22

Criminal Extremist Groups .......................................................... 23
    Introduction .................................................................. 23
    Background ................................................................... 23
    Analysis and Trends ........................................................... 25

White Supremacists Groups ......................................................... 27
    Introduction .................................................................. 27
    Background ................................................................... 27
    Analysis and Trends ........................................................... 28

Criminal Street Gangs .............................................................. 29
    Introduction .................................................................. 29
    Background ................................................................... 29
    Analysis and Trends ........................................................... 34

Intelligence Operations Program .................................................... 36
    Introduction .................................................................. 36
    Publications, Bulletins, and Training ............................................ 37

EXHIBIT 520-2

## Table of Contents

Investigation Accomplishments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

The Future . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62

EXHIBIT 52b-3